William L. Miltner, Esq./ SBN 139097
Ashlin B. Steele, Esq./ SBN 338132
MILTNER & MENCK, APC
Emerald Plaza
402 W. Broadway, Suite 960
San Diego, California 92101
Telephone (619) 615-5333
Telefax (619) 615-5334

Counsel for Defendant Mullen Automotive,
Inc. f/k/a Net Element, Inc.

# UNTIED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MALONEY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and JONATHAN NEW,<br><br>Defendants. | Case No. 2:25-cv-01187-MCS-JDE<br><br>**Stipulation to Extend Time to Respond to Initial Complaint** |

   IT IS HEREBY STIPULATED by and between the parties, Plaintiff Jennifer Maloney ("Plaintiff") and Defendant Mullen Automotive, Inc. f/k/a Net Element, Inc. ("Defendant"), through their respective attorneys of record, as follows:

   WHEREAS, Plaintiff filed her Complaint on February 12, 2025;

   WHEREAS, Plaintiff served the Summons and Complaint on Defendant on February 13, 2025;

   WHEREAS, Defendant desires additional time to prepare and file a response;

   WHEREAS, Plaintiff is willing to provide additional time for Defendant to prepare and file its response.

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:

1. Defendant's last day to file its response to the Complaint on file in this matter is extended from March 6, 2025, to thirty-five days after this Court enters an order appointing lead plaintiff and lead counsel in accordance with 15 U.S.C. § 77z-1 and 15 U.S.C. § 78u-4.

IT IS SO STIPULATED AND AGREED.

Dated: March 11, 2025            **MILTNER & MENCK, APC**

By:   /s/ William Miltner
      William L. Miltner, Esq.
      Ashlin B. Steele, Esq.
      MILTNER & MENCK APC
      Attorneys for Defendant Mullen Automotive, Inc. f/k/a Net Element, Inc.

Dated: March 11, 2025            **CLAYEO C. ARNOLD**
                                 **A PROFESSIONAL CORPORATION**

By:   /s/ M. Anderson Berry
      M. Anderson Berry
      Gregory Haroutunian
      Brandon P. Jack
      Counsel for Plaintiff and the Proposed Class