UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:25-cv-01187-MCS-JDE** | Date | March 12, 2025 |
|---|---|---|---|

| Title | *Maloney v. Mullen Auto., Inc.* |
|---|---|

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (ECF No. 23)**

The parties stipulate to suspend the deadline for Defendant Mullen Automotive, Inc., formerly known as Net Element, Inc., to respond to Plaintiff Jennifer Maloney's complaint until 35 days after the Court enters an order appointing a lead plaintiff and lead counsel. (Stip., ECF No. 23.) Good cause appearing, the Court grants the stipulation in substantial part. Defendant Mullen Automotive's deadline to respond to the complaint is suspended. The Court on its own motion also suspends Defendants David Michery and Jonathan New's deadline to respond to the complaint, assuming Plaintiff serves them and their answers become due before the Court adjudicates any anticipated motions for appointment. The Court will set a schedule for filing pleadings in the appointment order.

**IT IS SO ORDERED.**