Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead
Plaintiff and for the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MALONEY, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and JONATHAN NEW,<br><br>   Defendants. | Case No. 2:25-cv-01187-MCS-JDE<br><br>**MOTION OF ALI ABUALBURAK TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Mark C. Scarsi<br>HEARING: May 12, 2025<br>TIME: 9:00 a.m.<br>CTRM: 7C |

[Additional caption on next page]

1

| | |
|---|---|
| Cayden Crume, James LeGrand, and Todd Holton,<br><br>         Plaintiff,<br><br>         v.<br><br>Mullen Automotive Inc., David Michery, Jonathan New, and Oleg Firer<br><br>         Defendants. | Case No. 2:25-cv-02620-DMG-AGR<br><br>**CLASS ACTION**<br><br>JUDGE: Dolly M. Gee |

PLEASE TAKE NOTICE that on Monday, May 12, 2025, at 9:00 a.m. before the Honorable Mark C. Scarsi, in the U.S. Courthouse, 350 W. 1st Street, Courtroom 7C, Los Angeles, California, Ali Abualburak ("Movant"), will and does move this Court for an order granting his Motion: (1) consolidating the related actions; (2) for appointment of Movant as Lead Plaintiff of the Class; and (3) for approval of Movant's selection of The Rosen Law Firm, P.A. ("Rosen Law") as Lead Counsel for Plaintiffs and the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) and Federal Rule of Civil Procedure 42(a), on the grounds that: (1) the related actions should be consolidated as they involve common questions of law and fact and consolidation would promote judicial economy; (2) Movant should be appointed

2

as Lead Plaintiff for the class of all purchasers of Mullen Automotive, Inc. ("Mullen" or the "Company") securities between May 1, 2022 and March 26, 2025, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) Movant's selection of Rosen Law as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen, and a Proposed Order.

Local Rule 7-3 and Your Honor's Initial Standing Order 9.c. requires a meet and confer of counsel prior to filing motions. Due to the Private Securities Litigation Reform Act of 1995's lead plaintiff procedure, however, Movant does not yet know which other persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of L.R. 7-3 and Your Honor's Initial Standing Order 9.c. be waived.

3

MOTION OF ALI ABUALBURAK TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:25-cv-01187-MCS-JDE

Dated: April 14, 2025                    Respectfully submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         /s/ Laurence Rosen
                                         Laurence M. Rosen, Esq. (SBN 219683)
                                         355 South Grand Avenue, Suite 2450
                                         Los Angeles, CA 90071
                                         Telephone: (213) 785-2610
                                         Facsimile: (213) 226-4684
                                         Email: lrosen@rosenlegal.com

                                         *[Proposed] Lead Counsel for Lead*
                                         *Plaintiff and for the Class*

4

MOTION OF ALI ABUALBURAK TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:25-cv-01187-MCS-JDE

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On April 14, 2025, I electronically filed the following **MOTION OF ALI ABUALBURAK TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 14, 2025.

/s/ Laurence Rosen
Laurence M. Rosen

5

MOTION OF ALI ABUALBURAK TO CONSOLIDATE RELATED ACTIONS,  FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:25-cv-01187-MCS-JDE