# EXHIBIT 1



GlobeNewswire
by notified

Newsroom    Services    Contact Us    English ▾    Sign In    Register    🔍


Federman & Sherwood

# Federman & Sherwood Announces Filing the first Securities Class Action Lawsuit Against Mullen Automotive, Inc. (NASDAQ: MULN), Jonathan New, and David Michery

February 12, 2025
15:09 ET

│ Source: Federman & Sherwood

Follow

## Release Summary

Federman & Sherwood Announces Filing the first Securities Class Action Lawsuit Against Mullen Automotive, Inc. (NASDAQ: MULN), Jonathan New, and David Mich

## Company Profile

**Federman & Sherwood**

**Industry:** Business Support Services

**Website:**
https://www.federmanlaw.com

Share






⊞

OKLAHOMA CITY, Feb. 12, 2025 (GLOBE NEWSWIRE) -- Federman & Sherwood announces that on February 12, 2025, it filed a class action lawsuit in the United States ("U.S.") District Court for the Central District of California against Mullen Automotive Inc. ("Mullen" or the "Company") (NASDAQ:MULN) and certain of its officers. The Complaint alleges that Mullen and certain officers made materially false and/or misleading statements and omissions in violation of the federal securities laws and seeks to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder throughout the Class Period, which is between February 3, 2023, and March 13, 2025. Following these materially false and misleading statements and/or omissions, several disclosures revealed the truth of Mullen's operations and brought to light the falsities behind Defendants' statements. As a result, Mullen saw a significant drop in the value of its share prices (NASDAQ:MULN).

Plaintiff seeks to recover damages on behalf of all Mullen investors who purchased its securities during the Class Period. You may move the Court no later than Monday April 14, 2025, to serve as lead plaintiff for the Class. However, to do so, you must meet certain legal requirements pursuant to the Private Securities Litigation Reform Act of 1995 (PSLRA).

Federman & Sherwood is a highly sought after law firm with years of experience in securities class actions and a highly skilled staff. Managing Partner, William B. Federman, has served as counsel for many shareholders and handled over sixty class action suits.

## Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

GlobeNewswire
by notified

Newsroom        Services        Contact Us        Sign In        Register

**Tags**

Class Action

**Contact Data**

```
        If you want to discuss this action, obtain further
information and participate in this or any other securities
litigation, or should you have any questions or concerns
regarding this notice or preservation of your rights, please
contact:

Tashia Poore
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Email to:
Or, visit the firm's website at www.federmanlaw.com
```

Contact

# Recommended Reading

April 10, 2025 14:19 ET │ Source: Federman & Sherwood

## UPDATE - Harcourts Prime Properties Investigated by Federman & Sherwood for Data Breach

Harcourts Prime Properties Investigated by Federman & Sherwood for Data Breach

Read More

April 09, 2025 10:48 ET │ Source: Federman & Sherwood

## Harcourts Prime Properties Investigated by Federman & Sherwood for Data Breach

Harcourts Prime Properties Investigated by Federman & Sherwood for Data Breach

Read More

# Explore