M. Anderson Berry (SBN 262879)
aberry@justice4you.com
Gregory Haroutunian (SBN 330263)
gharoutunian@justice4you.com
Brandon P. Jack (SBN 325584)
bjack@justice4you.com
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
12100 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Telephone: (747) 777-7748
Fax: (916) 924-1829

William B. Federman*
wbf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

*Pro Hac Vice*

*Counsel for Lead Plaintiff Movant
Christian Chiarelli and CJC Prime
Investments, LLC and Proposed
Lead Counsel for the Class*

[Additional caption on next page]

1

MOTION OF CHRISTIAN CHIARELLI AND CJC PRIME INVESTMENTS LLC TO APPOINT
LEAD PLAINTIFFS AND APPROVE SELECTION OF LEAD COUNSEL – Case No. 2:25-cv-01187

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jennifer Maloney,** Individually and on behalf of all others similarly situated,<br><br>        *Plaintiff,*<br><br>    v.<br><br>**MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY and, JONATHAN NEW**<br><br>        *Defendants.* | Case No.: 2:25-cv-01187<br><br>**MOTION OF CHRISTIAN CHIARELLI AND CJC PRIME INVESTMENTS LLC TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL**<br><br>**CLASS ACTION**<br><br>Judge: Honorable Marc C. Scarsi<br>Hearing Date: May 12, 2025<br>Time: 9:00 A.M.<br>Courtroom: 7C |

MOTION OF CHRISTIAN CHIARELLI AND CJC PRIME INVESTMENTS LLC TO APPOINT
LEAD PLAINTIFFS AND APPROVE SELECTION OF LEAD COUNSEL – Case No. 2:25-cv-01187

**TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE** that on May 12, 2025 at 9:00 AM, or as soon thereafter as the matter can be heard in the courtroom of the Honorable Marc C. Scarsi at the 1st Street Courthouse, 350 West 1st Street, Courtroom 7C, Los Angeles, California, 90012, Christian Chiarelli and CJC Prime Investments, LLC (collectively "Movants"), will and do move this Court for an order granting their Motion: (1) appointing Movants as Lead Plaintiffs of the Class; (2) approving Movants' selection of William B. Federman of Federman & Sherwood ("Federman") as Lead Counsel for Lead Plaintiffs and the Class and M. Anderson Berry of Clayeo C. Arnold, a Professional Corporation, ("Berry") as Liaison Counsel; and (3) granting such other and further relief as the Court may deem just and proper ("Motion")

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42(a), on the grounds that: (1) Movants should be appointed as Lead Plaintiffs in the above-captioned securities class action on behalf of a Class of persons or entities who purchased or otherwise acquired the publicly traded securities of Mullen Automotive, Inc. ("Mullen") between February 3, 2023 to February 13, 2025, inclusive (the "Class Period"), as Movants have timely made this Motion, have the largest financial interest and otherwise satisfy the

3

pertinent requirements of Federal Rule of Civil Procedure 23; and (2) Movants' selection of William B. Federman of Federman & Sherwood as Lead Counsel for the Class and M. Anderson Berry of Clayeo C. Arnold, a Professional Corporation, as Liaison Counsel for the Class should be approved as the attorneys and firms are well-qualified and have extensive experience in cases of this type.

In support of this Motion, Movants file herewith a Memorandum of Points and Authorities, the Declaration of William B. Federman and the exhibits attached thereto, a Proposed Order, and such other written or oral arguments as may be permitted by the Court.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

Due to the PSLRA's lead plaintiff procedure, Movants do not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movants respectfully requests the conferral requirement of Local Rule 7-3 be waived insofar as it relates to Movants' motion for leadership. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) of the Exchange Act, defendants do not have standing to oppose the appointment of Movants as lead plaintiffs. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d 1129, 1138 (C.D. Cal. 1999).

WHEREFORE, Movants respectfully request that the Court: (1) appoint Movants as Lead Plaintiffs; and (2) approve their selection of William B. Federman

MOTION OF CHRISTIAN CHIARELLI AND CJC PRIME INVESTMENTS LLC TO APPOINT LEAD PLAINTIFFS AND APPROVE SELECTION OF LEAD COUNSEL – Case No. 2:25-cv-01187

of Federman & Sherwood as Lead Counsel for the Class and M. Anderson Berry of

Clayeo C. Arnold, a Professional Corporation, as Liaison Counsel for the Class.

DATED: April 14, 2025                    Respectfully submitted,

                                         */s/ William B. Federman*

                                         William B. Federman\*
                                         **FEDERMAN & SHERWOOD**
                                         10205 N. Pennsylvania Ave.
                                         Oklahoma City, OK 73120
                                         Telephone: (405) 235-1560
                                         Facsimile: (405) 239-2112
                                         wbf@federmanlaw.com

                                         *Counsel for Movant and*
                                         *[Proposed] Lead Counsel for the Class*

                                         M. Anderson Berry (SBN 262879)
                                         **CLAYEO C. ARNOLD**
                                         **A PROFESSIONAL CORPORATION**
                                         12100 Wilshire Blvd Suite 800
                                         Los Angeles, CA 90025
                                         Telephone: (747) 777-7748
                                         Fax: (916) 924-1829
                                         aberry@justice4you.com

                                         *[Proposed] Liaison Counsel for Lead*
                                         *Plaintiff and the for the Class*

                                         \*Pro hac vice

MOTION OF CHRISTIAN CHIARELLI AND CJC PRIME INVESTMENTS LLC TO APPOINT
LEAD PLAINTIFFS AND APPROVE SELECTION OF LEAD COUNSEL – Case No. 2:25-cv-01187

## CERTIFICATE OF SERVICE

I, William B. Federman, hereby declare under penalty of perjury as follows: I am the managing attorney of Federman & Sherwood, with offices at 10205 N. Pennsylvania Ave., Oklahoma City, OK 73120. I am over the age of eighteen.

On April 14, 2025, I electronically filed the forgoing **MOTION OF CHRISTIAN CHIARELLI AND CJC PRIME INVESTMENTS LLC TO APPOINT LEAD PLAINTIFFS AND APPROVE SELECTION OF LEAD COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 14, 2025.

*/s/: William B. Federman*
William B. Federman

MOTION OF CHRISTIAN CHIARELLI AND CJC PRIME INVESTMENTS LLC TO APPOINT LEAD PLAINTIFFS AND APPROVE SELECTION OF LEAD COUNSEL – Case No. 2:25-cv-01187