# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jennifer Maloney,** Individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY and, JONATHAN NEW**<br><br>*Defendants.* | Case No.: 2:25-cv-01187<br><br>**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND APPROVING SELECTION OF LEAD COUNSEL**<br><br>**CLASS ACTION** |

WHEREAS, the above-captioned securities class action was filed against Mullen Automotive, Inc., David Michery, and Jonathan New alleging claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on February 12, 2025, a notice was issued to potential class members of the action informing them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFFs AND LEAD COUNSEL; Case No. 2:25-cv-2620

WHEREAS, on April 14, 2025, movant Christian Chiarelli and CJC Prime Investments LLC ("Movants") timely moved for appointment as lead plaintiffs and to approve their selection of counsel;

WHEREAS, the PSLRA provides, among other things, that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice, and has the largest financial interest in the relief sought by the Class and satisfies the pertinent requirements of Fed. R. Civ. P. 23; and

WHEREAS, the Court finding that Movants have the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I);

**IT IS HEREBY ORDERED THAT:**

1.      Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Movants are appointed as Lead Plaintiffs of the class as Movants have the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2.      Movants' choice of counsel is approved, and accordingly, Federman & Sherwood is appointed as Lead Counsel and Clayeo C. Arnold, a Professional Corporation ("Arnold") as Liaison Counsel.

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFFs AND LEAD COUNSEL; Case No. 2:25-cv-2620

3.     Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiffs and the Class.

**SO ORDERED:**

Dated  _____, 2025      _____

HON. Mark C. Scarsi

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFFs AND LEAD COUNSEL; Case No. 2:25-cv-2620