## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jennifer Maloney,** Individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY and, JONATHAN NEW**<br><br>*Defendants*. | Case No.: 2:25-cv-01187<br><br>**DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF THE MOTION OF CHRISTIAN CHIARELLI AND CJC PRIME INVESTMENTS LLC TO APPOINT LEAD PLAINTIFFS AND APPROVE OF SELECTION OF LEAD COUNSEL**<br><br>**CLASS ACTION**<br><br>Judge: Honorable Marc C. Scarsi<br>Hearing Date: May 12, 2025<br>Time: 9:00 A.M.<br>Courtroom: 7C |

1

DECLARATION OF WILLIAM B. FEDERMAN

I, William B. Federman, declare as follows:

1.      I am an attorney, founding member and managing partner of the law firm of Federman & Sherwood, proposed Lead Counsel for the Class. I submit this declaration in support of the motion filed by Christian Chiarelli and CJC Prime Investments LLC ("Movants") for the entry of an Order: (1) appointing Movants as Lead Plaintiffs in the above-captioned securities class action (the "Action") on behalf of a Class of persons or entities who purchased or otherwise acquired the publicly traded securities of Mullen Automotive, Inc. ("Mullen") between February 3, 2023 and February 13, 2025 inclusive (the "Class Period") and those who purchased Mullen call options or sold put options during the Class Period, including any Mullen common stock purchased or otherwise acquired in connection with the exercise of such options; and (2) approving Movants' selection of William B. Federman of Federman & Sherwood as Lead Counsel for the Class and M. Anderson Berry of Clayeo C. Arnold, a Professional Corporation, as Liaison Counsel for the Class.

2.      Attached as Exhibits 1 through 6 are true and correct copies of the following documents:

EXHIBIT 1: Notice of Filing of Securities Class Action against Mullen Automotive, Inc.;

EXHIBIT 2: Signed Certification by Movant pursuant to the requirements of the

DECLARATION OF WILLIAM B. FEDERMAN

Private Securities Litigation Reform Act of 1995 (the "PSLRA"). 15 U.S.C. § 78u-4(a)(2);

EXHIBIT 3: A chart reflecting Movant's Class Period transactions in Mullen Automotive, Inc. publicly traded securities and approximate losses;

EXHIBIT 4: Firm resume of Federman & Sherwood;

EXHIBIT 5: Firm resume of Clayeo C. Arnold, a Professional Corporation; and

EXHIBIT 6: CJC Prime Investments, LLC's 2025 Reinstatement Form.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 14 April 2025.

*/s/ William B. Federman*
William B. Federman

DECLARATION OF WILLIAM B. FEDERMAN

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On April 14, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 14, 2025, at Oklahoma City, Oklahoma.

*/s/ William B. Federman*
William B. Federman

DECLARATION OF WILLIAM B. FEDERMAN