# <u>EXHIBIT 1</u>

Case 2:25-cv-01187-DMG-AGR    Document 32-1    Filed 04/14/25    Page 2 of 4    Page ID #:308



NEWSROOM    SERVICES    CONTACT US    ENGLISH ⌄    SIGN IN    REGISTER

🔍



# Federman & Sherwood Announces Filing the first Securities Class Action Lawsuit Against Mullen Automotive, Inc. (NASDAQ: MULN), Jonathan New, and David Michery

February 12, 2025 15:09 ET    | Source: **Federman & Sherwood**

**Follow**

---

**Share**





✉

⊞

OKLAHOMA CITY, Feb. 12, 2025 (GLOBE NEWSWIRE) -- Federman & Sherwood announces that on February 12, 2025, it filed a class action lawsuit in the United States ("U.S.") District Court for the Central District of California against Mullen Automotive Inc. ("Mullen" or the "Company") (NASDAQ:MULN) and certain of its officers. The Complaint alleges that Mullen and certain officers made materially false and/or misleading statements and omissions in violation of the federal securities laws and seeks to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder throughout the Class Period, which is between February 3, 2023, and March 13, 2025. Following these materially false and misleading statements and/or omissions, several disclosures revealed the

## Release Summary

Federman & Sherwood Announces Filing the first Securities Class Action Lawsuit Against Mullen Automotive, Inc. (NASDAQ: MULN), Jonathan New, and David Mich

## Company Profile

**Federman & Sherwood**

**Industry:** Business Support Services

**Website:** https://www.federmanlaw.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**

Cookies Settings

Reject All

Accept All

Case 2:25-cv-01187-DMG-AGR    Document 32-1    Filed 04/14/25    Page 3 of 4   Page ID #:309



**NEWSROOM**        **SERVICES**        **CONTACT US**                **SIGN IN**        **REGISTER**

serve as lead plaintiff for the Class. However, to do so, you must meet certain legal requirements pursuant to the Private Securities Litigation Reform Act of 1995 (PSLRA).

Federman & Sherwood is a highly sought after law firm with years of experience in securities class actions and a highly skilled staff. Managing Partner, William B. Federman, has served as counsel for many shareholders and handled over sixty class action suits.

---

## Tags

Class Action

## Contact Data

```
        If you want to discuss this action, obtain
further information and participate in this or any other
securities litigation, or should you have any questions or
concerns regarding this notice or preservation of your
rights, please contact:

Tashia Poore
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Email to:
Or, visit the firm's website at www.federmanlaw.com
```

Contact

# Explore

## Set Your Preferences

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**

2/17/25, 9:53 AM
Case 2:25-cv-01187-DMG-AGR    Document 32-1    Filed 04/14/25    Page 4 of 4    Page ID
#:310
Federman & Sherwood Announces Filing the first Securities...



NEWSROOM    SERVICES    CONTACT US    SIGN IN    REGISTER



## SANS Institute Launches AI Cybersecurity Hackathon...

February 17, 2025 10:39 ET



## Dr. Scott Kamelle of Advocate Aurora Health Honore...

February 17, 2025 10:31 ET



### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

### Global News

· English

· Français

· Deutsch

### Newswire Distribution Network & Management

· Home
· Newsroom
· RSS Feeds
· Notified

· Legal
· Contact us
· Resources

## Set Your Preferences

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**