# <u>EXHIBIT 2</u>

Case 2:25-cv-01187-DMG-AGR    Document 32-2    Filed 04/14/25    Page 1 of 5   Page ID #:311

**SWORN CERTIFICATION OF PLAINTIFF**

 **Jennifer Maloney, et al., v Mullen Automotive Inc., et al.**

**United States District Court**
**Central District of California**
**Case 2:25-cv-01187-MCS-JDE**

**I, Christian Chiarelli, individually and on behalf of CJC Prime Investments LLC certify that:**

1. I am the owner and manager of CJC Prime Investments, LLC.

2. I have reviewed the Class Action Complaint and adopt its allegations.

3. I did not purchase the securities that are the subject of this action at the direction of plaintiffs' counsel or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of the class and will testify at deposition and trial, if necessary.

5. My transactions in the securities at issue during the Class Period set forth in the Complaint are below (date, amount invested, type of security):

6. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the Court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

_____               04/14/2025
Christian Chiarelli                                      Date

**CJC PRIME INVESTMENTS LLC**

| Symbol | Date Purchased | Quantity of Shares Purchased | Transaction Price | Total Cost | Type of Stock |
|---|---|---|---|---|---|
| MULN | 2023-03-10 | 5,000 | 0.1752 | $876.00 | Common |
| MULN | 2023-03-10 | 7,000 | 0.1722 | $1,205.40 | Common |
| MULN | 2023-03-10 | 5,500 | 0.17 | $935.00 | Common |
| MULN | 2023-03-13 | 11,200 | 0.1551 | $1,737.12 | Common |
| MULN | 2023-06-26 | 250,000 | 0.1701 | $42,525.00 | Common |
| MULN | 2023-06-26 | 28,740 | 0.169699791 | $4,877.17 | Common |
| MULN | 2023-06-26 | 250,000 | 0.1698 | $42,450.00 | Common |
| MULN | 2023-06-26 | 250,000 | 0.169759281 | $42,439.82 | Common |
| MULN | 2023-06-27 | 500,000 | 0.139958046 | $69,979.02 | Common |
| MULN | 2023-06-27 | 200,000 | 0.1413 | $28,260.00 | Common |
| MULN | 2023-06-27 | 75,000 | 0.141 | $10,575.00 | Common |
| MULN | 2023-06-28 | 350,000 | 0.116263331 | $40,692.17 | Common |
| MULN | 2023-06-29 | 444,444 | 0.1138 | $50,577.73 | Common |
| MULN | 2023-06-29 | 200,000 | 0.110226376 | $22,045.28 | Common |
| MULN | 2023-06-30 | 444,444 | 0.112708425 | $50,092.58 | Common |
| MULN | 2023-06-30 | 250,000 | 0.112027322 | $28,006.83 | Common |
| MULN | 2023-07-06 | 25,000 | 0.2700188 | $6,750.47 | Common |
| MULN | 2023-07-06 | 25,000 | 0.273 | $6,825.00 | Common |
| MULN | 2023-07-06 | 10,000 | 0.2598 | $2,598.00 | Common |
| MULN | 2023-07-06 | 300,000 | 0.264316491 | $79,294.95 | Common |
| MULN | 2023-07-06 | 100,150 | 0.258332834 | $25,872.03 | Common |
| MULN | 2023-07-06 | 50,000 | 0.2293776 | $11,468.88 | Common |
| MULN | 2023-07-06 | 25,000 | 0.2289 | $5,722.50 | Common |
| MULN | 2023-07-12 | 10,000 | 0.1549 | $1,549.00 | Common |
| MULN | 2023-07-12 | 5,000 | 0.158572 | $792.86 | Common |
| MULN | 2023-07-12 | 20,000 | 0.1605 | $3,210.00 | Common |
| MULN | 2023-07-12 | 10,000 | 0.1563 | $1,563.00 | Common |
| MULN | 2023-07-19 | 5,000 | 0.151146 | $755.73 | Common |
| MULN | 2023-07-23 | 5,000 | 0.1515 | $757.50 | Common |
| MULN | 2023-07-27 | 3,900 | 0.12915 | $503.69 | Common |
| MULN | 2023-07-27 | 5,000 | 0.12675 | $633.75 | Common |
| MULN | 2023-07-27 | 10,000 | 0.1214 | $1,214.00 | Common |
| MULN | 2023-07-27 | 10,000 | 0.1216 | $1,216.00 | Common |
| MULN | 2023-07-28 | 10,000 | 0.118 | $1,180.00 | Common |
| MULN | 2023-07-28 | 10,000 | 0.1186 | $1,186.00 | Common |
| MULN | 2023-08-09 | 10,000 | 0.1076946 | $1,076.95 | Common |
| MULN | 2023-08-09 | 30,000 | 0.1072 | $3,216.00 | Common |
| MULN | 2023-08-09 | 30,000 | 0.10685 | $3,205.50 | Common |
| MULN | 2023-08-09 | 25,000 | 0.1063 | $2,657.50 | Common |
| MULN | 2023-08-11 | 500 | 1.00682 | $503.41 | Common |

