# <u>EXHIBIT 3</u>

**Financial Interest Analysis**

**Company Name:** Mullen Automotive, Inc.

**Ticker:** MULN

**Class Period:** February 3, 2023 through February 13, 2025

**Name:** Christian Chiarelli

**Account 1**

| Symbol | Date | Quantity of Shares | Price bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|---|
| MULN | 2023-03-10 | 5,000 | 0.1752 | $876.00 | | $0.00 | $876.00 |
| MULN | 2023-03-10 | 7,000 | 0.1722 | $1,205.40 | | $0.00 | $2,081.40 |
| MULN | 2023-03-10 | 5,500 | 0.17 | $935.00 | | $0.00 | $3,016.40 |
| MULN | 2023-03-13 | 11,200 | 0.1551 | $1,737.12 | | $0.00 | $4,753.52 |
| MULN | 2023-06-26 | 250,000 | 0.1701 | $42,525.00 | | $0.00 | $47,278.52 |
| MULN | 2023-06-26 | 28,740 | 0.169699791 | $4,877.17 | | $0.00 | $52,155.69 |
| MULN | 2023-06-26 | 250,000 | 0.1698 | $42,450.00 | | $0.00 | $94,605.69 |
| MULN | 2023-06-26 | 250,000 | 0.169759281 | $42,439.82 | | $0.00 | $137,045.51 |
| MULN | 2023-06-27 | 500,000 | 0.139958046 | $69,979.02 | | $0.00 | $207,024.54 |
| MULN | 2023-06-27 | 200,000 | 0.1413 | $28,260.00 | | $0.00 | $235,284.54 |
| MULN | 2023-06-27 | 75,000 | 0.141 | $10,575.00 | | $0.00 | $245,859.54 |
| MULN | 2023-06-28 | 350,000 | 0.116263331 | $40,692.17 | | $0.00 | $286,551.70 |
| MULN | 2023-06-29 | 444,444 | 0.1138 | $50,577.73 | | $0.00 | $337,129.43 |
| MULN | 2023-06-29 | 200,000 | 0.110226376 | $22,045.28 | | $0.00 | $359,174.70 |
| MULN | 2023-06-30 | 444,444 | 0.112708425 | $50,092.58 | | $0.00 | $409,267.29 |
| MULN | 2023-06-30 | 250,000 | 0.112027322 | $28,006.83 | | $0.00 | $437,274.12 |
| MULN | 2023-07-06 | 25,000 | 0.2700188 | $6,750.47 | | $0.00 | $444,024.59 |
| MULN | 2023-07-06 | 25,000 | 0.273 | $6,825.00 | | $0.00 | $450,849.59 |
| MULN | 2023-07-06 | 10,000 | 0.2598 | $2,598.00 | | $0.00 | $453,447.59 |
| MULN | 2023-07-06 | 300,000 | 0.264316491 | $79,294.95 | | $0.00 | $532,742.53 |
| MULN | 2023-07-06 | 100,150 | 0.258332834 | $25,872.03 | | $0.00 | $558,614.57 |
| MULN | 2023-07-06 | 50,000 | 0.2293776 | $11,468.88 | | $0.00 | $570,083.45 |
| MULN | 2023-07-06 | 25,000 | 0.2289 | $5,722.50 | | $0.00 | $575,805.95 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MULN | 2023-07-12 | 10,000 | 0.1549 | $1,549.00 | $0.00 | $577,354.95 |
| MULN | 2023-07-12 | 5,000 | 0.158572 | $792.86 | $0.00 | $578,147.81 |
| MULN | 2023-07-12 | 20,000 | 0.1605 | $3,210.00 | $0.00 | $581,357.81 |
| MULN | 2023-07-12 | 10,000 | 0.1563 | $1,563.00 | $0.00 | $582,920.81 |
| MULN | 2023-07-19 | 5,000 | 0.151146 | $755.73 | $0.00 | $583,676.54 |
| MULN | 2023-07-23 | 5,000 | 0.1515 | $757.50 | $0.00 | $584,434.04 |
| MULN | 2023-07-27 | 3,900 | 0.12915 | $503.69 | $0.00 | $584,937.72 |
| MULN | 2023-07-27 | 5,000 | 0.12675 | $633.75 | $0.00 | $585,571.47 |
| MULN | 2023-07-27 | 10,000 | 0.1214 | $1,214.00 | $0.00 | $586,785.47 |
| MULN | 2023-07-27 | 10,000 | 0.1216 | $1,216.00 | $0.00 | $588,001.47 |
| MULN | 2023-07-28 | 10,000 | 0.118 | $1,180.00 | $0.00 | $589,181.47 |
