# <u>EXHIBIT 6</u>

**2025 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT**

DOCUMENT# L21000163698

**Entity Name:** CJC PRIME INVESTMENTS LLC

**FILED**

**Feb 25, 2025**
**Secretary of State**
**8605818364CR**

**Current Principal  Place of Business:**

4706 VILLAGE WAY
DAVIE, FL  33314

**Current Mailing Address:**

4706 VILLAGE WAY
DAVIE, FL  33314  US

**FEI Number:** ██████████

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

CHIARELLI , CHRISTIAN
4706 VILLAGE WAY
DAVIE, FL  33314  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   CHRISTIAN CHIARELLI                                                          02/25/2025

              Electronic Signature of Registered Agent                                                                Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AMBR |
| Name | CHIARELLI, CHRISTIAN |
| Address | 4706 VILLAGE WAY |
| City-State-Zip: | DAVIE  FL  33314 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTIAN CHIARELLI                          PRESIDENT                          02/25/2025

           Electronic Signature of Signing Authorized Person(s) Detail                                          Date