ROBBINS LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsllp.com
GREGORY E. DEL GAIZO (247319)
gdelgaizo@robbinsllp.com
5060 Shoreham Place, Suite 300
San Diego, CA  92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Counsel for Movant Teeluck Persad and*
*[Proposed] Lead Counsel*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MALONEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and JONATHAN NEW,<br><br>                    Defendants. | Case No. 2:25-cv-01187-MCS-JDE<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND MOTION OF MOVANT TEELUCK PERSAD FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL |
| CAYDEN CRUME, JAMES LEGRAND, and TODD HOLTON,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MULLEN AUTOMOTIVE, INC., DAVID MICHERY, JONATHAN NEW, and OLEG FIRER,<br><br>                    Defendants. | Case No. 2:25-cv-02620-DMG-AGR<br><br>CLASS ACTION<br><br>Judge: Hon. Mark C. Scarsi<br>Ctrm: 7C; 7th Floor<br>Date: May 12, 2025<br>Time: 9:00 a.m. |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on May 12, 2025 at 9:00 a.m., before the Honorable Mark C. Scarsi, in Courtroom 7C, United States District Court for the Central District of California, 350 West 1st Street, 7th Floor, Los Angeles, California, 90012, Movant Teeluck Persad ("Movant") will respectfully move the Court, pursuant to section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for entry of an Order: (i) consolidating the related actions pursuant to Federal Rule of Civil Procedure 42(a); (ii) appointing Movant as Lead Plaintiff in the above-captioned actions; and (iii) approving Movant's selection of Robbins LLP as Lead Counsel for Lead Plaintiff and the proposed Class.[1]

The grounds for this Motion are set forth in the Memorandum of Law in Support of Movant's Motion; and the Declaration of Gregory E. Del Gaizo in Support of Movant's Motion, filed contemporaneously herewith.

Dated: April 14, 2025

ROBBINS LLP
BRIAN J. ROBBINS
GREGORY E. DEL GAIZO

s/Gregory E. Del Gaizo
GREGORY E. DEL GAIZO

5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsllp.com
gdelgaizo@robbinsllp.com

*Counsel for Movant Teeluck Persad and [Proposed] Lead Counsel*

---

[1] Local Rule 7-3 and the Court's Initial Standing Order require a conference of counsel prior to filing motions. Due to the PLSRA's lead plaintiff procedure, however, Movant will not know which other class members may move for appointments as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant requests that the conferral requirement of Local Rule 7-3 be waived.

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted the Court's electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 14, 2025.

s/Gregory E. Del Gaizo
GREGORY E. DEL GAIZO

1694212

- 2 -