ROBBINS LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsllp.com
GREGORY E. DEL GAIZO (247319)
gdelgaizo@robbinsllp.com
5060 Shoreham Place, Suite 300
San Diego, CA  92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Counsel for Movant Teeluck Persad and*
*[Proposed] Lead Counsel*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MALONEY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and JONATHAN NEW,<br><br>    Defendants. | Case No. 2:25-cv-01187-MCS-JDE<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOVANT TEELUCK PERSAD'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL |
| CAYDEN CRUME, JAMES LEGRAND, and TODD HOLTON,<br><br>    Plaintiffs,<br><br>  v.<br><br>MULLEN AUTOMOTIVE, INC., DAVID MICHERY, JONATHAN NEW, and OLEG FIRER,<br><br>    Defendants. | Case No. 2:25-cv-02620-DMG-AGR<br><br>CLASS ACTION<br><br><br>Judge: Hon. Mark C. Scarsi<br>Ctrm: 7C; 7th Floor<br>Date: May 12, 2025<br>Time: 9:00 a.m. |

The Court having considered Movant Teeluck Persad's Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The following actions are hereby consolidated for all purposes, including pretrial proceedings and trial, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure:

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Maloney v. Mullen Automotive, Inc., et al.* | 2:25-cv-01187-MCS-JDE | February 12, 2025 |
| *Crume, et al. v. Mullen Automotive, Inc., et al.* | 2:25-cv-02620-DMG-AGR | March 26, 2025 |

3. Every pleading filed in these consolidated actions, or in any separate action included, shall bear the following caption:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Lead Case No. 2:25-cv-01187-MCS-JDE |

4. The files of these consolidated actions shall be maintained in one file under Lead Case No. 2:25-cv-01187-MCS-JDE;

5. The Court, having considered the provisions of section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby appoints

- 1 -

Teeluck Persad as Lead Plaintiff; and

6.     Lead Plaintiff's selection of Lead Counsel is approved. Pursuant to section 21D(a)(3)(B)(v) of the Exchange Act, the law firm of Robbins LLP is approved as Lead Counsel for Lead Plaintiff.

IT IS SO ORDERED.

Dated:

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted the Court's electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 14, 2025.

s/Gregory E. Del Gaizo
GREGORY E. DEL GAIZO

1694210

- 3 -