ROBBINS LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsllp.com
GREGORY E. DEL GAIZO (247319)
gdelgaizo@robbinsllp.com
5060 Shoreham Place, Suite 300
San Diego, CA  92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Counsel for Movant Teeluck Persad and*
*[Proposed] Lead Counsel*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MALONEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                                Plaintiff,<br><br>        v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and JONATHAN NEW,<br><br>                                Defendants. | Case No. 2:25-cv-01187-MCS-JDE<br><br>CLASS ACTION<br><br>DECLARATION OF GREGORY E. DEL GAIZO IN SUPPORT OF MOVANT TEELUCK PERSAD'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL |
| CAYDEN CRUME, JAMES LEGRAND, and TODD HOLTON,<br><br>                                Plaintiffs,<br><br>        v.<br><br>MULLEN AUTOMOTIVE, INC., DAVID MICHERY, JONATHAN NEW, and OLEG FIRER,<br><br>                                Defendants. | Case No. 2:25-cv-02620-DMG-AGR<br><br>CLASS ACTION<br><br><br>Judge: Hon. Mark C. Scarsi<br>Ctrm: 7C; 7th Floor<br>Date: May 12, 2025<br>Time: 9:00 a.m. |

I, Gregory E. Del Gaizo, declare as follows:

I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a partner with the law firm Robbins LLP, counsel for Movant Teeluck Persad ("Movant") in the above-entitled action.  I submit this Declaration in Support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit A:    Published Notice, *Federman & Sherwood Announces Filing the First Securities Class Action Lawsuit Against Mullen Automotive, Inc. (NASDAQ: MULN), Jonathan New, and David Michery*, Globe Newswire (Feb. 12, 2025);

Exhibit B:    Certification of Movant;

Exhibit C:    Chart of Movant's Purchases and Losses; and

Exhibit D:    Firm resume of Robbins LLP.

I declare under penalty of perjury, on this 14th day of April, 2025, under the laws of the United States of America that the foregoing is true and correct.

/s/Gregory E. Del Gaizo

GREGORY E. DEL GAIZO

- 1 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted the Court's electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 14, 2025.

<u>s/Gregory E. Del Gaizo</u>
GREGORY E. DEL GAIZO

1694211

- 2 -