# Exhibit A



*Source:* *Federman & Sherwood*

*February 12, 2025 15:09 ET*

# Federman & Sherwood Announces Filing the first Securities Class Action Lawsuit Against Mullen Automotive, Inc. (NASDAQ: MULN), Jonathan New, and David Michery

OKLAHOMA CITY, Feb. 12, 2025 (GLOBE NEWSWIRE) -- Federman & Sherwood announces that on February 12, 2025, it filed a class action lawsuit in the United States ("U.S.") District Court for the Central District of California against Mullen Automotive Inc. ("Mullen" or the "Company") (NASDAQ:MULN) and certain of its officers. The Complaint alleges that Mullen and certain officers made materially false and/or misleading statements and omissions in violation of the federal securities laws and seeks to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder throughout the Class Period, which is between February 3, 2023, and March 13, 2025. Following these materially false and misleading statements and/or omissions, several disclosures revealed the truth of Mullen's operations and brought to light the falsities behind Defendants' statements. As a result, Mullen saw a significant drop in the value of its share prices (NASDAQ:MULN).

Plaintiff seeks to recover damages on behalf of all Mullen investors who purchased its securities during the Class Period. You may move the Court no later than Monday April 14, 2025, to serve as lead plaintiff for the Class. However, to do so, you must meet certain legal requirements pursuant to the Private Securities Litigation Reform Act of 1995 (PSLRA).

Federman & Sherwood is a highly sought after law firm with years of experience in securities class actions and a highly skilled staff. Managing Partner, William B. Federman, has served as counsel for many shareholders and handled over sixty class action suits.