# Exhibit B

**CERTIFICATION OF MOVANT**
**PURSUANT TO FEDERAL SECURITIES LAW**

Teeluck Persad ("Movant") declares:

1.     Movant has reviewed the complaint filed and adopts its allegations.  Movant has retained Robbins LLP as counsel in this action for all purposes, and authorized the filing of a motion for appointment as lead plaintiff.

2.     Movant did not acquire the security that is the subject of this action at the direction of Movant's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Movant is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Movant has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| SECURITY | TRANSACTION (Purchase/Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| | See Attachment | | | |
| | | | | |
| | | | | |
| | | | | |

5.     Movant has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None

6.     Movant will not accept any payment for serving as a representative party on behalf of the class beyond the Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

7.     Movant represents and warrants that he is fully authorized to enter into and execute this certification.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 4/11/2025 day of April, 2025.

DocuSigned by:

PERSAD TEELUCK

C8054AE970E2485...

TEELUCK PERSAD

| Trade Date | Type | Quantity | Price | Cost Basis/Proceeds from Sales |
|---|---|---|---|---|
| 3/2/2022 | BUY | 10000 | 1.12 | $ 11,200.00 |
| 3/3/2022 | SELL | -4803 | 0.9351 | $ (4,491.29) |
| 3/3/2022 | SELL | -5197 | 0.935 | $ (4,859.20) |
| 6/6/2022 | BUY | 100000 | 1.36 | $ 136,000.00 |
| 6/6/2022 | BUY | 200000 | 1.37 | $ 274,000.00 |
| 6/7/2022 | BUY | 4614 | 1.31 | $ 6,044.34 |
| 6/7/2022 | BUY | 40000 | 1.3098 | $ 52,392.00 |
| 6/7/2022 | BUY | 55386 | 1.3 | $ 72,001.80 |
| 6/8/2022 | BUY | 100000 | 1.2599 | $ 125,990.00 |
| 6/9/2022 | BUY | 25000 | 1.23 | $ 30,750.00 |
| 6/9/2022 | BUY | 100000 | 1.23 | $ 123,000.00 |
| 6/10/2022 | BUY | 5000 | 1.13 | $ 5,650.00 |
| 6/16/2022 | SELL | -5 | 1.26 | $ (6.30) |
| 6/16/2022 | SELL | -100 | 1.2565 | $ (125.65) |
| 6/16/2022 | SELL | -3600 | 1.255 | $ (4,518.00) |
| 6/16/2022 | SELL | -5000 | 1.25 | $ (6,250.00) |
| 6/16/2022 | SELL | -21295 | 1.25 | $ (26,618.75) |
| 6/16/2022 | SELL | -100000 | 1.25 | $ (125,000.00) |
| 6/27/2022 | SELL | -2177 | 1.325 | $ (2,884.53) |
| 6/27/2022 | SELL | -4614 | 1.3105 | $ (6,046.65) |
| 6/27/2022 | SELL | -40000 | 1.3107 | $ (52,428.00) |
| 6/27/2022 | SELL | -55386 | 1.32 | $ (73,109.52) |
| 6/27/2022 | SELL | -97823 | 1.32 | $ (129,126.36) |
| 8/26/2022 | BUY | 53 | 0.6656 | $ 35.28 |
| 8/26/2022 | BUY | 100 | 0.6667 | $ 66.67 |
| 8/26/2022 | BUY | 100 | 0.6696 | $ 66.96 |
| 8/26/2022 | BUY | 172 | 0.6686 | $ 115.00 |
| 8/26/2022 | BUY | 322 | 0.6694 | $ 215.55 |
| 8/26/2022 | BUY | 644 | 0.6681 | $ 430.26 |
| 8/26/2022 | BUY | 2900 | 0.666 | $ 1,931.40 |
| 8/26/2022 | BUY | 3200 | 0.6697 | $ 2,143.04 |
| 8/26/2022 | BUY | 3500 | 0.6687 | $ 2,340.45 |
| 8/26/2022 | BUY | 5000 | 0.669 | $ 3,345.00 |
| 8/26/2022 | BUY | 12576 | 0.668 | $ 8,400.77 |
| 8/26/2022 | BUY | 24500 | 0.6315 | $ 15,471.75 |
| 8/26/2022 | BUY | 25500 | 0.6316 | $ 16,105.80 |
| 8/26/2022 | BUY | 40311 | 0.6653 | $ 26,818.91 |
| 8/26/2022 | BUY | 50100 | 0.6661 | $ 33,371.61 |
| 8/26/2022 | BUY | 131022 | 0.6698 | $ 87,758.54 |
| 8/29/2022 | SELL | -392 | 0.6383 | $ (250.21) |
| 8/29/2022 | SELL | -6600 | 0.6384 | $ (4,213.44) |
| 8/29/2022 | SELL | -18508 | 0.6382 | $ (11,811.81) |
| 8/29/2022 | SELL | -24500 | 0.6382 | $ (15,635.90) |
| 8/31/2022 | TRANSFER | -400000 | | $ - |
| 9/9/2022 | BUY | 2000 | 0.5383 | $ 1,076.60 |
| 9/9/2022 | BUY | 6000 | 0.53 | $ 3,180.00 |

| Date | Type | Quantity | Price | | Amount |
|---|---|---|---|---|---|
| 9/9/2022 | BUY | 12000 | 0.5349 | $ | 6,418.80 |
| 9/9/2022 | BUY | 86950 | 0.5368 | $ | 46,674.76 |
| 9/9/2022 | BUY | 130050 | 0.535 | $ | 69,576.75 |
| 9/22/2022 | BUY | 350 | 0.396 | $ | 138.60 |
| 9/23/2022 | BUY | 1500 | 0.3523 | $ | 528.45 |
| 9/23/2022 | BUY | 1800 | 0.3335 | $ | 600.30 |
| 9/23/2022 | BUY | 310850 | 0.3359 | $ | 104,414.52 |
| 10/19/2022 | TRANSFER | 306500 | | $ | - |
| 10/20/2022 | SELL | -394 | 0.3527 | $ | (138.96) |
| 10/20/2022 | SELL | -1500 | 0.3621 | $ | (543.15) |
| 10/20/2022 | SELL | -1500 | 0.362 | $ | (543.00) |
| 10/20/2022 | SELL | -4360 | 0.3526 | $ | (1,537.34) |
| 10/20/2022 | SELL | -20494 | 0.353 | $ | (7,234.38) |
| 10/20/2022 | SELL | -33344 | 0.3529 | $ | (11,767.10) |
| 10/20/2022 | SELL | -244908 | 0.3525 | $ | (86,330.07) |
| 10/20/2022 | BUY | 100 | 0.3461 | $ | 34.61 |
| 10/20/2022 | BUY | 100 | 0.345 | $ | 34.50 |
| 10/20/2022 | BUY | 100 | 0.3473 | $ | 34.73 |
| 10/20/2022 | BUY | 200 | 0.3456 | $ | 69.12 |
| 10/20/2022 | BUY | 500 | 0.3583 | $ | 179.15 |
| 10/20/2022 | BUY | 500 | 0.3462 | $ | 173.10 |
| 10/20/2022 | BUY | 900 | 0.3449 | $ | 310.41 |
| 10/20/2022 | BUY | 1418 | 0.3482 | $ | 493.75 |
| 10/20/2022 | BUY | 2500 | 0.3569 | $ | 892.25 |
| 10/20/2022 | BUY | 3900 | 0.3462 | $ | 1,350.18 |
| 10/20/2022 | BUY | 9025 | 0.3464 | $ | 3,126.26 |
| 10/20/2022 | BUY | 10500 | 0.346 | $ | 3,633.00 |
| 10/20/2022 | BUY | 15695 | 0.3459 | $ | 5,428.90 |
| 10/20/2022 | BUY | 263562 | 0.35 | $ | 92,246.70 |
| 10/21/2022 | BUY | 210 | 0.377 | $ | 79.17 |
| 10/21/2022 | BUY | 7200 | 0.377 | $ | 2,714.40 |
| 10/21/2022 | SELL | -100 | 0.3708 | $ | (37.08) |
| 10/21/2022 | SELL | -100 | 0.3676 | $ | (36.76) |
| 10/21/2022 | SELL | -1300 | 0.3711 | $ | (482.43) |
| 10/21/2022 | SELL | -1600 | 0.3668 | $ | (586.88) |
| 10/21/2022 | SELL | -1600 | 0.367 | $ | (587.20) |
| 10/21/2022 | SELL | -2700 | 0.3672 | $ | (991.44) |
| 10/21/2022 | SELL | -3747 | 0.3667 | $ | (1,374.02) |
| 10/21/2022 | SELL | -5600 | 0.3669 | $ | (2,054.64) |
| 10/21/2022 | SELL | -10000 | 0.3675 | $ | (3,675.00) |
| 10/21/2022 | SELL | -12001 | 0.3671 | $ | (4,405.57) |
| 10/21/2022 | SELL | -13600 | 0.3673 | $ | (4,995.28) |
| 10/21/2022 | SELL | -50000 | 0.3678 | $ | (18,390.00) |
| 10/21/2022 | SELL | -80102 | 0.3681 | $ | (29,485.55) |
| 10/21/2022 | SELL | -82512 | 0.3666 | $ | (30,248.90) |
| 10/21/2022 | SELL | -161680 | 0.3702 | $ | (59,853.94) |
| 10/24/2022 | BUY | 1 | 0.444 | $ | 0.44 |
| 10/24/2022 | BUY | 1 | 0.4441 | $ | 0.44 |
| 10/24/2022 | BUY | 5 | 0.5092 | $ | 2.55 |

