# Exhibit C

| | | | **Mullen Automotive Inc. Loss Calculation - Persad** | | |
|---|---|---|---|---|---|
| | | | **Class Period: May 2022 - March 26, 2025** | | |
| **Date** | **Transaction Type** | **Shares** | **Price Per Share** | **Total Paid** | **Total Received** |
| 6/6/2022 | BUY | 0.001 | 183,600,000.0000 | (136,000.00) | - |
| 6/6/2022 | BUY | 0.001 | 184,950,000.0000 | (274,000.00) | - |
| 6/7/2022 | BUY | 0.000 | 176,850,000.0000 | (6,044.34) | - |
| 6/7/2022 | BUY | 0.000 | 176,823,000.0000 | (52,392.00) | - |
| 6/7/2022 | BUY | 0.000 | 175,500,000.0000 | (72,001.80) | - |
| 6/8/2022 | BUY | 0.001 | 170,086,500.0000 | (125,990.00) | - |
| 6/9/2022 | BUY | 0.000 | 166,050,000.0000 | (30,750.00) | - |
| 6/9/2022 | BUY | 0.001 | 166,050,000.0000 | (123,000.00) | - |
| 6/10/2022 | BUY | 0.000 | 152,550,000.0000 | (5,650.00) | - |
| 6/16/2022 | SELL | 0.000 | 170,100,000.0000 | - | 6.30 |
| 6/16/2022 | SELL | 0.000 | 169,627,500.0000 | - | 125.65 |
| 6/16/2022 | SELL | 0.000 | 169,425,000.0000 | - | 4,518.00 |
| 6/16/2022 | SELL | 0.000 | 168,750,000.0000 | - | 6,250.00 |
| 6/16/2022 | SELL | 0.000 | 168,750,000.0000 | - | 26,618.75 |
| 6/16/2022 | SELL | -0.001 | 168,750,000.0000 | - | 125,000.00 |
| 6/27/2022 | SELL | 0.000 | 178,875,000.0000 | - | 2,884.53 |
| 6/27/2022 | SELL | 0.000 | 176,917,500.0000 | - | 6,046.65 |
| 6/27/2022 | SELL | 0.000 | 176,944,500.0000 | - | 52,428.00 |
| 6/27/2022 | SELL | 0.000 | 178,200,000.0000 | - | 73,109.52 |
| 6/27/2022 | SELL | -0.001 | 178,200,000.0000 | - | 129,126.36 |
| 8/26/2022 | BUY | 0.000 | 89,856,000.0000 | (35.28) | - |
| 8/26/2022 | BUY | 0.000 | 90,004,500.0000 | (66.67) | - |
| 8/26/2022 | BUY | 0.000 | 90,396,000.0000 | (66.96) | - |
| 8/26/2022 | BUY | 0.000 | 90,261,000.0000 | (115.00) | - |
| 8/26/2022 | BUY | 0.000 | 90,369,000.0000 | (215.55) | - |
| 8/26/2022 | BUY | 0.000 | 90,193,500.0000 | (430.26) | - |
| 8/26/2022 | BUY | 0.000 | 89,910,000.0000 | (1,931.40) | - |
| 8/26/2022 | BUY | 0.000 | 90,409,500.0000 | (2,143.04) | - |
| 8/26/2022 | BUY | 0.000 | 90,274,500.0000 | (2,340.45) | - |
| 8/26/2022 | BUY | 0.000 | 90,315,000.0000 | (3,345.00) | - |
| 8/26/2022 | BUY | 0.000 | 90,180,000.0000 | (8,400.77) | - |
| 8/26/2022 | BUY | 0.000 | 85,252,500.0000 | (15,471.75) | - |
| 8/26/2022 | BUY | 0.000 | 85,266,000.0000 | (16,105.80) | - |
| 8/26/2022 | BUY | 0.000 | 89,815,500.0000 | (26,818.91) | - |
| 8/26/2022 | BUY | 0.000 | 89,923,500.0000 | (33,371.61) | - |
| 8/26/2022 | BUY | 0.001 | 90,423,000.0000 | (87,758.54) | - |
| 8/29/2022 | SELL | 0.000 | 86,170,500.0000 | - | 250.21 |
| 8/29/2022 | SELL | 0.000 | 86,184,000.0000 | - | 4,213.44 |
| 8/29/2022 | SELL | 0.000 | 86,157,000.0000 | - | 11,811.81 |
| 8/29/2022 | SELL | 0.000 | 86,157,000.0000 | - | 15,635.90 |
| 8/31/2022 | TRANSFER | -0.003 | - | - | - |
| 9/9/2022 | BUY | 0.000 | 72,670,500.0000 | (1,076.60) | - |
| 9/9/2022 | BUY | 0.000 | 71,550,000.0000 | (3,180.00) | - |

| Date | Type | | Quantity | Amount | Value |
|---|---|---|---|---|---|
| 9/9/2022 | BUY | 0.000 | 72,211,500.0000 | (6,418.80) | - |
| 9/9/2022 | BUY | 0.001 | 72,468,000.0000 | (46,674.76) | - |
| 9/9/2022 | BUY | 0.001 | 72,225,000.0000 | (69,576.75) | - |
| 9/22/2022 | BUY | 0.000 | 53,460,000.0000 | (138.60) | - |
| 9/23/2022 | BUY | 0.000 | 47,560,500.0000 | (528.45) | - |
| 9/23/2022 | BUY | 0.000 | 45,022,500.0000 | (600.30) | - |
| 9/23/2022 | BUY | 0.002 | 45,346,500.0000 | (104,414.52) | - |
| 10/19/2022 | TRANSFER | 0.002 | - | - | - |
| 10/20/2022 | SELL | 0.000 | 47,614,500.0000 | - | 138.96 |
| 10/20/2022 | SELL | 0.000 | 48,883,500.0000 | - | 543.15 |
| 10/20/2022 | SELL | 0.000 | 48,870,000.0000 | - | 543.00 |
| 10/20/2022 | SELL | 0.000 | 47,601,000.0000 | - | 1,537.34 |
| 10/20/2022 | SELL | 0.000 | 47,655,000.0000 | - | 7,234.38 |
| 10/20/2022 | SELL | 0.000 | 47,641,500.0000 | - | 11,767.10 |
| 10/20/2022 | SELL | -0.002 | 47,587,500.0000 | - | 86,330.07 |
| 10/20/2022 | BUY | 0.000 | 46,723,500.0000 | (34.61) | - |
| 10/20/2022 | BUY | 0.000 | 46,575,000.0000 | (34.50) | - |
| 10/20/2022 | BUY | 0.000 | 46,885,500.0000 | (34.73) | - |
| 10/20/2022 | BUY | 0.000 | 46,656,000.0000 | (69.12) | - |
| 10/20/2022 | BUY | 0.000 | 48,370,500.0000 | (179.15) | - |
| 10/20/2022 | BUY | 0.000 | 46,737,000.0000 | (173.10) | - |
| 10/20/2022 | BUY | 0.000 | 46,561,500.0000 | (310.41) | - |
| 10/20/2022 | BUY | 0.000 | 47,007,000.0000 | (493.75) | - |
| 10/20/2022 | BUY | 0.000 | 48,181,500.0000 | (892.25) | - |
| 10/20/2022 | BUY | 0.000 | 46,737,000.0000 | (1,350.18) | - |
| 10/20/2022 | BUY | 0.000 | 46,764,000.0000 | (3,126.26) | - |
| 10/20/2022 | BUY | 0.000 | 46,710,000.0000 | (3,633.00) | - |
| 10/20/2022 | BUY | 0.000 | 46,696,500.0000 | (5,428.90) | - |
| 10/20/2022 | BUY | 0.002 | 47,250,000.0000 | (92,246.70) | - |
| 10/21/2022 | BUY | 0.000 | 50,895,000.0000 | (79.17) | - |
| 10/21/2022 | BUY | 0.000 | 50,895,000.0000 | (2,714.40) | - |
| 10/21/2022 | SELL | 0.000 | 50,058,000.0000 | - | 37.08 |
| 10/21/2022 | SELL | 0.000 | 49,626,000.0000 | - | 36.76 |
| 10/21/2022 | SELL | 0.000 | 50,098,500.0000 | - | 482.43 |
| 10/21/2022 | SELL | 0.000 | 49,518,000.0000 | - | 586.88 |
| 10/21/2022 | SELL | 0.000 | 49,545,000.0000 | - | 587.20 |
| 10/21/2022 | SELL | 0.000 | 49,572,000.0000 | - | 991.44 |
| 10/21/2022 | SELL | 0.000 | 49,504,500.0000 | - | 1,374.02 |
| 10/21/2022 | SELL | 0.000 | 49,531,500.0000 | - | 2,054.64 |
| 10/21/2022 | SELL | 0.000 | 49,612,500.0000 | - | 3,675.00 |
| 10/21/2022 | SELL | 0.000 | 49,558,500.0000 | - | 4,405.57 |
| 10/21/2022 | SELL | 0.000 | 49,585,500.0000 | - | 4,995.28 |
| 10/21/2022 | SELL | 0.000 | 49,653,000.0000 | - | 18,390.00 |
| 10/21/2022 | SELL | -0.001 | 49,693,500.0000 | - | 29,485.55 |
| 10/21/2022 | SELL | -0.001 | 49,491,000.0000 | - | 30,248.90 |
| 10/21/2022 | SELL | -0.001 | 49,977,000.0000 | - | 59,853.94 |
| 10/24/2022 | BUY | 0.000 | 59,940,000.0000 | (0.44) | - |

