POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant Muhammad Jafri and
Proposed Lead Counsel for the Class*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MALONEY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and JONATHAN NEW, <br><br> Defendants. | Case No. 2:25-cv-01187-MCS-JDE <br><br> **NOTICE OF MOTION OF MUHAMMAD JAFRI FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** <br><br> DATE:  May 12, 2025 <br> TIME:  9:00 a.m. <br> JUDGE:  Mark C. Scarsi <br> CTRM:  7C |

CAYDEN CRUME, JAMES LEGRAND, and TODD HOLTON,

Plaintiffs,

v.

MULLEN AUTOMOTIVE INC., DAVID MICHERY, JONATHAN NEW, and OLEG FIRER,

Defendants.

Case No. 2:25-cv-02620-DMG-AGR

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Muhammad Jafri ("Jafri"), by and through his counsel, will and does hereby move this Court, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Jafri as Lead Plaintiff on behalf of a class (the "Class") consisting of persons or entities who purchased or otherwise acquired publicly traded Mullen Automotive, Inc. securities between May 1, 2022 and March 26, 2025, inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Jafri submits a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Jafri is aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution.  The conference must take place at least 7 days prior to the filing of the motion."  Jafri is also aware of Provision 9.C of this Court's Initial Standing Order for Civil Cases, which provides, *inter alia*, that in satisfying Local Civil Rule 7-3's meet-and-

NOTICE OF MOTION - 2:25-cv-01187-MCS-JDE; 2:25-cv-02620-DMG-AGR

1

confer requirement, "[c]ounsel must meet and confer in person or by telephone or videoconference" and that "[c]ounsel should discuss the issues to a sufficient degree that if a motion is still necessary, the briefing may be directed to those substantive issues requiring resolution by the Court."  Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is April 14, 2025, on which date any member of the putative Class may so move.  *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(I)-(II).  Jafri will thus not know the identities of the other putative Class members who intend to file competing Lead Plaintiff motions until April 15, 2025—the day after the statutory deadline—making conferral with opposing counsel and full compliance with the foregoing rules prior to the filing of Jafri's motion papers impracticable.  Under these circumstances, Jafri respectfully requests that compliance with Local Civil Rule 7-3 and Provision 9.C of this Court's Initial Standing Order for Civil Cases be waived in this instance.

Dated:  April 14, 2025

Respectfully submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant Muhammad Jafri and*
*Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Movant Muhammad Jafri*

CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti