# EXHIBIT A

**Mullen Automotive, Inc. (MULN)**
**Class Period: May 1, 2022 to March 26, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 16-Days* Mean Price $0.0810 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Muhammad Jafri | 2/17/2023 | 30,000 | $0.2713 | ($8,139) | | | | | | | |
| Muhammad Jafri | 2/23/2023 | 2,500 | $0.2345 | ($586) | | | | | | | |
| Muhammad Jafri | 2/23/2023 | 6,000 | $0.2322 | ($1,393) | | | | | | | |
| Muhammad Jafri | 2/28/2023 | 450 | $0.2147 | ($97) | | | | | | | |
| Muhammad Jafri | 3/9/2023 | 35,000 | $0.1868 | ($6,538) | | | | | | | |
| Muhammad Jafri | 3/9/2023 | 6,050 | $0.1863 | ($1,127) | | | | | | | |
| Muhammad Jafri | 3/10/2023 | 300 | $0.1658 | ($50) | | | | | | | |
| Muhammad Jafri | 3/10/2023 | 9,700 | $0.1659 | ($1,609) | | | | | | | |
| Muhammad Jafri | 3/23/2023 | 60,000 | $0.1103 | ($6,618) | | | | | | | |
| Muhammad Jafri | 4/10/2023 | 20,500 | $0.1041 | ($2,134) | | | | | | | |
| Muhammad Jafri | 4/27/2023 | 22,250 | $0.0681 | ($1,515) | | | | | | | |
| Muhammad Jafri | 5/3/2023 | 186 | $0.0676 | ($13) | | | | | | | |
| Muhammad Jafri | 5/3/2023 | 500 | $0.0625 | ($31) | | | | | | | |
| Muhammad Jafri | 5/3/2023 | 1,100 | $0.0616 | ($68) | | | | | | | |
| Muhammad Jafri | 5/3/2023 | 7,500 | $0.0601 | ($451) | | | | | | | |
| Muhammad Jafri | 5/3/2023 | 7,000 | $0.0687 | ($481) | | | | | | | |
| Muhammad Jafri | 5/3/2023 | 25,000 | $0.0604 | ($1,510) | | | | | | | |
| Muhammad Jafri | 5/3/2023 | 42,814 | $0.0677 | ($2,899) | | | | | | | |
| Muhammad Jafri | 5/3/2023 | 48,900 | $0.0617 | ($3,017) | | | | | | | |
| Muhammad Jafri | 5/3/2023 | 57,250 | $0.0704 | ($4,030) | | | | | | | |
| Muhammad Jafri | 5/4/2023 | 383,000 | | | | | | | | | |
| Muhammad Jafri | 5/4/2023 | 15,320 | 1:25 Reverse Stock Split | | | | | | | | |
| Muhammad Jafri | 5/4/2023 | 3,000 | $1.3499 | ($4,050) | | | | | | | |
| Muhammad Jafri | 5/12/2023 | 1,880 | $1.2991 | ($2,442) | | | | | | | |
| Muhammad Jafri | 5/17/2023 | 800 | $1.2450 | ($996) | | | | | | | |
| Muhammad Jafri | 5/22/2023 | 5,500 | $0.9900 | ($5,445) | | | | | | | |
| Muhammad Jafri | 5/23/2023 | 3,500 | $0.8822 | ($3,088) | | | | | | | |
| Muhammad Jafri | 6/5/2023 | 2,875 | $0.6960 | ($2,001) | | | | | | | |
| Muhammad Jafri | 6/6/2023 | 3,050 | $0.6317 | ($1,927) | | | | | | | |
| Muhammad Jafri | 6/6/2023 | 4,013 | $0.6251 | ($2,509) | | | | | | | |
| Muhammad Jafri | 6/6/2023 | 10,000 | $0.6354 | ($6,354) | | | | | | | |
| Muhammad Jafri | 6/7/2023 | 11,250 | $0.5250 | ($5,906) | | | | | | | |

*Avg Closing Prices from March 27, 2025 to April 11, 2025

**Mullen Automotive, Inc. (MULN)**
**Class Period: May 1, 2022 to March 26, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

16-Days*
Mean Price
$0.0810

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Muhammad Jafri | 6/8/2023 | 1,200 | $0.4637 | ($556) | | | | | | | |
| Muhammad Jafri | 6/8/2023 | 18,800 | $0.4637 | ($8,718) | | | | | | | |
| Muhammad Jafri | 6/8/2023 | 3,812 | $0.4637 | ($1,768) | | | | | | | |
| Muhammad Jafri | 6/12/2023 | 825 | $0.3892 | ($321) | | | | | | | |
| Muhammad Jafri | 6/12/2023 | 12,500 | $0.3869 | ($4,836) | | | | | | | |
| Muhammad Jafri | 6/13/2023 | 6,375 | $0.3205 | ($2,043) | | | | | | | |
| Muhammad Jafri | 6/13/2023 | 4,500 | $0.3230 | ($1,454) | | | | | | | |
| Muhammad Jafri | 6/14/2023 | 18,750 | $0.2354 | ($4,414) | | | | | | | |
| Muhammad Jafri | 6/14/2023 | 7,000 | $0.2745 | ($1,922) | | | | | | | |
| Muhammad Jafri | 6/14/2023 | 4,750 | $0.2736 | ($1,300) | | | | | | | |
| Muhammad Jafri | 6/14/2023 | 10,000 | $0.2258 | ($2,258) | | | | | | | |
| Muhammad Jafri | 6/14/2023 | 7,500 | $0.2711 | ($2,033) | | | | | | | |
| Muhammad Jafri | 6/14/2023 | 12,500 | $0.2751 | ($3,439) | | | | | | | |
| Muhammad Jafri | 6/14/2023 | 1,300 | $0.2731 | ($355) | | | | | | | |
| Muhammad Jafri | 6/14/2023 | 675 | $0.2722 | ($184) | | | | | | | |
| Muhammad Jafri | 6/14/2023 | 325 | $0.2326 | ($76) | | | | | | | |
| Muhammad Jafri | 6/20/2023 | 7,500 | $0.1629 | ($1,222) | | | | | | | |
| Muhammad Jafri | 6/20/2023 | 1,500 | $0.2007 | ($301) | | | | | | | |
| Muhammad Jafri | 6/20/2023 | 5,000 | $0.1927 | ($964) | | | | | | | |
| Muhammad Jafri | 6/20/2023 | 2,500 | $0.1937 | ($484) | | | | | | | |
| Muhammad Jafri | 6/20/2023 | 2,500 | $0.2011 | ($503) | | | | | | | |
| Muhammad Jafri | 6/20/2023 | 2,300 | $0.1680 | ($386) | | | | | | | |
| Muhammad Jafri | 6/20/2023 | 5,000 | $0.1850 | ($925) | | | | | | | |
| Muhammad Jafri | 6/20/2023 | 5,000 | $0.2011 | ($1,006) | | | | | | | |
| Muhammad Jafri | 6/20/2023 | 16,500 | $0.1731 | ($2,856) | | | | | | | |
| Muhammad Jafri | 6/20/2023 | 10,000 | $0.1884 | ($1,884) | | | | | | | |
| Muhammad Jafri | 6/20/2023 | 12,500 | $0.2014 | ($2,518) | | | | | | | |
| Muhammad Jafri | 6/20/2023 | 7,700 | $0.1681 | ($1,294) | | | | | | | |
| Muhammad Jafri | 6/27/2023 | 25,000 | $0.1430 | ($3,575) | | | | | | | |
| Muhammad Jafri | 6/27/2023 | 2,450 | $0.1409 | ($345) | | | | | | | |
| Muhammad Jafri | 6/27/2023 | 300 | $0.1422 | ($43) | | | | | | | |
| Muhammad Jafri | 6/27/2023 | 7,550 | $0.1410 | ($1,065) | | | | | | | |
| Muhammad Jafri | 6/27/2023 | 21,425 | $0.1450 | ($3,107) | | | | | | | |

