Case 2:25-cv-01187-DMG-AGR   Document 39-3   Filed 04/14/25   Page 1 of 14   Page
ID #:472

# EXHIBIT C

Case 2:25-cv-01187-DMG-AGR   Document 39-3   Filed 04/14/25   Page 1 of 14   Page
ID #:472

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Muhammad Jafri, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Mullen Automotive, Inc. ("Mullen") and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire Mullen securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Mullen securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of my transactions in Mullen securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** <u>March 13, 2025</u>
<b>(Date)</b>

<br><br>

DocuSigned by:

*M J*

D4E265976EE447A...
<b>(Signature)</b>

<br>

**Muhammad Jafri**
<b>(Type or Print Name)</b>

**Mullen Automotive, Inc. (MULN)**                                           **Muhammad Jafri**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 2/17/2023 | 30,000 | $0.2713 |
| Purchase/Acquisition | 2/23/2023 | 6,000 | $0.2322 |
| Purchase/Acquisition | 2/23/2023 | 2,500 | $0.2345 |
| Purchase/Acquisition | 2/28/2023 | 450 | $0.2147 |
| Purchase/Acquisition | 3/9/2023 | 6,050 | $0.1863 |
| Purchase/Acquisition | 3/9/2023 | 35,000 | $0.1868 |
| Purchase/Acquisition | 3/10/2023 | 300 | $0.1658 |
| Purchase/Acquisition | 3/10/2023 | 9,700 | $0.1659 |
| Purchase/Acquisition | 3/23/2023 | 60,000 | $0.1103 |
| Purchase/Acquisition | 4/10/2023 | 20,500 | $0.1041 |
| Purchase/Acquisition | 4/27/2023 | 22,250 | $0.0681 |
| Purchase/Acquisition | 5/3/2023 | 7,500 | $0.0601 |
| Purchase/Acquisition | 5/3/2023 | 25,000 | $0.0604 |
| Purchase/Acquisition | 5/3/2023 | 1,100 | $0.0616 |
| Purchase/Acquisition | 5/3/2023 | 48,900 | $0.0617 |
| Purchase/Acquisition | 5/3/2023 | 500 | $0.0625 |
| Purchase/Acquisition | 5/3/2023 | 186 | $0.0676 |
| Purchase/Acquisition | 5/3/2023 | 42,814 | $0.0677 |
| Purchase/Acquisition | 5/3/2023 | 7,000 | $0.0687 |
| Purchase/Acquisition | 5/3/2023 | 57,250 | $0.0704 |
| Purchase/Acquisition | 5/4/2023 | 3,000 | $1.3499 |
| Purchase/Acquisition | 5/12/2023 | 1,880 | $1.2991 |
| Purchase/Acquisition | 5/17/2023 | 800 | $1.2450 |
| Purchase/Acquisition | 5/22/2023 | 5,500 | $0.9900 |
| Purchase/Acquisition | 5/23/2023 | 3,500 | $0.8822 |
| Purchase/Acquisition | 6/5/2023 | 2,875 | $0.6960 |
| Purchase/Acquisition | 6/6/2023 | 4,013 | $0.6251 |
| Purchase/Acquisition | 6/6/2023 | 3,050 | $0.6317 |
| Purchase/Acquisition | 6/6/2023 | 10,000 | $0.6354 |
| Purchase/Acquisition | 6/7/2023 | 11,250 | $0.5250 |
| Purchase/Acquisition | 6/8/2023 | 1,200 | $0.4637 |
| Purchase/Acquisition | 6/8/2023 | 18,800 | $0.4637 |
| Purchase/Acquisition | 6/8/2023 | 3,812 | $0.4637 |
| Purchase/Acquisition | 6/12/2023 | 12,500 | $0.3869 |
| Purchase/Acquisition | 6/12/2023 | 825 | $0.3892 |
| Purchase/Acquisition | 6/13/2023 | 6,375 | $0.3205 |
| Purchase/Acquisition | 6/13/2023 | 4,500 | $0.3230 |
| Purchase/Acquisition | 6/14/2023 | 10,000 | $0.2258 |
| Purchase/Acquisition | 6/14/2023 | 325 | $0.2326 |
| Purchase/Acquisition | 6/14/2023 | 18,750 | $0.2354 |
| Purchase/Acquisition | 6/14/2023 | 7,500 | $0.2711 |
| Purchase/Acquisition | 6/14/2023 | 675 | $0.2722 |
| Purchase/Acquisition | 6/14/2023 | 1,300 | $0.2731 |
| Purchase/Acquisition | 6/14/2023 | 4,750 | $0.2736 |
| Purchase/Acquisition | 6/14/2023 | 7,000 | $0.2745 |
| Purchase/Acquisition | 6/14/2023 | 12,500 | $0.2751 |
| Purchase/Acquisition | 6/20/2023 | 7,500 | $0.1629 |
| Purchase/Acquisition | 6/20/2023 | 2,300 | $0.1680 |
| Purchase/Acquisition | 6/20/2023 | 7,700 | $0.1681 |
| Purchase/Acquisition | 6/20/2023 | 16,500 | $0.1731 |

