**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER MALONEY, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and JONATHAN NEW,<br><br>                    Defendants. | Case No. 2:25-cv-01187-MCS-JDE<br><br>**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING CO-LEAD PLAINTIFFS, AND APPROVING CO-LEAD PLAINTIFFS' SELECTION CO-LEAD COUNSEL** |

[PROPOSED] ORDER

|  |  |
|---|---|
| CAYDEN CRUME, JAMES LEGRAND, and TODD HOLTON,<br><br>     Plaintiffs,<br><br>  v.<br><br>MULLEN AUTOMOTIVE INC., DAVID MICHERY, JONATHAN NEW, and OLEG FIRER,<br><br>     Defendants. | Case No. 2:25-cv-02620-DMG-AGR |

[PROPOSED] ORDER

Having reviewed the Stipulation Consolidating Related Actions, Appointing Co-Lead Plaintiffs, and Approving Selection of Co-Lead Counsel, filed by lead plaintiff movants Teeluck Persad ("Persad") and Muhammad Jafri ("Jafri") on April 21, 2025, and good cause appearing for the relief requested therein, IT IS HEREBY ORDERED THAT:

1. The above-captioned related actions are hereby consolidated;

2. Persad and Jafri are hereby appointed Co-Lead Plaintiffs in this consolidated action and any subsequently filed or transferred actions that are consolidated with this consolidated action, pursuant to 15 U.S.C. §78u-4(a)(3)(B);

3. Co-Lead Plaintiffs' selections of Robbins LLP and Pomerantz LLP as Co-Lead Counsel are hereby approved; and

4. The hearing scheduled for May 12, 2025 is vacated pursuant to L.R. 7-15.

IT IS SO ORDERED.

Signed this _____ day of _____, 2025.

_____
THE HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER

1