Deepali Brahmbhatt
Email: dbrahmbhatt@devlinlawfirm.com
Hayden B. Corrales (SBN 350580)
Email: hcorrales@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone:   (650) 254-9805

Timothy Devlin (*pro hac vice* pending)
Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
*Attorneys for Movant Cayden Crume*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### [WESTERN DIVISION]

| | |
|---|---|
| JENNIFER MALONEY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and JONATHAN NEW,<br>Defendants. | Case No. 2:25-cv-01187-MCS-JDE<br><br>**OPP. TO CONSOLIDATION AND MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>DATE: May 12, 2025<br>TIME: 9:00 a.m.<br>JUDGE: Mark C. Scarsi<br>CTRM: 7C |
| Cayden Crume, James LeGrand, and Tood Holton,<br><br>Plaintiffs,<br><br>v.<br><br>Mullen Automotive Inc., David Michery, Jonathan New, and Oleg Firer<br><br>Defendants. | Case No.  2:25-cv-02620-DMG-AGR<br><br>JURY TRIAL DEMANDED |

OPP. MOT. TO CONSOLIDATE                CASE NO.2:25-cv-02620-DMG-AGR
                                        Case No. 2:25-cv-01187-MCS-JDE

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT Cayden Crume ("Crume") by and through his counsel in Civ. No. 2:25-cv-02620-DMG-AGR (the "*Crume* action"), moves this Court in opposition to motions (ECF No. 26, 33, 37), pursuant to Fed. R. Civ. P. 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order denying consolidating the above-captioned to the action, *Maloney v. Mullen Automotive et al.*, Civ. No. 2:25-cv-01187-MCS-JDE (the "*Maloney* action") because: (i) the class period in the *Crume* action is period from March 26, 2023 and *ongoing* whereas in the *Maloney* action is limited to February 3, 2023 to March 13, 2025, (ii) the *Crume* action includes consumer protection unjust enrichment claim based on repetitive pattern of behavior from the earlier time period subject of litigation in the *In re Mullen Automotive Inc Securities Litigation*, Civ. No. 2:22-cv-03026-DMG-AGR pending $7.25M settlement approval for the class period June 15, 2020, and April 17, 2022; and (iii) the *Maloney* action does not allege claims based on consumer protection that are non-PSLRA.

In the alternative, if the Court orders consolidation, please consider this opposition to be an application appointing Crume as Lead Plaintiff on behalf of a class (the "Class") for the supplemental and ongoing period; and approving proposed Lead Plaintiff's selection of Devlin Law Firm, LLC as Lead Counsel for the Class. Plaintiff Crume requests this supplemental appointment because of the Defendants' ongoing and continuing acts violating the securities and consumer protection laws. In support of this motion, Crume submits a Memorandum of Points and Authorities, the Declaration of Deepali Brahmbhatt, the pleadings and other filings, and any written or oral arguments that may be presented to the Court.

1

The lead plaintiff and class counsel appointment would not be due in the *Crume* Action until June 10, 2025.  Given the supplemental class period and claims that address the repetitive and ongoing nature of the violations, Plaintiff Crume requests that the Court consider his application to be co-lead plaintiff.

The related cases at issue here are as follows:

(1) *In re Mullen Automotive Inc Securities Litigation*, Civ. No. 2:22-cv-03026-DMG-AGR pending $7.2M settlement approval for the class period June 15, 2020, and April 17, 2022.

(2) *Maloney v. Mullen Automotive et al.*, Civ. No. 2:25-cv-01187-MCS-JDE defining class period between February 3, 2023 to March 13, 2025.

(3) *Crume v. Mullen Automotive et al.*, Civ. No. 2:25-cv-02620-DMG-AGR seeking class period to be ongoing and inclusive of the period after March 13, 2025.

Federman & Sherwood, plaintiff's counsel in *Maloney* action met and conferred as to whether the *Crume* action could be consolidated.  None of the other counsel referencing the *Crume* action notified or met and conferred with us.  We requested Defendants' position on consolidation by email and have not received a response.

Dated: April 21, 2025

**DEVLIN LAW FIRM, LLC**

By:  /s/ Deepali A. Brahmbhatt
Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@devlinlawfirm.com
Hayden B. Corrales (SBN 350580)
Email: hcorrales@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone:   (650) 254-9805

Timothy Devlin (*pro hac vice* pending)

Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

*Attorneys for Movant Cayden Crume.*

3