UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

[WESTERN DIVISION]

| | |
|---|---|
| JENNIFER MALONEY, Individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and JONATHAN NEW,<br>                                    Defendants. | Case No. 2:25-cv-01187-MCS-JDE<br><br>**[PROPOSED] ORDER**<br><br>DATE: May 12, 2025<br>TIME: 9:00 a.m.<br>JUDGE: Mark C. Scarsi<br>CTRM: 7C |
| Cayden Crume, James LeGrand, and Tood Holton,<br><br>                Plaintiffs,<br><br>        v.<br><br>Mullen Automotive Inc., David Michery, Jonathan New, and Oleg Firer<br><br>                Defendants. | Case No.  2:24-cv-02620-DMG-AGR<br><br>JURY TRIAL DEMANDED |

WHEREAS, the Court has considered the competing motions for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Counsel,

IT IS HEREBY ORDERED THAT:

(1) the above-captioned actions should remain separate;

IN THE ALTERNATIVE IF THE COURT GRANTS CONSOLIDATION:

(1) For the consolidated action, the class period will be inclusive of time period from March 14, 2025 and ongoing in addition to the period in the current operative period outlined between February 3, 2023 and March 13, 2025;

(2) Cayden Crume is appointed as Co-Lead Plaintiff on behalf of a class (the "Class") for the supplemental period from March 14, 2025 and ongoing; and

(3) Court appoints Devlin Law Firm, LLC as Lead Counsel for the Class for the class period from March 14, 2025 and ongoing based on Lead Plaintiff Crume's selection of Class Counsel.

SO ORDERED.

Dated: _____, 2025

Los Angeles, California

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

1

[PROPOSED] ORDER

CASE NO.2:24-cv-02620-DMG-AGR
Case No. 2:25-cv-01187-MCS-JDE