Deepali Brahmbhatt
Email: dbrahmbhatt@devlinlawfirm.com
Hayden B. Corrales (SBN 350580)
Email: hcorrales@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone:   (650) 254-9805

Timothy Devlin (*pro hac vice* pending)
Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
*Attorneys for Movant Cayden Crume*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

[WESTERN DIVISION]

| | |
|---|---|
| JENNIFER MALONEY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br> MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and JONATHAN NEW, <br> Defendants. | Case No. 2:25-cv-01187-MCS-JDE <br><br> **BRAHMBHATT DECL. ISO OPP. TO CONSOLIDATION, MOTION** <br><br> DATE: May 12, 2025 <br> TIME: 9:00 a.m. <br> JUDGE: Mark C. Scarsi <br> CTRM: 7C |
| Cayden Crume, James LeGrand, and Tood Holton, <br><br> Plaintiffs, <br><br> v. <br><br> Mullen Automotive Inc., David Michery, Jonathan New, and Oleg Firer <br><br> Defendants. | Case No.  2:25-cv-02620-DMG-AGR <br><br> JURY TRIAL DEMANDED |

OPP. MOT. TO CONSOLIDATE                    CASE NO.2:25-cv-02620-DMG-AGR
Case No. 2:25-cv-01187-MCS-JDE

I, Deepali Brahmbhatt, hereby declare as follows:

1.      I am a Partner with Devlin Law Firm, LLC ("DLF"), counsel on behalf of Plaintiffs Cayden Crume, James LeGrand and Todd Holton in the Crume Action, Civ. No. 2:25-cv-02620-DMG-AGR.  I have personal knowledge of the facts set forth herein.  I make this Declaration in opposition to Motions for Consolidation (ECF Nos. 26, 33, 37) in the Maloney Action, Civ. No. 2:25-cv-01187-MCS-JDE.

2.      Attached as exhibit A is a true and correct copy of the Devlin Law Firm profile.

3.      Attached as exhibit B is a true and correct copy of attorney bios.

4.      Attached as exhibit C is a true and correct copy of a chart setting Crume's financial interest in this litigation.

5.      Attached as exhibit D is the shareholder certification executed by Cayden Crume.

6.      Attached as exhibit E is a personal statement and biodata of Cayden Crume.

7.      The Certificate of Notice of Interested Parties is filed in the Crume Action ECF No. 4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Dated: April 21, 2025

**DEVLIN LAW FIRM, LLC**

By:  /s/ Deepali A. Brahmbhatt
Deepali A. Brahmbhatt (SBN 255646)

1

OPP. MOT. TO CONSOLIDATE

CASE No.2:25-cv-02620-DMG-AGR
Case No. 2:25-cv-01187-MCS-JDE