# EXHIBIT A



(https://devlinlawfirm.com)

# Practice Areas

**CLASS ACTION LEGAL SERVICES**



# Class Actions – Digital Data, E-Commerce, Privacy And Data Breach

Devlin Law Firm is a litigation-focused firm including specialty in class actions for consumer protection in the areas of digital data, e-commerce, privacy and data breach. Attorneys at Devlin Law Firm have years of experience in assisting users in internet, cyberworld, social media, and eCommerce disputes, as well as intellectual property disputes arising in these areas. We have been engaged in numerous high-profile litigations involving intellectual property and privacy matters in a variety of industries.

We represent small- and mid-cap companies, start-ups, and individuals in the context of class actions in which a named plaintiff represents a class of

individuals or companies whose rights allegedly have been violated by the same defendants in the same manner.

In appropriate cases, Devlin Law Firm provides contingency fee representation in class actions for plaintiffs, and its attorneys have a successful track record in contingency litigations. In those matters, we get paid only when the client wins and gets paid.

Our Class Action Team handles Privacy and Data Breach litigations as well, protecting consumers at risk for data breach and exposure to the risk of identity theft. We guide consumers by giving priority to their interests and choices by engaging and familiarizing them to the class action litigation process. We work closely and in partnership and strive to be trusted advisors to our clients. We work to understand the case inside and out from its inception and prosecute each action zealously.

Representative actions include:

- Represented patent owners in a proposed class action against United States Patent and Trademark Office.
- Represented defendant in a product liability case.
- Represented plaintiffs in network security authentication against major corporate defendant.
- Representing minor plaintiffs in a class action against Epic Games, Inc. for its in-App purchases non-refundable policy.

**Notice: <u>Devlin Law Firm has filed a class action</u> <u>(https://devlinlawfirm.com/2025/04/devlin-law-firm-llc-pslra-class-action/)</u> on behalf of all consumers who purchased or otherwise acquired publicly traded Mullen securities between May 2022 and the date of filing of the Complaint on March 26, 2025, inclusive (the "Class Period"). The action was filed in the Central District of California and is Case No. 2:25-cv-2620 Cayden Crume, James LeGrand, and Todd Holton v. Mullen Automotive Inc., David Michery, Jonathan New, and Oleg Firer.**

**Notice: Devlin Law Firm is named Lead Counsel for litigation against Binance et al. in the FTX Collapse Litigation MDL in the Southern District of Florida.**

**Notice: Devlin Law Firm is named on the Plaintiffs' Steering Committee for the Providers Track in the Change Healthcare Data breach MDL in the District of Minnesota.**

**Notice: <u>Devlin Law Firm, LLC and CoreXLegal have filed a class action</u> <u>(https://vm9.5d2.myftpupload.com/devlin-law-firm-llc-and-corexlegal-cryptocurrency-class-action-2/)</u> on behalf of all consumers who had any**

Case 2:25-cv-01187-DMG-AGR    Document 45-4    Filed 04/21/25    Page 4 of 14    Page ID #:600

**fiat or cryptocurrency deposited or invested through an FTX trading platform during the time period of volatility starting before November 6, 2022 and ending after November 8, 2022 (the "Class Period").**

SCHEDULE A CONSULTATION



# Learn How Our Top Legal Team Can Help You And Your Business.

SCHEDULE A CONSULTATION
(HTTPS://DEVLINLAWFIRM.COM/CONTACT-US/)

(https://devlinlawfirm.com)

Case 2:25-cv-01187-DMG-AGR    Document 45-4    Filed 04/21/25    Page 5 of 14    Page ID #:601

## Our Company

About(https://devlinlawfirm.com/about-devlin-law-firm/)

Practice Areas(https://devlinlawfirm.com/practice-areas/)

Legal Team(https://devlinlawfirm.com/team/)

Resources(https://devlinlawfirm.com/resources/)

Accessibility(https://devlinlawfirm.com/accessibility)

## What We Do (Https://Devlinlawfirm.Com/Practice-Areas/)

Devlin Law Firm provides expert-level patent and intellectual property litigation, strategy, and management services to companies and individuals around the globe.

