# EXHIBIT B



(https://devlinlawfirm.com)

☰  🔍

# Team

**OUR TEAM**

⚖️

# Devlin Law Firm Legal Team

< BACK TO LISTING PAGE    (https://devlinlawfirm.com/team/)



Case 2:25-cv-01187-DMG-AGR    Document 45-5    Filed 04/21/25    Page 3 of 10    Page ID #:613

# Timothy Devlin

Managing Partner

## Contact Information

 tdevlin@devlinlawfirm.com (mailto:tdevlin@devlinlawfirm.com)
LinkedIn (https://www.linkedin.com/in/tidevlin/)

### C O N T A C T

(https://devlinlawfirm.com/contact-timothy-devlin/)

# About Timothy Devlin

*Areas of Practice:*

- *Intellectual Property Litigation*
- *Class Action Litigation*

### Contact Timothy Devlin (Https://Devlinlawfirm.Com/Contact-Timothy-Devlin/)

Timothy Devlin is the Managing Partner of Devlin Law Firm LLC. He was previously a Principal at Fish & Richardson PC, one of the largest technology litigation firms in the United States, where he served as a co-chair of their IP Risk Management Group.

Mr. Devlin is widely recognized as one of the premier technology litigators in the country. He has acted as lead counsel in over 200 patent infringement cases, multiple contract and business tort matters, and class action technology cases. Mr. Devlin is frequently listed in publications including Chambers USA, Best Lawyers USA, and the Legal 500, and has been identified among Intellectual Asset Management's "Top-250" patent litigators

Case 2:25-cv-01187-DMG-AGR    Document 45-5    Filed 04/21/25    Page 4 of 10    Page ID #:614

worldwide every year since the inception of the list in 2011. He is a fellow in the Litigation Counsel of America, a trial lawyer honorary society whose membership is limited to less than one half of one percent of American lawyers.

Mr. Devlin's practice is focused on representing a variety of clients—from individual inventors to multi-national corporations—in complex technology litigation. He has wide ranging experience representing both plaintiffs and defendants, covering virtually all areas of technology, including such diverse areas as network and cellular communications, consumer electronics, semiconductor manufacturing and wafer processing, financial systems and check imaging, medical devices, chemical processes and products, network security, automotive and mechanical components, and Internet protocols.

# Education

- J.D., University of Michigan Law School, with honors, 1996
- B.S., physics, B.S., mathematics, Penn State University, with honors in Physics and Economics, 1993

# Court Admissions

- Delaware
- United States Patent and Trademark Office

# Honors And Distinction

- Top 250 Patent Litigators Worldwide, 2011-2021, International Asset Management
- Chambers USA, Top Patent Litigators, 2013, Chambers and Partners
- The Best Lawyers in America, 2006-2013
- Fellow, Litigation Counsel of America

# Languages

English

# Representative Cases

- *Ecolab Inc. v. DuBois*, Civil Action No. 1:21-cv-00567-RGA (D. Del) — Represented Defendant DuBois in patent litigation and contract matter; succussfully obtained verdicts of non-infringement related to all patents in suit
- *Rembrandt Vision Technologies LP v. Ciba Vision Corporation*; Civil Action No. 2:05cv491 (E.D. Tex.) — Represented plaintiff Rembrandt in patent infringement

Our Team | Patent & Trademark Lawyers | Devlin Law Firm

case related to contact lenses. Successfully obtained verdict of infringement and validity, with significant past damages.

- *Deep Nines, Inc. v. McAfee, Inc. and Secure Computing Corporation*; Civil Action No. 9:09cv89 (E.D. Tex.) — Represented plaintiff Deep Nines in patent infringement case related to enterprise-level firewalls and internet security. Successfully obtained verdict of infringement and validity.
- *Worldwide Express Operations LLC, et al. v. DHL Express (USA) Inc.*, DC-08-15314 (Dall.) — Represented plaintiff WWE in contract action against DHL. Successfully obtained verdict of breach of contract.
- *ADE Corporation v. KLA-Tencor Corporation*; Civil Action No. 1:00cv892 (D. Del.) — Represented defendant ADE in patent infringement case related to optical quality scanning of semiconductor wafers. Successfully obtained verdict of invalidity.

# Professional Memberships

- ABA
- FBA



(https://devlinlawfirm.com)

# Team

OUR TEAM



## Devlin Law Firm Legal Team

< BACK TO LISTING PAGE    (https://devlinlawfirm.com/team/)

# Deepali Brahmbhatt

Partner and Chair, Class Action Practice Group

## Contact Information

👤 dbrahmbhatt@devlinlawfirm.com (mailto:dbrahmbhatt@devlinlawfirm.com)
📞 3024499010

**CONTACT**

(https://devlinlawfirm.com/contact-deepali-brahmbhatt/)

# About Deepali Brahmbhatt

*Areas of Practice:*

- *Intellectual Property Litigation*
- *Intellectual Property Counseling and Prosecution*
- *Privacy Compliance and Litigation*
- *Class Actions Litigation*
- *Securities Litigation*

## Contact Deepali Brahmbhatt (Https://Devlinlawfirm.Com/Contact-Deepali-Brahmbhatt/)

Deepali Brahmbhatt is rated Northern California, Rising Stars and Top Women Attorneys, Super Lawyers, 2016-2018.

