# EXHIBIT C

Cayden Crume

| Date | Transaction Type | Shares | Price Per Share | Total Paid |
|---|---|---|---|---|
| 3/24/2022 | Buy | 1000 | $2.88 | ($2,880.00) |
| 3/24/2022 | Buy | 100 | $2.96 | ($296.00) |
| 3/24/2022 | Buy | 100 | $2.96 | ($296.00) |
| 3/24/2022 | Buy | 300 | $2.96 | ($888.00) |
| 3/24/2022 | Buy | 200 | $2.96 | ($592.00) |
| 3/24/2022 | Buy | 300 | $2.96 | ($888.00) |
| 3/24/2022 | Buy | 1000 | $2.84 | ($2,836.30) |
| 3/24/2022 | Buy | 275 | $2.91 | ($800.25) |
| 3/24/2022 | Buy | 233 | $2.91 | ($678.03) |
| 3/24/2022 | Buy | 392 | $2.91 | ($1,140.72) |
| 3/24/2022 | Buy | 100 | $2.91 | ($291.00) |
| 3/24/2022 | Buy | 550 | $2.99 | ($1,644.50) |
| 3/24/2022 | Buy | 450 | $2.99 | ($1,345.50) |
| 3/24/2022 | Buy | 1000 | $3.00 | ($3,000.00) |
| 3/24/2022 | Sell | -6000 | $3.10 | $18,599.19 |
| 3/25/2022 | Buy | 900 | $3.08 | ($2,772.00) |
| 3/25/2022 | Buy | 500 | $3.08 | ($1,540.00) |
| 3/25/2022 | Buy | 600 | $3.08 | ($1,848.00) |
| 3/25/2022 | Sell | -400 | $3.23 | $1,291.94 |
| 3/25/2022 | Sell | -700 | $3.23 | $2,260.90 |
| 3/25/2022 | Sell | -600 | $3.23 | $1,937.92 |
| 3/25/2022 | Sell | -200 | $3.23 | $645.97 |
| 3/25/2022 | Sell | -100 | $3.23 | $322.99 |
| 3/28/2022 | Buy | 1500 | $2.96 | ($4,440.00) |
| 3/29/2022 | Buy | 300 | $2.47 | ($741.00) |
| 3/29/2022 | Buy | 400 | $2.47 | ($988.00) |
| 3/29/2022 | Buy | 100 | $2.47 | ($247.00) |
| 3/29/2022 | Buy | 500 | $2.46 | ($1,230.00) |
| 3/29/2022 | Buy | 600 | $2.46 | ($1,476.00) |
| 3/29/2022 | Buy | 300 | $2.46 | ($738.00) |
| 3/29/2022 | Buy | 110 | $2.46 | ($270.60) |
| 3/29/2022 | Buy | 190 | $2.46 | ($467.40) |
| 3/29/2022 | Buy | 300 | $2.46 | ($738.00) |
| 3/29/2022 | Buy | 100 | $2.62 | ($262.00) |
| 3/29/2022 | Buy | 400 | $2.62 | ($1,048.00) |
| 3/29/2022 | Buy | 200 | $2.62 | ($524.00) |
| 3/29/2022 | Buy | 300 | $2.62 | ($786.00) |
| 3/29/2022 | Buy | 200 | $2.72 | ($544.00) |
| 3/29/2022 | Buy | 500 | $2.72 | ($1,360.00) |

| | | | | |
|---|---|---|---|---|
| 3/29/2022 | Buy | 200 | $2.72 | ($544.00) |
| 3/29/2022 | Buy | 80 | $2.72 | ($217.60) |
| 3/29/2022 | Buy | 20 | $2.72 | ($54.40) |
| 3/29/2022 | Buy | 400 | $2.75 | ($1,100.00) |
| 3/29/2022 | Buy | 200 | $2.75 | ($550.00) |
| 3/29/2022 | Buy | 300 | $2.75 | ($825.00) |
| 3/29/2022 | Buy | 600 | $2.75 | ($1,650.00) |
| 3/29/2022 | Buy | 400 | $2.82 | ($1,128.00) |