| MULN | 2023-08-22 | 2,700 | 0.504596296 | $1,362.41 Common |
|---|---|---|---|---|
| MULN | 2023-08-30 | 6,500 | 0.5971 | $3,881.15 Common |
| MULN | 2023-09-15 | 5,000 | 0.665 | $3,325.00 Common |
| MULN | 2023-09-18 | 10,000 | 0.7339 | $7,339.00 Common |
| MULN | 2023-09-18 | 10,000 | 0.724014 | $7,240.14 Common |
| MULN | 2023-09-18 | 10,000 | 0.7369 | $7,369.00 Common |
| MULN | 2023-09-18 | 10,000 | 0.7247 | $7,247.00 Common |
| MULN | 2023-09-18 | 10,000 | 0.715855 | $7,158.55 Common |
| MULN | 2023-09-22 | 25,000 | 0.5117682 | $12,794.21 Common |
| MULN | 2023-09-22 | 8,000 | 0.5111 | $4,088.80 Common |
| MULN | 2023-10-23 | 20,000 | 0.2321 | $4,642.00 Common |
| MULN | 2023-10-24 | 12,000 | 0.2988 | $3,585.60 Common |
| MULN | 2023-11-27 | 15,000 | 0.185 | $2,775.00 Common |
| MULN | 2023-12-07 | 6,000 | 0.1557 | $934.20 Common |
| MULN | 2023-12-11 | 8,000 | 0.1265 | $1,012.00 Common |
| MULN | 2023-12-12 | 4,000 | 0.1257 | $502.80 Common |
| MULN | 2023-12-29 | 100 | 16.46 | $1,646.00 Common |
| MULN | 2024-01-08 | 100 | 13.0899 | $1,308.99 Common |
| MULN | 2024-01-09 | 60 | 13.7 | $822.00 Common |
| MULN | 2024-01-19 | 10 | 7.82 | $78.20 Common |
| MULN | 2024-01-19 | 5 | 7.82 | $39.10 Common |
| MULN | 2024-02-22 | 130 | 7.815 | $1,015.95 Common |
| MULN | 2024-02-23 | 200 | 7.1487 | $1,429.74 Common |
| MULN | 2024-03-14 | 200 | 5.795 | $1,159.00 Common |
| MULN | 2024-03-19 | 200 | 4.63 | $926.00 Common |
| MULN | 2024-04-05 | 100 | 4.005 | $400.50 Common |
| MULN | 2024-05-09 | 100 | 7.28 | $728.00 Common |
| MULN | 2024-06-21 | 275 | 2.7295 | $750.61 Common |
| MULN | 2024-06-21 | 380 | 2.725 | $1,035.50 Common |
| MULN | 2024-06-24 | 1,000 | 2.755 | $2,755.00 Common |
| MULN | 2024-06-24 | 1,000 | 2.755 | $2,755.00 Common |
| MULN | 2024-08-07 | 1,100 | 0.7221 | $794.31 Common |
| MULN | 2024-10-21 | 30 | 2.925 | $87.75 Common |
| MULN | 2024-11-15 | 400 | 2.625 | $1,050.00 Common |
| MULN | 2024-12-24 | 50 | 1.04 | $52.00 Common |

## C. CHIARELLI INDIVIDUALLY

| Symbol | Date/Time | Quantity | T. Price | Total Cost | Type of Stock |
|--------|-----------|----------|----------|------------|---------------|
| MULN | 01/11/2024 | 77 | 12.86 | $990.22 | Common |
| MULN | 01/11/2024 | 0.759 | 12.87 | $9.77 | Common |
| MULN | 01/08/2024 | 77 | 12.89 | $992.53 | Common |
| MULN | 01/08/2024 | 0.58 | 12.89 | $7.48 | Common |
| MULN | 10/10/2023 | 2156 | 0.46 | $991.76 | Common |
| MULN | 10/10/2023 | 0.566 | 0.46 | $0.26 | Common |
| MULN | 12/07/2023 | 641 | 0.16 | $102.56 | Common |
| MULN | 12/07/2023 | 0.848 | 0.16 | $0.14 | Common |
| MULN | 12/20/2023 | 10 | 0.09 | $0.90 | Common |
| MULN | 12/29/2023 | 60 | 16.44 | $986.40 | Common |