| MULN | 2023-07-28 | 10,000 | 0.1186 | $1,186.00 | $0.00 | $590,367.47 |
| MULN | 2023-08-09 | 10,000 | 0.1076946 | $1,076.95 | $0.00 | $591,444.42 |
| MULN | 2023-08-09 | 30,000 | 0.1072 | $3,216.00 | $0.00 | $594,660.42 |
| MULN | 2023-08-09 | 30,000 | 0.10685 | $3,205.50 | $0.00 | $597,865.92 |
| MULN | 2023-08-09 | 25,000 | 0.1063 | $2,657.50 | $0.00 | $600,523.42 |
| MULN | 2023-08-11 | 500 | 1.00682 | $503.41 | $0.00 | $601,026.83 |
| MULN | 2023-08-22 | 2,700 | 0.504596296 | $1,362.41 | $0.00 | $602,389.24 |
| MULN | 2023-08-30 | 6,500 | 0.5971 | $3,881.15 | $0.00 | $606,270.39 |
| MULN | 2023-09-15 | 5,000 | 0.665 | $3,325.00 | $0.00 | $609,595.39 |
| MULN | 2023-09-18 | 10,000 | 0.7339 | $7,339.00 | $0.00 | $616,934.39 |
| MULN | 2023-09-18 | 10,000 | 0.724014 | $7,240.14 | $0.00 | $624,174.53 |
| MULN | 2023-09-18 | 10,000 | 0.7369 | $7,369.00 | $0.00 | $631,543.53 |
| MULN | 2023-09-18 | 10,000 | 0.7247 | $7,247.00 | $0.00 | $638,790.53 |
| MULN | 2023-09-18 | 10,000 | 0.715855 | $7,158.55 | $0.00 | $645,949.08 |
| MULN | 2023-09-22 | 25,000 | 0.5117682 | $12,794.21 | $0.00 | $658,743.28 |
| MULN | 2023-09-22 | 8,000 | 0.5111 | $4,088.80 | $0.00 | $662,832.08 |
| MULN | 2023-10-23 | 20,000 | 0.2321 | $4,642.00 | $0.00 | $667,474.08 |
| MULN | 2023-10-24 | 12,000 | 0.2988 | $3,585.60 | $0.00 | $671,059.68 |
| MULN | 2023-11-27 | 15,000 | 0.185 | $2,775.00 | $0.00 | $673,834.68 |
| MULN | 2023-12-07 | 6,000 | 0.1557 | $934.20 | $0.00 | $674,768.88 |
| MULN | 2023-12-11 | 8,000 | 0.1265 | $1,012.00 | $0.00 | $675,780.88 |
| MULN | 2023-12-12 | 4,000 | 0.1257 | $502.80 | $0.00 | $676,283.68 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MULN | 2023-12-29 | 100 | 16.46 | $1,646.00 | | $0.00 | $677,929.68 |
| MULN | 2024-01-08 | 100 | 13.0899 | $1,308.99 | | $0.00 | $679,238.67 |
| MULN | 2024-01-09 | 60 | 13.7 | $822.00 | | $0.00 | $680,060.67 |
| MULN | 2024-01-19 | 10 | 7.82 | $78.20 | | $0.00 | $680,138.87 |
| MULN | 2024-01-19 | 5 | 7.82 | $39.10 | | $0.00 | $680,177.97 |
| MULN | 2024-02-22 | 130 | 7.815 | $1,015.95 | | $0.00 | $681,193.92 |
| MULN | 2024-02-23 | 200 | 7.1487 | $1,429.74 | | $0.00 | $682,623.66 |
| MULN | 2024-03-14 | 200 | 5.795 | $1,159.00 | | $0.00 | $683,782.66 |
| MULN | 2024-03-19 | 200 | 4.63 | $926.00 | | $0.00 | $684,708.66 |
| MULN | 2024-04-05 | 100 | 4.005 | $400.50 | | $0.00 | $685,109.16 |
| MULN | 2024-05-09 | 100 | 7.28 | $728.00 | | $0.00 | $685,837.16 |
| MULN | 2024-06-21 | 275 | 2.7295 | $750.61 | | $0.00 | $686,587.78 |
| MULN | 2024-06-21 | 380 | 2.725 | $1,035.50 | | $0.00 | $687,623.28 |
| MULN | 2024-06-24 | 1,000 | 2.755 | $2,755.00 | | $0.00 | $690,378.28 |
| MULN | 2024-06-24 | 1,000 | 2.755 | $2,755.00 | | $0.00 | $693,133.28 |
| MULN | 2024-08-07 | 1,100 | 0.7221 | $794.31 | | $0.00 | $693,927.59 |
| MULN | 2024-10-21 | 30 | 2.925 | $87.75 | | $0.00 | $694,015.34 |
| MULN | 2024-11-15 | 400 | 2.625 | $1,050.00 | | $0.00 | $695,065.34 |
| MULN | 2024-12-24 | 50 | 1.04 | $52.00 | | $0.00 | $695,117.34 |