| Date | Action | Quantity | Price | Amount |
|---|---|---|---|---|
| 10/24/2022 | BUY | 125 | 0.4422 | $ 55.28 |
| 10/24/2022 | BUY | 125 | 0.4423 | $ 55.29 |
| 10/24/2022 | BUY | 375 | 0.4347 | $ 163.01 |
| 10/24/2022 | BUY | 1000 | 0.509 | $ 509.00 |
| 10/24/2022 | BUY | 1692 | 0.435 | $ 736.02 |
| 10/24/2022 | BUY | 2763 | 0.4425 | $ 1,222.63 |
| 10/24/2022 | BUY | 3700 | 0.5088 | $ 1,882.56 |
| 10/24/2022 | BUY | 3711 | 0.4439 | $ 1,647.31 |
| 10/24/2022 | BUY | 5000 | 0.4449 | $ 2,224.50 |
| 10/24/2022 | BUY | 5099 | 0.5089 | $ 2,594.88 |
| 10/24/2022 | BUY | 6521 | 0.4449 | $ 2,901.19 |
| 10/24/2022 | BUY | 6665 | 0.4348 | $ 2,897.94 |
| 10/24/2022 | BUY | 8192 | 0.4424 | $ 3,624.14 |
| 10/24/2022 | BUY | 9762 | 0.442 | $ 4,314.80 |
| 10/24/2022 | BUY | 10000 | 0.4424 | $ 4,424.00 |
| 10/24/2022 | BUY | 15900 | 0.5088 | $ 8,089.92 |
| 10/24/2022 | BUY | 22399 | 0.443 | $ 9,922.76 |
| 10/24/2022 | BUY | 261400 | 0.445 | $ 116,323.00 |
| 10/24/2022 | BUY | 474296 | 0.51 | $ 241,890.96 |
| 10/24/2022 | SELL | -11 | 0.4934 | $ (5.43) |
| 10/24/2022 | SELL | -30 | 0.5468 | $ (16.40) |
| 10/24/2022 | SELL | -148 | 0.547 | $ (80.96) |
| 10/24/2022 | SELL | -150 | 0.4935 | $ (74.03) |
| 10/24/2022 | SELL | -400 | 0.4925 | $ (197.00) |
| 10/24/2022 | SELL | -516 | 0.5489 | $ (283.23) |
| 10/24/2022 | SELL | -987 | 0.4938 | $ (487.38) |
| 10/24/2022 | SELL | -1000 | 0.5386 | $ (538.60) |
| 10/24/2022 | SELL | -1500 | 0.5475 | $ (821.25) |
| 10/24/2022 | SELL | -1800 | 0.548 | $ (986.40) |
| 10/24/2022 | SELL | -2010 | 0.5395 | $ (1,084.40) |
| 10/24/2022 | SELL | -2500 | 0.5389 | $ (1,347.25) |
| 10/24/2022 | SELL | -3000 | 0.5355 | $ (1,606.50) |
| 10/24/2022 | SELL | -3,100 | 0.4922 | $ (1,525.82) |
| 10/24/2022 | SELL | -3,500 | 0.4939 | $ (1,728.65) |
| 10/24/2022 | SELL | -5,000 | 0.5352 | $ (2,676.00) |
| 10/24/2022 | SELL | -6,000 | 0.5557 | $ (3,334.20) |
| 10/24/2022 | SELL | -6,523 | 0.5571 | $ (3,633.96) |
| 10/24/2022 | SELL | -7,600 | 0.557 | $ (4,233.20) |
| 10/24/2022 | SELL | -8,496 | 0.494 | $ (4,197.02) |
| 10/24/2022 | SELL | -9,650 | 0.5572 | $ (5,376.98) |
| 10/24/2022 | SELL | -10,000 | 0.5362 | $ (5,362.00) |
| 10/24/2022 | SELL | -12,300 | 0.493 | $ (6,063.90) |
| 10/24/2022 | SELL | -13,569 | 0.4928 | $ (6,686.80) |
| 10/24/2022 | SELL | -17,549 | 0.4933 | $ (8,656.92) |
| 10/24/2022 | SELL | -17,684 | 0.547 | $ (9,673.15) |
| 10/24/2022 | SELL | -19,111 | 0.4921 | $ (9,404.52) |
| 10/24/2022 | SELL | -20,722 | 0.546 | $ (11,314.21) |
| 10/24/2022 | SELL | -21,000 | 0.5351 | $ (11,237.10) |
| 10/24/2022 | SELL | -29,727 | 0.538 | $ (15,993.13) |