| 10/24/2022 | BUY | 0.000 | 59,953,500.0000 | (0.44) | - |
|---|---|---|---|---|---|
| 10/24/2022 | BUY | 0.000 | 68,742,000.0000 | (2.55) | - |
| 10/24/2022 | BUY | 0.000 | 59,697,000.0000 | (55.28) | - |
| 10/24/2022 | BUY | 0.000 | 59,710,500.0000 | (55.29) | - |
| 10/24/2022 | BUY | 0.000 | 58,684,500.0000 | (163.01) | - |
| 10/24/2022 | BUY | 0.000 | 68,715,000.0000 | (509.00) | - |
| 10/24/2022 | BUY | 0.000 | 58,725,000.0000 | (736.02) | - |
| 10/24/2022 | BUY | 0.000 | 59,737,500.0000 | (1,222.63) | - |
| 10/24/2022 | BUY | 0.000 | 68,688,000.0000 | (1,882.56) | - |
| 10/24/2022 | BUY | 0.000 | 59,926,500.0000 | (1,647.31) | - |
| 10/24/2022 | BUY | 0.000 | 60,061,500.0000 | (2,224.50) | - |
| 10/24/2022 | BUY | 0.000 | 68,701,500.0000 | (2,594.88) | - |
| 10/24/2022 | BUY | 0.000 | 60,061,500.0000 | (2,901.19) | - |
| 10/24/2022 | BUY | 0.000 | 58,698,000.0000 | (2,897.94) | - |
| 10/24/2022 | BUY | 0.000 | 59,724,000.0000 | (3,624.14) | - |
| 10/24/2022 | BUY | 0.000 | 59,670,000.0000 | (4,314.80) | - |
| 10/24/2022 | BUY | 0.000 | 59,724,000.0000 | (4,424.00) | - |
| 10/24/2022 | BUY | 0.000 | 68,688,000.0000 | (8,089.92) | - |
| 10/24/2022 | BUY | 0.000 | 59,805,000.0000 | (9,922.76) | - |
| 10/24/2022 | BUY | 0.002 | 60,075,000.0000 | (116,323.00) | - |
| 10/24/2022 | BUY | 0.004 | 68,850,000.0000 | (241,890.96) | - |
| 10/24/2022 | SELL | 0.000 | 66,609,000.0000 | - | 5.43 |
| 10/24/2022 | SELL | 0.000 | 73,818,000.0000 | - | 16.40 |
| 10/24/2022 | SELL | 0.000 | 73,845,000.0000 | - | 80.96 |
| 10/24/2022 | SELL | 0.000 | 66,622,500.0000 | - | 74.03 |
| 10/24/2022 | SELL | 0.000 | 66,487,500.0000 | - | 197.00 |
| 10/24/2022 | SELL | 0.000 | 74,101,500.0000 | - | 283.23 |
| 10/24/2022 | SELL | 0.000 | 66,663,000.0000 | - | 487.38 |
| 10/24/2022 | SELL | 0.000 | 72,711,000.0000 | - | 538.60 |
| 10/24/2022 | SELL | 0.000 | 73,912,500.0000 | - | 821.25 |
| 10/24/2022 | SELL | 0.000 | 73,980,000.0000 | - | 986.40 |
| 10/24/2022 | SELL | 0.000 | 72,832,500.0000 | - | 1,084.40 |
| 10/24/2022 | SELL | 0.000 | 72,751,500.0000 | - | 1,347.25 |
| 10/24/2022 | SELL | 0.000 | 72,292,500.0000 | - | 1,606.50 |
| 10/24/2022 | SELL | 0.000 | 66,447,000.0000 | - | 1,525.82 |
| 10/24/2022 | SELL | 0.000 | 66,676,500.0000 | - | 1,728.65 |
| 10/24/2022 | SELL | 0.000 | 72,252,000.0000 | - | 2,676.00 |
| 10/24/2022 | SELL | 0.000 | 75,019,500.0000 | - | 3,334.20 |
| 10/24/2022 | SELL | 0.000 | 75,208,500.0000 | - | 3,633.96 |
| 10/24/2022 | SELL | 0.000 | 75,195,000.0000 | - | 4,233.20 |
| 10/24/2022 | SELL | 0.000 | 66,690,000.0000 | - | 4,197.02 |
| 10/24/2022 | SELL | 0.000 | 75,222,000.0000 | - | 5,376.98 |
| 10/24/2022 | SELL | 0.000 | 72,387,000.0000 | - | 5,362.00 |
| 10/24/2022 | SELL | 0.000 | 66,555,000.0000 | - | 6,063.90 |
| 10/24/2022 | SELL | 0.000 | 66,528,000.0000 | - | 6,686.80 |
| 10/24/2022 | SELL | 0.000 | 66,595,500.0000 | - | 8,656.92 |
| 10/24/2022 | SELL | 0.000 | 73,845,000.0000 | - | 9,673.15 |