*Avg Closing Prices from March 27, 2025 to April 11, 2025

**Mullen Automotive, Inc. (MULN)**
**Class Period: May 1, 2022 to March 26, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 16-Days* Mean Price $0.0810 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Muhammad Jafri | 6/28/2023 | 2,825 | $0.1090 | ($308) | | | | | | | |
| Muhammad Jafri | 6/28/2023 | 40,000 | $0.1097 | ($4,388) | | | | | | | |
| Muhammad Jafri | 6/28/2023 | 450 | $0.1089 | ($49) | | | | | | | |
| Muhammad Jafri | 6/28/2023 | 39,000 | $0.1096 | ($4,274) | | | | | | | |
| Muhammad Jafri | 7/11/2023 | 11,000 | $0.1826 | ($2,009) | | | | | | | |
| Muhammad Jafri | 7/12/2023 | 10,000 | $0.1603 | ($1,603) | | | | | | | |
| Muhammad Jafri | 7/12/2023 | 5,000 | $0.1591 | ($796) | | | | | | | |
| Muhammad Jafri | 7/12/2023 | 10,000 | $0.1571 | ($1,571) | | | | | | | |
| Muhammad Jafri | 7/25/2023 | 25,000 | $0.1296 | ($3,240) | | | | | | | |
| Muhammad Jafri | 7/26/2023 | 21,000 | $0.1292 | ($2,713) | | | | | | | |
| Muhammad Jafri | 8/3/2023 | 12,000 | $0.1450 | ($1,740) | | | | | | | |
| Muhammad Jafri | 8/7/2023 | 11,000 | $0.1140 | ($1,254) | | | | | | | |
| Muhammad Jafri | 8/7/2023 | 6,000 | $0.1134 | ($680) | | | | | | | |
| Muhammad Jafri | 8/11/2023 | 500,000 | | | | | | | | | |
| Muhammad Jafri | 8/11/2023 | 55,556 | 1:9 Reverse Stock Split | | | | | | | | |
| Muhammad Jafri | 8/11/2023 | 1,945 | $1.0001 | ($1,945) | | | | | | | |
| Muhammad Jafri | 8/11/2023 | 250 | $0.9794 | ($245) | | | | | | | |
| Muhammad Jafri | 8/16/2023 | 700 | $0.9978 | ($698) | | | | | | | |
| Muhammad Jafri | 8/16/2023 | 1,300 | $0.9978 | ($1,297) | | | | | | | |
| Muhammad Jafri | 8/16/2023 | 5,250 | $0.9988 | ($5,244) | | | | | | | |
| Muhammad Jafri | 8/18/2023 | 7,500 | $0.6786 | ($5,090) | | | | | | | |
| Muhammad Jafri | 8/21/2023 | 7,400 | $0.6360 | ($4,706) | | | | | | | |
| Muhammad Jafri | 8/21/2023 | 100 | $0.6326 | ($63) | | | | | | | |
| Muhammad Jafri | 8/21/2023 | 2,450 | $0.6225 | ($1,525) | | | | | | | |
| Muhammad Jafri | 8/21/2023 | 5,000 | $0.6205 | ($3,103) | | | | | | | |
| Muhammad Jafri | 8/21/2023 | 2,550 | $0.6226 | ($1,588) | | | | | | | |
| Muhammad Jafri | 8/22/2023 | 5,000 | $0.4761 | ($2,381) | | | | | | | |
| Muhammad Jafri | 8/22/2023 | 300 | $0.4762 | ($143) | | | | | | | |
| Muhammad Jafri | 8/22/2023 | 1,100 | $0.4762 | ($524) | | | | | | | |
| Muhammad Jafri | 8/22/2023 | 5,000 | $0.5453 | ($2,727) | | | | | | | |
| Muhammad Jafri | 8/22/2023 | 10,000 | $0.5499 | ($5,499) | | | | | | | |
| Muhammad Jafri | 8/22/2023 | 4,600 | $0.4763 | ($2,191) | | | | | | | |
| Muhammad Jafri | 8/22/2023 | 4,000 | $0.5425 | ($2,170) | | | | | | | |

*Avg Closing Prices from March 27, 2025 to April 11, 2025

**Mullen Automotive, Inc. (MULN)**
**Class Period: May 1, 2022 to March 26, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

16-Days*
Mean Price
$0.0810

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Muhammad Jafri | 8/22/2023 | 5,000 | $0.5441 | ($2,721) | | | | | | | |
| Muhammad Jafri | 8/31/2023 | 14,999 | $0.5161 | ($7,741) | | | | | | | |
| Muhammad Jafri | 9/1/2023 | 180 | $0.4816 | ($87) | | | | | | | |
| Muhammad Jafri | 9/1/2023 | 12,250 | $0.4811 | ($5,893) | | | | | | | |
| Muhammad Jafri | 9/1/2023 | 11,320 | $0.4813 | ($5,448) | | | | | | | |
| Muhammad Jafri | 9/1/2023 | 23,500 | $0.4884 | ($11,477) | | | | | | | |
| Muhammad Jafri | 9/18/2023 | 1 | $0.6124 | ($1) | | | | | | | |
| Muhammad Jafri | 9/18/2023 | 9,508 | $0.6131 | ($5,829) | | | | | | | |
| Muhammad Jafri | 9/18/2023 | 6,241 | $0.6127 | ($3,824) | | | | | | | |
| Muhammad Jafri | 9/19/2023 | 2,000 | $0.5893 | ($1,179) | | | | | | | |
| Muhammad Jafri | 9/21/2023 | 1,900 | $0.5587 | ($1,062) | | | | | | | |
| Muhammad Jafri | 9/21/2023 | 3,100 | $0.5584 | ($1,731) | | | | | | | |
| Muhammad Jafri | 9/22/2023 | 8,600 | $0.5120 | ($4,403) | | | | | | | |
| Muhammad Jafri | 9/27/2023 | 2,375 | $0.4611 | ($1,095) | | | | | | | |
| Muhammad Jafri | 9/27/2023 | 10,000 | $0.4649 | ($4,649) | | | | | | | |
| Muhammad Jafri | 9/27/2023 | 15 | $0.4603 | ($7) | | | | | | | |
| Muhammad Jafri | 9/28/2023 | 9,850 | $0.4485 | ($4,418) | | | | | | | |
| Muhammad Jafri | 10/4/2023 | 5,250 | $0.4507 | ($2,366) | | | | | | | |
| Muhammad Jafri | 10/10/2023 | 5,000 | $0.4544 | ($2,272) | | | | | | | |
| Muhammad Jafri | 10/10/2023 | 8,910 | $0.4573 | ($4,075) | | | | | | | |
| Muhammad Jafri | 10/12/2023 | 1,650 | $0.4175 | ($689) | | | | | | | |
| Muhammad Jafri | 10/12/2023 | 7,500 | $0.4197 | ($3,148) | | | | | | | |
| Muhammad Jafri | 10/16/2023 | 1,050 | $0.3600 | ($378) | | | | | | | |
| Muhammad Jafri | 10/18/2023 | 375 | $0.3505 | ($131) | | | | | | | |
| Muhammad Jafri | 10/19/2023 | 800 | $0.2853 | ($228) | | | | | | | |
| Muhammad Jafri | 10/19/2023 | 15,000 | $0.2864 | ($4,296) | | | | | | | |
| Muhammad Jafri | 11/3/2023 | 800 | $0.3060 | ($245) | | | | | | | |
| Muhammad Jafri | 11/3/2023 | 985 | $0.3065 | ($302) | | | | | | | |
| Muhammad Jafri | 11/8/2023 | 36,840 | $0.2450 | ($9,026) | | | | | | | |
| Muhammad Jafri | 11/8/2023 | 600 | $0.2473 | ($148) | | | | | | | |
| Muhammad Jafri | 11/8/2023 | 24,400 | $0.2473 | ($6,034) | | | | | | | |
| Muhammad Jafri | 11/10/2023 | 8,000 | $0.1901 | ($1,521) | | | | | | | |
| Muhammad Jafri | 11/10/2023 | 5,749 | $0.1912 | ($1,099) | | | | | | | |