**Mullen Automotive, Inc. (MULN)**                                              **Muhammad Jafri**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 6/20/2023 | 5,000 | $0.1850 |
| Purchase/Acquisition | 6/20/2023 | 10,000 | $0.1884 |
| Purchase/Acquisition | 6/20/2023 | 5,000 | $0.1927 |
| Purchase/Acquisition | 6/20/2023 | 2,500 | $0.1937 |
| Purchase/Acquisition | 6/20/2023 | 1,500 | $0.2007 |
| Purchase/Acquisition | 6/20/2023 | 2,500 | $0.2011 |
| Purchase/Acquisition | 6/20/2023 | 5,000 | $0.2011 |
| Purchase/Acquisition | 6/20/2023 | 12,500 | $0.2014 |
| Purchase/Acquisition | 6/27/2023 | 2,450 | $0.1409 |
| Purchase/Acquisition | 6/27/2023 | 7,550 | $0.1410 |
| Purchase/Acquisition | 6/27/2023 | 300 | $0.1422 |
| Purchase/Acquisition | 6/27/2023 | 25,000 | $0.1430 |
| Purchase/Acquisition | 6/27/2023 | 21,425 | $0.1450 |
| Purchase/Acquisition | 6/28/2023 | 450 | $0.1089 |
| Purchase/Acquisition | 6/28/2023 | 2,825 | $0.1090 |
| Purchase/Acquisition | 6/28/2023 | 39,000 | $0.1096 |
| Purchase/Acquisition | 6/28/2023 | 40,000 | $0.1097 |
| Purchase/Acquisition | 7/11/2023 | 11,000 | $0.1826 |
| Purchase/Acquisition | 7/12/2023 | 10,000 | $0.1571 |
| Purchase/Acquisition | 7/12/2023 | 5,000 | $0.1591 |
| Purchase/Acquisition | 7/12/2023 | 10,000 | $0.1603 |
| Purchase/Acquisition | 7/25/2023 | 25,000 | $0.1296 |
| Purchase/Acquisition | 7/26/2023 | 21,000 | $0.1292 |
| Purchase/Acquisition | 8/3/2023 | 12,000 | $0.1450 |
| Purchase/Acquisition | 8/7/2023 | 6,000 | $0.1134 |
| Purchase/Acquisition | 8/7/2023 | 11,000 | $0.1140 |
| Purchase/Acquisition | 8/11/2023 | 250 | $0.9794 |
| Purchase/Acquisition | 8/11/2023 | 1,945 | $1.0001 |
| Purchase/Acquisition | 8/16/2023 | 700 | $0.9978 |
| Purchase/Acquisition | 8/16/2023 | 1,300 | $0.9978 |
| Purchase/Acquisition | 8/16/2023 | 5,250 | $0.9988 |
| Purchase/Acquisition | 8/18/2023 | 7,500 | $0.6786 |
| Purchase/Acquisition | 8/21/2023 | 5,000 | $0.6205 |
| Purchase/Acquisition | 8/21/2023 | 2,450 | $0.6225 |
| Purchase/Acquisition | 8/21/2023 | 2,550 | $0.6226 |
| Purchase/Acquisition | 8/21/2023 | 100 | $0.6326 |
| Purchase/Acquisition | 8/21/2023 | 7,400 | $0.6360 |
| Purchase/Acquisition | 8/22/2023 | 5,000 | $0.4761 |
| Purchase/Acquisition | 8/22/2023 | 300 | $0.4762 |
| Purchase/Acquisition | 8/22/2023 | 1,100 | $0.4762 |
| Purchase/Acquisition | 8/22/2023 | 4,600 | $0.4763 |
| Purchase/Acquisition | 8/22/2023 | 4,000 | $0.5425 |
| Purchase/Acquisition | 8/22/2023 | 5,000 | $0.5441 |
| Purchase/Acquisition | 8/22/2023 | 5,000 | $0.5453 |
| Purchase/Acquisition | 8/22/2023 | 10,000 | $0.5499 |
| Purchase/Acquisition | 8/31/2023 | 14,999 | $0.5161 |
| Purchase/Acquisition | 9/1/2023 | 12,250 | $0.4811 |
| Purchase/Acquisition | 9/1/2023 | 11,320 | $0.4813 |
| Purchase/Acquisition | 9/1/2023 | 180 | $0.4816 |
| Purchase/Acquisition | 9/1/2023 | 23,500 | $0.4884 |