## Contact Us (Https://Devlinlawfirm.Com/Contact-Us/)

1526 Gilpin Ave.
Wilmington, DE 19806

Tel: (302) 449-9010(tel:3024499010)

Fax: (302) 353-4251

Courts & Judges   Counsel   Parties   Federal   State   Specialty   Quick Tools

Help          Deepali Brahmbhatt

| Search all of Lex Machina with a keyword | 🔍 |

Product Update: **Protégé™ in Lex Machina**, our new generative AI-powered search, is now available to kickstart your analytics workflows. Learn more.  ✕

  

# Devlin Law Firm

Overview   **Federal District:** Cases  Documents  Findings  Motion Metrics  Damage Awards
**Federal Appeals:** Cases  Documents   **State:** Cases  Documents   **PTAB:** Trials  Documents
**Bankruptcy:** Cases  Documents

## Federal District Court

| Cases | 1,903 |
| Documents | 112,059 |
| Findings | 232 |
| Motion Metrics | 4,554 |
| Damage Awards | 61 |

## Federal Court of Appeals

| Cases | 129 |
| Documents | 4,455 |

## State Court

| Cases | 9 |
| Documents | 1,244 |

## PTAB

| Trials | 229 |
| Documents | 16,310 |

## Bankruptcy Court

| Cases | 1 |
| Documents | 5,257 |

# Federal District Court Cases Filed by Year



| | <2015 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 178 | 70 | 137 | 200 | 243 | 303 | 215 | 127 | 224 | 112 | 71 | 23 |

*\* 2025 numbers are year-to-date. Open dots are full-year estimates.*

## Federal District Court Cases by Type

| Case Types | Cases |
|---|---|
| Consumer Protection | 14 |
| Antitrust | 4 |
| Bankruptcy | 2 |
| Civil Rights | 9 |
| Contracts | 82 |
| Copyright | 5 |
| Employment | 1 |
| Patent | 1,832 |
| Product Liability | 2 |
| Securities | 4 |
| Trade Secret | 12 |
| Trademark | 27 |
| Internet | 1 |
| Class Action | 15 |
| Uncategorized Case | 13 |

*All other Case Types have 0 results in this case list.*

## Top Clients by number of open Federal cases

| Party | Law Firm's Cases | Client Total | % |
|---|---|---|---|
| Express Mobile, Inc. | 10 | 16 | 62% |



(https://devlinlawfirm.com)

&#9776;  &#128269;

# Team

**O U R   T E A M**

⚖️

# Devlin Law Firm Legal Team

44 Team Members

<u>All</u>   <u>A (?lname=a)</u>   <u>B (?lname=b)</u>   <u>C (?lname=c)</u>   <u>D (?lname=d)</u>   <u>E (?lname=e)</u>   <u>F (?lname=f)</u>   <u>G (?lname=g)</u>   <u>H (?lname=h)</u>   <u>I (?lname=i)</u>   <u>J (?lname=j)</u>   <u>K (?lname=k)</u>   <u>L (?lname=l)</u>   <u>M (?lname=m)</u>   <u>N (?lname=n)</u>   <u>O (?lname=o)</u>   <u>P (?lname=p)</u>   <u>Q (?lname=q)</u>   <u>R (?lname=r)</u>   <u>S (?lname=s)</u>   <u>T (?lname=t)</u>   <u>U (?lname=u)</u>   <u>V (?lname=v)</u>   <u>W (?lname=w)</u>   <u>X (?lname=x)</u>   <u>Y (?lname=y)</u>   <u>Z (?lname=z)</u>

**Language**

**Court Admissions**

**Keyword Search**

SEARCH



# Michael J. Barresi

Partner
View Profile (https://devlinlawfirm.com/team/?member=bnoqx)



# Neil Benchell

Partner, Co-Chair Pharmaceutical Practice Group
View Profile (https://devlinlawfirm.com/team/?member=3tv74)



# Stephanie Berger

Partner
View Profile (https://devlinlawfirm.com/team/?member=kzulb)



# Deepali Brahmbhatt

Partner and Chair, Class Action Practice Group
View Profile (https://devlinlawfirm.com/team/?member=y5ws5)



# Chiara Carni

Associate
View Profile (https://devlinlawfirm.com/team/?member=a7not)



# Alex Chan

Partner  ⊙ United States
View Profile (https://devlinlawfirm.com/team/?member=fpfc3)



# Srikant Cheruvu

Counsel
View Profile (https://devlinlawfirm.com/team/?member=bg5ue)



# Mariam E. Clayton

Associate
View Profile (https://devlinlawfirm.com/team/?member=3p36z)



# Hayden Corrales

Associate
View Profile (https://devlinlawfirm.com/team/?member=41×29)



# Derek Dahlgren

Partner
View Profile (https://devlinlawfirm.com/team/?member=h2pcy)