Ms. Brahmbhatt is an Intellectual Property and Privacy Attorney. Ms. Brahmbhatt's practice focuses on all aspects of Intellectual Property with 360 degrees coverage including disputes, litigation, prosecution, sale and licensing. For privacy matters, Ms.

Brahmbhatt helps clients on compliance, breach incidents and litigations including, for example, those related to HIPAA, GLBA, GDPR and CCPA. She has also helped clients with strategies involving open-source and IP protection related to standards, including, for example, blockchain and digital currency technologies.

Ms. Brahmbhatt has handled all aspects of litigation in number intellectual property litigation matters at federal district courts and ITC including managing day-to-day docket, depositions, expert discovery, hearings including Markman, summary judgment and trial. She prepares and prosecutes patents and trademarks with an eye towards potential assertions and licensing revenues. She has worked on post-grant proceedings including inter partes review and ex parte reexaminations from both offensive and defensive sides. She has also worked on due diligence investigations for mergers & acquisitions, infringement and validity analyses.

Prior to joining Devlin Law Firm, Ms. Brahmbhatt worked at biglaw firms of Weil, Gotshal & Manges, LLP and Sheppard Mullin Richter & Hampton LLP. Ms. Brahmbhatt is a registered patent attorney before the U.S. Patent and Trademark office. Prior to becoming a patent attorney, she worked in research and development at Cisco Systems, Inc. and is an inventor on five issued U.S. patents in the fields of networking, wireless and security. Ms. Brahmbhatt's networking and security engineering background helps her work efficiently with client's IT Professionals on Privacy matters.

# Education

- J.D., Santa Clara University School of Law, cum laude, 2008.
- M.S., Computer Science, San Jose State University, magna cum laude, 2004.
- B.S., EE, Lalbhai Dalpatbhai College of Engineering, Gujarat University, magna cum laude, 1995.
- Certified Information Privacy Professional, U.S. private sector (CIPP/US)

# Court Admissions

- California
- District of Columbia
- United States Patent and Trademark Office

* Attorney is not barred in Delaware.

# Languages

English

# Representative Cases

- Representing minor plaintiff in class action against Epic Games, Inc. for violation of minor's rights (2019-present).
- Represented Whois API, Inc. in its privacy litigation against Domain Name Commission, Ltd (2019-present).
- Represented plaintiffs in class action against Apple, Inc. for privacy statutes (2019-present).
- Represented a Startup on Trademark license and founders' contract dispute (2017-2018). Successfully resolved another founders' dispute regarding intellectual property assignment.
- Representing a BioMedical Device company in monetization of its patent portfolio (2017-present).
- Represented a Medical Interface company on IP and patent prosecution.
- Represented a global mortgage and finance company with subsidiaries in India on privacy compliance including GLBA.
- Represented a medical subscription company on HIPAA compliance.
- Netgear, Inc. v. TheHappyStore, Superior Court of California (2017). Represented TheHappyStore against counterfeit products allegations brought by Netgear, Inc. Case settled favorably after filing of an early motion.
- Trial Counsel for Lattice Semiconductor Corp. v. Technicolor et al (2016-2017). Represented Lattice Semiconductor regarding HDMI Standard essential patents and Founders dispute. Case settled favorably.
- In Re Earpiece Devices Having Positioning and Retaining Structure and Components Thereof, 337-TA-912 (2014-2015). Represented Monster in an ITC case filed by Bose concerning headphones. Favorably settled two weeks before trial.
- In Re Sintered Rare Earth Magnets, Methods of Making Same and Products Containing Same, 337-TA-855 (2012-2013). Represented Monster in an ITC case filed by Hitachi concerning headphones. Favorably settled three weeks before trial.
- Trial counsel for a smartphone company in a case brought by TFT in the Eastern District of Texas (2015). Following a favorable Markman ruling, the case was favorably resolved. Represented a smartphone company on several litigations including Potter Voice Technologies, Cellport Systems, Digcom, Blue Spike, Papst Licensing, IXI Mobile.
- Trial Counsel in numerous patent cases for Centrify Software, including cases brought by ORG Structures and SoftVault. (E. D. Texas and N. D. Cal., 2012 -15) in technology involving network security. Cases favorably resolved.
- Trial Counsel for Quark Software for case brought by SoftVault. (N.D. Cal., 2016). Cases resolved favorably after filing of a motion to dismiss.

- Trial Counsel in numerous patent cases for Corsair Components, including cases brought by Better Mouse, Data Carriers, EDigital, Novocrypt, Goodman (E. D. Texas and N. D. Cal., 2013 -15, S. D. Texas 2015). Cases favorably resolved.
- Trial Counsel for Aerohive Networks, Inc. in patent cases brought by Airtight and Linex (E. D., S. D. Florida and N. D. CA, 2012 -15). Cases favorably resolved.
- Trial Counsel for LendingTree brought against Zillow and others. (W. D. North Carolina, 2012-15). Cases favorably resolved.
- Trial Counsel for LendingTree brought by Internet Patent Corporation (N. D. CA, 2012 -15). Motion to dismiss granted for LendingTree and upheld by the Federal Circuit.
- Trial Counsel for a storage, files and cloud company in its three lawsuits against competitor in N. D. Cal., 2008-2010. Cases settled favorably.

# Professional Memberships

- International Association of Privacy Professionals (IAPP)