| 3/29/2022 | Buy | 100 | $2.82 | ($282.00) |
| 3/29/2022 | Buy | 200 | $2.82 | ($564.00) |
| 3/29/2022 | Buy | 300 | $2.82 | ($846.00) |
| 3/29/2022 | Buy | 1000 | $2.77 | ($2,767.00) |
| 4/7/2022 | Buy | 500 | $2.67 | ($1,335.00) |
| 4/7/2022 | Buy | 500 | $2.67 | ($1,335.00) |
| 4/7/2022 | Buy | 200 | $2.68 | ($536.00) |
| 4/7/2022 | Buy | 1200 | $2.68 | ($3,216.00) |
| 4/7/2022 | Buy | 1000 | $2.68 | ($2,680.00) |
| 4/7/2022 | Buy | 500 | $2.68 | ($1,340.00) |
| 4/7/2022 | Buy | 300 | $2.68 | ($804.00) |
| 4/7/2022 | Buy | 300 | $2.68 | ($804.00) |
| 4/7/2022 | Buy | 1500 | $2.68 | ($4,020.00) |
| 4/8/2022 | Buy | 0.054794 | $2.56 | ($0.14) |
| 4/8/2022 | Buy | 672.86758 | $2.56 | ($1,722.07) |
| 4/20/2022 | Sell | -3 | $2.18 | $6.54 |
| 4/22/2022 | Buy | 356 | $1.68 | ($598.08) |
| 4/22/2022 | Buy | 500 | $1.68 | ($840.00) |
| 4/22/2022 | Buy | 144 | $1.68 | ($241.92) |
| 4/22/2022 | Buy | 500 | $1.68 | ($840.00) |
| 4/25/2022 | Buy | 3 | $1.64 | ($4.91) |
| 4/25/2022 | Buy | 0.730886 | $1.64 | ($1.19) |
| 4/25/2022 | Buy | 2520 | $1.64 | ($4,132.80) |
| 4/25/2022 | Buy | 2450 | $1.65 | ($4,042.50) |
| 4/25/2022 | Buy | 1000 | $1.65 | ($1,650.00) |
| 4/25/2022 | Buy | 400 | $1.66 | ($662.00) |
| 4/25/2022 | Buy | 300 | $1.66 | ($496.50) |
| 4/25/2022 | Buy | 1300 | $1.66 | ($2,151.50) |
| 4/25/2022 | Sell | -1000 | $1.66 | $1,659.86 |
| 5/5/2022 | Buy | 61 | $1.30 | ($79.61) |
| 5/5/2022 | Sell | -150 | $1.32 | $197.98 |
| 5/5/2022 | Sell | -200 | $1.32 | $263.97 |

| 5/9/2022 | Buy | 97 | $1.35 | ($130.95) |
|---|---|---|---|---|
| 5/9/2022 | Buy | 3 | $1.35 | ($4.05) |
| 5/9/2022 | Buy | 199 | $1.35 | ($268.65) |
| 5/9/2022 | Buy | 1 | $1.35 | ($1.35) |
| 5/9/2022 | Buy | 129 | $1.35 | ($174.15) |
| 5/9/2022 | Buy | 2 | $1.35 | ($2.70) |
| 5/9/2022 | Buy | 83 | $1.35 | ($112.05) |
| 5/9/2022 | Buy | 2 | $1.35 | ($2.70) |
| 5/9/2022 | Buy | 200 | $1.35 | ($270.00) |
| 5/9/2022 | Buy | 9 | $1.35 | ($12.15) |
| 5/9/2022 | Buy | 1800 | $1.39 | ($2,502.00) |
| 5/9/2022 | Buy | 2200 | $1.39 | ($3,058.00) |
| 5/9/2022 | Buy | 700 | $1.39 | ($973.00) |
| 5/9/2022 | Buy | 2400 | $1.39 | ($3,336.00) |
| 5/9/2022 | Buy | 100 | $1.39 | ($139.00) |
| 5/9/2022 | Buy | 200 | $1.39 | ($278.00) |
| 5/9/2022 | Buy | 200 | $1.39 | ($278.00) |
| 5/9/2022 | Buy | 100 | $1.39 | ($139.00) |
| 5/9/2022 | Buy | 200 | $1.39 | ($278.00) |
| 5/9/2022 | Buy | 100 | $1.39 | ($139.00) |