**Shares Purchased:** **4,173,518**                                                    **Subtotal:**        -$695,117.34

Shares retained after all reverse splits through April 14, 2025:    0.16

**57-Day Average Price\* (accounting for the Reverse Stock Split that occurred February 18, 2025 during the look back period)**
**$0.0300**

**Shares Purchased** 4,173,518    **57-Day Average:**    **$125,038.60**

**Account 1 Total:**    -$570,078.74

<u>Notes</u>

The 90-Day Average Price used in this loss chart is the average closing price between February 12, 2025 and April 10, 2025

**Account 2**

| Symbol | Date | Quantity of Shares | Price bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|---|
| MULN | 01/11/2024 | 77 | 12.86 | $990.22 | | $0.00 | $990.22 |
| MULN | 01/11/2024 | 0.759 | 12.87 | $9.77 | | $0.00 | $999.99 |
| MULN | 01/08/2024 | 77 | 12.89 | $992.53 | | $0.00 | $1,992.52 |
| MULN | 01/08/2024 | 0.58 | 12.89 | $7.48 | | $0.00 | $1,999.99 |
| MULN | 10/10/2023 | 2156 | 0.46 | $991.76 | | $0.00 | $2,991.75 |
| MULN | 10/10/2023 | 0.566 | 0.46 | $0.26 | | $0.00 | $2,992.01 |
| MULN | 12/07/2023 | 641 | 0.16 | $102.56 | | $0.00 | $3,094.57 |
| MULN | 12/07/2023 | 0.848 | 0.16 | $0.14 | | $0.00 | $3,094.71 |
| MULN | 12/20/2023 | 10 | 0.09 | $0.90 | | $0.00 | $3,095.61 |
| MULN | 12/29/2023 | 60 | 16.44 | $986.40 | | $0.00 | $4,082.01 |

| | Shares Purchased: | **3,024** | | | Shares Purchased | Subtotal: | -$4,082.01 |
|---|---|---|---|---|---|---|---|

**57-Day Average Price\* (accounting for the Reverse Stock Split that occurred February 18, 2025 during the look back period)**

**$0.0300**

|  | **3,024** | **57-Day Average:** | $90.60 |
|---|---|---|---|
| | | **Account 2 Total:** | -$3,991.41 |

| **Combined Total:** | -$574,070.15 |
|---|---|