| Date | Type | Quantity | Price | Amount |
|---|---|---|---|---|
| 10/24/2022 | SELL | -37,816 | 0.5391 | $ (20,386.61) |
| 10/24/2022 | SELL | -43,400 | 0.4924 | $ (21,370.16) |
| 10/24/2022 | SELL | -200,393 | 0.4931 | $ (98,813.79) |
| 10/24/2022 | SELL | -254,752 | 0.535 | $ (136,292.32) |
| 10/24/2022 | SELL | -607,034 | 0.492 | $ (298,660.73) |
| 10/25/2022 | BUY | 5 | 0.4977 | $ 2.49 |
| 10/25/2022 | BUY | 10 | 0.626 | $ 6.26 |
| 10/25/2022 | BUY | 20 | 0.6289 | $ 12.58 |
| 10/25/2022 | BUY | 73 | 0.628 | $ 45.84 |
| 10/25/2022 | BUY | 100 | 0.6443 | $ 64.43 |
| 10/25/2022 | BUY | 100 | 0.6447 | $ 64.47 |
| 10/25/2022 | BUY | 100 | 0.6348 | $ 63.48 |
| 10/25/2022 | BUY | 100 | 0.6311 | $ 63.11 |
| 10/25/2022 | BUY | 100 | 0.6243 | $ 62.43 |
| 10/25/2022 | BUY | 100 | 0.6223 | $ 62.23 |
| 10/25/2022 | BUY | 100 | 0.6281 | $ 62.81 |
| 10/25/2022 | BUY | 100 | 0.4932 | $ 49.32 |
| 10/25/2022 | BUY | 375 | 0.623 | $ 233.63 |
| 10/25/2022 | BUY | 400 | 0.6249 | $ 249.96 |
| 10/25/2022 | BUY | 500 | 0.4968 | $ 248.40 |
| 10/25/2022 | BUY | 600 | 0.634 | $ 380.40 |
| 10/25/2022 | BUY | 600 | 0.485 | $ 291.00 |
| 10/25/2022 | BUY | 692 | 0.6227 | $ 430.91 |
| 10/25/2022 | BUY | 777 | 0.4949 | $ 384.54 |
| 10/25/2022 | BUY | 990 | 0.646 | $ 639.54 |
| 10/25/2022 | BUY | 1000 | 0.5229 | $ 522.90 |
| 10/25/2022 | BUY | 1000 | 0.5222 | $ 522.20 |
| 10/25/2022 | BUY | 1200 | 0.4971 | $ 596.52 |
| 10/25/2022 | BUY | 1400 | 0.4933 | $ 690.62 |
| 10/25/2022 | BUY | 1842 | 0.6249 | $ 1,151.07 |
| 10/25/2022 | BUY | 1863 | 0.6245 | $ 1,163.44 |
| 10/25/2022 | BUY | 2200 | 0.4981 | $ 1,095.82 |
| 10/25/2022 | BUY | 2389 | 0.621 | $ 1,483.57 |
| 10/25/2022 | BUY | 2500 | 0.4876 | $ 1,219.00 |
| 10/25/2022 | BUY | 2788 | 0.4998 | $ 1,393.44 |
| 10/25/2022 | BUY | 2908 | 0.6448 | $ 1,875.08 |
| 10/25/2022 | BUY | 3000 | 0.6292 | $ 1,887.60 |
| 10/25/2022 | BUY | 4000 | 0.6277 | $ 2,510.80 |
| 10/25/2022 | BUY | 4676 | 0.6319 | $ 2,954.76 |
| 10/25/2022 | BUY | 4800 | 0.4878 | $ 2,341.44 |
| 10/25/2022 | BUY | 4925 | 0.6228 | $ 3,067.29 |
| 10/25/2022 | BUY | 5000 | 0.629 | $ 3,145.00 |
| 10/25/2022 | BUY | 5000 | 0.4969 | $ 2,484.50 |
| 10/25/2022 | BUY | 5253 | 0.6327 | $ 3,323.57 |
| 10/25/2022 | BUY | 5300 | 0.6247 | $ 3,310.91 |
| 10/25/2022 | BUY | 5400 | 0.487 | $ 2,629.80 |
| 10/25/2022 | BUY | 6300 | 0.4875 | $ 3,071.25 |
| 10/25/2022 | BUY | 6574 | 0.6339 | $ 4,167.26 |
| 10/25/2022 | BUY | 7048 | 0.6237 | $ 4,395.84 |

| 10/25/2022 | BUY | 7332 | 0.6315 | $ | 4,630.16 |
|---|---|---|---|---|---|
| 10/25/2022 | BUY | 7400 | 0.4965 | $ | 3,674.10 |
| 10/25/2022 | BUY | 8112 | 0.4992 | $ | 4,049.51 |
| 10/25/2022 | BUY | 8123 | 0.495 | $ | 4,020.89 |
| 10/25/2022 | BUY | 8600 | 0.4877 | $ | 4,194.22 |
| 10/25/2022 | BUY | 9300 | 0.4979 | $ | 4,630.47 |
| 10/25/2022 | BUY | 10052 | 0.624 | $ | 6,272.45 |
| 10/25/2022 | BUY | 10626 | 0.6326 | $ | 6,722.01 |
| 10/25/2022 | BUY | 11100 | 0.4948 | $ | 5,492.28 |
| 10/25/2022 | BUY | 12050 | 0.6239 | $ | 7,518.00 |
| 10/25/2022 | BUY | 13468 | 0.6345 | $ | 8,545.45 |
| 10/25/2022 | BUY | 15100 | 0.6246 | $ | 9,431.46 |
| 10/25/2022 | BUY | 17410 | 0.498 | $ | 8,670.18 |
| 10/25/2022 | BUY | 17853 | 0.499 | $ | 8,908.65 |
| 10/25/2022 | BUY | 18051 | 0.488 | $ | 8,808.89 |
| 10/25/2022 | BUY | 20000 | 0.4991 | $ | 9,982.00 |
| 10/25/2022 | BUY | 20100 | 0.497 | $ | 9,989.70 |
| 10/25/2022 | BUY | 21559 | 0.4892 | $ | 10,546.66 |
| 10/25/2022 | BUY | 22095 | 0.645 | $ | 14,251.28 |
| 10/25/2022 | BUY | 24797 | 0.6449 | $ | 15,991.59 |
| 10/25/2022 | BUY | 30000 | 0.625 | $ | 18,750.00 |
| 10/25/2022 | BUY | 32190 | 0.4874 | $ | 15,689.41 |
| 10/25/2022 | BUY | 32368 | 0.6226 | $ | 20,152.32 |
| 10/25/2022 | BUY | 35289 | 0.63 | $ | 22,232.07 |
| 10/25/2022 | BUY | 37675 | 0.623 | $ | 23,471.53 |
| 10/25/2022 | BUY | 51367 | 0.6349 | $ | 32,612.91 |
| 10/25/2022 | BUY | 52603 | 0.632 | $ | 33,245.10 |
| 10/25/2022 | BUY | 73672 | 0.625 | $ | 46,045.00 |
| 10/25/2022 | BUY | 201846 | 0.63 | $ | 127,162.98 |
| 10/25/2022 | BUY | 586632 | 0.4999 | $ | 293,257.34 |
| 10/25/2022 | BUY | 780000 | 0.58 | $ | 452,400.00 |
| 10/25/2022 | SELL | -2 | 0.6143 | $ | (1.23) |
| 10/25/2022 | SELL | -40 | 0.6133 | $ | (24.53) |
| 10/25/2022 | SELL | -40 | 0.6113 | $ | (24.45) |
| 10/25/2022 | SELL | -40 | 0.6127 | $ | (24.51) |
| 10/25/2022 | SELL | -50 | 0.6111 | $ | (30.56) |
| 10/25/2022 | SELL | -70 | 0.614 | $ | (42.98) |
| 10/25/2022 | SELL | -71 | 0.6202 | $ | (44.03) |
| 10/25/2022 | SELL | -100 | 0.6112 | $ | (61.12) |
| 10/25/2022 | SELL | -100 | 0.6107 | $ | (61.07) |
| 10/25/2022 | SELL | -100 | 0.5275 | $ | (52.75) |
| 10/25/2022 | SELL | -100 | 0.5252 | $ | (52.52) |
| 10/25/2022 | SELL | -101 | 0.6205 | $ | (62.67) |
| 10/25/2022 | SELL | -200 | 0.6123 | $ | (122.46) |
| 10/25/2022 | SELL | -400 | 0.5259 | $ | (210.36) |
| 10/25/2022 | SELL | -740 | 0.6152 | $ | (455.25) |
| 10/25/2022 | SELL | -950 | 0.5239 | $ | (497.71) |
| 10/25/2022 | SELL | -1000 | 0.6201 | $ | (620.10) |
| 10/25/2022 | SELL | -1107 | 0.6146 | $ | (680.36) |