| 10/24/2022 | SELL | 0.000 | 66,433,500.0000 | - | 9,404.52 |
|---|---|---|---|---|---|
| 10/24/2022 | SELL | 0.000 | 73,710,000.0000 | - | 11,314.21 |
| 10/24/2022 | SELL | 0.000 | 72,238,500.0000 | - | 11,237.10 |
| 10/24/2022 | SELL | 0.000 | 72,630,000.0000 | - | 15,993.13 |
| 10/24/2022 | SELL | 0.000 | 72,778,500.0000 | - | 20,386.61 |
| 10/24/2022 | SELL | 0.000 | 66,474,000.0000 | - | 21,370.16 |
| 10/24/2022 | SELL | -0.001 | 66,568,500.0000 | - | 98,813.79 |
| 10/24/2022 | SELL | -0.002 | 72,225,000.0000 | - | 136,292.32 |
| 10/24/2022 | SELL | -0.004 | 66,420,000.0000 | - | 298,660.73 |
| 10/25/2022 | BUY | 0.000 | 67,189,500.0000 | (2.49) | - |
| 10/25/2022 | BUY | 0.000 | 84,510,000.0000 | (6.26) | - |
| 10/25/2022 | BUY | 0.000 | 84,901,500.0000 | (12.58) | - |
| 10/25/2022 | BUY | 0.000 | 84,780,000.0000 | (45.84) | - |
| 10/25/2022 | BUY | 0.000 | 86,980,500.0000 | (64.43) | - |
| 10/25/2022 | BUY | 0.000 | 87,034,500.0000 | (64.47) | - |
| 10/25/2022 | BUY | 0.000 | 85,698,000.0000 | (63.48) | - |
| 10/25/2022 | BUY | 0.000 | 85,198,500.0000 | (63.11) | - |
| 10/25/2022 | BUY | 0.000 | 84,280,500.0000 | (62.43) | - |
| 10/25/2022 | BUY | 0.000 | 84,010,500.0000 | (62.23) | - |
| 10/25/2022 | BUY | 0.000 | 84,793,500.0000 | (62.81) | - |
| 10/25/2022 | BUY | 0.000 | 66,582,000.0000 | (49.32) | - |
| 10/25/2022 | BUY | 0.000 | 84,105,000.0000 | (233.63) | - |
| 10/25/2022 | BUY | 0.000 | 84,361,500.0000 | (249.96) | - |
| 10/25/2022 | BUY | 0.000 | 67,068,000.0000 | (248.40) | - |
| 10/25/2022 | BUY | 0.000 | 85,590,000.0000 | (380.40) | - |
| 10/25/2022 | BUY | 0.000 | 65,475,000.0000 | (291.00) | - |
| 10/25/2022 | BUY | 0.000 | 84,064,500.0000 | (430.91) | - |
| 10/25/2022 | BUY | 0.000 | 66,811,500.0000 | (384.54) | - |
| 10/25/2022 | BUY | 0.000 | 87,210,000.0000 | (639.54) | - |
| 10/25/2022 | BUY | 0.000 | 70,591,500.0000 | (522.90) | - |
| 10/25/2022 | BUY | 0.000 | 70,497,000.0000 | (522.20) | - |
| 10/25/2022 | BUY | 0.000 | 67,108,500.0000 | (596.52) | - |
| 10/25/2022 | BUY | 0.000 | 66,595,500.0000 | (690.62) | - |
| 10/25/2022 | BUY | 0.000 | 84,361,500.0000 | (1,151.07) | - |
| 10/25/2022 | BUY | 0.000 | 84,307,500.0000 | (1,163.44) | - |
| 10/25/2022 | BUY | 0.000 | 67,243,500.0000 | (1,095.82) | - |
| 10/25/2022 | BUY | 0.000 | 83,835,000.0000 | (1,483.57) | - |
| 10/25/2022 | BUY | 0.000 | 65,826,000.0000 | (1,219.00) | - |
| 10/25/2022 | BUY | 0.000 | 67,473,000.0000 | (1,393.44) | - |
| 10/25/2022 | BUY | 0.000 | 87,048,000.0000 | (1,875.08) | - |
| 10/25/2022 | BUY | 0.000 | 84,942,000.0000 | (1,887.60) | - |
| 10/25/2022 | BUY | 0.000 | 84,739,500.0000 | (2,510.80) | - |
| 10/25/2022 | BUY | 0.000 | 85,306,500.0000 | (2,954.76) | - |
| 10/25/2022 | BUY | 0.000 | 65,853,000.0000 | (2,341.44) | - |
| 10/25/2022 | BUY | 0.000 | 84,078,000.0000 | (3,067.29) | - |
| 10/25/2022 | BUY | 0.000 | 84,915,000.0000 | (3,145.00) | - |
| 10/25/2022 | BUY | 0.000 | 67,081,500.0000 | (2,484.50) | - |

| | | | | | |
|---|---|---|---|---|---|
| 10/25/2022 | BUY | 0.000 | 85,414,500.0000 | (3,323.57) | - |
| 10/25/2022 | BUY | 0.000 | 84,334,500.0000 | (3,310.91) | - |
| 10/25/2022 | BUY | 0.000 | 65,745,000.0000 | (2,629.80) | - |
| 10/25/2022 | BUY | 0.000 | 65,812,500.0000 | (3,071.25) | - |
| 10/25/2022 | BUY | 0.000 | 85,576,500.0000 | (4,167.26) | - |
| 10/25/2022 | BUY | 0.000 | 84,199,500.0000 | (4,395.84) | - |
| 10/25/2022 | BUY | 0.000 | 85,252,500.0000 | (4,630.16) | - |
| 10/25/2022 | BUY | 0.000 | 67,027,500.0000 | (3,674.10) | - |
| 10/25/2022 | BUY | 0.000 | 67,392,000.0000 | (4,049.51) | - |
| 10/25/2022 | BUY | 0.000 | 66,825,000.0000 | (4,020.89) | - |
| 10/25/2022 | BUY | 0.000 | 65,839,500.0000 | (4,194.22) | - |
| 10/25/2022 | BUY | 0.000 | 67,216,500.0000 | (4,630.47) | - |
| 10/25/2022 | BUY | 0.000 | 84,240,000.0000 | (6,272.45) | - |
| 10/25/2022 | BUY | 0.000 | 85,401,000.0000 | (6,722.01) | - |
| 10/25/2022 | BUY | 0.000 | 66,798,000.0000 | (5,492.28) | - |
| 10/25/2022 | BUY | 0.000 | 84,226,500.0000 | (7,518.00) | - |
| 10/25/2022 | BUY | 0.000 | 85,657,500.0000 | (8,545.45) | - |
| 10/25/2022 | BUY | 0.000 | 84,321,000.0000 | (9,431.46) | - |
| 10/25/2022 | BUY | 0.000 | 67,230,000.0000 | (8,670.18) | - |
| 10/25/2022 | BUY | 0.000 | 67,365,000.0000 | (8,908.65) | - |
| 10/25/2022 | BUY | 0.000 | 65,880,000.0000 | (8,808.89) | - |
| 10/25/2022 | BUY | 0.000 | 67,378,500.0000 | (9,982.00) | - |
| 10/25/2022 | BUY | 0.000 | 67,095,000.0000 | (9,989.70) | - |
| 10/25/2022 | BUY | 0.000 | 66,042,000.0000 | (10,546.66) | - |
| 10/25/2022 | BUY | 0.000 | 87,075,000.0000 | (14,251.28) | - |
| 10/25/2022 | BUY | 0.000 | 87,061,500.0000 | (15,991.59) | - |
| 10/25/2022 | BUY | 0.000 | 84,375,000.0000 | (18,750.00) | - |
| 10/25/2022 | BUY | 0.000 | 65,799,000.0000 | (15,689.41) | - |
| 10/25/2022 | BUY | 0.000 | 84,051,000.0000 | (20,152.32) | - |
| 10/25/2022 | BUY | 0.000 | 85,050,000.0000 | (22,232.07) | - |
| 10/25/2022 | BUY | 0.000 | 84,105,000.0000 | (23,471.53) | - |
| 10/25/2022 | BUY | 0.000 | 85,711,500.0000 | (32,612.91) | - |
| 10/25/2022 | BUY | 0.000 | 85,320,000.0000 | (33,245.10) | - |
| 10/25/2022 | BUY | 0.001 | 84,375,000.0000 | (46,045.00) | - |
| 10/25/2022 | BUY | 0.001 | 85,050,000.0000 | (127,162.98) | - |
| 10/25/2022 | BUY | 0.004 | 67,486,500.0000 | (293,257.34) | - |
| 10/25/2022 | BUY | 0.006 | 78,300,000.0000 | (452,400.00) | - |
| 10/25/2022 | SELL | 0.000 | 82,930,500.0000 | - | 1.23 |
| 10/25/2022 | SELL | 0.000 | 82,795,500.0000 | - | 24.53 |
| 10/25/2022 | SELL | 0.000 | 82,525,500.0000 | - | 24.45 |
| 10/25/2022 | SELL | 0.000 | 82,714,500.0000 | - | 24.51 |
| 10/25/2022 | SELL | 0.000 | 82,498,500.0000 | - | 30.56 |
| 10/25/2022 | SELL | 0.000 | 82,890,000.0000 | - | 42.98 |
| 10/25/2022 | SELL | 0.000 | 83,727,000.0000 | - | 44.03 |
| 10/25/2022 | SELL | 0.000 | 82,512,000.0000 | - | 61.12 |
| 10/25/2022 | SELL | 0.000 | 82,444,500.0000 | - | 61.07 |
| 10/25/2022 | SELL | 0.000 | 71,212,500.0000 | - | 52.75 |