*Avg Closing Prices from March 27, 2025 to April 11, 2025

**Mullen Automotive, Inc. (MULN)**
**Class Period: May 1, 2022 to March 26, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

16-Days*
Mean Price
$0.0810

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Muhammad Jafri | 11/10/2023 | 4,251 | $0.1913 | ($813) | | | | | | | |
| Muhammad Jafri | 11/14/2023 | 30,500 | $0.1740 | ($5,307) | | | | | | | |
| Muhammad Jafri | 11/15/2023 | 11,500 | $0.1817 | ($2,090) | | | | | | | |
| Muhammad Jafri | 11/22/2023 | 2,497 | $0.1754 | ($438) | | | | | | | |
| Muhammad Jafri | 11/22/2023 | 25,000 | $0.1760 | ($4,400) | | | | | | | |
| Muhammad Jafri | 11/22/2023 | 15,000 | $0.1755 | ($2,633) | | | | | | | |
| Muhammad Jafri | 11/22/2023 | 40,000 | $0.1746 | ($6,984) | | | | | | | |
| Muhammad Jafri | 11/27/2023 | 7,503 | $0.1750 | ($1,313) | | | | | | | |
| Muhammad Jafri | 11/28/2023 | 3,600 | $0.1614 | ($581) | | | | | | | |
| Muhammad Jafri | 11/28/2023 | 19,900 | $0.1639 | ($3,262) | | | | | | | |
| Muhammad Jafri | 11/28/2023 | 500 | $0.1639 | ($82) | | | | | | | |
| Muhammad Jafri | 12/1/2023 | 16,000 | $0.1484 | ($2,374) | | | | | | | |
| Muhammad Jafri | 12/1/2023 | 10,000 | $0.1482 | ($1,482) | | | | | | | |
| Muhammad Jafri | 12/8/2023 | 10,000 | $0.1497 | ($1,497) | | | | | | | |
| Muhammad Jafri | 12/8/2023 | 1,500 | $0.1494 | ($224) | | | | | | | |
| Muhammad Jafri | 12/8/2023 | 13,500 | $0.1493 | ($2,016) | | | | | | | |
| Muhammad Jafri | 12/8/2023 | 25,000 | $0.1484 | ($3,710) | | | | | | | |
| Muhammad Jafri | 12/11/2023 | 25,000 | $0.1350 | ($3,375) | | | | | | | |
| Muhammad Jafri | 12/11/2023 | 50,000 | $0.1275 | ($6,375) | | | | | | | |
| Muhammad Jafri | 12/11/2023 | 3,450 | $0.1272 | ($439) | | | | | | | |
| Muhammad Jafri | 12/11/2023 | 7,750 | $0.1273 | ($987) | | | | | | | |
| Muhammad Jafri | 12/11/2023 | 13,800 | $0.1248 | ($1,722) | | | | | | | |
| Muhammad Jafri | 12/13/2023 | 20,000 | $0.1182 | ($2,364) | | | | | | | |
| Muhammad Jafri | 12/13/2023 | 25,000 | $0.1192 | ($2,980) | | | | | | | |
| Muhammad Jafri | 12/13/2023 | 25,000 | $0.1190 | ($2,975) | | | | | | | |
| Muhammad Jafri | 12/18/2023 | 11,000 | $0.1177 | ($1,295) | | | | | | | |
| Muhammad Jafri | 12/18/2023 | 24,000 | $0.1186 | ($2,846) | | | | | | | |
| Muhammad Jafri | 12/18/2023 | 10 | $0.1222 | ($1) | | | | | | | |
| Muhammad Jafri | 12/18/2023 | 3,109 | $0.1223 | ($380) | | | | | | | |
| Muhammad Jafri | 12/18/2023 | 11,390 | $0.1226 | ($1,396) | | | | | | | |
| Muhammad Jafri | 12/18/2023 | 15,491 | $0.1225 | ($1,898) | | | | | | | |
| Muhammad Jafri | 12/19/2023 | 15,000 | $0.1040 | ($1,560) | | | | | | | |
| Muhammad Jafri | 12/19/2023 | 10,000 | $0.1013 | ($1,013) | | | | | | | |

*Avg Closing Prices from March 27, 2025 to April 11, 2025

**Mullen Automotive, Inc. (MULN)**
**Class Period: May 1, 2022 to March 26, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