**Mullen Automotive, Inc. (MULN)**                                    **Muhammad Jafri**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 9/18/2023 | 1 | $0.6124 |
| Purchase/Acquisition | 9/18/2023 | 6,241 | $0.6127 |
| Purchase/Acquisition | 9/18/2023 | 9,508 | $0.6131 |
| Purchase/Acquisition | 9/19/2023 | 2,000 | $0.5893 |
| Purchase/Acquisition | 9/21/2023 | 3,100 | $0.5584 |
| Purchase/Acquisition | 9/21/2023 | 1,900 | $0.5587 |
| Purchase/Acquisition | 9/22/2023 | 8,600 | $0.5120 |
| Purchase/Acquisition | 9/27/2023 | 15 | $0.4603 |
| Purchase/Acquisition | 9/27/2023 | 2,375 | $0.4611 |
| Purchase/Acquisition | 9/27/2023 | 10,000 | $0.4649 |
| Purchase/Acquisition | 9/28/2023 | 9,850 | $0.4485 |
| Purchase/Acquisition | 10/4/2023 | 5,250 | $0.4507 |
| Purchase/Acquisition | 10/10/2023 | 5,000 | $0.4544 |
| Purchase/Acquisition | 10/10/2023 | 8,910 | $0.4573 |
| Purchase/Acquisition | 10/12/2023 | 1,650 | $0.4175 |
| Purchase/Acquisition | 10/12/2023 | 7,500 | $0.4197 |
| Purchase/Acquisition | 10/16/2023 | 1,050 | $0.3600 |
| Purchase/Acquisition | 10/18/2023 | 375 | $0.3505 |
| Purchase/Acquisition | 10/19/2023 | 800 | $0.2853 |
| Purchase/Acquisition | 10/19/2023 | 15,000 | $0.2864 |
| Purchase/Acquisition | 11/3/2023 | 800 | $0.3060 |
| Purchase/Acquisition | 11/3/2023 | 985 | $0.3065 |
| Purchase/Acquisition | 11/8/2023 | 36,840 | $0.2450 |
| Purchase/Acquisition | 11/8/2023 | 600 | $0.2473 |
| Purchase/Acquisition | 11/8/2023 | 24,400 | $0.2473 |
| Purchase/Acquisition | 11/10/2023 | 8,000 | $0.1901 |
| Purchase/Acquisition | 11/10/2023 | 5,749 | $0.1912 |
| Purchase/Acquisition | 11/10/2023 | 4,251 | $0.1913 |
| Purchase/Acquisition | 11/14/2023 | 30,500 | $0.1740 |
| Purchase/Acquisition | 11/15/2023 | 11,500 | $0.1817 |
| Purchase/Acquisition | 11/22/2023 | 40,000 | $0.1746 |
| Purchase/Acquisition | 11/22/2023 | 2,497 | $0.1754 |
| Purchase/Acquisition | 11/22/2023 | 15,000 | $0.1755 |
| Purchase/Acquisition | 11/22/2023 | 25,000 | $0.1760 |
| Purchase/Acquisition | 11/27/2023 | 7,503 | $0.1750 |
| Purchase/Acquisition | 11/28/2023 | 3,600 | $0.1614 |
| Purchase/Acquisition | 11/28/2023 | 19,900 | $0.1639 |
| Purchase/Acquisition | 11/28/2023 | 500 | $0.1639 |
| Purchase/Acquisition | 12/1/2023 | 10,000 | $0.1482 |
| Purchase/Acquisition | 12/1/2023 | 16,000 | $0.1484 |
| Purchase/Acquisition | 12/8/2023 | 25,000 | $0.1484 |
| Purchase/Acquisition | 12/8/2023 | 13,500 | $0.1493 |
| Purchase/Acquisition | 12/8/2023 | 1,500 | $0.1494 |
| Purchase/Acquisition | 12/8/2023 | 10,000 | $0.1497 |
| Purchase/Acquisition | 12/11/2023 | 13,800 | $0.1248 |
| Purchase/Acquisition | 12/11/2023 | 3,450 | $0.1272 |
| Purchase/Acquisition | 12/11/2023 | 7,750 | $0.1273 |
| Purchase/Acquisition | 12/11/2023 | 50,000 | $0.1275 |
| Purchase/Acquisition | 12/11/2023 | 25,000 | $0.1350 |
| Purchase/Acquisition | 12/13/2023 | 20,000 | $0.1182 |

**Mullen Automotive, Inc. (MULN)**                                        **Muhammad Jafri**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 12/13/2023 | 25,000 | $0.1190 |
| Purchase/Acquisition | 12/13/2023 | 25,000 | $0.1192 |
| Purchase/Acquisition | 12/18/2023 | 11,000 | $0.1177 |
| Purchase/Acquisition | 12/18/2023 | 24,000 | $0.1186 |
| Purchase/Acquisition | 12/18/2023 | 10 | $0.1222 |
| Purchase/Acquisition | 12/18/2023 | 3,109 | $0.1223 |
| Purchase/Acquisition | 12/18/2023 | 15,491 | $0.1225 |
| Purchase/Acquisition | 12/18/2023 | 11,390 | $0.1226 |
| Purchase/Acquisition | 12/19/2023 | 12,500 | $0.0900 |
| Purchase/Acquisition | 12/19/2023 | 32,500 | $0.0916 |
| Purchase/Acquisition | 12/19/2023 | 14,600 | $0.0958 |
| Purchase/Acquisition | 12/19/2023 | 2,500 | $0.0958 |
| Purchase/Acquisition | 12/19/2023 | 25,400 | $0.0959 |
| Purchase/Acquisition | 12/19/2023 | 25,000 | $0.1004 |
| Purchase/Acquisition | 12/19/2023 | 10,000 | $0.1013 |
| Purchase/Acquisition | 12/19/2023 | 15,000 | $0.1013 |
| Purchase/Acquisition | 12/19/2023 | 15,000 | $0.1040 |
| Purchase/Acquisition | 12/20/2023 | 13,000 | $0.0779 |
| Purchase/Acquisition | 12/20/2023 | 7,150 | $0.0802 |
| Purchase/Acquisition | 12/20/2023 | 11,825 | $0.0818 |
| Purchase/Acquisition | 12/20/2023 | 675 | $0.0855 |
| Purchase/Acquisition | 12/21/2023 | 125 | $7.1476 |
| Purchase/Acquisition | 12/21/2023 | 380 | $12.6509 |
| Purchase/Acquisition | 12/22/2023 | 94 | $9.8248 |
| Purchase/Acquisition | 12/22/2023 | 200 | $9.9855 |
| Purchase/Acquisition | 12/29/2023 | 100 | $14.0300 |
| Purchase/Acquisition | 12/29/2023 | 1,500 | $14.1000 |
| Purchase/Acquisition | 12/29/2023 | 2,500 | $14.2989 |
| Purchase/Acquisition | 1/2/2024 | 87 | $12.4056 |
| Purchase/Acquisition | 1/2/2024 | 88 | $12.4499 |
| Purchase/Acquisition | 1/2/2024 | 225 | $12.4499 |
| Purchase/Acquisition | 1/5/2024 | 465 | $12.1800 |
| Purchase/Acquisition | 1/5/2024 | 249 | $12.2200 |
| Purchase/Acquisition | 1/5/2024 | 285 | $12.2572 |
| Purchase/Acquisition | 1/11/2024 | 700 | $12.1900 |
| Purchase/Acquisition | 1/11/2024 | 300 | $12.1946 |
| Purchase/Acquisition | 1/12/2024 | 410 | $11.0279 |
| Purchase/Acquisition | 1/12/2024 | 100 | $11.2400 |
| Purchase/Acquisition | 1/12/2024 | 80 | $11.2459 |
| Purchase/Acquisition | 1/12/2024 | 100 | $11.2600 |
| Purchase/Acquisition | 1/12/2024 | 250 | $11.2600 |
| Purchase/Acquisition | 1/12/2024 | 44 | $11.2700 |
| Purchase/Acquisition | 1/12/2024 | 6 | $11.2800 |
| Purchase/Acquisition | 1/12/2024 | 250 | $11.5060 |
| Purchase/Acquisition | 1/12/2024 | 500 | $11.5249 |
| Purchase/Acquisition | 1/12/2024 | 500 | $11.5900 |
| Purchase/Acquisition | 1/12/2024 | 500 | $11.5995 |
| Purchase/Acquisition | 1/12/2024 | 250 | $11.6099 |
| Purchase/Acquisition | 1/12/2024 | 1,000 | $11.7500 |
| Purchase/Acquisition | 1/12/2024 | 500 | $11.7929 |