# Patrick Delaney

Of Counsel
View Profile (https://devlinlawfirm.com/team/?member=4vj8l)



# Andrew DeMarco

Associate
View Profile (https://devlinlawfirm.com/team/?member=pgbqg)



# Timothy Devlin

Managing Partner
View Profile (https://devlinlawfirm.com/team/?member=sgjgz)



# Robert J. Gajarsa

Partner, Appellate Chair
View Profile (https://devlinlawfirm.com/team/?member=2w6a6)



# Joel Glazer

Associate
View Profile (https://devlinlawfirm.com/team/?member=h0y3p)

Case 2:25-cv-01187-DMG-AGR    Document 45-4    Filed 04/20/25    Page 11 of 14   Page ID #:607



# Joseph J. Gribbin

Partner

View Profile (https://devlinlawfirm.com/team/?member=4mdoh)



# Christina Henry

Partner

View Profile (https://devlinlawfirm.com/team/?member=uvvt4)



# Chad Henson

Partner

View Profile (https://devlinlawfirm.com/team/?member=l587k)



# Alex Hobson

Patent Agent

View Profile (https://devlinlawfirm.com/team/?member=k5ucn)



# Gina Hong

Associate 📍

View Profile (https://devlinlawfirm.com/team/?member=45r3l)



# Lowell D. Jacobson

Partner, ITC Practice Co-Chair

View Profile (https://devlinlawfirm.com/team/?member=7agdk)



# Vik Kaushal

Pharmaceutical Litigation Specialist

View Profile (https://devlinlawfirm.com/team/?member=xiixu)



# Robert Kiddie

Partner

View Profile (https://devlinlawfirm.com/team/?member=nnan0)

Case 2:25-cv-01187-DMG-AGR   Document 45-4   Filed 04/20/25   Page 12 of 14   Page ID #:608



# James M. "Jim" Lennon

Partner
View Profile (https://devlinlawfirm.com/team/?member=oth6d)



# Nadiia S. Loizides

Senior Associate
View Profile (https://devlinlawfirm.com/team/?member=jgvhf)



# Anabel Manaloor

Associate
View Profile (https://devlinlawfirm.com/team/?member=qxvt0)



# Leland Marcus

Associate
View Profile (https://devlinlawfirm.com/team/?member=df9rw)



# Brian Matross

Senior Counsel
View Profile (https://devlinlawfirm.com/team/?member=vb69q)



# Christopher May

Partner
View Profile (https://devlinlawfirm.com/team/?member=egd22)



# Peter Mazur

Associate
View Profile (https://devlinlawfirm.com/team/?member=fztdd)



# Henrik Parker

Counsel
View Profile (https://devlinlawfirm.com/team/?member=riva2)

Case 2:25-cv-01187-DMG-AGR    Document 45-4    Filed 04/20/25    Page 13 of 14    Page ID #:609



# Jed Phillips

Associate
View Profile (https://devlinlawfirm.com/team/?member=kowxc)



# Andrew Pratt

Partner, ITC Practice Co-Chair
View Profile (https://devlinlawfirm.com/team/?member=m7mie)



# Donald Puckett

Partner
View Profile (https://devlinlawfirm.com/team/?member=6fufa)



# Paul Richter

Partner, Co-Chair Pharmaceutical Practice Group
View Profile (https://devlinlawfirm.com/team/?member=bekbx)



# Jason M. Shapiro

Partner, Chair of Post-Grant Practice Group
View Profile (https://devlinlawfirm.com/team/?member=9r5qn)



# Kevin Shaw

Associate
View Profile (https://devlinlawfirm.com/team/?member=gk2sh)



# Andrew Sherman

Associate
View Profile (https://devlinlawfirm.com/team/?member=7krap)



# Michael A. Siem

Partner
View Profile (https://devlinlawfirm.com/team/?member=zu690)



# Tracey Starck

Associate

View Profile (https://devlinlawfirm.com/team/?member=gdb6y)



# Cedric Tan

Partner

View Profile (https://devlinlawfirm.com/team/?member=ec303)



# Jinling Wang

Associate

View Profile (https://devlinlawfirm.com/team/?member=wfpht)



# Robyn Williams

Partner, Co-Chair Trademark Practice Group

View Profile (https://devlinlawfirm.com/team/?member=16hx8)



# Alan Wright

Partner

View Profile (https://devlinlawfirm.com/team/?member=spgi2)