| 5/9/2022 | Sell | -181 | $1.32 | $238.90 |
| 5/9/2022 | Sell | -2000 | $1.32 | $2,639.72 |
| 5/9/2022 | Sell | -7 | $1.32 | $9.24 |
| 5/9/2022 | Sell | -400 | $1.32 | $527.94 |
| 5/9/2022 | Sell | -600 | $1.32 | $791.91 |
| 5/9/2022 | Sell | -212 | $1.32 | $279.81 |
| 5/9/2022 | Sell | -1600 | $1.32 | $2,111.77 |
| 5/9/2022 | Sell | -4654 | $1.28 | $5,956.47 |
| 5/10/2022 | Buy | 100 | $1.23 | ($123.00) |
| 5/10/2022 | Buy | 171 | $1.23 | ($210.33) |
| 5/10/2022 | Sell | -396 | $1.20 | $475.15 |
| 5/12/2022 | Buy | 290 | $0.94 | ($273.24) |
| 5/13/2022 | Sell | -350 | $0.81 | $283.10 |
| 5/13/2022 | Sell | -60 | $0.86 | $51.59 |
| 5/16/2022 | Buy | 400 | $0.85 | ($340.00) |
| 5/16/2022 | Buy | 200 | $0.85 | ($170.00) |
| 5/16/2022 | Buy | 300 | $0.85 | ($255.00) |
| 5/16/2022 | Buy | 100 | $0.85 | ($85.00) |
| 5/16/2022 | Buy | 400 | $0.86 | ($344.00) |
| 5/16/2022 | Buy | 500 | $0.86 | ($430.00) |

| 5/16/2022 | Buy | 100 | $0.86 | ($86.00) |
|---|---|---|---|---|
| 5/16/2022 | Sell | -600 | $0.81 | $487.12 |
| 5/16/2022 | Sell | -800 | $0.81 | $649.49 |
| 5/16/2022 | Sell | -900 | $0.81 | $730.67 |
| 5/16/2022 | Sell | -1180 | $0.81 | $958.00 |
| 5/17/2022 | Buy | 1 | $1.04 | ($1.05) |
| 5/17/2022 | Buy | 2500 | $1.00 | ($2,500.00) |
| 5/17/2022 | Buy | 600 | $1.04 | ($624.00) |
| 5/18/2022 | Buy | 40 | $1.13 | ($45.20) |
| 5/18/2022 | Sell | -101 | $1.14 | $115.28 |
| 5/19/2022 | Sell | -60 | $1.14 | $68.39 |
| 5/20/2022 | Buy | 132 | $1.04 | ($137.28) |
| 5/23/2022 | Buy | 102 | $1.06 | ($108.12) |
| 5/23/2022 | Buy | 1500 | $1.06 | ($1,590.00) |
| 5/23/2022 | Buy | 1793 | $1.06 | ($1,900.58) |
| 5/23/2022 | Buy | 66 | $1.06 | ($69.96) |
| 5/23/2022 | Buy | 534 | $1.06 | ($566.04) |
| 5/23/2022 | Buy | 1200 | $1.06 | ($1,272.00) |
| 5/23/2022 | Buy | 5000 | $1.04 | ($5,200.00) |
| 5/23/2022 | Buy | 2203 | $1.00 | ($2,203.00) |
| 5/23/2022 | Buy | 300 | $1.00 | ($300.00) |
| 5/23/2022 | Buy | 300 | $1.00 | ($300.00) |
| 5/23/2022 | Buy | 97 | $1.00 | ($97.00) |
| 5/23/2022 | Buy | 2299 | $1.00 | ($2,299.00) |
| 5/23/2022 | Sell | -798 | $1.03 | $821.82 |
| 5/23/2022 | Sell | -400 | $1.03 | $411.95 |
| 5/23/2022 | Sell | -400 | $1.03 | $411.95 |
| 5/23/2022 | Sell | -3402 | $1.03 | $3,503.53 |
| 5/23/2022 | Sell | -100 | $1.08 | $107.99 |
| 5/23/2022 | Sell | -1300 | $1.08 | $1,403.79 |
| 5/23/2022 | Sell | -400 | $1.08 | $431.95 |