| 10/25/2022 | SELL | -1222 | 0.6144 | $ | (750.80) |
| 10/25/2022 | SELL | -1275 | 0.6122 | $ | (780.56) |
| 10/25/2022 | SELL | -1360 | 0.612 | $ | (832.32) |
| 10/25/2022 | SELL | -1754 | 0.6121 | $ | (1,073.62) |
| 10/25/2022 | SELL | -2000 | 0.611 | $ | (1,222.00) |
| 10/25/2022 | SELL | -2180 | 0.5253 | $ | (1,145.15) |
| 10/25/2022 | SELL | -2889 | 0.5254 | $ | (1,517.88) |
| 10/25/2022 | SELL | -3300 | 0.6102 | $ | (2,013.66) |
| 10/25/2022 | SELL | -3601 | 0.6106 | $ | (2,198.77) |
| 10/25/2022 | SELL | -3640 | 0.616 | $ | (2,242.24) |
| 10/25/2022 | SELL | -5005 | 0.5265 | $ | (2,635.13) |
| 10/25/2022 | SELL | -5100 | 0.5241 | $ | (2,672.91) |
| 10/25/2022 | SELL | -5105 | 0.615 | $ | (3,139.58) |
| 10/25/2022 | SELL | -5500 | 0.6126 | $ | (3,369.30) |
| 10/25/2022 | SELL | -5800 | 0.5262 | $ | (3,051.96) |
| 10/25/2022 | SELL | -6082 | 0.5251 | $ | (3,193.66) |
| 10/25/2022 | SELL | -6228 | 0.5255 | $ | (3,272.81) |
| 10/25/2022 | SELL | -9000 | 0.6118 | $ | (5,506.20) |
| 10/25/2022 | SELL | -9230 | 0.5238 | $ | (4,834.67) |
| 10/25/2022 | SELL | -10600 | 0.5268 | $ | (5,584.08) |
| 10/25/2022 | SELL | -14700 | 0.527 | $ | (7,746.90) |
| 10/25/2022 | SELL | -20000 | 0.6132 | $ | (12,264.00) |
| 10/25/2022 | SELL | -20000 | 0.6142 | $ | (12,284.00) |
| 10/25/2022 | SELL | -23200 | 0.5245 | $ | (12,168.40) |
| 10/25/2022 | SELL | -23500 | 0.5242 | $ | (12,318.70) |
| 10/25/2022 | SELL | -23901 | 0.526 | $ | (12,571.93) |
| 10/25/2022 | SELL | -32702 | 0.524 | $ | (17,135.85) |
| 10/25/2022 | SELL | -33365 | 0.6101 | $ | (20,355.99) |
| 10/25/2022 | SELL | -36033 | 0.525 | $ | (18,917.33) |
| 10/25/2022 | SELL | -41976 | 0.5261 | $ | (22,083.57) |
| 10/25/2022 | SELL | -45699 | 0.62 | $ | (28,333.38) |
| 10/25/2022 | SELL | -91722 | 0.6151 | $ | (56,418.20) |
| 10/25/2022 | SELL | -497796 | 0.61 | $ | (303,655.56) |
| 10/25/2022 | SELL | -531324 | 0.5235 | $ | (278,148.11) |
| 10/25/2022 | BUY | 30000 | 0.4779 | $ | 14,337.00 |
| 10/28/2022 | BUY | 300 | 0.4857 | $ | 145.71 |
| 10/28/2022 | BUY | 2500 | 0.4759 | $ | 1,189.75 |
| 11/4/2022 | BUY | 147200 | 0.29 | $ | 42,688.00 |
| 11/7/2022 | BUY | 500 | 0.2591 | $ | 129.55 |
| 11/7/2022 | BUY | 20000 | 0.2591 | $ | 5,182.00 |
| 11/23/2022 | BUY | 35 | 0.2089 | $ | 7.31 |
| 12/7/2022 | BUY | 5 | 0.1829 | $ | 0.91 |
| 12/28/2022 | SELL | -854 | 0.2114 | $ | (180.54) |
| 12/28/2022 | SELL | -1210 | 0.2109 | $ | (255.19) |
| 12/28/2022 | SELL | -8450 | 0.2105 | $ | (1,778.73) |
| 12/28/2022 | SELL | -60500 | 0.2111 | $ | (12,771.55) |
| 12/28/2022 | SELL | -61200 | 0.2106 | $ | (12,888.72) |
| 12/28/2022 | SELL | -89738 | 0.2115 | $ | (18,979.59) |
| 12/28/2022 | SELL | -277800 | 0.2108 | $ | (58,560.24) |

| Date | Type | Shares | Price | | Amount |
|---|---|---|---|---|---|
| 12/28/2022 | SELL | -520788 | 0.2102 | $ | (109,469.64) |
| 12/29/2022 | BUY | 300 | 0.2612 | $ | 78.36 |
| 12/29/2022 | BUY | 11433 | 0.2614 | $ | 2,988.59 |
| 12/29/2022 | BUY | 25100 | 0.2615 | $ | 6,563.65 |
| 12/29/2022 | BUY | 37200 | 0.2617 | $ | 9,735.24 |
| 12/29/2022 | BUY | 40500 | 0.2616 | $ | 10,594.80 |
| 12/29/2022 | BUY | 85467 | 0.2618 | $ | 22,375.26 |
| 12/30/2022 | BUY | 100 | 0.2849 | $ | 28.49 |
| 12/30/2022 | BUY | 100 | 0.2833 | $ | 28.33 |
| 12/30/2022 | BUY | 100 | 0.2838 | $ | 28.38 |
| 12/30/2022 | BUY | 1500 | 0.2836 | $ | 425.40 |
| 12/30/2022 | BUY | 2500 | 0.2788 | $ | 697.00 |
| 12/30/2022 | BUY | 3000 | 0.2844 | $ | 853.20 |
| 12/30/2022 | BUY | 5107 | 0.2835 | $ | 1,447.83 |
| 12/30/2022 | BUY | 9154 | 0.284 | $ | 2,599.74 |
| 12/30/2022 | BUY | 10000 | 0.2848 | $ | 2,848.00 |
| 12/30/2022 | BUY | 19813 | 0.2846 | $ | 5,638.78 |
| 12/30/2022 | BUY | 20500 | 0.2837 | $ | 5,815.85 |
| 12/30/2022 | BUY | 47500 | 0.2837 | $ | 13,475.75 |
| 12/30/2022 | BUY | 502626 | 0.285 | $ | 143,248.41 |
| 1/3/2023 | SELL | -200 | 0.3077 | $ | (61.54) |
| 1/3/2023 | SELL | -400 | 0.3076 | $ | (123.04) |
| 1/3/2023 | SELL | -419 | 0.3059 | $ | (128.17) |
| 1/3/2023 | SELL | -479 | 0.3085 | $ | (147.77) |
| 1/3/2023 | SELL | -600 | 0.3078 | $ | (184.68) |
| 1/3/2023 | SELL | -1579 | 0.3079 | $ | (486.17) |
| 1/3/2023 | SELL | -1900 | 0.3061 | $ | (581.59) |
| 1/3/2023 | SELL | -3200 | 0.3064 | $ | (980.48) |
| 1/3/2023 | SELL | -3698 | 0.3081 | $ | (1,139.35) |
| 1/3/2023 | SELL | -4500 | 0.3072 | $ | (1,382.40) |
| 1/3/2023 | SELL | -5000 | 0.3067 | $ | (1,533.50) |
| 1/3/2023 | SELL | -5100 | 0.3066 | $ | (1,563.66) |
| 1/3/2023 | SELL | -12320 | 0.308 | $ | (3,794.56) |
| 1/3/2023 | SELL | -13290 | 0.3065 | $ | (4,073.39) |
| 1/3/2023 | SELL | -14000 | 0.3083 | $ | (4,316.20) |
| 1/3/2023 | SELL | -20598 | 0.3075 | $ | (6,333.89) |
| 1/3/2023 | SELL | -20600 | 0.3068 | $ | (6,320.08) |
| 1/3/2023 | SELL | -21000 | 0.3071 | $ | (6,449.10) |
| 1/3/2023 | SELL | -29724 | 0.3084 | $ | (9,166.88) |
| 1/3/2023 | SELL | -32221 | 0.307 | $ | (9,891.85) |
| 1/3/2023 | SELL | -38681 | 0.306 | $ | (11,836.39) |
| 1/3/2023 | SELL | -592491 | 0.3058 | $ | (181,183.75) |
| 1/4/2023 | BUY | 500 | 0.2946 | $ | 147.30 |
| 1/4/2023 | BUY | 2000 | 0.3362 | $ | 672.40 |
| 1/4/2023 | BUY | 2696 | 0.2945 | $ | 793.97 |
| 1/4/2023 | BUY | 15000 | 0.335 | $ | 5,025.00 |
| 1/4/2023 | BUY | 396804 | 0.295 | $ | 117,057.18 |
| 1/4/2023 | BUY | 448000 | 0.3367 | $ | 150,841.60 |
| 1/4/2023 | SELL | -2 | 0.3068 | $ | (0.61) |