| | | | | | |
|---|---|---|---|---|---|
| 10/25/2022 | SELL | 0.000 | 70,902,000.0000 | - | 52.52 |
| 10/25/2022 | SELL | 0.000 | 83,767,500.0000 | - | 62.67 |
| 10/25/2022 | SELL | 0.000 | 82,660,500.0000 | - | 122.46 |
| 10/25/2022 | SELL | 0.000 | 70,996,500.0000 | - | 210.36 |
| 10/25/2022 | SELL | 0.000 | 83,052,000.0000 | - | 455.25 |
| 10/25/2022 | SELL | 0.000 | 70,726,500.0000 | - | 497.71 |
| 10/25/2022 | SELL | 0.000 | 83,713,500.0000 | - | 620.10 |
| 10/25/2022 | SELL | 0.000 | 82,971,000.0000 | - | 680.36 |
| 10/25/2022 | SELL | 0.000 | 82,944,000.0000 | - | 750.80 |
| 10/25/2022 | SELL | 0.000 | 82,647,000.0000 | - | 780.56 |
| 10/25/2022 | SELL | 0.000 | 82,620,000.0000 | - | 832.32 |
| 10/25/2022 | SELL | 0.000 | 82,633,500.0000 | - | 1,073.62 |
| 10/25/2022 | SELL | 0.000 | 82,485,000.0000 | - | 1,222.00 |
| 10/25/2022 | SELL | 0.000 | 70,915,500.0000 | - | 1,145.15 |
| 10/25/2022 | SELL | 0.000 | 70,929,000.0000 | - | 1,517.88 |
| 10/25/2022 | SELL | 0.000 | 82,377,000.0000 | - | 2,013.66 |
| 10/25/2022 | SELL | 0.000 | 82,431,000.0000 | - | 2,198.77 |
| 10/25/2022 | SELL | 0.000 | 83,160,000.0000 | - | 2,242.24 |
| 10/25/2022 | SELL | 0.000 | 71,077,500.0000 | - | 2,635.13 |
| 10/25/2022 | SELL | 0.000 | 70,753,500.0000 | - | 2,672.91 |
| 10/25/2022 | SELL | 0.000 | 83,025,000.0000 | - | 3,139.58 |
| 10/25/2022 | SELL | 0.000 | 82,701,000.0000 | - | 3,369.30 |
| 10/25/2022 | SELL | 0.000 | 71,037,000.0000 | - | 3,051.96 |
| 10/25/2022 | SELL | 0.000 | 70,888,500.0000 | - | 3,193.66 |
| 10/25/2022 | SELL | 0.000 | 70,942,500.0000 | - | 3,272.81 |
| 10/25/2022 | SELL | 0.000 | 82,593,000.0000 | - | 5,506.20 |
| 10/25/2022 | SELL | 0.000 | 70,713,000.0000 | - | 4,834.67 |
| 10/25/2022 | SELL | 0.000 | 71,118,000.0000 | - | 5,584.08 |
| 10/25/2022 | SELL | 0.000 | 71,145,000.0000 | - | 7,746.90 |
| 10/25/2022 | SELL | 0.000 | 82,782,000.0000 | - | 12,264.00 |
| 10/25/2022 | SELL | 0.000 | 82,917,000.0000 | - | 12,284.00 |
| 10/25/2022 | SELL | 0.000 | 70,807,500.0000 | - | 12,168.40 |
| 10/25/2022 | SELL | 0.000 | 70,767,000.0000 | - | 12,318.70 |
| 10/25/2022 | SELL | 0.000 | 71,010,000.0000 | - | 12,571.93 |
| 10/25/2022 | SELL | 0.000 | 70,740,000.0000 | - | 17,135.85 |
| 10/25/2022 | SELL | 0.000 | 82,363,500.0000 | - | 20,355.99 |
| 10/25/2022 | SELL | 0.000 | 70,875,000.0000 | - | 18,917.33 |
| 10/25/2022 | SELL | 0.000 | 71,023,500.0000 | - | 22,083.57 |
| 10/25/2022 | SELL | 0.000 | 83,700,000.0000 | - | 28,333.38 |
| 10/25/2022 | SELL | -0.001 | 83,038,500.0000 | - | 56,418.20 |
| 10/25/2022 | SELL | -0.004 | 82,350,000.0000 | - | 303,655.56 |
| 10/25/2022 | SELL | -0.004 | 70,672,500.0000 | - | 278,148.11 |
| 10/25/2022 | BUY | 0.000 | 64,516,500.0000 | (14,337.00) | - |
| 10/28/2022 | BUY | 0.000 | 65,569,500.0000 | (145.71) | - |
| 10/28/2022 | BUY | 0.000 | 64,246,500.0000 | (1,189.75) | - |
| 11/4/2022 | BUY | 0.001 | 39,150,000.0000 | (42,688.00) | - |
| 11/7/2022 | BUY | 0.000 | 34,978,500.0000 | (129.55) | - |

| | | | | | |
|---|---|---|---|---|---|
| 11/7/2022 | BUY | 0.000 | 34,978,500.0000 | (5,182.00) | - |
| 11/23/2022 | BUY | 0.000 | 28,201,500.0000 | (7.31) | - |
| 12/7/2022 | BUY | 0.000 | 24,691,500.0000 | (0.91) | - |
| 12/28/2022 | SELL | 0.000 | 28,539,000.0000 | - | 180.54 |
| 12/28/2022 | SELL | 0.000 | 28,471,500.0000 | - | 255.19 |
| 12/28/2022 | SELL | 0.000 | 28,417,500.0000 | - | 1,778.73 |
| 12/28/2022 | SELL | 0.000 | 28,498,500.0000 | - | 12,771.55 |
| 12/28/2022 | SELL | 0.000 | 28,431,000.0000 | - | 12,888.72 |
| 12/28/2022 | SELL | -0.001 | 28,552,500.0000 | - | 18,979.59 |
| 12/28/2022 | SELL | -0.002 | 28,458,000.0000 | - | 58,560.24 |
| 12/28/2022 | SELL | -0.004 | 28,377,000.0000 | - | 109,469.64 |
| 12/29/2022 | BUY | 0.000 | 35,262,000.0000 | (78.36) | - |
| 12/29/2022 | BUY | 0.000 | 35,289,000.0000 | (2,988.59) | - |
| 12/29/2022 | BUY | 0.000 | 35,302,500.0000 | (6,563.65) | - |
| 12/29/2022 | BUY | 0.000 | 35,329,500.0000 | (9,735.24) | - |
| 12/29/2022 | BUY | 0.000 | 35,316,000.0000 | (10,594.80) | - |
| 12/29/2022 | BUY | 0.001 | 35,343,000.0000 | (22,375.26) | - |
| 12/30/2022 | BUY | 0.000 | 38,461,500.0000 | (28.49) | - |
| 12/30/2022 | BUY | 0.000 | 38,245,500.0000 | (28.33) | - |
| 12/30/2022 | BUY | 0.000 | 38,313,000.0000 | (28.38) | - |
| 12/30/2022 | BUY | 0.000 | 38,286,000.0000 | (425.40) | - |
| 12/30/2022 | BUY | 0.000 | 37,638,000.0000 | (697.00) | - |
| 12/30/2022 | BUY | 0.000 | 38,394,000.0000 | (853.20) | - |
| 12/30/2022 | BUY | 0.000 | 38,272,500.0000 | (1,447.83) | - |
| 12/30/2022 | BUY | 0.000 | 38,340,000.0000 | (2,599.74) | - |
| 12/30/2022 | BUY | 0.000 | 38,448,000.0000 | (2,848.00) | - |
| 12/30/2022 | BUY | 0.000 | 38,421,000.0000 | (5,638.78) | - |
| 12/30/2022 | BUY | 0.000 | 38,299,500.0000 | (5,815.85) | - |
| 12/30/2022 | BUY | 0.000 | 38,299,500.0000 | (13,475.75) | - |
| 12/30/2022 | BUY | 0.004 | 38,475,000.0000 | (143,248.41) | - |
| 1/3/2023 | SELL | 0.000 | 41,539,500.0000 | - | 61.54 |
| 1/3/2023 | SELL | 0.000 | 41,526,000.0000 | - | 123.04 |
| 1/3/2023 | SELL | 0.000 | 41,296,500.0000 | - | 128.17 |
| 1/3/2023 | SELL | 0.000 | 41,647,500.0000 | - | 147.77 |
| 1/3/2023 | SELL | 0.000 | 41,553,000.0000 | - | 184.68 |
| 1/3/2023 | SELL | 0.000 | 41,566,500.0000 | - | 486.17 |
| 1/3/2023 | SELL | 0.000 | 41,323,500.0000 | - | 581.59 |
| 1/3/2023 | SELL | 0.000 | 41,364,000.0000 | - | 980.48 |
| 1/3/2023 | SELL | 0.000 | 41,593,500.0000 | - | 1,139.35 |
| 1/3/2023 | SELL | 0.000 | 41,472,000.0000 | - | 1,382.40 |
| 1/3/2023 | SELL | 0.000 | 41,404,500.0000 | - | 1,533.50 |
| 1/3/2023 | SELL | 0.000 | 41,391,000.0000 | - | 1,563.66 |
| 1/3/2023 | SELL | 0.000 | 41,580,000.0000 | - | 3,794.56 |
| 1/3/2023 | SELL | 0.000 | 41,377,500.0000 | - | 4,073.39 |
| 1/3/2023 | SELL | 0.000 | 41,620,500.0000 | - | 4,316.20 |
| 1/3/2023 | SELL | 0.000 | 41,512,500.0000 | - | 6,333.89 |
| 1/3/2023 | SELL | 0.000 | 41,418,000.0000 | - | 6,320.08 |