16-Days*
Mean Price
$0.0810

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Muhammad Jafri | 12/19/2023 | 15,000 | $0.1013 | ($1,520) | | | | | | | |
| Muhammad Jafri | 12/19/2023 | 25,000 | $0.1004 | ($2,510) | | | | | | | |
| Muhammad Jafri | 12/19/2023 | 14,600 | $0.0958 | ($1,399) | | | | | | | |
| Muhammad Jafri | 12/19/2023 | 25,400 | $0.0959 | ($2,436) | | | | | | | |
| Muhammad Jafri | 12/19/2023 | 2,500 | $0.0958 | ($240) | | | | | | | |
| Muhammad Jafri | 12/19/2023 | 32,500 | $0.0916 | ($2,977) | | | | | | | |
| Muhammad Jafri | 12/19/2023 | 12,500 | $0.0900 | ($1,125) | | | | | | | |
| Muhammad Jafri | 12/20/2023 | 675 | $0.0855 | ($58) | | | | | | | |
| Muhammad Jafri | 12/20/2023 | 11,825 | $0.0818 | ($967) | | | | | | | |
| Muhammad Jafri | 12/20/2023 | 13,000 | $0.0779 | ($1,013) | | | | | | | |
| Muhammad Jafri | 12/20/2023 | 7,150 | $0.0802 | ($573) | | | | | | | |
| Muhammad Jafri | 12/21/2023 | 1,020,150 | | | | | | | | | |
| Muhammad Jafri | 12/21/2023 | 10,202 | 1:100 Reverse Stock Split | | | | | | | | |
| Muhammad Jafri | 12/21/2023 | 380 | $12.6509 | ($4,807) | 12/21/2023 | (500) | $15.5104 | $7,755 | | | |
| Muhammad Jafri | 12/21/2023 | 125 | $7.1476 | ($893) | 12/21/2023 | (1,000) | $14.2000 | $14,200 | | | |
| Muhammad Jafri | 12/22/2023 | 94 | $9.8248 | ($924) | 12/28/2023 | (200) | $13.9200 | $2,784 | | | |
| Muhammad Jafri | 12/22/2023 | 200 | $9.9855 | ($1,997) | 12/28/2023 | (100) | $13.9850 | $1,399 | | | |
| Muhammad Jafri | 12/29/2023 | 1,500 | $14.1000 | ($21,150) | 12/28/2023 | (1,200) | $13.9842 | $16,781 | | | |
| Muhammad Jafri | 12/29/2023 | 100 | $14.0300 | ($1,403) | 12/28/2023 | (200) | $14.1200 | $2,824 | | | |
| Muhammad Jafri | 12/29/2023 | 2,500 | $14.2989 | ($35,747) | 12/28/2023 | (800) | $14.1700 | $11,336 | | | |
| Muhammad Jafri | 1/2/2024 | 88 | $12.4499 | ($1,096) | 12/29/2023 | (500) | $15.6000 | $7,800 | | | |
| Muhammad Jafri | 1/2/2024 | 225 | $12.4499 | ($2,801) | 12/29/2023 | (500) | $15.5841 | $7,792 | | | |
| Muhammad Jafri | 1/2/2024 | 87 | $12.4056 | ($1,079) | 12/29/2023 | (500) | $15.6083 | $7,804 | | | |
| Muhammad Jafri | 1/5/2024 | 285 | $12.2572 | ($3,493) | 1/11/2024 | (1,000) | $12.9054 | $12,905 | | | |
| Muhammad Jafri | 1/5/2024 | 465 | $12.1800 | ($5,664) | 1/16/2024 | (500) | $11.8300 | $5,915 | | | |
| Muhammad Jafri | 1/5/2024 | 249 | $12.2200 | ($3,043) | 1/16/2024 | (490) | $11.6230 | $5,695 | | | |
| Muhammad Jafri | 1/11/2024 | 300 | $12.1946 | ($3,658) | 1/16/2024 | (500) | $11.9534 | $5,977 | | | |
| Muhammad Jafri | 1/11/2024 | 700 | $12.1900 | ($8,533) | 1/17/2024 | (100) | $11.2500 | $1,125 | | | |
| Muhammad Jafri | 1/12/2024 | 100 | $11.2400 | ($1,124) | 1/17/2024 | (366) | $11.2200 | $4,107 | | | |
| Muhammad Jafri | 1/12/2024 | 500 | $11.5249 | ($5,762) | 1/17/2024 | (34) | $11.2211 | $382 | | | |
| Muhammad Jafri | 1/12/2024 | 500 | $11.7929 | ($5,896) | 2/21/2024 | (1,000) | $8.6306 | $8,631 | | | |
| Muhammad Jafri | 1/12/2024 | 44 | $11.2700 | ($496) | 2/21/2024 | (500) | $8.4150 | $4,208 | | | |
| Muhammad Jafri | 1/12/2024 | 500 | $11.5900 | ($5,795) | 2/21/2024 | (150) | $8.3500 | $1,253 | | | |

*Avg Closing Prices from March 27, 2025 to April 11, 2025

**Mullen Automotive, Inc. (MULN)**
**Class Period: May 1, 2022 to March 26, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | Purchase or Acquire | | | | Sales | | | | Shares | 16-Days* Mean Price $0.0810 Estimated | Estimated |
| Plaintiff | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Retained | Value | Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Muhammad Jafri | 1/12/2024 | 6 | $11.2800 | ($68) | 2/21/2024 | (12) | $8.4100 | $101 | | | |
| Muhammad Jafri | 1/12/2024 | 410 | $11.0279 | ($4,521) | 2/21/2024 | (1,500) | $8.4050 | $12,608 | | | |
| Muhammad Jafri | 1/12/2024 | 250 | $11.5060 | ($2,877) | 2/21/2024 | (98) | $8.3600 | $819 | | | |
| Muhammad Jafri | 1/12/2024 | 1,000 | $11.7500 | ($11,750) | 2/21/2024 | (240) | $8.3900 | $2,014 | | | |
| Muhammad Jafri | 1/12/2024 | 250 | $11.6099 | ($2,902) | 2/23/2024 | (12) | $7.1350 | $86 | | | |
| Muhammad Jafri | 1/12/2024 | 100 | $11.2600 | ($1,126) | 2/23/2024 | (342) | $7.1200 | $2,435 | | | |
| Muhammad Jafri | 1/12/2024 | 80 | $11.2459 | ($900) | 2/23/2024 | (646) | $7.1100 | $4,593 | | | |
| Muhammad Jafri | 1/12/2024 | 500 | $11.5995 | ($5,800) | 3/6/2024 | (1) | $6.4400 | $6 | | | |
| Muhammad Jafri | 1/12/2024 | 250 | $11.2600 | ($2,815) | 3/6/2024 | (64) | $6.4502 | $413 | | | |
| Muhammad Jafri | 1/17/2024 | 250 | $10.5799 | ($2,645) | 3/6/2024 | (67) | $6.4600 | $433 | | | |
| Muhammad Jafri | 1/17/2024 | 500 | $10.5857 | ($5,293) | 3/6/2024 | (600) | $6.4501 | $3,870 | | | |
| Muhammad Jafri | 1/18/2024 | 250 | $9.2550 | ($2,314) | 3/6/2024 | (791) | $6.4200 | $5,078 | | | |
| Muhammad Jafri | 1/18/2024 | 250 | $9.1882 | ($2,297) | 3/6/2024 | (564) | $6.4000 | $3,610 | | | |
| Muhammad Jafri | 1/18/2024 | 250 | $9.0999 | ($2,275) | 3/6/2024 | (100) | $6.4650 | $647 | | | |
| Muhammad Jafri | 1/18/2024 | 250 | $8.9268 | ($2,232) | 3/6/2024 | (673) | $6.4100 | $4,314 | | | |
| Muhammad Jafri | 1/18/2024 | 730 | $9.8499 | ($7,190) | 3/6/2024 | (262) | $6.4300 | $1,685 | | | |
| Muhammad Jafri | 1/18/2024 | 20 | $9.2701 | ($185) | 3/6/2024 | (1,003) | $6.4500 | $6,469 | | | |
| Muhammad Jafri | 1/19/2024 | 250 | $7.6999 | ($1,925) | 3/7/2024 | (4) | $7.1000 | $28 | | | |
| Muhammad Jafri | 1/19/2024 | 245 | $8.0318 | ($1,968) | 3/7/2024 | (317) | $7.0900 | $2,248 | | | |
| Muhammad Jafri | 1/19/2024 | 168 | $7.7999 | ($1,310) | 3/7/2024 | (1,680) | $7.0800 | $11,894 | | | |
| Muhammad Jafri | 1/19/2024 | 35 | $7.7000 | ($270) | 3/7/2024 | (100) | $7.0500 | $705 | | | |
| Muhammad Jafri | 1/19/2024 | 51 | $7.7195 | ($394) | 3/7/2024 | (899) | $7.0700 | $6,356 | | | |
| Muhammad Jafri | 1/19/2024 | 750 | $7.8950 | ($5,921) | 4/29/2024 | (5,000) | $5.4401 | $27,201 | | | |
| Muhammad Jafri | 1/19/2024 | 168 | $7.7442 | ($1,301) | 4/29/2024 | (5,171) | $5.2226 | $27,006 | | | |
| Muhammad Jafri | 1/19/2024 | 167 | $7.9444 | ($1,327) | 4/29/2024 | (2,500) | $5.9101 | $14,775 | | | |
| Muhammad Jafri | 1/19/2024 | 166 | $7.8208 | ($1,298) | 4/30/2024 | (2,500) | $6.5468 | $16,367 | | | |
| Muhammad Jafri | 1/22/2024 | 250 | $7.5234 | ($1,881) | 5/6/2024 | (1,250) | $6.3253 | $7,907 | | | |
| Muhammad Jafri | 1/22/2024 | 250 | $7.4763 | ($1,869) | 5/8/2024 | (938) | $7.4501 | $6,988 | | | |
| Muhammad Jafri | 1/22/2024 | 250 | $7.5795 | ($1,895) | 5/8/2024 | (400) | $7.4501 | $2,980 | | | |
| Muhammad Jafri | 1/22/2024 | 275 | $7.5178 | ($2,067) | 5/8/2024 | (100) | $7.4550 | $746 | | | |
| Muhammad Jafri | 1/22/2024 | 250 | $7.4601 | ($1,865) | 5/8/2024 | (345) | $7.4600 | $2,574 | | | |
| Muhammad Jafri | 1/23/2024 | 225 | $7.4655 | ($1,680) | 5/8/2024 | (217) | $7.4700 | $1,621 | | | |
| Muhammad Jafri | 1/23/2024 | 240 | $7.3477 | ($1,763) | 5/31/2024 | (1,448) | $4.6005 | $6,661 | | | |