**Mullen Automotive, Inc. (MULN)**                          **Muhammad Jafri**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 1/17/2024 | 250 | $10.5799 |
| Purchase/Acquisition | 1/17/2024 | 500 | $10.5857 |
| Purchase/Acquisition | 1/18/2024 | 250 | $8.9268 |
| Purchase/Acquisition | 1/18/2024 | 250 | $9.0999 |
| Purchase/Acquisition | 1/18/2024 | 250 | $9.1882 |
| Purchase/Acquisition | 1/18/2024 | 250 | $9.2550 |
| Purchase/Acquisition | 1/18/2024 | 20 | $9.2701 |
| Purchase/Acquisition | 1/18/2024 | 730 | $9.8499 |
| Purchase/Acquisition | 1/19/2024 | 250 | $7.6999 |
| Purchase/Acquisition | 1/19/2024 | 35 | $7.7000 |
| Purchase/Acquisition | 1/19/2024 | 51 | $7.7195 |
| Purchase/Acquisition | 1/19/2024 | 168 | $7.7442 |
| Purchase/Acquisition | 1/19/2024 | 168 | $7.7999 |
| Purchase/Acquisition | 1/19/2024 | 166 | $7.8208 |
| Purchase/Acquisition | 1/19/2024 | 750 | $7.8950 |
| Purchase/Acquisition | 1/19/2024 | 167 | $7.9444 |
| Purchase/Acquisition | 1/19/2024 | 245 | $8.0318 |
| Purchase/Acquisition | 1/22/2024 | 250 | $7.4601 |
| Purchase/Acquisition | 1/22/2024 | 250 | $7.4763 |
| Purchase/Acquisition | 1/22/2024 | 275 | $7.5178 |
| Purchase/Acquisition | 1/22/2024 | 250 | $7.5234 |
| Purchase/Acquisition | 1/22/2024 | 250 | $7.5795 |
| Purchase/Acquisition | 1/23/2024 | 70 | $7.0140 |
| Purchase/Acquisition | 1/23/2024 | 240 | $7.3477 |
| Purchase/Acquisition | 1/23/2024 | 225 | $7.4655 |
| Purchase/Acquisition | 1/24/2024 | 68 | $6.5233 |
| Purchase/Acquisition | 1/24/2024 | 500 | $6.5328 |
| Purchase/Acquisition | 1/24/2024 | 45 | $6.7450 |
| Purchase/Acquisition | 1/24/2024 | 145 | $6.7971 |
| Purchase/Acquisition | 2/7/2024 | 432 | $6.9050 |
| Purchase/Acquisition | 2/23/2024 | 1,000 | $7.1700 |
| Purchase/Acquisition | 3/1/2024 | 1,240 | $7.0199 |
| Purchase/Acquisition | 3/5/2024 | 1,697 | $6.5152 |
| Purchase/Acquisition | 3/5/2024 | 1 | $6.5300 |
| Purchase/Acquisition | 3/5/2024 | 125 | $6.5497 |
| Purchase/Acquisition | 3/5/2024 | 1,562 | $6.5499 |
| Purchase/Acquisition | 3/12/2024 | 1,293 | $6.5350 |
| Purchase/Acquisition | 3/12/2024 | 1,585 | $6.5547 |
| Purchase/Acquisition | 3/14/2024 | 369 | $5.8400 |
| Purchase/Acquisition | 3/14/2024 | 1,800 | $5.8440 |
| Purchase/Acquisition | 3/14/2024 | 1 | $5.8500 |
| Purchase/Acquisition | 3/14/2024 | 187 | $5.8599 |
| Purchase/Acquisition | 3/14/2024 | 180 | $5.8600 |
| Purchase/Acquisition | 3/14/2024 | 182 | $5.8699 |
| Purchase/Acquisition | 3/14/2024 | 262 | $5.8800 |
| Purchase/Acquisition | 3/14/2024 | 705 | $5.8900 |
| Purchase/Acquisition | 3/15/2024 | 1,886 | $5.5742 |
| Purchase/Acquisition | 3/19/2024 | 210 | $4.7993 |
| Purchase/Acquisition | 3/20/2024 | 670 | $4.4650 |
| Purchase/Acquisition | 3/22/2024 | 3 | $4.1588 |