| 5/23/2022 | Sell | -1800 | $1.08 | $1,943.72 |
| 5/23/2022 | Sell | -1400 | $1.08 | $1,511.78 |
| 5/23/2022 | Sell | -100 | $1.08 | $107.99 |
| 5/23/2022 | Sell | -5000 | $1.04 | $5,199.23 |
| 5/23/2022 | Sell | -5000 | $1.04 | $5,199.23 |
| 5/25/2022 | Buy | 0.133004 | $1.02 | ($0.13) |
| 5/25/2022 | Buy | 66.879732 | $1.02 | ($68.01) |
| 5/25/2022 | Buy | 325 | $1.03 | ($334.75) |
| 5/25/2022 | Buy | 475 | $1.03 | ($489.25) |

| 5/25/2022 | Buy | 1500 | $1.06 | ($1,590.00) |
|---|---|---|---|---|
| 5/25/2022 | Buy | 1111 | $1.07 | ($1,188.77) |
| 5/27/2022 | Sell | -350 | $1.02 | $357.20 |
| 5/31/2022 | Buy | 1000 | $1.01 | ($1,010.00) |
| 5/31/2022 | Buy | 500 | $1.01 | ($505.00) |
| 5/31/2022 | Buy | 800 | $1.01 | ($808.00) |
| 5/31/2022 | Buy | 1300 | $1.01 | ($1,313.00) |
| 5/31/2022 | Sell | -1034 | $1.04 | $1,075.20 |
| 5/31/2022 | Sell | -600 | $1.04 | $623.90 |
| 5/31/2022 | Sell | -600 | $1.04 | $623.90 |
| 5/31/2022 | Sell | -1000 | $1.04 | $1,039.84 |
| 5/31/2022 | Sell | -300 | $1.04 | $311.96 |
| 6/1/2022 | Sell | -500 | $0.98 | $489.43 |
| 6/2/2022 | Sell | -100 | $1.34 | $134.06 |
| 6/3/2022 | Sell | -50 | $1.48 | $74.25 |
| 6/6/2022 | Sell | -100 | $1.28 | $127.99 |
| 6/6/2022 | Sell | -58 | $1.28 | $74.23 |
| 6/7/2022 | Sell | -400 | $1.26 | $503.93 |
| 6/7/2022 | Sell | -632 | $1.26 | $799.38 |
| 6/7/2022 | Sell | -159 | $1.25 | $198.84 |
| 6/7/2022 | Sell | -0.362549 | $1.26 | $0.45 |
| 6/7/2022 | Sell | -0.551691 | $1.25 | $0.69 |
| 6/8/2022 | Sell | -100 | $1.47 | $146.99 |
| 6/9/2022 | Sell | -50 | $1.30 | $65.00 |
| 6/10/2022 | Sell | -100 | $1.35 | $134.99 |
| 6/10/2022 | Sell | -150 | $1.35 | $202.48 |
| 6/10/2022 | Sell | -200 | $1.35 | $269.97 |
| 6/10/2022 | Sell | -100 | $1.35 | $134.99 |
| 6/10/2022 | Sell | -29 | $1.35 | $39.15 |
| 6/10/2022 | Sell | -100 | $1.35 | $134.99 |
| 6/10/2022 | Sell | -271 | $1.35 | $365.81 |
| 6/10/2022 | Sell | -500 | $1.35 | $674.91 |
| 7/5/2022 | Buy | 217 | $1.01 | ($219.17) |
| 7/19/2022 | Sell | -217 | $1.08 | $234.33 |
| 7/19/2022 | Sell | -100 | $1.09 | $108.99 |
| 7/19/2022 | Sell | -200 | $1.09 | $217.97 |
| 7/19/2022 | Sell | -400 | $1.09 | $435.95 |
| 7/19/2022 | Sell | -300 | $1.09 | $326.96 |
| 7/27/2022 | Sell | -1000 | $1.02 | $1,019.84 |
| 8/8/2022 | Buy | 100 | $0.86 | ($86.00) |

| 8/8/2022 | Buy | 50 | $0.86 | ($43.00) |
| 8/8/2022 | Buy | 5800 | $0.86 | ($4,988.00) |