| Date | Type | Quantity | Price | | Amount |
|---|---|---|---|---|---|
| 1/4/2023 | SELL | -16 | 0.3073 | $ | (4.92) |
| 1/4/2023 | SELL | -100 | 0.3077 | $ | (30.77) |
| 1/4/2023 | SELL | -300 | 0.3065 | $ | (91.95) |
| 1/4/2023 | SELL | -300 | 0.3058 | $ | (91.74) |
| 1/4/2023 | SELL | -500 | 0.3074 | $ | (153.70) |
| 1/4/2023 | SELL | -500 | 0.3063 | $ | (153.15) |
| 1/4/2023 | SELL | -600 | 0.3073 | $ | (184.38) |
| 1/4/2023 | SELL | -600 | 0.3072 | $ | (184.32) |
| 1/4/2023 | SELL | -1168 | 0.3071 | $ | (358.69) |
| 1/4/2023 | SELL | -3000 | 0.3069 | $ | (920.70) |
| 1/4/2023 | SELL | -3000 | 0.3075 | $ | (922.50) |
| 1/4/2023 | SELL | -3100 | 0.3062 | $ | (949.22) |
| 1/4/2023 | SELL | -3333 | 0.3059 | $ | (1,019.56) |
| 1/4/2023 | SELL | -6780 | 0.3077 | $ | (2,086.21) |
| 1/4/2023 | SELL | -7667 | 0.3067 | $ | (2,351.47) |
| 1/4/2023 | SELL | -16300 | 0.306 | $ | (4,987.80) |
| 1/4/2023 | SELL | -33533 | 0.3066 | $ | (10,281.22) |
| 1/4/2023 | SELL | -53192 | 0.307 | $ | (16,329.94) |
| 1/4/2023 | SELL | -77800 | 0.3056 | $ | (23,775.68) |
| 1/4/2023 | SELL | -188209 | 0.3055 | $ | (57,497.85) |
| 1/5/2023 | BUY | 45 | 0.3784 | $ | 17.03 |
| 1/5/2023 | BUY | 150 | 0.3777 | $ | 56.66 |
| 1/5/2023 | BUY | 200 | 0.3778 | $ | 75.56 |
| 1/5/2023 | BUY | 1000 | 0.3776 | $ | 377.60 |
| 1/5/2023 | BUY | 3050 | 0.3786 | $ | 1,154.73 |
| 1/5/2023 | BUY | 5885 | 0.3799 | $ | 2,235.71 |
| 1/5/2023 | BUY | 14800 | 0.3775 | $ | 5,587.00 |
| 1/5/2023 | BUY | 24115 | 0.3798 | $ | 9,158.88 |
| 1/5/2023 | BUY | 38515 | 0.3787 | $ | 14,585.63 |
| 1/5/2023 | BUY | 55394 | 0.3779 | $ | 20,933.39 |
| 1/5/2023 | BUY | 72050 | 0.3788 | $ | 27,292.54 |
| 1/5/2023 | BUY | 81979 | 0.378 | $ | 30,988.06 |
| 1/5/2023 | BUY | 282817 | 0.3789 | $ | 107,159.36 |
| 1/5/2023 | SELL | -465000 | 0.367 | $ | (170,655.00) |
| 1/6/2023 | BUY | 7100 | 0.4219 | $ | 2,995.49 |
| 1/6/2023 | BUY | 19000 | 0.4075 | $ | 7,742.50 |
| 1/6/2023 | BUY | 112900 | 0.422 | $ | 47,643.80 |
| 1/13/2023 | BUY | 500 | 0.3584 | $ | 179.20 |
| 3/7/2023 | BUY | 200 | 0.2144 | $ | 42.88 |
| 3/28/2023 | BUY | 2 | 0.0933 | $ | 0.19 |
| 3/28/2023 | BUY | 68 | 0.0934 | $ | 6.35 |
| 5/4/2023 | SPLIT | -719770 | | $ | - |
| 5/4/2023 | SPLIT | 28791 | | $ | - |
| 8/11/2023 | SPLIT | -28791 | | $ | - |
| 8/11/2023 | SPLIT | 3199 | | $ | - |
| 9/1/2023 | TRANSFER | -3199 | | $ | - |
| 9/1/2023 | TRANSFER | 3199 | | $ | - |
| 12/20/2023 | BUY | 10201 | 0.118 | $ | 1,203.72 |
| 12/20/2023 | BUY | 600 | 0.1178 | $ | 70.68 |

| Date | Type | Shares | Price | | Amount |
|---|---|---|---|---|---|
| 12/21/2023 | SELL | -7300 | 0.1009 | $ | (736.57) |
| 12/21/2023 | SELL | -6700 | 0.1008 | $ | (675.36) |
| 8/6/2024 | BUY | 150 | 0.8406 | $ | 126.09 |
| 8/6/2024 | BUY | 15 | 0.8336 | $ | 12.50 |
| 9/17/2024 | SPLIT | -165 | | $ | - |
| 9/17/2024 | SPLIT | 1 | | $ | - |
| 9/17/2024 | SPLIT | 1 | | $ | - |
| 9/25/2024 | SELL | -2 | 4.53 | $ | (9.06) |
| 11/12/2024 | BUY | 1530 | 2.876 | $ | 4,400.28 |
| 11/13/2024 | SELL | -1530 | 3.2229 | $ | (4,931.04) |
| 11/18/2024 | BUY | 1800 | 2.7242 | $ | 4,903.56 |
| 11/18/2024 | SELL | -1800 | 3.0112 | $ | (5,420.16) |
| 11/18/2024 | BUY | 1177 | 2.7301 | $ | 3,213.33 |
| 11/18/2024 | BUY | 423 | 2.73 | $ | 1,154.79 |
| 11/18/2024 | BUY | 410 | 2.7299 | $ | 1,119.26 |
| 11/18/2024 | SELL | -1757 | 2.81 | $ | (4,937.17) |
| 11/18/2024 | SELL | -100 | 2.8101 | $ | (281.01) |
| 11/18/2024 | SELL | -100 | 2.8 | $ | (280.00) |
| 11/18/2024 | SELL | -53 | 2.811 | $ | (148.98) |
| 1/10/2025 | BUY | 85 | 0.46 | $ | 39.10 |
| 2/18/2025 | SPLIT | -85 | | $ | - |
| 2/18/2025 | SPLIT | 1 | | $ | - |