| | | | | | |
|---|---|---|---|---|---|
| 1/3/2023 | SELL | 0.000 | 41,458,500.0000 | - | 6,449.10 |
| 1/3/2023 | SELL | 0.000 | 41,634,000.0000 | - | 9,166.88 |
| 1/3/2023 | SELL | 0.000 | 41,445,000.0000 | - | 9,891.85 |
| 1/3/2023 | SELL | 0.000 | 41,310,000.0000 | - | 11,836.39 |
| 1/3/2023 | SELL | -0.004 | 41,283,000.0000 | - | 181,183.75 |
| 1/4/2023 | BUY | 0.000 | 39,771,000.0000 | (147.30) | - |
| 1/4/2023 | BUY | 0.000 | 45,387,000.0000 | (672.40) | - |
| 1/4/2023 | BUY | 0.000 | 39,757,500.0000 | (793.97) | - |
| 1/4/2023 | BUY | 0.000 | 45,225,000.0000 | (5,025.00) | - |
| 1/4/2023 | BUY | 0.003 | 39,825,000.0000 | (117,057.18) | - |
| 1/4/2023 | BUY | 0.003 | 45,454,500.0000 | (150,841.60) | - |
| 1/4/2023 | SELL | 0.000 | 41,418,000.0000 | - | 0.61 |
| 1/4/2023 | SELL | 0.000 | 41,485,500.0000 | - | 4.92 |
| 1/4/2023 | SELL | 0.000 | 41,539,500.0000 | - | 30.77 |
| 1/4/2023 | SELL | 0.000 | 41,377,500.0000 | - | 91.95 |
| 1/4/2023 | SELL | 0.000 | 41,283,000.0000 | - | 91.74 |
| 1/4/2023 | SELL | 0.000 | 41,499,000.0000 | - | 153.70 |
| 1/4/2023 | SELL | 0.000 | 41,350,500.0000 | - | 153.15 |
| 1/4/2023 | SELL | 0.000 | 41,485,500.0000 | - | 184.38 |
| 1/4/2023 | SELL | 0.000 | 41,472,000.0000 | - | 184.32 |
| 1/4/2023 | SELL | 0.000 | 41,458,500.0000 | - | 358.69 |
| 1/4/2023 | SELL | 0.000 | 41,431,500.0000 | - | 920.70 |
| 1/4/2023 | SELL | 0.000 | 41,512,500.0000 | - | 922.50 |
| 1/4/2023 | SELL | 0.000 | 41,337,000.0000 | - | 949.22 |
| 1/4/2023 | SELL | 0.000 | 41,296,500.0000 | - | 1,019.56 |
| 1/4/2023 | SELL | 0.000 | 41,539,500.0000 | - | 2,086.21 |
| 1/4/2023 | SELL | 0.000 | 41,404,500.0000 | - | 2,351.47 |
| 1/4/2023 | SELL | 0.000 | 41,310,000.0000 | - | 4,987.80 |
| 1/4/2023 | SELL | 0.000 | 41,391,000.0000 | - | 10,281.22 |
| 1/4/2023 | SELL | 0.000 | 41,445,000.0000 | - | 16,329.94 |
| 1/4/2023 | SELL | -0.001 | 41,256,000.0000 | - | 23,775.68 |
| 1/4/2023 | SELL | -0.001 | 41,242,500.0000 | - | 57,497.85 |
| 1/5/2023 | BUY | 0.000 | 51,084,000.0000 | (17.03) | - |
| 1/5/2023 | BUY | 0.000 | 50,989,500.0000 | (56.66) | - |
| 1/5/2023 | BUY | 0.000 | 51,003,000.0000 | (75.56) | - |
| 1/5/2023 | BUY | 0.000 | 50,976,000.0000 | (377.60) | - |
| 1/5/2023 | BUY | 0.000 | 51,111,000.0000 | (1,154.73) | - |
| 1/5/2023 | BUY | 0.000 | 51,286,500.0000 | (2,235.71) | - |
| 1/5/2023 | BUY | 0.000 | 50,962,500.0000 | (5,587.00) | - |
| 1/5/2023 | BUY | 0.000 | 51,273,000.0000 | (9,158.88) | - |
| 1/5/2023 | BUY | 0.000 | 51,124,500.0000 | (14,585.63) | - |
| 1/5/2023 | BUY | 0.000 | 51,016,500.0000 | (20,933.39) | - |
| 1/5/2023 | BUY | 0.001 | 51,138,000.0000 | (27,292.54) | - |
| 1/5/2023 | BUY | 0.001 | 51,030,000.0000 | (30,988.06) | - |
| 1/5/2023 | BUY | 0.002 | 51,151,500.0000 | (107,159.36) | - |
| 1/5/2023 | SELL | -0.003 | 49,545,000.0000 | - | 170,655.00 |
| 1/6/2023 | BUY | 0.000 | 56,956,500.0000 | (2,995.49) | - |