*Avg Closing Prices from March 27, 2025 to April 11, 2025

**Mullen Automotive, Inc. (MULN)**
**Class Period: May 1, 2022 to March 26, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 16-Days* Mean Price $0.0810 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Muhammad Jafri | 1/23/2024 | 70 | $7.0140 | ($491) | 5/31/2024 | (734) | $4.6005 | $3,378 | | | |
| Muhammad Jafri | 1/24/2024 | 500 | $6.5328 | ($3,266) | 5/31/2024 | (300) | $4.6100 | $1,383 | | | |
| Muhammad Jafri | 1/24/2024 | 145 | $6.7971 | ($986) | 5/31/2024 | (2,500) | $4.6100 | $11,525 | | | |
| Muhammad Jafri | 1/24/2024 | 68 | $6.5233 | ($444) | 6/28/2024 | (5,000) | $2.4001 | $12,001 | | | |
| Muhammad Jafri | 1/24/2024 | 45 | $6.7450 | ($304) | 6/28/2024 | (100) | $2.4210 | $242 | | | |
| Muhammad Jafri | 2/7/2024 | 432 | $6.9050 | ($2,983) | 6/28/2024 | (251) | $2.4110 | $605 | | | |
| Muhammad Jafri | 2/23/2024 | 1,000 | $7.1700 | ($7,170) | 6/28/2024 | (12,112) | $2.4000 | $29,069 | | | |
| Muhammad Jafri | 3/1/2024 | 1,240 | $7.0199 | ($8,705) | 6/28/2024 | (4,076) | $2.4100 | $9,823 | | | |
| Muhammad Jafri | 3/5/2024 | 1,697 | $6.5152 | ($11,056) | 6/28/2024 | (700) | $2.4150 | $1,691 | | | |
| Muhammad Jafri | 3/5/2024 | 1,562 | $6.5499 | ($10,231) | 6/28/2024 | (890) | $2.4200 | $2,154 | | | |
| Muhammad Jafri | 3/5/2024 | 125 | $6.5497 | ($819) | 7/19/2024 | (21,052) | $1.4500 | $30,525 | | | |
| Muhammad Jafri | 3/5/2024 | 1 | $6.5300 | ($7) | 7/19/2024 | (15,910) | $1.4600 | $23,229 | | | |
| Muhammad Jafri | 3/12/2024 | 1,293 | $6.5350 | ($8,450) | | | | | | | |
| Muhammad Jafri | 3/12/2024 | 1,585 | $6.5547 | ($10,389) | | | | | | | |
| Muhammad Jafri | 3/14/2024 | 187 | $5.8599 | ($1,096) | | | | | | | |
| Muhammad Jafri | 3/14/2024 | 1,800 | $5.8440 | ($10,519) | | | | | | | |
| Muhammad Jafri | 3/14/2024 | 705 | $5.8900 | ($4,152) | | | | | | | |
| Muhammad Jafri | 3/14/2024 | 369 | $5.8400 | ($2,155) | | | | | | | |
| Muhammad Jafri | 3/14/2024 | 1 | $5.8500 | ($6) | | | | | | | |
| Muhammad Jafri | 3/14/2024 | 262 | $5.8800 | ($1,541) | | | | | | | |
| Muhammad Jafri | 3/14/2024 | 182 | $5.8699 | ($1,068) | | | | | | | |
| Muhammad Jafri | 3/14/2024 | 180 | $5.8600 | ($1,055) | | | | | | | |
| Muhammad Jafri | 3/15/2024 | 1,886 | $5.5742 | ($10,513) | | | | | | | |
| Muhammad Jafri | 3/19/2024 | 210 | $4.7993 | ($1,008) | | | | | | | |
| Muhammad Jafri | 3/20/2024 | 670 | $4.4650 | ($2,992) | | | | | | | |
| Muhammad Jafri | 3/22/2024 | 3 | $4.1588 | ($12) | | | | | | | |
| Muhammad Jafri | 3/22/2024 | 1,199 | $4.1879 | ($5,021) | | | | | | | |
| Muhammad Jafri | 4/15/2024 | 100 | $3.3590 | ($336) | | | | | | | |
| Muhammad Jafri | 4/15/2024 | 1,085 | $3.3550 | ($3,640) | | | | | | | |
| Muhammad Jafri | 4/17/2024 | 500 | $2.9699 | ($1,485) | | | | | | | |
| Muhammad Jafri | 4/17/2024 | 1,422 | $2.9600 | ($4,209) | | | | | | | |
| Muhammad Jafri | 4/17/2024 | 500 | $2.9634 | ($1,482) | | | | | | | |
| Muhammad Jafri | 4/17/2024 | 540 | $2.9550 | ($1,596) | | | | | | | |

*Avg Closing Prices from March 27, 2025 to April 11, 2025

**Mullen Automotive, Inc. (MULN)**
**Class Period: May 1, 2022 to March 26, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