**Mullen Automotive, Inc. (MULN)**                    **Muhammad Jafri**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 3/22/2024 | 1,199 | $4.1879 |
| Purchase/Acquisition | 4/15/2024 | 1,085 | $3.3550 |
| Purchase/Acquisition | 4/15/2024 | 100 | $3.3590 |
| Purchase/Acquisition | 4/17/2024 | 78 | $2.9500 |
| Purchase/Acquisition | 4/17/2024 | 540 | $2.9550 |
| Purchase/Acquisition | 4/17/2024 | 1,422 | $2.9600 |
| Purchase/Acquisition | 4/17/2024 | 500 | $2.9634 |
| Purchase/Acquisition | 4/17/2024 | 500 | $2.9699 |
| Purchase/Acquisition | 4/22/2024 | 414 | $2.4094 |
| Purchase/Acquisition | 5/1/2024 | 750 | $5.8150 |
| Purchase/Acquisition | 5/1/2024 | 2,500 | $5.8399 |
| Purchase/Acquisition | 5/15/2024 | 1,780 | $5.4992 |
| Purchase/Acquisition | 5/15/2024 | 380 | $5.5184 |
| Purchase/Acquisition | 5/15/2024 | 120 | $5.5297 |
| Purchase/Acquisition | 5/15/2024 | 750 | $5.5501 |
| Purchase/Acquisition | 5/15/2024 | 500 | $5.5501 |
| Purchase/Acquisition | 5/15/2024 | 250 | $5.5598 |
| Purchase/Acquisition | 5/15/2024 | 513 | $5.5650 |
| Purchase/Acquisition | 5/15/2024 | 117 | $5.6000 |
| Purchase/Acquisition | 5/15/2024 | 400 | $5.6101 |
| Purchase/Acquisition | 5/15/2024 | 1,600 | $5.6150 |
| Purchase/Acquisition | 5/15/2024 | 1,050 | $5.6400 |
| Purchase/Acquisition | 5/15/2024 | 499 | $5.6400 |
| Purchase/Acquisition | 5/15/2024 | 571 | $5.6500 |
| Purchase/Acquisition | 5/15/2024 | 250 | $5.8836 |
| Purchase/Acquisition | 5/17/2024 | 1,193 | $4.8350 |
| Purchase/Acquisition | 5/17/2024 | 1,188 | $4.8699 |
| Purchase/Acquisition | 5/17/2024 | 1,169 | $4.9055 |
| Purchase/Acquisition | 5/17/2024 | 1,165 | $4.9500 |
| Purchase/Acquisition | 5/17/2024 | 1,159 | $4.9940 |
| Purchase/Acquisition | 5/17/2024 | 2,268 | $5.0997 |
| Purchase/Acquisition | 5/20/2024 | 1,113 | $5.1899 |
| Purchase/Acquisition | 5/23/2024 | 19 | $4.0600 |
| Purchase/Acquisition | 5/23/2024 | 715 | $4.0698 |
| Purchase/Acquisition | 5/29/2024 | 994 | $3.7099 |
| Purchase/Acquisition | 5/29/2024 | 219 | $3.7100 |
| Purchase/Acquisition | 6/5/2024 | 1,100 | $3.5201 |
| Purchase/Acquisition | 6/5/2024 | 300 | $3.5250 |
| Purchase/Acquisition | 6/5/2024 | 1,200 | $3.5250 |
| Purchase/Acquisition | 6/5/2024 | 2,200 | $3.5250 |
| Purchase/Acquisition | 6/6/2024 | 586 | $3.0450 |
| Purchase/Acquisition | 6/6/2024 | 1,073 | $3.0498 |
| Purchase/Acquisition | 6/7/2024 | 1,061 | $2.8279 |
| Purchase/Acquisition | 6/26/2024 | 609 | $2.4650 |
| Purchase/Acquisition | 7/15/2024 | 100 | $2.0250 |
| Purchase/Acquisition | 7/15/2024 | 1 | $2.0297 |
| Purchase/Acquisition | 7/15/2024 | 83 | $2.0300 |
| Purchase/Acquisition | 7/15/2024 | 573 | $2.0450 |
| Purchase/Acquisition | 7/15/2024 | 100 | $2.0499 |
| Purchase/Acquisition | 7/15/2024 | 9,102 | $2.0500 |