| 8/8/2022 | Buy | 100 | $0.86 | ($86.00) |
| 8/8/2022 | Buy | 100 | $0.86 | ($86.00) |
| 8/8/2022 | Buy | 800 | $0.86 | ($688.00) |
| 8/8/2022 | Buy | 100 | $0.86 | ($86.00) |
| 8/8/2022 | Buy | 100 | $0.86 | ($86.00) |
| 8/8/2022 | Buy | 100 | $0.86 | ($86.00) |
| 8/8/2022 | Buy | 600 | $0.86 | ($516.00) |
| 8/8/2022 | Buy | 200 | $0.86 | ($172.00) |
| 8/8/2022 | Buy | 300 | $0.86 | ($258.00) |
| 8/8/2022 | Buy | 300 | $0.86 | ($258.00) |
| 8/8/2022 | Buy | 200 | $0.86 | ($172.00) |
| 8/8/2022 | Buy | 50 | $0.86 | ($43.00) |
| 8/8/2022 | Buy | 100 | $0.86 | ($86.00) |
| 8/8/2022 | Buy | 1000 | $0.86 | ($860.00) |
| 8/17/2022 | Buy | 100 | $0.90 | ($90.00) |
| 8/17/2022 | Buy | 200 | $0.90 | ($180.00) |
| 8/17/2022 | Buy | 300 | $0.90 | ($270.00) |
| 8/17/2022 | Buy | 100 | $0.90 | ($90.00) |
| 8/17/2022 | Buy | 100 | $0.90 | ($90.00) |
| 8/17/2022 | Buy | 100 | $0.90 | ($90.00) |
| 8/17/2022 | Buy | 700 | $0.90 | ($630.00) |
| 8/17/2022 | Buy | 400 | $0.90 | ($360.00) |
| 8/17/2022 | Buy | 700 | $0.90 | ($633.50) |
| 8/17/2022 | Buy | 8000 | $0.90 | ($7,240.00) |
| 8/17/2022 | Buy | 100 | $0.90 | ($90.50) |
| 8/17/2022 | Buy | 600 | $0.90 | ($543.00) |
| 8/17/2022 | Buy | 600 | $0.90 | ($543.00) |
| 8/18/2022 | Buy | 200 | $0.84 | ($168.02) |
| 8/18/2022 | Buy | 300 | $0.84 | ($252.03) |
| 8/18/2022 | Buy | 600 | $0.84 | ($504.06) |
| 8/18/2022 | Buy | 10300 | $0.84 | ($8,653.03) |
| 8/18/2022 | Buy | 400 | $0.84 | ($336.04) |
| 8/18/2022 | Buy | 100 | $0.84 | ($84.01) |
| 8/18/2022 | Buy | 500 | $0.84 | ($420.05) |
| 8/18/2022 | Buy | 400 | $0.84 | ($336.04) |
| 9/12/2022 | Buy | 1110 | $0.68 | ($749.92) |
| 9/12/2022 | Buy | 800 | $0.68 | ($540.48) |
| 9/12/2022 | Buy | 600 | $0.68 | ($405.36) |

| | | | | |
|---|---|---|---|---|
| 9/12/2022 | Buy | 2100 | $0.68 | ($1,418.76) |
| 9/12/2022 | Buy | 2500 | $0.68 | ($1,689.00) |
| 9/12/2022 | Buy | 300 | $0.68 | ($202.68) |
| 9/12/2022 | Buy | 5000 | $0.68 | ($3,401.00) |
| 9/12/2022 | Buy | 5300 | $0.68 | ($3,605.06) |
| 9/20/2022 | Buy | 2481 | $0.52 | ($1,290.37) |
| 9/20/2022 | Buy | 1100 | $0.52 | ($572.11) |
| 9/20/2022 | Buy | 1200 | $0.52 | ($624.12) |
| 9/20/2022 | Buy | 2900 | $0.52 | ($1,508.29) |
| 9/28/2022 | Buy | 1491 | $0.40 | ($597.89) |
| 9/28/2022 | Buy | 1000 | $0.40 | ($401.00) |
| 9/28/2022 | Buy | 1042 | $0.40 | ($417.84) |
| 9/28/2022 | Buy | 200 | $0.40 | ($80.20) |