Shares remaining          1

| Trade Date | Type | Quantity | Price | Cost Basis/Proceeds from Sales |
|---|---|---|---|---|
| 8/31/2022 | TRANSFER | 400000 | | $ - |
| 9/7/2022 | SELL | -1 | 0.669 | $ (0.67) |
| 9/7/2022 | SELL | -24 | 0.6691 | $ (16.06) |
| 9/7/2022 | SELL | -25 | 0.6781 | $ (16.95) |
| 9/7/2022 | SELL | -53 | 0.6687 | $ (35.44) |
| 9/7/2022 | SELL | -100 | 0.6681 | $ (66.81) |
| 9/7/2022 | SELL | -100 | 0.6784 | $ (67.84) |
| 9/7/2022 | SELL | -172 | 0.6783 | $ (116.67) |
| 9/7/2022 | SELL | -228 | 0.6788 | $ (154.77) |
| 9/7/2022 | SELL | -400 | 0.6782 | $ (271.28) |
| 9/7/2022 | SELL | -500 | 0.6796 | $ (339.80) |
| 9/7/2022 | SELL | -600 | 0.6795 | $ (407.70) |
| 9/7/2022 | SELL | -643 | 0.6681 | $ (429.59) |
| 9/7/2022 | SELL | -700 | 0.6673 | $ (467.11) |
| 9/7/2022 | SELL | -800 | 0.6687 | $ (534.96) |
| 9/7/2022 | SELL | -800 | 0.6791 | $ (543.28) |
| 9/7/2022 | SELL | -1168 | 0.6789 | $ (792.96) |
| 9/7/2022 | SELL | -1200 | 0.6674 | $ (800.88) |
| 9/7/2022 | SELL | -1200 | 0.6792 | $ (815.04) |
| 9/7/2022 | SELL | -1400 | 0.6675 | $ (934.50) |
| 9/7/2022 | SELL | -1400 | 0.6794 | $ (951.16) |
| 9/7/2022 | SELL | -1676 | 0.6668 | $ (1,117.56) |
| 9/7/2022 | SELL | -1800 | 0.6671 | $ (1,200.78) |
| 9/7/2022 | SELL | -2200 | 0.6688 | $ (1,471.36) |
| 9/7/2022 | SELL | -2200 | 0.6672 | $ (1,467.84) |
| 9/7/2022 | SELL | -3000 | 0.679 | $ (2,037.00) |
| 9/7/2022 | SELL | -3200 | 0.6782 | $ (2,170.24) |
| 9/7/2022 | SELL | -3500 | 0.6783 | $ (2,374.05) |
| 9/7/2022 | SELL | -3600 | 0.6676 | $ (2,403.36) |
| 9/7/2022 | SELL | -5400 | 0.6793 | $ (3,668.22) |
| 9/7/2022 | SELL | -7300 | 0.6695 | $ (4,887.35) |
| 9/7/2022 | SELL | -11476 | 0.6686 | $ (7,672.85) |
| 9/7/2022 | SELL | -14834 | 0.678 | $ (10,057.45) |
| 9/7/2022 | SELL | -28300 | 0.6685 | $ (18,918.55) |
| 9/22/2022 | BUY | 1300 | 0.3964 | $ 515.32 |
| 9/23/2022 | SELL | -20 | 0.3316 | $ (6.63) |
| 9/23/2022 | SELL | -20 | 0.3321 | $ (6.64) |
| 9/23/2022 | SELL | -20 | 0.3315 | $ (6.63) |
| 9/23/2022 | SELL | -50 | 0.3319 | $ (16.60) |
| 9/23/2022 | SELL | -76 | 0.3318 | $ (25.22) |
| 9/23/2022 | SELL | -100 | 0.3335 | $ (33.35) |
| 9/23/2022 | SELL | -100 | 0.3328 | $ (33.28) |
| 9/23/2022 | SELL | -300 | 0.3343 | $ (100.29) |
| 9/23/2022 | SELL | -652 | 0.331 | $ (215.81) |
| 9/23/2022 | SELL | -1000 | 0.3347 | $ (334.70) |
| 9/23/2022 | SELL | -1209 | 0.333 | $ (402.60) |

| Date | Type | Shares | Price | | Amount |
|---|---|---|---|---|---|
| 9/23/2022 | SELL | -1606 | 0.332 | $ | (533.19) |
| 9/23/2022 | SELL | -2020 | 0.3329 | $ | (672.46) |
| 9/23/2022 | SELL | -2100 | 0.3341 | $ | (701.61) |
| 9/23/2022 | SELL | -2200 | 0.3336 | $ | (733.92) |
| 9/23/2022 | SELL | -2501 | 0.3301 | $ | (825.58) |
| 9/23/2022 | SELL | -3100 | 0.3323 | $ | (1,030.13) |
| 9/23/2022 | SELL | -3260 | 0.3342 | $ | (1,089.49) |
| 9/23/2022 | SELL | -4029 | 0.3309 | $ | (1,333.20) |
| 9/23/2022 | SELL | -4100 | 0.3349 | $ | (1,373.09) |
| 9/23/2022 | SELL | -4400 | 0.3351 | $ | (1,474.44) |
| 9/23/2022 | SELL | -5020 | 0.3305 | $ | (1,659.11) |
| 9/23/2022 | SELL | -5100 | 0.334 | $ | (1,703.40) |
| 9/23/2022 | SELL | -5353 | 0.3303 | $ | (1,768.10) |
| 9/23/2022 | SELL | -9582 | 0.335 | $ | (3,209.97) |
| 9/23/2022 | SELL | -10328 | 0.3306 | $ | (3,414.44) |
| 9/23/2022 | SELL | -11000 | 0.3312 | $ | (3,643.20) |
| 9/23/2022 | SELL | -18900 | 0.3304 | $ | (6,244.56) |
| 9/23/2022 | SELL | -203154 | 0.33 | $ | (67,040.82) |
| 10/3/2022 | BUY | 100 | 0.3119 | $ | 31.19 |
| 10/3/2022 | BUY | 3369 | 0.3149 | $ | 1,060.90 |
| 10/3/2022 | BUY | 3500 | 0.3117 | $ | 1,090.95 |
| 10/3/2022 | BUY | 5900 | 0.3113 | $ | 1,836.67 |
| 10/3/2022 | BUY | 10000 | 0.3114 | $ | 3,114.00 |
| 10/3/2022 | BUY | 11700 | 0.312 | $ | 3,650.40 |
| 10/3/2022 | BUY | 243800 | 0.3118 | $ | 76,016.84 |
| 10/3/2022 | BUY | 131 | 0.3119 | $ | 40.86 |
| 10/4/2022 | BUY | 1000 | 0.3576 | $ | 357.60 |
| 10/5/2022 | BUY | 2000 | 0.3254 | $ | 650.80 |
| 10/13/2022 | BUY | 6287 | 0.252 | $ | 1,584.32 |
| 10/13/2022 | BUY | 8000 | 0.2516 | $ | 2,012.80 |
| 10/13/2022 | BUY | 10713 | 0.2518 | $ | 2,697.53 |
| 10/18/2022 | BUY | 78 | 0.2166 | $ | 16.89 |
| 10/19/2022 | TRANSFER | -306500 | | $ | - |
| 10/21/2022 | BUY | 192 | 0.3723 | $ | 71.48 |
| 10/26/2022 | SELL | -270 | 0.5163 | $ | (139.40) |
| 12/30/2022 | BUY | 17000 | 0.2818 | $ | 4,790.60 |
| 1/3/2023 | BUY | 100 | 0.3294 | $ | 32.94 |
| 1/3/2023 | BUY | 100 | 0.3285 | $ | 32.85 |
| 1/3/2023 | BUY | 100 | 0.3283 | $ | 32.83 |
| 1/3/2023 | BUY | 100 | 0.3287 | $ | 32.87 |
| 1/3/2023 | BUY | 408 | 0.3293 | $ | 134.35 |
| 1/3/2023 | BUY | 1506 | 0.3297 | $ | 496.53 |
| 1/3/2023 | BUY | 3000 | 0.3288 | $ | 986.40 |
| 1/3/2023 | BUY | 3471 | 0.3298 | $ | 1,144.74 |
| 1/3/2023 | BUY | 4851 | 0.3296 | $ | 1,598.89 |
| 1/3/2023 | BUY | 6000 | 0.3299 | $ | 1,979.40 |
| 1/3/2023 | BUY | 17609 | 0.3299 | $ | 5,809.21 |
| 1/3/2023 | BUY | 17639 | 0.3297 | $ | 5,815.58 |
| 1/3/2023 | BUY | 19570 | 0.3289 | $ | 6,436.57 |