| 1/6/2023 | BUY | 0.000 | 55,012,500.0000 | (7,742.50) | - |
|---|---|---|---|---|---|
| 1/6/2023 | BUY | 0.001 | 56,970,000.0000 | (47,643.80) | - |
| 1/13/2023 | BUY | 0.000 | 48,384,000.0000 | (179.20) | - |
| 3/7/2023 | BUY | 0.000 | 28,944,000.0000 | (42.88) | - |
| 3/28/2023 | BUY | 0.000 | 12,595,500.0000 | (0.19) | - |
| 3/28/2023 | BUY | 0.000 | 12,609,000.0000 | (6.35) | - |
| 12/20/2023 | BUY | 0.017 | 70,800.0000 | (1,203.72) | - |
| 12/20/2023 | BUY | 0.001 | 70,680.0000 | (70.68) | - |
| 12/21/2023 | SELL | -0.012 | 60,540.0000 | - | 736.57 |
| 12/21/2023 | SELL | -0.011 | 60,480.0000 | - | 675.36 |
| 8/6/2024 | BUY | 0.025 | 5,043.6000 | (126.09) | - |
| 8/6/2024 | BUY | 0.003 | 5,001.6000 | (12.50) | - |
| 9/25/2024 | SELL | -0.033 | 271.8000 | - | 9.06 |
| 11/12/2024 | BUY | 25.500 | 172.5600 | (4,400.28) | - |
| 11/13/2024 | SELL | -25.500 | 193.3740 | - | 4,931.04 |
| 11/18/2024 | BUY | 30.000 | 163.4520 | (4,903.56) | - |
| 11/18/2024 | SELL | -30.000 | 180.6720 | - | 5,420.16 |
| 11/18/2024 | BUY | 19.617 | 163.8060 | (3,213.33) | - |
| 11/18/2024 | BUY | 7.050 | 163.8000 | (1,154.79) | - |
| 11/18/2024 | BUY | 6.833 | 163.7940 | (1,119.26) | - |
| 11/18/2024 | SELL | -29.283 | 168.6000 | - | 4,937.17 |
| 11/18/2024 | SELL | -1.667 | 168.6060 | - | 281.01 |
| 11/18/2024 | SELL | -1.667 | 168.0000 | - | 280.00 |
| 11/18/2024 | SELL | -0.883 | 168.6600 | - | 148.98 |
| 1/10/2025 | BUY | 1.417 | 27.6000 | (39.10) | - |
| | **Net Shares** | **1** | | **Net Gain/(Loss)** | (868,276.40) |

| | Mullen Automotive Inc. Loss Calculation - Persad | | | | |
|---|---|---|---|---|---|
| | Class Period: May 2022 - March 26, 2025 | | | | |
| Date | Transaction Type | Shares | Price Per Share | Total Paid | Total Received |
| 8/31/2022 | TRANSFER | 0.00296296 | 0 | - | - |
| 9/7/2022 | SELL | -7.4074E-09 | 1505250 | - | 0.01 |
| 9/7/2022 | SELL | -1.7778E-07 | 1505475 | - | 0.27 |
| 9/7/2022 | SELL | -1.8519E-07 | 1525725 | - | 0.28 |
| 9/7/2022 | SELL | -3.9259E-07 | 1504575 | - | 0.59 |
| 9/7/2022 | SELL | -7.4074E-07 | 1503225 | - | 1.11 |
| 9/7/2022 | SELL | -7.4074E-07 | 1526400 | - | 1.13 |
| 9/7/2022 | SELL | -1.2741E-06 | 1526175 | - | 1.94 |
| 9/7/2022 | SELL | -1.6889E-06 | 1527300 | - | 2.58 |
| 9/7/2022 | SELL | -2.963E-06 | 1525950 | - | 4.52 |
| 9/7/2022 | SELL | -3.7037E-06 | 1529100 | - | 5.66 |
| 9/7/2022 | SELL | -4.4444E-06 | 1528875 | - | 6.80 |
| 9/7/2022 | SELL | -4.763E-06 | 1503225 | - | 7.16 |
| 9/7/2022 | SELL | -5.1852E-06 | 1501425 | - | 7.79 |
| 9/7/2022 | SELL | -5.9259E-06 | 1504575 | - | 8.92 |
| 9/7/2022 | SELL | -5.9259E-06 | 1527975 | - | 9.05 |
| 9/7/2022 | SELL | -8.6519E-06 | 1527525 | - | 13.22 |
| 9/7/2022 | SELL | -8.8889E-06 | 1501650 | - | 13.35 |
| 9/7/2022 | SELL | -8.8889E-06 | 1528200 | - | 13.58 |
| 9/7/2022 | SELL | -1.037E-05 | 1501875 | - | 15.58 |
| 9/7/2022 | SELL | -1.037E-05 | 1528650 | - | 15.85 |
| 9/7/2022 | SELL | -1.2415E-05 | 1500300 | - | 18.63 |
| 9/7/2022 | SELL | -1.3333E-05 | 1500975 | - | 20.01 |
| 9/7/2022 | SELL | -1.6296E-05 | 1504800 | - | 24.52 |
| 9/7/2022 | SELL | -1.6296E-05 | 1501200 | - | 24.46 |
| 9/7/2022 | SELL | -2.2222E-05 | 1527750 | - | 33.95 |
| 9/7/2022 | SELL | -2.3704E-05 | 1525950 | - | 36.17 |
| 9/7/2022 | SELL | -2.5926E-05 | 1526175 | - | 39.57 |
| 9/7/2022 | SELL | -2.6667E-05 | 1502100 | - | 40.06 |
| 9/7/2022 | SELL | -0.00004 | 1528425 | - | 61.14 |
| 9/7/2022 | SELL | -5.4074E-05 | 1506375 | - | 81.46 |
| 9/7/2022 | SELL | -8.5007E-05 | 1504350 | - | 127.88 |
| 9/7/2022 | SELL | -0.00010988 | 1525500 | - | 167.62 |
| 9/7/2022 | SELL | -0.00020963 | 1504125 | - | 315.31 |
| 9/22/2022 | BUY | 9.6296E-06 | 891900 | (8.59) | - |
| 9/23/2022 | SELL | -1.4815E-07 | 746100 | - | 0.11 |
| 9/23/2022 | SELL | -1.4815E-07 | 747225 | - | 0.11 |
| 9/23/2022 | SELL | -1.4815E-07 | 745875 | - | 0.11 |
| 9/23/2022 | SELL | -3.7037E-07 | 746775 | - | 0.28 |
| 9/23/2022 | SELL | -5.6296E-07 | 746550 | - | 0.42 |
| 9/23/2022 | SELL | -7.4074E-07 | 750375 | - | 0.56 |
| 9/23/2022 | SELL | -7.4074E-07 | 748800 | - | 0.55 |

| Date | Type | | | | |
|---|---|---:|---:|---:|---:|
| 9/23/2022 | SELL | -2.2222E-06 | 752175 | - | 1.67 |
| 9/23/2022 | SELL | -4.8296E-06 | 744750 | - | 3.60 |
| 9/23/2022 | SELL | -7.4074E-06 | 753075 | - | 5.58 |
| 9/23/2022 | SELL | -8.9556E-06 | 749250 | - | 6.71 |
| 9/23/2022 | SELL | -1.1896E-05 | 747000 | - | 8.89 |
| 9/23/2022 | SELL | -1.4963E-05 | 749025 | - | 11.21 |
| 9/23/2022 | SELL | -1.5556E-05 | 751725 | - | 11.69 |
| 9/23/2022 | SELL | -1.6296E-05 | 750600 | - | 12.23 |
| 9/23/2022 | SELL | -1.8526E-05 | 742725 | - | 13.76 |
| 9/23/2022 | SELL | -2.2963E-05 | 747675 | - | 17.17 |
| 9/23/2022 | SELL | -2.4148E-05 | 751950 | - | 18.16 |
| 9/23/2022 | SELL | -2.9844E-05 | 744525 | - | 22.22 |
| 9/23/2022 | SELL | -3.037E-05 | 753525 | - | 22.88 |
| 9/23/2022 | SELL | -3.2593E-05 | 753975 | - | 24.57 |
| 9/23/2022 | SELL | -3.7185E-05 | 743625 | - | 27.65 |
| 9/23/2022 | SELL | -3.7778E-05 | 751500 | - | 28.39 |
| 9/23/2022 | SELL | -3.9652E-05 | 743175 | - | 29.47 |
| 9/23/2022 | SELL | -7.0978E-05 | 753750 | - | 53.50 |
| 9/23/2022 | SELL | -7.6504E-05 | 743850 | - | 56.91 |
| 9/23/2022 | SELL | -8.1481E-05 | 745200 | - | 60.72 |
| 9/23/2022 | SELL | -0.00014 | 743400 | - | 104.08 |
| 9/23/2022 | SELL | -0.00150484 | 742500 | - | 1,117.35 |
| 10/3/2022 | BUY | 7.4074E-07 | 701775 | (0.52) | - |
| 10/3/2022 | BUY | 2.4956E-05 | 708525 | (17.68) | - |
| 10/3/2022 | BUY | 2.5926E-05 | 701325 | (18.18) | - |
| 10/3/2022 | BUY | 4.3704E-05 | 700425 | (30.61) | - |
| 10/3/2022 | BUY | 7.4074E-05 | 700650 | (51.90) | - |
| 10/3/2022 | BUY | 8.6667E-05 | 702000 | (60.84) | - |
| 10/3/2022 | BUY | 0.00180593 | 701550 | (1,266.95) | - |
| 10/3/2022 | BUY | 9.7037E-07 | 701775 | (0.68) | - |
| 10/4/2022 | BUY | 7.4074E-06 | 804600 | (5.96) | - |
| 10/5/2022 | BUY | 1.4815E-05 | 732150 | (10.85) | - |
| 10/13/2022 | BUY | 4.657E-05 | 567000 | (26.41) | - |
| 10/13/2022 | BUY | 5.9259E-05 | 566100 | (33.55) | - |
| 10/13/2022 | BUY | 7.9356E-05 | 566550 | (44.96) | - |
| 10/18/2022 | BUY | 5.7778E-07 | 487350 | (0.28) | - |
| 10/19/2022 | TRANSFER | -0.00227037 | 0 | - | - |
| 10/21/2022 | BUY | 1.4222E-06 | 837675 | (1.19) | - |
| 10/26/2022 | SELL | -0.000002 | 1161675 | - | 2.32 |
| 12/30/2022 | BUY | 0.00012593 | 634050 | (79.84) | - |
| 1/3/2023 | BUY | 7.4074E-07 | 741150 | (0.55) | - |
| 1/3/2023 | BUY | 7.4074E-07 | 739125 | (0.55) | - |
| 1/3/2023 | BUY | 7.4074E-07 | 738675 | (0.55) | - |
| 1/3/2023 | BUY | 7.4074E-07 | 739575 | (0.55) | - |
| 1/3/2023 | BUY | 3.0222E-06 | 740925 | (2.24) | - |
| 1/3/2023 | BUY | 1.1156E-05 | 741825 | (8.28) | - |
| 1/3/2023 | BUY | 2.2222E-05 | 739800 | (16.44) | - |