16-Days*
Mean Price
$0.0810

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Muhammad Jafri | 4/17/2024 | 78 | $2.9500 | ($230) | | | | | | | |
| Muhammad Jafri | 4/22/2024 | 414 | $2.4094 | ($997) | | | | | | | |
| Muhammad Jafri | 5/1/2024 | 2,500 | $5.8399 | ($14,600) | | | | | | | |
| Muhammad Jafri | 5/1/2024 | 750 | $5.8150 | ($4,361) | | | | | | | |
| Muhammad Jafri | 5/15/2024 | 1,780 | $5.4992 | ($9,789) | | | | | | | |
| Muhammad Jafri | 5/15/2024 | 380 | $5.5184 | ($2,097) | | | | | | | |
| Muhammad Jafri | 5/15/2024 | 250 | $5.8836 | ($1,471) | | | | | | | |
| Muhammad Jafri | 5/15/2024 | 250 | $5.5598 | ($1,390) | | | | | | | |
| Muhammad Jafri | 5/15/2024 | 117 | $5.6000 | ($655) | | | | | | | |
| Muhammad Jafri | 5/15/2024 | 1,050 | $5.6400 | ($5,922) | | | | | | | |
| Muhammad Jafri | 5/15/2024 | 120 | $5.5297 | ($664) | | | | | | | |
| Muhammad Jafri | 5/15/2024 | 1,600 | $5.6150 | ($8,984) | | | | | | | |
| Muhammad Jafri | 5/15/2024 | 499 | $5.6400 | ($2,814) | | | | | | | |
| Muhammad Jafri | 5/15/2024 | 513 | $5.5650 | ($2,855) | | | | | | | |
| Muhammad Jafri | 5/15/2024 | 571 | $5.6500 | ($3,226) | | | | | | | |
| Muhammad Jafri | 5/15/2024 | 400 | $5.6101 | ($2,244) | | | | | | | |
| Muhammad Jafri | 5/15/2024 | 750 | $5.5501 | ($4,163) | | | | | | | |
| Muhammad Jafri | 5/15/2024 | 500 | $5.5501 | ($2,775) | | | | | | | |
| Muhammad Jafri | 5/17/2024 | 1,169 | $4.9055 | ($5,735) | | | | | | | |
| Muhammad Jafri | 5/17/2024 | 1,193 | $4.8350 | ($5,768) | | | | | | | |
| Muhammad Jafri | 5/17/2024 | 1,159 | $4.9940 | ($5,788) | | | | | | | |
| Muhammad Jafri | 5/17/2024 | 1,165 | $4.9500 | ($5,767) | | | | | | | |
| Muhammad Jafri | 5/17/2024 | 1,188 | $4.8699 | ($5,785) | | | | | | | |
| Muhammad Jafri | 5/17/2024 | 2,268 | $5.0997 | ($11,566) | | | | | | | |
| Muhammad Jafri | 5/20/2024 | 1,113 | $5.1899 | ($5,776) | | | | | | | |
| Muhammad Jafri | 5/23/2024 | 19 | $4.0600 | ($77) | | | | | | | |
| Muhammad Jafri | 5/23/2024 | 715 | $4.0698 | ($2,910) | | | | | | | |
| Muhammad Jafri | 5/29/2024 | 994 | $3.7099 | ($3,688) | | | | | | | |
| Muhammad Jafri | 5/29/2024 | 219 | $3.7100 | ($812) | | | | | | | |
| Muhammad Jafri | 6/5/2024 | 300 | $3.5250 | ($1,058) | | | | | | | |
| Muhammad Jafri | 6/5/2024 | 1,200 | $3.5250 | ($4,230) | | | | | | | |
| Muhammad Jafri | 6/5/2024 | 1,100 | $3.5201 | ($3,872) | | | | | | | |
| Muhammad Jafri | 6/5/2024 | 2,200 | $3.5250 | ($7,755) | | | | | | | |

*Avg Closing Prices from March 27, 2025 to April 11, 2025

**Mullen Automotive, Inc. (MULN)**
**Class Period: May 1, 2022 to March 26, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

16-Days*
Mean Price
$0.0810

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Muhammad Jafri | 6/6/2024 | 1,073 | $3.0498 | ($3,272) | | | | | | | |
| Muhammad Jafri | 6/6/2024 | 586 | $3.0450 | ($1,784) | | | | | | | |
| Muhammad Jafri | 6/7/2024 | 1,061 | $2.8279 | ($3,000) | | | | | | | |
| Muhammad Jafri | 6/26/2024 | 609 | $2.4650 | ($1,501) | | | | | | | |
| Muhammad Jafri | 7/15/2024 | 100 | $2.0250 | ($203) | | | | | | | |
| Muhammad Jafri | 7/15/2024 | 1 | $2.0297 | ($2) | | | | | | | |
| Muhammad Jafri | 7/15/2024 | 83 | $2.0300 | ($168) | | | | | | | |
| Muhammad Jafri | 7/15/2024 | 100 | $2.0499 | ($205) | | | | | | | |
| Muhammad Jafri | 7/15/2024 | 573 | $2.0450 | ($1,172) | | | | | | | |
| Muhammad Jafri | 7/15/2024 | 9,102 | $2.0500 | ($18,659) | | | | | | | |
| Muhammad Jafri | 7/15/2024 | 1,524 | $2.0550 | ($3,132) | | | | | | | |
| Muhammad Jafri | 7/15/2024 | 237 | $2.0599 | ($488) | | | | | | | |
| Muhammad Jafri | 7/15/2024 | 18,464 | $2.0600 | ($38,036) | | | | | | | |
| Muhammad Jafri | 7/18/2024 | 593 | $1.6853 | ($999) | | | | | | | |
| Muhammad Jafri | 7/18/2024 | 1,185 | $1.6896 | ($2,002) | | | | | | | |
| Muhammad Jafri | 7/25/2024 | 30 | $1.2020 | ($36) | | | | | | | |
| Muhammad Jafri | 7/25/2024 | 16,105 | $1.2000 | ($19,326) | | | | | | | |
| Muhammad Jafri | 7/25/2024 | 1,956 | $1.1750 | ($2,298) | | | | | | | |
| Muhammad Jafri | 7/25/2024 | 3,344 | $1.1798 | ($3,945) | | | | | | | |
| Muhammad Jafri | 7/25/2024 | 2,183 | $1.1850 | ($2,587) | | | | | | | |
| Muhammad Jafri | 7/25/2024 | 8,377 | $1.1900 | ($9,969) | | | | | | | |
| Muhammad Jafri | 7/29/2024 | 25,721 | $1.1100 | ($28,550) | | | | | | | |
| Muhammad Jafri | 8/1/2024 | 3 | $1.1192 | ($3) | | | | | | | |
| Muhammad Jafri | 8/1/2024 | 702 | $1.1200 | ($786) | | | | | | | |
| Muhammad Jafri | 8/1/2024 | 1,965 | $1.1295 | ($2,219) | | | | | | | |
| Muhammad Jafri | 8/5/2024 | 3,828 | $0.7837 | ($3,000) | | | | | | | |
| Muhammad Jafri | 8/13/2024 | 4,123 | $0.4850 | ($2,000) | | | | | | | |
| Muhammad Jafri | 8/14/2024 | 1,363 | $0.3901 | ($532) | | | | | | | |
| Muhammad Jafri | 8/14/2024 | 300 | $0.3901 | ($117) | | | | | | | |
| Muhammad Jafri | 8/16/2024 | 1,500 | $0.2777 | ($417) | | | | | | | |
| Muhammad Jafri | 8/19/2024 | 8,412 | $0.2379 | ($2,001) | | | | | | | |
| Muhammad Jafri | 9/6/2024 | 5,250 | $0.1900 | ($998) | | | | | | | |
| Muhammad Jafri | 9/11/2024 | 4,250 | $0.1452 | ($617) | | | | | | | |