**Mullen Automotive, Inc. (MULN)**                                      **Muhammad Jafri**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 7/15/2024 | 1,524 | $2.0550 |
| Purchase/Acquisition | 7/15/2024 | 237 | $2.0599 |
| Purchase/Acquisition | 7/15/2024 | 18,464 | $2.0600 |
| Purchase/Acquisition | 7/18/2024 | 593 | $1.6853 |
| Purchase/Acquisition | 7/18/2024 | 1,185 | $1.6896 |
| Purchase/Acquisition | 7/25/2024 | 1,956 | $1.1750 |
| Purchase/Acquisition | 7/25/2024 | 3,344 | $1.1798 |
| Purchase/Acquisition | 7/25/2024 | 2,183 | $1.1850 |
| Purchase/Acquisition | 7/25/2024 | 8,377 | $1.1900 |
| Purchase/Acquisition | 7/25/2024 | 16,105 | $1.2000 |
| Purchase/Acquisition | 7/25/2024 | 30 | $1.2020 |
| Purchase/Acquisition | 7/29/2024 | 25,721 | $1.1100 |
| Purchase/Acquisition | 8/1/2024 | 3 | $1.1192 |
| Purchase/Acquisition | 8/1/2024 | 702 | $1.1200 |
| Purchase/Acquisition | 8/1/2024 | 1,965 | $1.1295 |
| Purchase/Acquisition | 8/5/2024 | 3,828 | $0.7837 |
| Purchase/Acquisition | 8/13/2024 | 4,123 | $0.4850 |
| Purchase/Acquisition | 8/14/2024 | 1,363 | $0.3901 |
| Purchase/Acquisition | 8/14/2024 | 300 | $0.3901 |
| Purchase/Acquisition | 8/16/2024 | 1,500 | $0.2777 |
| Purchase/Acquisition | 8/19/2024 | 8,412 | $0.2379 |
| Purchase/Acquisition | 9/6/2024 | 5,250 | $0.1900 |
| Purchase/Acquisition | 9/11/2024 | 10,000 | $0.1446 |
| Purchase/Acquisition | 9/11/2024 | 5,000 | $0.1451 |
| Purchase/Acquisition | 9/11/2024 | 4,250 | $0.1452 |
| Purchase/Acquisition | 9/11/2024 | 4,838 | $0.1454 |
| Purchase/Acquisition | 9/18/2024 | 1 | $8.6881 |
| Purchase/Acquisition | 9/18/2024 | 57 | $8.7101 |
| Purchase/Acquisition | 9/19/2024 | 52 | $7.6200 |
| Purchase/Acquisition | 9/23/2024 | 336 | $5.9500 |
| Purchase/Acquisition | 9/23/2024 | 102 | $5.9900 |
| Purchase/Acquisition | 9/24/2024 | 166 | $5.4200 |
| Purchase/Acquisition | 9/26/2024 | 2 | $4.1400 |
| Purchase/Acquisition | 9/26/2024 | 187 | $4.4400 |
| Purchase/Acquisition | 9/26/2024 | 35 | $4.6052 |
| Purchase/Acquisition | 9/27/2024 | 100 | $3.9800 |
| Purchase/Acquisition | 10/4/2024 | 1 | $2.5000 |
| Purchase/Acquisition | 10/4/2024 | 499 | $2.5900 |
| Purchase/Acquisition | 10/8/2024 | 400 | $2.5000 |
| Purchase/Acquisition | 10/15/2024 | 269 | $2.2600 |
| Purchase/Acquisition | 10/23/2024 | 823 | $2.4300 |
| Purchase/Acquisition | 10/28/2024 | 305 | $2.4590 |
| Purchase/Acquisition | 10/31/2024 | 180 | $2.0401 |
| Purchase/Acquisition | 10/31/2024 | 277 | $2.0550 |
| Purchase/Acquisition | 10/31/2024 | 500 | $2.0550 |
| Purchase/Acquisition | 10/31/2024 | 500 | $2.0550 |
| Purchase/Acquisition | 10/31/2024 | 500 | $2.0643 |
| Purchase/Acquisition | 10/31/2024 | 223 | $2.0751 |
| Purchase/Acquisition | 10/31/2024 | 241 | $2.0852 |
| Purchase/Acquisition | 10/31/2024 | 230 | $2.1650 |