| 10/7/2022 | Buy | 1300 | $0.33 | ($433.29) |
| 10/7/2022 | Buy | 917 | $0.33 | ($305.64) |
| 10/7/2022 | Buy | 1100 | $0.33 | ($366.63) |
| 10/7/2022 | Buy | 1200 | $0.33 | ($399.96) |
| 10/11/2022 | Buy | 300 | $0.33 | ($99.03) |
| 10/11/2022 | Buy | 400 | $0.33 | ($132.04) |
| 10/11/2022 | Buy | 415 | $0.33 | ($136.99) |
| 10/11/2022 | Buy | 400 | $0.33 | ($132.04) |
| 10/18/2022 | Buy | 27 | $0.23 | ($6.21) |
| 10/18/2022 | Buy | 2007 | $0.23 | ($461.81) |
| 10/18/2022 | Buy | 2100 | $0.23 | ($483.21) |
| 10/18/2022 | Buy | 1400 | $0.23 | ($322.14) |
| 10/18/2022 | Buy | 973 | $0.23 | ($223.89) |
| 10/18/2022 | Buy | 1500 | $0.23 | ($345.15) |
| 10/18/2022 | Buy | 2300 | $0.23 | ($529.23) |
| 10/18/2022 | Buy | 627 | $0.23 | ($144.27) |
| 10/18/2022 | Buy | 1819 | $0.23 | ($418.55) |
| 10/18/2022 | Buy | 273 | $0.23 | ($62.82) |
| 10/21/2022 | Buy | 32 | $0.37 | ($11.84) |
| 11/18/2022 | Buy | 20 | $0.27 | ($5.43) |
| 11/18/2022 | Buy | 5633 | $0.27 | ($1,521.47) |
| 11/18/2022 | Buy | 5700 | $0.27 | ($1,539.57) |
| 11/21/2022 | Buy | 24 | $0.28 | ($6.65) |
| 11/21/2022 | Buy | 7000 | $0.28 | ($1,960.70) |
| 11/21/2022 | Buy | 5800 | $0.28 | ($1,624.58) |
| 11/21/2022 | Sell | 12000 | $0.30 | $3,586.35 |
| 11/22/2022 | Buy | 100 | $0.28 | ($27.80) |

| Date | Type | Shares | Price | Amount |
|---|---|---|---|---|
| 11/22/2022 | Buy | 100 | $0.28 | ($27.80) |
| 11/22/2022 | Buy | 1231 | $0.28 | ($342.22) |
| 11/22/2022 | Buy | 100 | $0.28 | ($27.80) |
| 11/22/2022 | Buy | 100 | $0.28 | ($27.80) |
| 11/22/2022 | Buy | 10585 | $0.28 | ($2,942.63) |
| 11/22/2022 | Buy | 300 | $0.28 | ($83.40) |
| 11/22/2022 | Buy | 100 | $0.28 | ($27.80) |
| 11/22/2022 | Buy | 300 | $0.28 | ($83.40) |
| 11/22/2022 | Buy | 600 | $0.28 | ($166.80) |
| 11/22/2022 | Buy | 1 | $0.28 | ($0.28) |
| 11/22/2022 | Sell | -3883 | $0.28 | $1,106.13 |
| 11/22/2022 | Sell | -2556 | $0.28 | $728.11 |
| 11/22/2022 | Sell | -500 | $0.28 | $142.43 |
| 11/22/2022 | Sell | -5000 | $0.28 | $1,424.31 |
| 11/22/2022 | Sell | -1252 | $0.28 | $356.66 |
| 12/7/2022 | Buy | 8182 | $0.20 | ($1,637.22) |
| 12/7/2022 | Buy | 700 | $0.20 | ($140.07) |
| 12/7/2022 | Buy | 500 | $0.20 | ($100.05) |
| 12/7/2022 | Buy | 100 | $0.20 | ($20.01) |
| 12/7/2022 | Buy | 700 | $0.20 | ($140.07) |
| 12/7/2022 | Buy | 100 | $0.20 | ($20.01) |
| 12/7/2022 | Buy | 100 | $0.20 | ($20.01) |