| Date | Type | Quantity | Price | | Amount |
|---|---|---|---|---|---|
| 1/3/2023 | BUY | 22000 | 0.32 | $ | 7,040.00 |
| 1/3/2023 | BUY | 44153 | 0.33 | $ | 14,570.49 |
| 1/3/2023 | BUY | 45510 | 0.3298 | $ | 15,009.20 |
| 1/3/2023 | BUY | 46029 | 0.3295 | $ | 15,166.56 |
| 1/3/2023 | BUY | 102954 | 0.329 | $ | 33,871.87 |
| 1/3/2023 | BUY | 200000 | 0.307 | $ | 61,400.00 |
| 1/3/2023 | BUY | 247900 | 0.33 | $ | 81,807.00 |
| 1/5/2023 | BUY | 20000 | 0.3795 | $ | 7,590.00 |
| 1/5/2023 | BUY | 50000 | 0.3774 | $ | 18,870.00 |
| 1/6/2023 | BUY | 291105 | 0.44 | $ | 128,086.20 |
| 1/6/2023 | BUY | 1085 | 0.4239 | $ | 459.93 |
| 1/6/2023 | BUY | 28915 | 0.424 | $ | 12,259.96 |
| 1/6/2023 | BUY | 800000 | 0.441 | $ | 352,800.00 |
| 1/6/2023 | SELL | -1 | 0.3849 | $ | (0.38) |
| 1/6/2023 | SELL | -5 | 0.3812 | $ | (1.91) |
| 1/6/2023 | SELL | -59 | 0.3964 | $ | (23.39) |
| 1/6/2023 | SELL | -73 | 0.3971 | $ | (28.99) |
| 1/6/2023 | SELL | -73 | 0.3996 | $ | (29.17) |
| 1/6/2023 | SELL | -100 | 0.461 | $ | (46.10) |
| 1/6/2023 | SELL | -100 | 0.3975 | $ | (39.75) |
| 1/6/2023 | SELL | -100 | 0.397 | $ | (39.70) |
| 1/6/2023 | SELL | -100 | 0.3972 | $ | (39.72) |
| 1/6/2023 | SELL | -200 | 0.4661 | $ | (93.22) |
| 1/6/2023 | SELL | -300 | 0.3967 | $ | (119.01) |
| 1/6/2023 | SELL | -300 | 0.3971 | $ | (119.13) |
| 1/6/2023 | SELL | -350 | 0.3802 | $ | (133.07) |
| 1/6/2023 | SELL | -442 | 0.3974 | $ | (175.65) |
| 1/6/2023 | SELL | -473 | 0.4002 | $ | (189.29) |
| 1/6/2023 | SELL | -480 | 0.3967 | $ | (190.42) |
| 1/6/2023 | SELL | -500 | 0.4667 | $ | (233.35) |
| 1/6/2023 | SELL | -500 | 0.4665 | $ | (233.25) |
| 1/6/2023 | SELL | -655 | 0.3966 | $ | (259.77) |
| 1/6/2023 | SELL | -900 | 0.3911 | $ | (351.99) |
| 1/6/2023 | SELL | -904 | 0.3984 | $ | (360.15) |
| 1/6/2023 | SELL | -1195 | 0.3964 | $ | (473.70) |
| 1/6/2023 | SELL | -1200 | 0.3855 | $ | (462.60) |
| 1/6/2023 | SELL | -1500 | 0.3817 | $ | (572.55) |
| 1/6/2023 | SELL | -1700 | 0.3854 | $ | (655.18) |
| 1/6/2023 | SELL | -1900 | 0.3969 | $ | (754.11) |
| 1/6/2023 | SELL | -2000 | 0.4646 | $ | (929.20) |
| 1/6/2023 | SELL | -2000 | 0.3851 | $ | (770.20) |
| 1/6/2023 | SELL | -2000 | 0.3826 | $ | (765.20) |
| 1/6/2023 | SELL | -2600 | 0.3807 | $ | (989.82) |
| 1/6/2023 | SELL | -3000 | 0.383 | $ | (1,149.00) |
| 1/6/2023 | SELL | -3110 | 0.397 | $ | (1,234.67) |
| 1/6/2023 | SELL | -3160 | 0.3965 | $ | (1,252.94) |
| 1/6/2023 | SELL | -3200 | 0.3843 | $ | (1,229.76) |
| 1/6/2023 | SELL | -3200 | 0.3835 | $ | (1,227.20) |
| 1/6/2023 | SELL | -3500 | 0.3823 | $ | (1,338.05) |