| Date | Type | | | | |
|---|---|---|---|---|---|
| 1/3/2023 | BUY | 2.5711E-05 | 742050 | (19.08) | - |
| 1/3/2023 | BUY | 3.5933E-05 | 741600 | (26.65) | - |
| 1/3/2023 | BUY | 4.4444E-05 | 742275 | (32.99) | - |
| 1/3/2023 | BUY | 0.00013044 | 742275 | (96.82) | - |
| 1/3/2023 | BUY | 0.00013066 | 741825 | (96.93) | - |
| 1/3/2023 | BUY | 0.00014496 | 740025 | (107.28) | - |
| 1/3/2023 | BUY | 0.00016296 | 720000 | (117.33) | - |
| 1/3/2023 | BUY | 0.00032706 | 742500 | (242.84) | - |
| 1/3/2023 | BUY | 0.00033711 | 742050 | (250.15) | - |
| 1/3/2023 | BUY | 0.00034096 | 741375 | (252.78) | - |
| 1/3/2023 | BUY | 0.00076262 | 740250 | (564.53) | - |
| 1/3/2023 | BUY | 0.00148148 | 690750 | (1,023.33) | - |
| 1/3/2023 | BUY | 0.0018363 | 742500 | (1,363.45) | - |
| 1/5/2023 | BUY | 0.00014815 | 853875 | (126.50) | - |
| 1/5/2023 | BUY | 0.00037037 | 849150 | (314.50) | - |
| 1/6/2023 | BUY | 0.00215633 | 990000 | (2,134.77) | - |
| 1/6/2023 | BUY | 8.037E-06 | 953775 | (7.67) | - |
| 1/6/2023 | BUY | 0.00021419 | 954000 | (204.33) | - |
| 1/6/2023 | BUY | 0.00592593 | 992250 | (5,880.00) | - |
| 1/6/2023 | SELL | -7.4074E-09 | 866025 | - | 0.01 |
| 1/6/2023 | SELL | -3.7037E-08 | 857700 | - | 0.03 |
| 1/6/2023 | SELL | -4.3704E-07 | 891900 | - | 0.39 |
| 1/6/2023 | SELL | -5.4074E-07 | 893475 | - | 0.48 |
| 1/6/2023 | SELL | -5.4074E-07 | 899100 | - | 0.49 |
| 1/6/2023 | SELL | -7.4074E-07 | 1037250 | - | 0.77 |
| 1/6/2023 | SELL | -7.4074E-07 | 894375 | - | 0.66 |
| 1/6/2023 | SELL | -7.4074E-07 | 893250 | - | 0.66 |
| 1/6/2023 | SELL | -7.4074E-07 | 893700 | - | 0.66 |
| 1/6/2023 | SELL | -1.4815E-06 | 1048725 | - | 1.55 |
| 1/6/2023 | SELL | -2.2222E-06 | 892575 | - | 1.98 |
| 1/6/2023 | SELL | -2.2222E-06 | 893475 | - | 1.99 |
| 1/6/2023 | SELL | -2.5926E-06 | 855450 | - | 2.22 |
| 1/6/2023 | SELL | -3.2741E-06 | 894150 | - | 2.93 |
| 1/6/2023 | SELL | -3.5037E-06 | 900450 | - | 3.15 |
| 1/6/2023 | SELL | -3.5556E-06 | 892575 | - | 3.17 |
| 1/6/2023 | SELL | -3.7037E-06 | 1050075 | - | 3.89 |
| 1/6/2023 | SELL | -3.7037E-06 | 1049625 | - | 3.89 |
| 1/6/2023 | SELL | -4.8519E-06 | 892350 | - | 4.33 |
| 1/6/2023 | SELL | -6.6667E-06 | 879975 | - | 5.87 |
| 1/6/2023 | SELL | -6.6963E-06 | 896400 | - | 6.00 |
| 1/6/2023 | SELL | -8.8519E-06 | 891900 | - | 7.89 |
| 1/6/2023 | SELL | -8.8889E-06 | 867375 | - | 7.71 |
| 1/6/2023 | SELL | -1.1111E-05 | 858825 | - | 9.54 |
| 1/6/2023 | SELL | -1.2593E-05 | 867150 | - | 10.92 |
| 1/6/2023 | SELL | -1.4074E-05 | 893025 | - | 12.57 |
| 1/6/2023 | SELL | -1.4815E-05 | 1045350 | - | 15.49 |
| 1/6/2023 | SELL | -1.4815E-05 | 866475 | - | 12.84 |