*Avg Closing Prices from March 27, 2025 to April 11, 2025

**Mullen Automotive, Inc. (MULN)**
**Class Period: May 1, 2022 to March 26, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 16-Days* Mean Price $0.0810 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Muhammad Jafri | 9/11/2024 | 4,838 | $0.1454 | ($703) | | | | | | | |
| Muhammad Jafri | 9/11/2024 | 5,000 | $0.1451 | ($726) | | | | | | | |
| Muhammad Jafri | 9/11/2024 | 10,000 | $0.1446 | ($1,446) | | | | | | | |
| Muhammad Jafri | 9/17/2024 | 119,250 | | | | | | | | | |
| Muhammad Jafri | 9/17/2024 | 1,193 | 1:100 Reverse Stock Split | | | | | | | | |
| Muhammad Jafri | 9/18/2024 | 1 | $8.6881 | ($9) | | | | | | | |
| Muhammad Jafri | 9/18/2024 | 57 | $8.7101 | ($496) | | | | | | | |
| Muhammad Jafri | 9/19/2024 | 52 | $7.6200 | ($396) | | | | | | | |
| Muhammad Jafri | 9/23/2024 | 102 | $5.9900 | ($611) | | | | | | | |
| Muhammad Jafri | 9/23/2024 | 336 | $5.9500 | ($1,999) | | | | | | | |
| Muhammad Jafri | 9/24/2024 | 166 | $5.4200 | ($900) | | | | | | | |
| Muhammad Jafri | 9/26/2024 | 35 | $4.6052 | ($161) | | | | | | | |
| Muhammad Jafri | 9/26/2024 | 187 | $4.4400 | ($830) | | | | | | | |
| Muhammad Jafri | 9/26/2024 | 2 | $4.1400 | ($8) | | | | | | | |
| Muhammad Jafri | 9/27/2024 | 100 | $3.9800 | ($398) | | | | | | | |
| Muhammad Jafri | 10/4/2024 | 1 | $2.5000 | ($3) | | | | | | | |
| Muhammad Jafri | 10/4/2024 | 499 | $2.5900 | ($1,292) | | | | | | | |
| Muhammad Jafri | 10/8/2024 | 400 | $2.5000 | ($1,000) | | | | | | | |
| Muhammad Jafri | 10/15/2024 | 269 | $2.2600 | ($608) | | | | | | | |
| Muhammad Jafri | 10/23/2024 | 823 | $2.4300 | ($2,000) | | | | | | | |
| Muhammad Jafri | 10/28/2024 | 305 | $2.4590 | ($750) | | | | | | | |
| Muhammad Jafri | 10/31/2024 | 277 | $2.0550 | ($569) | | | | | | | |
| Muhammad Jafri | 10/31/2024 | 500 | $2.0550 | ($1,028) | | | | | | | |
| Muhammad Jafri | 10/31/2024 | 500 | $2.0550 | ($1,028) | | | | | | | |
| Muhammad Jafri | 10/31/2024 | 230 | $2.1650 | ($498) | | | | | | | |
| Muhammad Jafri | 10/31/2024 | 223 | $2.0751 | ($463) | | | | | | | |
| Muhammad Jafri | 10/31/2024 | 500 | $2.0643 | ($1,032) | | | | | | | |
| Muhammad Jafri | 10/31/2024 | 241 | $2.0852 | ($503) | | | | | | | |
| Muhammad Jafri | 10/31/2024 | 1 | $2.1699 | ($2) | | | | | | | |
| Muhammad Jafri | 10/31/2024 | 180 | $2.0401 | ($367) | | | | | | | |
| Muhammad Jafri | 11/1/2024 | 817 | $1.9090 | ($1,560) | | | | | | | |
| Muhammad Jafri | 11/1/2024 | 820 | $1.9400 | ($1,591) | | | | | | | |
| Muhammad Jafri | 11/1/2024 | 1,000 | $1.8600 | ($1,860) | | | | | | | |

*Avg Closing Prices from March 27, 2025 to April 11, 2025

**Mullen Automotive, Inc. (MULN)**
**Class Period: May 1, 2022 to March 26, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 16-Days* Mean Price $0.0810 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Muhammad Jafri | 11/5/2024 | 270 | $1.8500 | ($500) | | | | | | | |
| Muhammad Jafri | 11/5/2024 | 183 | $1.8641 | ($341) | | | | | | | |
| Muhammad Jafri | 11/5/2024 | 230 | $1.8400 | ($423) | | | | | | | |
| Muhammad Jafri | 11/6/2024 | 552 | $1.8194 | ($1,004) | | | | | | | |
| Muhammad Jafri | 11/7/2024 | 448 | $1.7650 | ($791) | | | | | | | |
| Muhammad Jafri | 11/15/2024 | 20 | $2.6083 | ($52) | | | | | | | |
| Muhammad Jafri | 11/15/2024 | 750 | $2.5911 | ($1,943) | | | | | | | |
| Muhammad Jafri | 12/2/2024 | 518 | $2.6000 | ($1,347) | | | | | | | |
| Muhammad Jafri | 12/3/2024 | 213 | $2.3397 | ($498) | | | | | | | |
| Muhammad Jafri | 12/3/2024 | 220 | $2.2752 | ($501) | | | | | | | |
| Muhammad Jafri | 12/3/2024 | 214 | $2.3592 | ($505) | | | | | | | |
| Muhammad Jafri | 12/4/2024 | 1 | $2.1600 | ($2) | | | | | | | |
| Muhammad Jafri | 12/4/2024 | 186 | $2.1439 | ($399) | | | | | | | |
| Muhammad Jafri | 12/13/2024 | 1,266 | $1.5799 | ($2,000) | | | | | | | |
| Muhammad Jafri | 12/16/2024 | 251 | $1.4657 | ($368) | | | | | | | |
| Muhammad Jafri | 12/16/2024 | 250 | $1.4650 | ($366) | | | | | | | |
| Muhammad Jafri | 12/16/2024 | 750 | $1.4700 | ($1,103) | | | | | | | |
| Muhammad Jafri | 12/16/2024 | 161 | $1.4652 | ($236) | | | | | | | |
| Muhammad Jafri | 12/16/2024 | 250 | $1.4699 | ($367) | | | | | | | |
| Muhammad Jafri | 12/16/2024 | 250 | $1.4651 | ($366) | | | | | | | |
| Muhammad Jafri | 12/16/2024 | 111 | $1.4739 | ($164) | | | | | | | |
| Muhammad Jafri | 12/19/2024 | 337 | $1.1886 | ($401) | | | | | | | |
| Muhammad Jafri | 12/23/2024 | 252 | $1.1400 | ($287) | | | | | | | |
| Muhammad Jafri | 12/23/2024 | 290 | $1.1299 | ($328) | | | | | | | |
| Muhammad Jafri | 12/23/2024 | 250 | $1.1399 | ($285) | | | | | | | |
| Muhammad Jafri | 12/27/2024 | 2 | $0.9200 | ($2) | | | | | | | |
| Muhammad Jafri | 12/27/2024 | 545 | $0.9163 | ($499) | | | | | | | |
| Muhammad Jafri | 12/27/2024 | 511 | $0.9802 | ($501) | | | | | | | |
| Muhammad Jafri | 12/27/2024 | 506 | $0.9872 | ($500) | | | | | | | |
| Muhammad Jafri | 12/27/2024 | 537 | $0.9289 | ($499) | | | | | | | |
| Muhammad Jafri | 1/2/2025 | 359 | $1.1000 | ($395) | | | | | | | |
| Muhammad Jafri | 1/2/2025 | 742 | $1.0099 | ($749) | | | | | | | |
| Muhammad Jafri | 1/2/2025 | 1 | $1.0031 | ($1) | | | | | | | |

*Avg Closing Prices from March 27, 2025 to April 11, 2025

**Mullen Automotive, Inc. (MULN)**
**Class Period: May 1, 2022 to March 26, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