**Mullen Automotive, Inc. (MULN)**                                      **Muhammad Jafri**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 10/31/2024 | 1 | $2.1699 |
| Purchase/Acquisition | 11/1/2024 | 1,000 | $1.8600 |
| Purchase/Acquisition | 11/1/2024 | 817 | $1.9090 |
| Purchase/Acquisition | 11/1/2024 | 820 | $1.9400 |
| Purchase/Acquisition | 11/5/2024 | 230 | $1.8400 |
| Purchase/Acquisition | 11/5/2024 | 270 | $1.8500 |
| Purchase/Acquisition | 11/5/2024 | 183 | $1.8641 |
| Purchase/Acquisition | 11/6/2024 | 552 | $1.8194 |
| Purchase/Acquisition | 11/7/2024 | 448 | $1.7650 |
| Purchase/Acquisition | 11/15/2024 | 750 | $2.5911 |
| Purchase/Acquisition | 11/15/2024 | 20 | $2.6083 |
| Purchase/Acquisition | 12/2/2024 | 518 | $2.6000 |
| Purchase/Acquisition | 12/3/2024 | 220 | $2.2752 |
| Purchase/Acquisition | 12/3/2024 | 213 | $2.3397 |
| Purchase/Acquisition | 12/3/2024 | 214 | $2.3592 |
| Purchase/Acquisition | 12/4/2024 | 186 | $2.1439 |
| Purchase/Acquisition | 12/4/2024 | 1 | $2.1600 |
| Purchase/Acquisition | 12/13/2024 | 1,266 | $1.5799 |
| Purchase/Acquisition | 12/16/2024 | 250 | $1.4650 |
| Purchase/Acquisition | 12/16/2024 | 250 | $1.4651 |
| Purchase/Acquisition | 12/16/2024 | 161 | $1.4652 |
| Purchase/Acquisition | 12/16/2024 | 251 | $1.4657 |
| Purchase/Acquisition | 12/16/2024 | 250 | $1.4699 |
| Purchase/Acquisition | 12/16/2024 | 750 | $1.4700 |
| Purchase/Acquisition | 12/16/2024 | 111 | $1.4739 |
| Purchase/Acquisition | 12/19/2024 | 337 | $1.1886 |
| Purchase/Acquisition | 12/23/2024 | 290 | $1.1299 |
| Purchase/Acquisition | 12/23/2024 | 250 | $1.1399 |
| Purchase/Acquisition | 12/23/2024 | 252 | $1.1400 |
| Purchase/Acquisition | 12/27/2024 | 545 | $0.9163 |
| Purchase/Acquisition | 12/27/2024 | 2 | $0.9200 |
| Purchase/Acquisition | 12/27/2024 | 537 | $0.9289 |
| Purchase/Acquisition | 12/27/2024 | 511 | $0.9802 |
| Purchase/Acquisition | 12/27/2024 | 506 | $0.9872 |
| Purchase/Acquisition | 1/2/2025 | 58 | $1.0001 |
| Purchase/Acquisition | 1/2/2025 | 1 | $1.0031 |
| Purchase/Acquisition | 1/2/2025 | 0.99 | $1.0091 |
| Purchase/Acquisition | 1/2/2025 | 742 | $1.0099 |
| Purchase/Acquisition | 1/2/2025 | 0.01 | $1.0100 |
| Purchase/Acquisition | 1/2/2025 | 1,500 | $1.0700 |
| Purchase/Acquisition | 1/2/2025 | 359 | $1.1000 |
| Purchase/Acquisition | 1/7/2025 | 85 | $0.8302 |
| Purchase/Acquisition | 1/7/2025 | 750 | $0.8401 |
| Purchase/Acquisition | 1/7/2025 | 198 | $0.8441 |
| Purchase/Acquisition | 1/7/2025 | 750 | $0.8441 |
| Purchase/Acquisition | 1/8/2025 | 500 | $0.6928 |
| Purchase/Acquisition | 1/8/2025 | 500 | $0.7099 |
| Purchase/Acquisition | 1/8/2025 | 421 | $0.7100 |
| Purchase/Acquisition | 1/10/2025 | 882 | $0.4529 |
| Purchase/Acquisition | 1/27/2025 | 1,214 | $0.3299 |

**Mullen Automotive, Inc. (MULN)**          **Muhammad Jafri**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 1/30/2025 | 671 | $0.2602 |
| Purchase/Acquisition | 1/30/2025 | 1,000 | $0.2602 |
| Purchase/Acquisition | 1/30/2025 | 250 | $0.2613 |
| Purchase/Acquisition | 2/3/2025 | 500 | $0.2603 |
| Purchase/Acquisition | 2/3/2025 | 558 | $0.2603 |
| Purchase/Acquisition | 2/3/2025 | 750 | $0.2604 |
| Purchase/Acquisition | 2/3/2025 | 442 | $0.2604 |
| Purchase/Acquisition | 2/3/2025 | 727 | $0.2609 |
| Purchase/Acquisition | 2/13/2025 | 1,000 | $0.2250 |
| Purchase/Acquisition | 2/13/2025 | 870 | $0.2299 |
| Purchase/Acquisition | 2/13/2025 | 188 | $0.2324 |
| Purchase/Acquisition | 2/13/2025 | 1,000 | $0.2325 |
| Purchase/Acquisition | 2/18/2025 | 50 | $9.9520 |
| Purchase/Acquisition | 2/18/2025 | 50 | $9.9753 |
| Purchase/Acquisition | 2/18/2025 | 9 | $10.3300 |
| Purchase/Acquisition | 2/18/2025 | 11 | $10.3400 |
| Purchase/Acquisition | 2/18/2025 | 30 | $10.3440 |
| Purchase/Acquisition | 2/19/2025 | 54 | $7.7290 |
| Purchase/Acquisition | 2/20/2025 | 93 | $5.1100 |
| Purchase/Acquisition | 2/20/2025 | 100 | $5.2420 |
| Purchase/Acquisition | 2/21/2025 | 142 | $4.1099 |
| Purchase/Acquisition | 2/21/2025 | 100 | $4.1650 |
| Purchase/Acquisition | 3/10/2025 | 160 | $1.2499 |
| Purchase/Acquisition | 3/10/2025 | 374 | $1.3001 |
| Purchase/Acquisition | 3/10/2025 | 3 | $1.3235 |
| Purchase/Acquisition | 3/10/2025 | 250 | $1.3257 |
| Purchase/Acquisition | 3/10/2025 | 511 | $1.3298 |
| Purchase/Acquisition | 3/12/2025 | 43 | $1.1601 |
| Purchase/Acquisition | 3/12/2025 | 2,500 | $1.1797 |
| Purchase/Acquisition | 3/17/2025 | 2,207 | $0.7047 |
| Purchase/Acquisition | 3/17/2025 | 235 | $0.7077 |
| Purchase/Acquisition | 3/18/2025 | 900 | $0.5002 |
| Purchase/Acquisition | 3/18/2025 | 1,400 | $0.5059 |
| Purchase/Acquisition | 3/19/2025 | 83 | $0.4494 |
| Purchase/Acquisition | 3/19/2025 | 3,965 | $0.4516 |
| Purchase/Acquisition | 3/20/2025 | 715 | $0.3511 |
| Purchase/Acquisition | 3/21/2025 | 1,737 | $0.2891 |
| Purchase/Acquisition | 3/25/2025 | 40 | $0.6300 |
| Purchase/Acquisition | 3/25/2025 | 920 | $0.6499 |
| Purchase/Acquisition | 3/26/2025 | 125 | $0.2314 |
| Purchase/Acquisition | 3/26/2025 | 7,500 | $0.2480 |
| Purchase/Acquisition | 3/27/2025 | 419 | $0.1700 |
| Purchase/Acquisition | 3/27/2025 | 1,000 | $0.1721 |
| Purchase/Acquisition | 3/27/2025 | 875 | $0.1740 |
| Sale | 12/21/2023 | (500) | $15.5104 |
| Sale | 12/21/2023 | (1,000) | $14.2000 |
| Sale | 12/28/2023 | (200) | $13.9200 |
| Sale | 12/28/2023 | (100) | $13.9850 |
| Sale | 12/28/2023 | (1,200) | $13.9842 |
| Sale | 12/28/2023 | (200) | $14.1200 |