| 12/21/2022 | Buy | 34 | $0.28 | ($9.49) |
| 12/29/2022 | Buy | 152 | $0.23 | ($34.99) |
| 12/29/2022 | Buy | 1371 | $0.23 | ($315.60) |
| 1/4/2023 | Buy | 615 | $0.28 | ($172.26) |
| 1/4/2023 | Buy | 1740 | $0.28 | ($487.37) |
| 1/4/2023 | Buy | 305 | $0.28 | ($85.43) |
| 1/4/2023 | Buy | 2100 | $0.28 | ($588.21) |
| 1/4/2023 | Buy | 1900 | $0.28 | ($532.19) |
| 1/4/2023 | Buy | 480 | $0.28 | ($134.45) |
| 1/9/2023 | Buy | 2 | $0.41 | ($0.83) |
| 1/23/2023 | Sell | -698 | $0.27 | $190.17 |
| 1/23/2023 | Sell | -100 | $0.27 | $27.25 |
| 1/23/2023 | Sell | -100 | $0.27 | $27.26 |
| 1/23/2023 | Sell | -100 | $0.27 | $27.26 |
| 1/23/2023 | Sell | -800 | $0.27 | $217.96 |
| 1/23/2023 | Sell | -1000 | $0.27 | $272.55 |
| 1/23/2023 | Sell | -1600 | $0.27 | $436.09 |
| 1/23/2023 | Sell | -100 | $0.27 | $27.26 |

| | | | | |
|---|---|---|---|---|
| 1/23/2023 | Sell | -100 | $0.27 | $27.26 |
| 1/23/2023 | Sell | -100 | $0.27 | $27.26 |
| 1/23/2023 | Sell | -1000 | $0.27 | $272.55 |
| 1/23/2023 | Sell | -400 | $0.27 | $108.98 |
| 1/23/2023 | Sell | -2000 | $0.27 | $545.09 |
| 1/23/2023 | Sell | -100 | $0.27 | $27.27 |
| 1/23/2023 | Sell | -1700 | $0.27 | $463.51 |
| 1/23/2023 | Sell | -100 | $0.27 | $27.27 |
| 1/23/2023 | Sell | -1474 | $0.27 | $401.90 |
| 1/23/2023 | Sell | -100 | $0.27 | $27.26 |
| 1/23/2023 | Sell | -100 | $0.27 | $27.27 |
| 1/23/2023 | Sell | -100 | $0.27 | $27.27 |
| 1/23/2023 | Sell | -3800 | $0.27 | $1,036.06 |
| 1/23/2023 | Sell | -300 | $0.27 | $81.80 |
| 1/23/2023 | Sell | -300 | $0.27 | $81.80 |
| 1/23/2023 | Sell | -100 | $0.27 | $27.27 |
| 1/23/2023 | Sell | -2000 | $0.27 | $545.29 |
| 1/23/2023 | Sell | -2200 | $0.27 | $599.82 |
| 1/23/2023 | Sell | -4500 | $0.27 | $1,226.92 |
| 1/23/2023 | Sell | -3100 | $0.27 | $845.21 |
| 1/23/2023 | Sell | -600 | $0.27 | $163.59 |
| 1/23/2023 | Sell | -328 | $0.27 | $89.43 |
| 1/23/2023 | Sell | -600 | $0.27 | $163.59 |
| 1/23/2023 | Sell | -200 | $0.27 | $54.53 |
| 1/23/2023 | Sell | -100 | $0.27 | $27.27 |
| 1/23/2023 | Sell | -100 | $0.27 | $27.27 |
| 1/24/2023 | Buy | 30281 | $0.27 | ($8,178.90) |
| 2/2/2023 | Buy | 26738 | $0.34 | ($9,093.59) |
| 2/2/2023 | Buy | 1900 | $0.34 | ($646.19) |
| 2/2/2023 | Buy | 2300 | $0.34 | ($782.23) |
| 2/2/2023 | Buy | 2300 | $0.34 | ($782.23) |
| 2/2/2023 | Buy | 100 | $0.34 | ($34.01) |
| 2/2/2023 | Sell | -7300 | $0.34 | $2,517.38 |