| Date | Type | Shares | Price | Amount |
|---|---|---|---|---|
| 1/6/2023 | SELL | -4781 | 0.3973 | $ (1,899.49) |
| 1/6/2023 | SELL | -5000 | 0.3836 | $ (1,918.00) |
| 1/6/2023 | SELL | -5005 | 0.3821 | $ (1,912.41) |
| 1/6/2023 | SELL | -5500 | 0.3819 | $ (2,100.45) |
| 1/6/2023 | SELL | -6700 | 0.3814 | $ (2,555.38) |
| 1/6/2023 | SELL | -6981 | 0.4642 | $ (3,240.58) |
| 1/6/2023 | SELL | -7600 | 0.3824 | $ (2,906.24) |
| 1/6/2023 | SELL | -10000 | 0.3834 | $ (3,834.00) |
| 1/6/2023 | SELL | -10779 | 0.46 | $ (4,958.34) |
| 1/6/2023 | SELL | -10850 | 0.4595 | $ (4,985.58) |
| 1/6/2023 | SELL | -12619 | 0.4641 | $ (5,856.48) |
| 1/6/2023 | SELL | -13700 | 0.3803 | $ (5,210.11) |
| 1/6/2023 | SELL | -14338 | 0.3804 | $ (5,454.18) |
| 1/6/2023 | SELL | -14700 | 0.4601 | $ (6,763.47) |
| 1/6/2023 | SELL | -15600 | 0.3975 | $ (6,201.00) |
| 1/6/2023 | SELL | -16024 | 0.466 | $ (7,467.18) |
| 1/6/2023 | SELL | -16200 | 0.3832 | $ (6,207.84) |
| 1/6/2023 | SELL | -18100 | 0.391 | $ (7,077.10) |
| 1/6/2023 | SELL | -18200 | 0.3831 | $ (6,972.42) |
| 1/6/2023 | SELL | -21605 | 0.3801 | $ (8,212.06) |
| 1/6/2023 | SELL | -22626 | 0.3811 | $ (8,622.77) |
| 1/6/2023 | SELL | -26000 | 0.382 | $ (9,932.00) |
| 1/6/2023 | SELL | -29400 | 0.3816 | $ (11,219.04) |
| 1/6/2023 | SELL | -33866 | 0.3805 | $ (12,886.01) |
| 1/6/2023 | SELL | -34300 | 0.3825 | $ (13,119.75) |
| 1/6/2023 | SELL | -40900 | 0.3827 | $ (15,652.43) |
| 1/6/2023 | SELL | -42000 | 0.3839 | $ (16,123.80) |
| 1/6/2023 | SELL | -43800 | 0.3815 | $ (16,709.70) |
| 1/6/2023 | SELL | -53288 | 0.385 | $ (20,515.88) |
| 1/6/2023 | SELL | -57452 | 0.4576 | $ (26,290.04) |
| 1/6/2023 | SELL | -58400 | 0.464 | $ (27,097.60) |
| 1/6/2023 | SELL | -66195 | 0.3961 | $ (26,219.84) |
| 1/6/2023 | SELL | -80800 | 0.381 | $ (30,784.80) |
| 1/6/2023 | SELL | -102000 | 0.3833 | $ (39,096.60) |
| 1/6/2023 | SELL | -242916 | 0.38 | $ (92,308.08) |
| 1/13/2023 | BUY | 2100 | 0.3576 | $ 750.96 |
| 1/13/2023 | BUY | 56900 | 0.358 | $ 20,370.20 |
| 1/17/2023 | SELL | -200 | 0.3003 | $ (60.06) |
| 1/17/2023 | SELL | -300 | 0.3003 | $ (90.09) |
| 1/17/2023 | SELL | -500 | 0.3007 | $ (150.35) |
| 1/17/2023 | SELL | -1400 | 0.3004 | $ (420.56) |
| 1/17/2023 | SELL | -2100 | 0.3005 | $ (631.05) |
| 1/17/2023 | SELL | -55000 | 0.3003 | $ (16,516.50) |
| 1/17/2023 | SELL | -60500 | 0.3057 | $ (18,494.85) |
| 2/27/2023 | BUY | 1000 | 0.2192 | $ 219.20 |
| 2/27/2023 | BUY | 3000 | 0.2187 | $ 656.10 |
| 2/27/2023 | BUY | 9996 | 0.2185 | $ 2,184.13 |
| 2/27/2023 | BUY | 11100 | 0.2188 | $ 2,428.68 |
| 2/27/2023 | BUY | 12701 | 0.219 | $ 2,781.52 |

| Date | Type | Quantity | Price | | Amount |
|---|---|---|---|---|---|
| 2/27/2023 | BUY | 17703 | 0.2194 | $ | 3,884.04 |
| 2/27/2023 | BUY | 24500 | 0.2189 | $ | 5,363.05 |
| 3/7/2023 | BUY | 100 | 0.2202 | $ | 22.02 |
| 3/7/2023 | BUY | 1600 | 0.2202 | $ | 352.32 |
| 3/7/2023 | BUY | 1700 | 0.2206 | $ | 375.02 |
| 3/7/2023 | BUY | 2000 | 0.2208 | $ | 441.60 |
| 3/7/2023 | BUY | 13580 | 0.2204 | $ | 2,993.03 |
| 3/7/2023 | BUY | 19700 | 0.2203 | $ | 4,339.91 |
| 3/7/2023 | BUY | 19780 | 0.2205 | $ | 4,361.49 |
| 3/7/2023 | BUY | 22040 | 0.2211 | $ | 4,873.04 |
| 3/7/2023 | BUY | 100000 | 0.2177 | $ | 21,770.00 |
| 3/10/2023 | BUY | 19500 | 0.165 | $ | 3,217.50 |
| 3/10/2023 | BUY | 22100 | 0.165 | $ | 3,646.50 |
| 3/10/2023 | BUY | 58200 | 0.1686 | $ | 9,812.52 |
| 3/17/2023 | SELL | -1888 | 0.1335 | $ | (252.05) |
| 3/17/2023 | SELL | -2204 | 0.1338 | $ | (294.90) |
| 3/17/2023 | SELL | -2235 | 0.1336 | $ | (298.60) |
| 3/17/2023 | SELL | -4117 | 0.1337 | $ | (550.44) |
| 3/17/2023 | SELL | -29100 | 0.1339 | $ | (3,896.49) |
| 3/17/2023 | SELL | -244065 | 0.1334 | $ | (32,558.27) |
| 3/21/2023 | BUY | 2300 | 0.1316 | $ | 302.68 |
| 3/21/2023 | BUY | 3309 | 0.1319 | $ | 436.46 |
| 3/21/2023 | BUY | 8000 | 0.1315 | $ | 1,052.00 |
| 3/21/2023 | BUY | 11400 | 0.1316 | $ | 1,500.24 |
| 3/21/2023 | BUY | 54487 | 0.1319 | $ | 7,186.84 |
| 3/21/2023 | BUY | 55013 | 0.1318 | $ | 7,250.71 |
| 3/21/2023 | BUY | 171100 | 0.1317 | $ | 22,533.87 |
| 3/22/2023 | BUY | 400 | 0.1255 | $ | 50.20 |
| 3/22/2023 | BUY | 1000 | 0.1255 | $ | 125.50 |
| 3/28/2023 | BUY | 30 | 0.0935 | $ | 2.81 |
| 5/4/2023 | SPLIT | -1103730 | | $ | - |
| 5/4/2023 | SPLIT | 44150 | | $ | - |
| 8/11/2023 | SPLIT | -44150 | | $ | - |
| 8/11/2023 | SPLIT | 4906 | | $ | - |
| 9/1/2023 | TRANSFER | -4906 | | $ | - |
| 9/1/2023 | TRANSFER | 4906 | | $ | - |
| 12/13/2023 | SELL | -4906 | 0.125 | $ | (613.25) |
| 8/6/2024 | BUY | 200 | 0.8314 | $ | 166.28 |
| 8/6/2024 | BUY | 20 | 0.84 | $ | 16.80 |
| 9/17/2024 | SPLIT | -220 | | $ | - |
| 9/17/2024 | SPLIT | 2 | | $ | - |
| 9/17/2024 | SPLIT | 1 | | $ | - |
| 9/24/2024 | SELL | -3 | 5.095 | $ | (15.29) |
| 11/12/2024 | BUY | 439 | 2.8549 | $ | 1,253.30 |
| 11/13/2024 | SELL | -439 | 3.2208 | $ | (1,413.93) |
| 11/18/2025 | BUY | 870 | 2.74 | $ | 2,383.80 |
| 11/18/2024 | SELL | -870 | 2.81 | $ | (2,444.70) |
| 11/18/2025 | BUY | 750 | 2.7356 | $ | 2,051.70 |
| 11/18/2024 | SELL | -750 | 3.01 | $ | (2,257.50) |

| Date | Type | Shares | Price | | Amount |
|---|---|---|---|---|---|
| 1/10/2025 | BUY | 700 | 0.4612 | $ | 322.84 |
| 1/10/2025 | BUY | 25 | 0.4612 | $ | 11.53 |
| 2/18/2025 | SPLIT | -725 | | $ | - |
| 2/18/2025 | SPLIT | 12 | | $ | - |

**Shares Remaining**      **12**