| | | | | | |
|---|---|---|---|---|---|
| 1/6/2023 | SELL | -1.4815E-05 | 860850 | - | 12.75 |
| 1/6/2023 | SELL | -1.9259E-05 | 856575 | - | 16.50 |
| 1/6/2023 | SELL | -2.2222E-05 | 861750 | - | 19.15 |
| 1/6/2023 | SELL | -2.3037E-05 | 893250 | - | 20.58 |
| 1/6/2023 | SELL | -2.3407E-05 | 892125 | - | 20.88 |
| 1/6/2023 | SELL | -2.3704E-05 | 864675 | - | 20.50 |
| 1/6/2023 | SELL | -2.3704E-05 | 862875 | - | 20.45 |
| 1/6/2023 | SELL | -2.5926E-05 | 860175 | - | 22.30 |
| 1/6/2023 | SELL | -3.5415E-05 | 893925 | - | 31.66 |
| 1/6/2023 | SELL | -3.7037E-05 | 863100 | - | 31.97 |
| 1/6/2023 | SELL | -3.7074E-05 | 859725 | - | 31.87 |
| 1/6/2023 | SELL | -4.0741E-05 | 859275 | - | 35.01 |
| 1/6/2023 | SELL | -4.963E-05 | 858150 | - | 42.59 |
| 1/6/2023 | SELL | -5.1711E-05 | 1044450 | - | 54.01 |
| 1/6/2023 | SELL | -5.6296E-05 | 860400 | - | 48.44 |
| 1/6/2023 | SELL | -7.4074E-05 | 862650 | - | 63.90 |
| 1/6/2023 | SELL | -7.9844E-05 | 1035000 | - | 82.64 |
| 1/6/2023 | SELL | -8.037E-05 | 1033875 | - | 83.09 |
| 1/6/2023 | SELL | -9.3474E-05 | 1044225 | - | 97.61 |
| 1/6/2023 | SELL | -0.00010148 | 855675 | - | 86.84 |
| 1/6/2023 | SELL | -0.00010621 | 855900 | - | 90.90 |
| 1/6/2023 | SELL | -0.00010889 | 1035225 | - | 112.72 |
| 1/6/2023 | SELL | -0.00011556 | 894375 | - | 103.35 |
| 1/6/2023 | SELL | -0.0001187 | 1048500 | - | 124.45 |
| 1/6/2023 | SELL | -0.00012 | 862200 | - | 103.46 |
| 1/6/2023 | SELL | -0.00013407 | 879750 | - | 117.95 |
| 1/6/2023 | SELL | -0.00013481 | 861975 | - | 116.21 |
| 1/6/2023 | SELL | -0.00016004 | 855225 | - | 136.87 |
| 1/6/2023 | SELL | -0.0001676 | 857475 | - | 143.71 |
| 1/6/2023 | SELL | -0.00019259 | 859500 | - | 165.53 |
| 1/6/2023 | SELL | -0.00021778 | 858600 | - | 186.98 |
| 1/6/2023 | SELL | -0.00025086 | 856125 | - | 214.77 |
| 1/6/2023 | SELL | -0.00025407 | 860625 | - | 218.66 |
| 1/6/2023 | SELL | -0.00030296 | 861075 | - | 260.87 |
| 1/6/2023 | SELL | -0.00031111 | 863775 | - | 268.73 |
| 1/6/2023 | SELL | -0.00032444 | 858375 | - | 278.50 |
| 1/6/2023 | SELL | -0.00039473 | 866250 | - | 341.93 |
| 1/6/2023 | SELL | -0.00042557 | 1029600 | - | 438.17 |
| 1/6/2023 | SELL | -0.00043259 | 1044000 | - | 451.63 |
| 1/6/2023 | SELL | -0.00049033 | 891225 | - | 437.00 |
| 1/6/2023 | SELL | -0.00059852 | 857250 | - | 513.08 |
| 1/6/2023 | SELL | -0.00075556 | 862425 | - | 651.61 |
| 1/6/2023 | SELL | -0.00179938 | 855000 | - | 1,538.47 |
| 1/13/2023 | BUY | 1.5556E-05 | 804600 | (12.52) | - |
| 1/13/2023 | BUY | 0.00042148 | 805500 | (339.50) | - |
| 1/17/2023 | SELL | -1.4815E-06 | 675675 | - | 1.00 |
| 1/17/2023 | SELL | -2.2222E-06 | 675675 | - | 1.50 |

| | | | | | |
|---|---|---|---|---|---|
| 1/17/2023 | SELL | -3.7037E-06 | 676575 | - | 2.51 |
| 1/17/2023 | SELL | -1.037E-05 | 675900 | - | 7.01 |
| 1/17/2023 | SELL | -1.5556E-05 | 676125 | - | 10.52 |
| 1/17/2023 | SELL | -0.00040741 | 675675 | - | 275.28 |
| 1/17/2023 | SELL | -0.00044815 | 687825 | - | 308.25 |
| 2/27/2023 | BUY | 7.4074E-06 | 493200 | (3.65) | - |
| 2/27/2023 | BUY | 2.2222E-05 | 492075 | (10.94) | - |
| 2/27/2023 | BUY | 7.4044E-05 | 491625 | (36.40) | - |
| 2/27/2023 | BUY | 8.2222E-05 | 492300 | (40.48) | - |
| 2/27/2023 | BUY | 9.4081E-05 | 492750 | (46.36) | - |
| 2/27/2023 | BUY | 0.00013113 | 493650 | (64.73) | - |
| 2/27/2023 | BUY | 0.00018148 | 492525 | (89.38) | - |
| 3/7/2023 | BUY | 7.4074E-07 | 495450 | (0.37) | - |
| 3/7/2023 | BUY | 1.1852E-05 | 495450 | (5.87) | - |
| 3/7/2023 | BUY | 1.2593E-05 | 496350 | (6.25) | - |
| 3/7/2023 | BUY | 1.4815E-05 | 496800 | (7.36) | - |
| 3/7/2023 | BUY | 0.00010059 | 495900 | (49.88) | - |
| 3/7/2023 | BUY | 0.00014593 | 495675 | (72.33) | - |
| 3/7/2023 | BUY | 0.00014652 | 496125 | (72.69) | - |
| 3/7/2023 | BUY | 0.00016326 | 497475 | (81.22) | - |
| 3/7/2023 | BUY | 0.00074074 | 489825 | (362.83) | - |
| 3/10/2023 | BUY | 0.00014444 | 371250 | (53.63) | - |
| 3/10/2023 | BUY | 0.0001637 | 371250 | (60.78) | - |
| 3/10/2023 | BUY | 0.00043111 | 379350 | (163.54) | - |
| 3/17/2023 | SELL | -1.3985E-05 | 300375 | - | 4.20 |
| 3/17/2023 | SELL | -1.6326E-05 | 301050 | - | 4.91 |
| 3/17/2023 | SELL | -1.6556E-05 | 300600 | - | 4.98 |
| 3/17/2023 | SELL | -3.0496E-05 | 300825 | - | 9.17 |
| 3/17/2023 | SELL | -0.00021556 | 301275 | - | 64.94 |
| 3/17/2023 | SELL | -0.00180789 | 300150 | - | 542.64 |
| 3/21/2023 | BUY | 1.7037E-05 | 296100 | (5.04) | - |
| 3/21/2023 | BUY | 2.4511E-05 | 296775 | (7.27) | - |
| 3/21/2023 | BUY | 5.9259E-05 | 295875 | (17.53) | - |
| 3/21/2023 | BUY | 8.4444E-05 | 296100 | (25.00) | - |
| 3/21/2023 | BUY | 0.00040361 | 296775 | (119.78) | - |
| 3/21/2023 | BUY | 0.0004075 | 296550 | (120.85) | - |
| 3/21/2023 | BUY | 0.00126741 | 296325 | (375.56) | - |
| 3/22/2023 | BUY | 2.963E-06 | 282375 | (0.84) | - |
| 3/22/2023 | BUY | 7.4074E-06 | 282375 | (2.09) | - |
| 3/28/2023 | BUY | 2.2222E-07 | 210375 | (0.05) | - |
| | | | | | |
| 12/13/2023 | SELL | -0.00817667 | 28.125 | - | 0.23 |
| | | | | | |
| 8/6/2024 | BUY | 0.03333333 | 187.065 | (6.24) | - |
| 8/6/2024 | BUY | 0.00333333 | 189 | (0.63) | - |
| | | | | | |
| 9/24/2024 | SELL | -0.05 | 509.5 | - | 25.48 |

| | | | | | |
|---|---|---|---|---|---|
| 11/12/2024 | BUY | 7.31666667 | 285.49 | (2,088.84) | - |
| 11/13/2024 | SELL | -7.31666667 | 322.08 | - | 2,356.55 |
| 11/18/2025 | BUY | 14.5 | 274 | (3,973.00) | - |
| 11/18/2024 | SELL | -14.5 | 281 | - | 4,074.50 |
| 11/18/2025 | BUY | 12.5 | 273.56 | (3,419.50) | - |
| 11/18/2024 | SELL | -12.5 | 301 | - | 3,762.50 |
| 1/10/2025 | BUY | 11.6666667 | 46.12 | (538.07) | - |
| 1/10/2025 | BUY | 0.41666667 | 46.12 | (19.22) | - |
| **Net Shares** | | **12** | | **Net Gain/(Loss)** | **$      (4,630.72)** |