16-Days*
Mean Price
$0.0810

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Muhammad Jafri | 1/2/2025 | 0 | $1.0100 | ($0) | | | | | | | |
| Muhammad Jafri | 1/2/2025 | 1,500 | $1.0700 | ($1,605) | | | | | | | |
| Muhammad Jafri | 1/2/2025 | 1 | $1.0091 | ($1) | | | | | | | |
| Muhammad Jafri | 1/2/2025 | 58 | $1.0001 | ($58) | | | | | | | |
| Muhammad Jafri | 1/7/2025 | 750 | $0.8401 | ($630) | | | | | | | |
| Muhammad Jafri | 1/7/2025 | 198 | $0.8441 | ($167) | | | | | | | |
| Muhammad Jafri | 1/7/2025 | 750 | $0.8441 | ($633) | | | | | | | |
| Muhammad Jafri | 1/7/2025 | 85 | $0.8302 | ($71) | | | | | | | |
| Muhammad Jafri | 1/8/2025 | 421 | $0.7100 | ($299) | | | | | | | |
| Muhammad Jafri | 1/8/2025 | 500 | $0.7099 | ($355) | | | | | | | |
| Muhammad Jafri | 1/8/2025 | 500 | $0.6928 | ($346) | | | | | | | |
| Muhammad Jafri | 1/10/2025 | 882 | $0.4529 | ($399) | | | | | | | |
| Muhammad Jafri | 1/27/2025 | 1,214 | $0.3299 | ($400) | | | | | | | |
| Muhammad Jafri | 1/30/2025 | 671 | $0.2602 | ($175) | | | | | | | |
| Muhammad Jafri | 1/30/2025 | 1,000 | $0.2602 | ($260) | | | | | | | |
| Muhammad Jafri | 1/30/2025 | 250 | $0.2613 | ($65) | | | | | | | |
| Muhammad Jafri | 2/3/2025 | 727 | $0.2609 | ($190) | | | | | | | |
| Muhammad Jafri | 2/3/2025 | 750 | $0.2604 | ($195) | | | | | | | |
| Muhammad Jafri | 2/3/2025 | 442 | $0.2604 | ($115) | | | | | | | |
| Muhammad Jafri | 2/3/2025 | 500 | $0.2603 | ($130) | | | | | | | |
| Muhammad Jafri | 2/3/2025 | 558 | $0.2603 | ($145) | | | | | | | |
| Muhammad Jafri | 2/13/2025 | 188 | $0.2324 | ($44) | | | | | | | |
| Muhammad Jafri | 2/13/2025 | 1,000 | $0.2325 | ($232) | | | | | | | |
| Muhammad Jafri | 2/13/2025 | 1,000 | $0.2250 | ($225) | | | | | | | |
| Muhammad Jafri | 2/13/2025 | 870 | $0.2299 | ($200) | | | | | | | |
| Muhammad Jafri | 2/18/2025 | 36,058 | | | | | | | | | |
| Muhammad Jafri | 2/18/2025 | 601 | 1:60 Reverse Stock Split | | | | | | | | |
| Muhammad Jafri | 2/18/2025 | 11 | $10.3400 | ($114) | 3/11/2025 | (2,537) | $1.0601 | $2,689 | | | |
| Muhammad Jafri | 2/18/2025 | 50 | $9.9520 | ($498) | 3/12/2025 | (2,543) | $1.1620 | $2,955 | | | |
| Muhammad Jafri | 2/18/2025 | 50 | $9.9753 | ($499) | 3/17/2025 | (2,442) | $0.5849 | $1,428 | | | |
| Muhammad Jafri | 2/18/2025 | 9 | $10.3300 | ($93) | 3/18/2025 | (1,750) | $0.4634 | $811 | | | |
| Muhammad Jafri | 2/18/2025 | 30 | $10.3440 | ($310) | 3/19/2025 | (550) | $0.4125 | $227 | | | |
| Muhammad Jafri | 2/19/2025 | 54 | $7.7290 | ($417) | 3/25/2025 | (6,500) | $0.4709 | $3,061 | | | |

*Avg Closing Prices from March 27, 2025 to April 11, 2025

**Mullen Automotive, Inc. (MULN)**
**Class Period: May 1, 2022 to March 26, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

16-Days*
Mean Price
$0.0810

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Muhammad Jafri | 2/20/2025 | 93 | $5.1100 | ($475) | 3/25/2025 | (960) | $0.5500 | $528 | | | |
| Muhammad Jafri | 2/20/2025 | 100 | $5.2420 | ($524) | | | | | | | |
| Muhammad Jafri | 2/21/2025 | 142 | $4.1099 | ($584) | | | | | | | |
| Muhammad Jafri | 2/21/2025 | 100 | $4.1650 | ($417) | | | | | | | |
| Muhammad Jafri | 3/10/2025 | 511 | $1.3298 | ($680) | | | | | | | |
| Muhammad Jafri | 3/10/2025 | 250 | $1.3257 | ($331) | | | | | | | |
| Muhammad Jafri | 3/10/2025 | 160 | $1.2499 | ($200) | | | | | | | |
| Muhammad Jafri | 3/10/2025 | 374 | $1.3001 | ($486) | | | | | | | |
| Muhammad Jafri | 3/10/2025 | 3 | $1.3235 | ($4) | | | | | | | |
| Muhammad Jafri | 3/12/2025 | 2,500 | $1.1797 | ($2,949) | | | | | | | |
| Muhammad Jafri | 3/12/2025 | 43 | $1.1601 | ($50) | | | | | | | |
| Muhammad Jafri | 3/17/2025 | 2,207 | $0.7047 | ($1,555) | | | | | | | |
| Muhammad Jafri | 3/17/2025 | 235 | $0.7077 | ($166) | | | | | | | |
| Muhammad Jafri | 3/18/2025 | 900 | $0.5002 | ($450) | | | | | | | |
| Muhammad Jafri | 3/18/2025 | 1,400 | $0.5059 | ($708) | | | | | | | |
| Muhammad Jafri | 3/19/2025 | 3,965 | $0.4516 | ($1,791) | | | | | | | |
| Muhammad Jafri | 3/19/2025 | 83 | $0.4494 | ($37) | | | | | | | |
| Muhammad Jafri | 3/20/2025 | 715 | $0.3511 | ($251) | | | | | | | |
| Muhammad Jafri | 3/21/2025 | 1,737 | $0.2891 | ($502) | | | | | | | |
| Muhammad Jafri | 3/25/2025 | 920 | $0.6499 | ($598) | | | | | | | |
| Muhammad Jafri | 3/25/2025 | 40 | $0.6300 | ($25) | | | | | | | |
| Muhammad Jafri | 3/26/2025 | 125 | $0.2314 | ($29) | | | | | | | |
| Muhammad Jafri | 3/26/2025 | 7,500 | $0.2480 | ($1,860) | | | | | | | |
| Muhammad Jafri | 3/27/2025 | 419 | $0.1700 | ($71) | | | | | | | |
| Muhammad Jafri | 3/27/2025 | 1,000 | $0.1721 | ($172) | | | | | | | |
| Muhammad Jafri | 3/27/2025 | 875 | $0.1740 | ($152) | | | | | | | |
| **Muhammad Jafri** | | **2,106,397** | | **($1,064,907)** | | **(120,891)** | | **$453,229** | **9,920** | **$803** | **($610,874)** |

*Avg Closing Prices from March 27, 2025 to April 11, 2025