**Mullen Automotive, Inc. (MULN)**                                          **Muhammad Jafri**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 12/28/2023 | (800) | $14.1700 |
| Sale | 12/29/2023 | (500) | $15.6000 |
| Sale | 12/29/2023 | (500) | $15.5841 |
| Sale | 12/29/2023 | (500) | $15.6083 |
| Sale | 1/11/2024 | (1,000) | $12.9054 |
| Sale | 1/16/2024 | (500) | $11.8300 |
| Sale | 1/16/2024 | (490) | $11.6230 |
| Sale | 1/16/2024 | (500) | $11.9534 |
| Sale | 1/17/2024 | (100) | $11.2500 |
| Sale | 1/17/2024 | (366) | $11.2200 |
| Sale | 1/17/2024 | (34) | $11.2211 |
| Sale | 2/21/2024 | (1,000) | $8.6306 |
| Sale | 2/21/2024 | (500) | $8.4150 |
| Sale | 2/21/2024 | (150) | $8.3500 |
| Sale | 2/21/2024 | (12) | $8.4100 |
| Sale | 2/21/2024 | (1,500) | $8.4050 |
| Sale | 2/21/2024 | (98) | $8.3600 |
| Sale | 2/21/2024 | (240) | $8.3900 |
| Sale | 2/23/2024 | (12) | $7.1350 |
| Sale | 2/23/2024 | (342) | $7.1200 |
| Sale | 2/23/2024 | (646) | $7.1100 |
| Sale | 3/6/2024 | (1) | $6.4400 |
| Sale | 3/6/2024 | (64) | $6.4502 |
| Sale | 3/6/2024 | (67) | $6.4600 |
| Sale | 3/6/2024 | (600) | $6.4501 |
| Sale | 3/6/2024 | (791) | $6.4200 |
| Sale | 3/6/2024 | (564) | $6.4000 |
| Sale | 3/6/2024 | (100) | $6.4650 |
| Sale | 3/6/2024 | (673) | $6.4100 |
| Sale | 3/6/2024 | (262) | $6.4300 |
| Sale | 3/6/2024 | (1,003) | $6.4500 |
| Sale | 3/7/2024 | (4) | $7.1000 |
| Sale | 3/7/2024 | (317) | $7.0900 |
| Sale | 3/7/2024 | (1,680) | $7.0800 |
| Sale | 3/7/2024 | (100) | $7.0500 |
| Sale | 3/7/2024 | (899) | $7.0700 |
| Sale | 4/29/2024 | (5,000) | $5.4401 |
| Sale | 4/29/2024 | (5,171) | $5.2226 |
| Sale | 4/29/2024 | (2,500) | $5.9101 |
| Sale | 4/30/2024 | (2,500) | $6.5468 |
| Sale | 5/6/2024 | (1,250) | $6.3253 |
| Sale | 5/8/2024 | (938) | $7.4501 |
| Sale | 5/8/2024 | (400) | $7.4501 |
| Sale | 5/8/2024 | (100) | $7.4550 |
| Sale | 5/8/2024 | (345) | $7.4600 |
| Sale | 5/8/2024 | (217) | $7.4700 |
| Sale | 5/31/2024 | (1,448) | $4.6005 |
| Sale | 5/31/2024 | (734) | $4.6005 |
| Sale | 5/31/2024 | (300) | $4.6100 |
| Sale | 5/31/2024 | (2,500) | $4.6100 |

**Mullen Automotive, Inc. (MULN)**                                    **Muhammad Jafri**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 6/28/2024 | (5,000) | $2.4001 |
| Sale | 6/28/2024 | (100) | $2.4210 |
| Sale | 6/28/2024 | (251) | $2.4110 |
| Sale | 6/28/2024 | (12,112) | $2.4000 |
| Sale | 6/28/2024 | (4,076) | $2.4100 |
| Sale | 6/28/2024 | (700) | $2.4150 |
| Sale | 6/28/2024 | (890) | $2.4200 |
| Sale | 7/19/2024 | (21,052) | $1.4500 |
| Sale | 7/19/2024 | (15,910) | $1.4600 |
| Sale | 3/11/2025 | (2,537) | $1.0601 |
| Sale | 3/12/2025 | (2,543) | $1.1620 |
| Sale | 3/17/2025 | (2,442) | $0.5849 |
| Sale | 3/18/2025 | (1,750) | $0.4634 |
| Sale | 3/19/2025 | (550) | $0.4125 |
| Sale | 3/25/2025 | (6,500) | $0.4709 |
| Sale | 3/25/2025 | (960) | $0.5500 |