| 2/2/2023 | Sell | -9500 | $0.34 | $3,276.04 |
| 2/2/2023 | Sell | -100 | $0.34 | $34.49 |
| 2/2/2023 | Sell | -1100 | $0.34 | $379.34 |
| 2/2/2023 | Sell | -900 | $0.34 | $310.37 |
| 2/2/2023 | Sell | -1000 | $0.34 | $344.85 |
| 2/2/2023 | Sell | -2200 | $0.34 | $758.66 |
| 2/2/2023 | Sell | -79 | $0.34 | $27.25 |

| 2/2/2023 | Sell | -8500 | $0.34 | $2,931.20 |
|---|---|---|---|---|
| 2/2/2023 | Sell | -2200 | $0.34 | $758.66 |
| 2/21/2023 | Sell | -33333 | $0.30 | $10,124.83 |
| 2/23/2023 | Buy | 10000 | $0.27 | ($2,701.00) |
| 2/23/2023 | Buy | 23287 | $0.27 | ($6,289.82) |
| 2/23/2023 | Buy | 8000 | $0.27 | ($2,160.80) |
| 3/2/2023 | Buy | 22200 | $0.23 | ($5,154.84) |
| 3/2/2023 | Buy | 19540 | $0.23 | ($4,537.19) |
| 3/2/2023 | Sell | -21792 | $0.24 | $5,117.91 |
| 3/2/2023 | Sell | -19500 | $0.24 | $4,579.63 |
| 3/23/2023 | Buy | 4713 | $0.14 | ($648.98) |
| 3/23/2023 | Buy | 9865 | $0.14 | ($1,358.41) |
| 3/23/2023 | Buy | 7209 | $0.14 | ($992.68) |
| 3/24/2023 | Buy | 1000 | $0.13 | ($132.10) |
| 3/24/2023 | Buy | 900 | $0.13 | ($118.89) |
| 3/24/2023 | Buy | 30633 | $0.13 | ($4,046.62) |
| 3/24/2023 | Buy | 100 | $0.13 | ($13.21) |
| 3/24/2023 | Buy | 100 | $0.13 | ($13.21) |
| 3/24/2023 | Buy | 200 | $0.13 | ($26.42) |
| 3/24/2023 | Buy | 200 | $0.13 | ($26.42) |
| 3/24/2023 | Buy | 900 | $0.13 | ($118.89) |
| 3/24/2023 | Buy | 2400 | $0.13 | ($317.04) |
| 3/24/2023 | Buy | 100 | $0.13 | ($13.21) |
| 3/24/2023 | Buy | 1600 | $0.13 | ($211.36) |
| 3/24/2023 | Buy | 100 | $0.13 | ($13.21) |
| 4/24/2023 | Buy | 11099 | $0.09 | ($1,000.02) |
| 4/24/2023 | Buy | 18512 | $0.09 | ($1,610.54) |
| 4/24/2023 | Buy | 9800 | $0.09 | ($852.60) |
| 4/24/2023 | Buy | 1111 | $0.09 | ($96.66) |
| 4/24/2023 | Buy | 1195 | $0.09 | ($103.97) |
| 4/24/2023 | Buy | 5643 | $0.09 | ($496.58) |
| 4/24/2023 | Sell | -7403.752 | $0.09 | $663.78 |
| 4/26/2023 | Buy | 19026 | $0.11 | ($2,009.15) |
| 4/26/2023 | Buy | 19800 | $0.11 | ($2,090.88) |
| 8/25/2023 | Buy | 1000 | $0.41 | ($413.90) |
| 10/31/2023 | Sell | -800 | $0.31 | $244.76 |
| 11/9/2023 | Buy | 923 | $0.28 | ($257.98) |
| 12/19/2023 | Sell | -0.075737 | $0.14 | $0.01 |
| 12/19/2023 | Sell | -42 | $0.14 | $5.92 |

| Total Bought | Total Sold | Total Loss |
|---|---|---|
| ($249,732.37) | $123,162.92 | ($126,569.45) |

Loss is not adjusted for reverse-splits or net average value in the past 90 days