# EXHIBIT D

Docusign Envelope ID: 8F39A7F2-8220-4B71-A8F5-6367D49D09F5

## CERTIFICATE

I, **Cayden Crume**, hereby certify as follows:

1.      I have reviewed the complaint and authorized its filing.

2.      I did not engage in transactions in securities which are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      I have made the following transactions of Mullen Automotive, Inc [NASDAQ CM: MULN] securities which include buying a total of 505,820 shares are the subject of this action and shown in Exhibit A attached to this certificate.

5.      I have not, within the three years preceding the date of the certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

6.      I will not accept any payment for serving as representative on behalf of a class beyond my pro rata share of any recovery, except reimbursement of such reasonable costs and expenses as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this ___3/12/2025_____

Signed by:

E42383B2036E4C3...

By: Cayden Crume

Docusign Envelope ID: 8F39A7F2-8220-4D71-A8F5-6367D49D09F5

# EXHIBIT A

Docusign Envelope ID: 8F39A7F2-8220-4D71-A8F5-6367D49D09F5

| MULN Shares | Settle Date | Trans Code | Price Per Share | Amount |
|---|---|---|---|---|
| 1000 | 3/24/2022 | Buy | $2.88 | ($2,880.00) |
| 100 | 3/24/2022 | Buy | $2.96 | ($296.00) |
| 100 | 3/24/2022 | Buy | $2.96 | ($296.00) |
| 300 | 3/24/2022 | Buy | $2.96 | ($888.00) |
| 200 | 3/24/2022 | Buy | $2.96 | ($592.00) |
| 300 | 3/24/2022 | Buy | $2.96 | ($888.00) |
| 1000 | 3/24/2022 | Buy | $2.84 | ($2,836.30) |
| 275 | 3/24/2022 | Buy | $2.91 | ($800.25) |
| 233 | 3/24/2022 | Buy | $2.91 | ($678.03) |
| 392 | 3/24/2022 | Buy | $2.91 | ($1,140.72) |
| 100 | 3/24/2022 | Buy | $2.91 | ($291.00) |
| 550 | 3/24/2022 | Buy | $2.99 | ($1,644.50) |
| 450 | 3/24/2022 | Buy | $2.99 | ($1,345.50) |
| 1000 | 3/24/2022 | Buy | $3.00 | ($3,000.00) |
| 900 | 3/25/2022 | Buy | $3.08 | ($2,772.00) |
| 500 | 3/25/2022 | Buy | $3.08 | ($1,540.00) |
| 600 | 3/25/2022 | Buy | $3.08 | ($1,848.00) |
| 1500 | 3/28/2022 | Buy | $2.96 | ($4,440.00) |
| 300 | 3/29/2022 | Buy | $2.47 | ($741.00) |
| 400 | 3/29/2022 | Buy | $2.47 | ($988.00) |
| 100 | 3/29/2022 | Buy | $2.47 | ($247.00) |
| 500 | 3/29/2022 | Buy | $2.46 | ($1,230.00) |
| 600 | 3/29/2022 | Buy | $2.46 | ($1,476.00) |
| 300 | 3/29/2022 | Buy | $2.46 | ($738.00) |
| 110 | 3/29/2022 | Buy | $2.46 | ($270.60) |
| 190 | 3/29/2022 | Buy | $2.46 | ($467.40) |
| 300 | 3/29/2022 | Buy | $2.46 | ($738.00) |
| 100 | 3/29/2022 | Buy | $2.62 | ($262.00) |
| 400 | 3/29/2022 | Buy | $2.62 | ($1,048.00) |
| 200 | 3/29/2022 | Buy | $2.62 | ($524.00) |
| 300 | 3/29/2022 | Buy | $2.62 | ($786.00) |
| 200 | 3/29/2022 | Buy | $2.72 | ($544.00) |
| 500 | 3/29/2022 | Buy | $2.72 | ($1,360.00) |
| 200 | 3/29/2022 | Buy | $2.72 | ($544.00) |
| 80 | 3/29/2022 | Buy | $2.72 | ($217.60) |
| 20 | 3/29/2022 | Buy | $2.72 | ($54.40) |
| 400 | 3/29/2022 | Buy | $2.75 | ($1,100.00) |
| 200 | 3/29/2022 | Buy | $2.75 | ($550.00) |
| 300 | 3/29/2022 | Buy | $2.75 | ($825.00) |
| 600 | 3/29/2022 | Buy | $2.75 | ($1,650.00) |
| 400 | 3/29/2022 | Buy | $2.82 | ($1,128.00) |
| 100 | 3/29/2022 | Buy | $2.82 | ($282.00) |
| 200 | 3/29/2022 | Buy | $2.82 | ($564.00) |
| 300 | 3/29/2022 | Buy | $2.82 | ($846.00) |
| 1000 | 3/29/2022 | Buy | $2.77 | ($2,767.00) |
| 500 | 4/7/2022 | Buy | $2.67 | ($1,335.00) |
| 500 | 4/7/2022 | Buy | $2.67 | ($1,335.00) |
| 200 | 4/7/2022 | Buy | $2.68 | ($536.00) |
| 1200 | 4/7/2022 | Buy | $2.68 | ($3,216.00) |
| 1000 | 4/7/2022 | Buy | $2.68 | ($2,680.00) |
| 500 | 4/7/2022 | Buy | $2.68 | ($1,340.00) |
| 300 | 4/7/2022 | Buy | $2.68 | ($804.00) |

Docusign Envelope ID: 8F39A7F2-8220-4D71-A8F5-6367D49D09F5

| 300 | 4/7/2022 | Buy | $2.68 | ($804.00) |
|---|---|---|---|---|
| 1500 | 4/7/2022 | Buy | $2.68 | ($4,020.00) |
| 0.054794 | 4/8/2022 | Buy | $2.56 | ($0.14) |
| 672.86758 | 4/8/2022 | Buy | $2.56 | ($1,722.07) |
| 356 | 4/22/2022 | Buy | $1.68 | ($598.08) |
| 500 | 4/22/2022 | Buy | $1.68 | ($840.00) |
| 144 | 4/22/2022 | Buy | $1.68 | ($241.92) |
| 500 | 4/22/2022 | Buy | $1.68 | ($840.00) |
| 3 | 4/25/2022 | Buy | $1.64 | ($4.91) |
| 0.730886 | 4/25/2022 | Buy | $1.64 | ($1.19) |
| 2520 | 4/25/2022 | Buy | $1.64 | ($4,132.80) |
| 2450 | 4/25/2022 | Buy | $1.65 | ($4,042.50) |
| 1000 | 4/25/2022 | Buy | $1.65 | ($1,650.00) |
| 400 | 4/25/2022 | Buy | $1.66 | ($662.00) |
| 300 | 4/25/2022 | Buy | $1.66 | ($496.50) |
| 1300 | 4/25/2022 | Buy | $1.66 | ($2,151.50) |
| 61 | 5/5/2022 | Buy | $1.30 | ($79.61) |
| 97 | 5/9/2022 | Buy | $1.35 | ($130.95) |
| 3 | 5/9/2022 | Buy | $1.35 | ($4.05) |
| 199 | 5/9/2022 | Buy | $1.35 | ($268.65) |
| 1 | 5/9/2022 | Buy | $1.35 | ($1.35) |
| 129 | 5/9/2022 | Buy | $1.35 | ($174.15) |
| 2 | 5/9/2022 | Buy | $1.35 | ($2.70) |
| 83 | 5/9/2022 | Buy | $1.35 | ($112.05) |
| 2 | 5/9/2022 | Buy | $1.35 | ($2.70) |
| 200 | 5/9/2022 | Buy | $1.35 | ($270.00) |
| 9 | 5/9/2022 | Buy | $1.35 | ($12.15) |
| 1800 | 5/9/2022 | Buy | $1.39 | ($2,502.00) |
| 2200 | 5/9/2022 | Buy | $1.39 | ($3,058.00) |
| 700 | 5/9/2022 | Buy | $1.39 | ($973.00) |
| 2400 | 5/9/2022 | Buy | $1.39 | ($3,336.00) |
| 100 | 5/9/2022 | Buy | $1.39 | ($139.00) |
| 200 | 5/9/2022 | Buy | $1.39 | ($278.00) |
| 200 | 5/9/2022 | Buy | $1.39 | ($278.00) |
| 100 | 5/9/2022 | Buy | $1.39 | ($139.00) |
| 200 | 5/9/2022 | Buy | $1.39 | ($278.00) |
| 100 | 5/9/2022 | Buy | $1.39 | ($139.00) |
| 100 | 5/10/2022 | Buy | $1.23 | ($123.00) |
| 171 | 5/10/2022 | Buy | $1.23 | ($210.33) |
| 290 | 5/12/2022 | Buy | $0.94 | ($273.24) |
| 400 | 5/16/2022 | Buy | $0.85 | ($340.00) |
| 200 | 5/16/2022 | Buy | $0.85 | ($170.00) |
| 300 | 5/16/2022 | Buy | $0.85 | ($255.00) |
| 100 | 5/16/2022 | Buy | $0.85 | ($85.00) |
| 400 | 5/16/2022 | Buy | $0.86 | ($344.00) |
| 500 | 5/16/2022 | Buy | $0.86 | ($430.00) |
| 100 | 5/16/2022 | Buy | $0.86 | ($86.00) |
| 1 | 5/17/2022 | Buy | $1.04 | ($1.05) |
| 2500 | 5/17/2022 | Buy | $1.00 | ($2,500.00) |
| 600 | 5/17/2022 | Buy | $1.04 | ($624.00) |
| 40 | 5/18/2022 | Buy | $1.13 | ($45.20) |
| 132 | 5/20/2022 | Buy | $1.04 | ($137.28) |
| 102 | 5/23/2022 | Buy | $1.06 | ($108.12) |
| 1500 | 5/23/2022 | Buy | $1.06 | ($1,590.00) |

Docusign Envelope ID: 8F39A7F2-8220-4D71-A8F5-6367D49D09F5

| 1793 | 5/23/2022 | Buy | $1.06 | ($1,900.58) |
| 66 | 5/23/2022 | Buy | $1.06 | ($69.96) |
| 534 | 5/23/2022 | Buy | $1.06 | ($566.04) |
| 1200 | 5/23/2022 | Buy | $1.06 | ($1,272.00) |
| 5000 | 5/23/2022 | Buy | $1.04 | ($5,200.00) |
| 2203 | 5/23/2022 | Buy | $1.00 | ($2,203.00) |
| 300 | 5/23/2022 | Buy | $1.00 | ($300.00) |
| 300 | 5/23/2022 | Buy | $1.00 | ($300.00) |
| 97 | 5/23/2022 | Buy | $1.00 | ($97.00) |
| 2299 | 5/23/2022 | Buy | $1.00 | ($2,299.00) |
| 0.133004 | 5/25/2022 | Buy | $1.02 | ($0.13) |
| 66.879732 | 5/25/2022 | Buy | $1.02 | ($68.01) |
| 325 | 5/25/2022 | Buy | $1.03 | ($334.75) |
| 475 | 5/25/2022 | Buy | $1.03 | ($489.25) |
| 1500 | 5/25/2022 | Buy | $1.06 | ($1,590.00) |
| 1111 | 5/25/2022 | Buy | $1.07 | ($1,188.77) |
| 1000 | 5/31/2022 | Buy | $1.01 | ($1,010.00) |
| 500 | 5/31/2022 | Buy | $1.01 | ($505.00) |
| 800 | 5/31/2022 | Buy | $1.01 | ($808.00) |
| 1300 | 5/31/2022 | Buy | $1.01 | ($1,313.00) |
| 217 | 7/5/2022 | Buy | $1.01 | ($219.17) |
| 100 | 8/8/2022 | Buy | $0.86 | ($86.00) |
| 50 | 8/8/2022 | Buy | $0.86 | ($43.00) |
| 5800 | 8/8/2022 | Buy | $0.86 | ($4,988.00) |
| 100 | 8/8/2022 | Buy | $0.86 | ($86.00) |
| 100 | 8/8/2022 | Buy | $0.86 | ($86.00) |
| 800 | 8/8/2022 | Buy | $0.86 | ($688.00) |
| 100 | 8/8/2022 | Buy | $0.86 | ($86.00) |
| 100 | 8/8/2022 | Buy | $0.86 | ($86.00) |
| 100 | 8/8/2022 | Buy | $0.86 | ($86.00) |
| 600 | 8/8/2022 | Buy | $0.86 | ($516.00) |
| 200 | 8/8/2022 | Buy | $0.86 | ($172.00) |
| 300 | 8/8/2022 | Buy | $0.86 | ($258.00) |
| 300 | 8/8/2022 | Buy | $0.86 | ($258.00) |
| 200 | 8/8/2022 | Buy | $0.86 | ($172.00) |
| 50 | 8/8/2022 | Buy | $0.86 | ($43.00) |
| 100 | 8/8/2022 | Buy | $0.86 | ($86.00) |
| 1000 | 8/8/2022 | Buy | $0.86 | ($860.00) |
| 100 | 8/17/2022 | Buy | $0.90 | ($90.00) |
| 200 | 8/17/2022 | Buy | $0.90 | ($180.00) |
| 300 | 8/17/2022 | Buy | $0.90 | ($270.00) |
| 100 | 8/17/2022 | Buy | $0.90 | ($90.00) |
| 100 | 8/17/2022 | Buy | $0.90 | ($90.00) |
| 100 | 8/17/2022 | Buy | $0.90 | ($90.00) |
| 700 | 8/17/2022 | Buy | $0.90 | ($630.00) |
| 400 | 8/17/2022 | Buy | $0.90 | ($360.00) |
| 700 | 8/17/2022 | Buy | $0.90 | ($633.50) |
| 8000 | 8/17/2022 | Buy | $0.90 | ($7,240.00) |
| 100 | 8/17/2022 | Buy | $0.90 | ($90.50) |
| 600 | 8/17/2022 | Buy | $0.90 | ($543.00) |
| 600 | 8/17/2022 | Buy | $0.90 | ($543.00) |
| 200 | 8/18/2022 | Buy | $0.84 | ($168.02) |
| 300 | 8/18/2022 | Buy | $0.84 | ($252.03) |
| 600 | 8/18/2022 | Buy | $0.84 | ($504.06) |

Docusign Envelope ID: 8F39A7F2-8220-4D71-A8F5-6367D49D09F5

| 10300 | 8/18/2022 | Buy | $0.84 | ($8,653.03) |
|---|---|---|---|---|
| 400 | 8/18/2022 | Buy | $0.84 | ($336.04) |
| 100 | 8/18/2022 | Buy | $0.84 | ($84.01) |
| 500 | 8/18/2022 | Buy | $0.84 | ($420.05) |
| 400 | 8/18/2022 | Buy | $0.84 | ($336.04) |
| 1110 | 9/12/2022 | Buy | $0.68 | ($749.92) |
| 800 | 9/12/2022 | Buy | $0.68 | ($540.48) |
| 600 | 9/12/2022 | Buy | $0.68 | ($405.36) |
| 2100 | 9/12/2022 | Buy | $0.68 | ($1,418.76) |
| 2500 | 9/12/2022 | Buy | $0.68 | ($1,689.00) |
| 300 | 9/12/2022 | Buy | $0.68 | ($202.68) |
| 5000 | 9/12/2022 | Buy | $0.68 | ($3,401.00) |
| 5300 | 9/12/2022 | Buy | $0.68 | ($3,605.06) |
| 2481 | 9/20/2022 | Buy | $0.52 | ($1,290.37) |
| 1100 | 9/20/2022 | Buy | $0.52 | ($572.11) |
| 1200 | 9/20/2022 | Buy | $0.52 | ($624.12) |
| 2900 | 9/20/2022 | Buy | $0.52 | ($1,508.29) |
| 1491 | 9/28/2022 | Buy | $0.40 | ($597.89) |
| 1000 | 9/28/2022 | Buy | $0.40 | ($401.00) |
| 1042 | 9/28/2022 | Buy | $0.40 | ($417.84) |
| 200 | 9/28/2022 | Buy | $0.40 | ($80.20) |
| 1300 | 10/7/2022 | Buy | $0.33 | ($433.29) |
| 917 | 10/7/2022 | Buy | $0.33 | ($305.64) |
| 1100 | 10/7/2022 | Buy | $0.33 | ($366.63) |
| 1200 | 10/7/2022 | Buy | $0.33 | ($399.96) |
| 300 | 10/11/2022 | Buy | $0.33 | ($99.03) |
| 400 | 10/11/2022 | Buy | $0.33 | ($132.04) |
| 415 | 10/11/2022 | Buy | $0.33 | ($136.99) |
| 400 | 10/11/2022 | Buy | $0.33 | ($132.04) |
| 27 | 10/18/2022 | Buy | $0.23 | ($6.21) |
| 2007 | 10/18/2022 | Buy | $0.23 | ($461.81) |
| 2100 | 10/18/2022 | Buy | $0.23 | ($483.21) |
| 1400 | 10/18/2022 | Buy | $0.23 | ($322.14) |
| 973 | 10/18/2022 | Buy | $0.23 | ($223.89) |
| 1500 | 10/18/2022 | Buy | $0.23 | ($345.15) |
| 2300 | 10/18/2022 | Buy | $0.23 | ($529.23) |
| 627 | 10/18/2022 | Buy | $0.23 | ($144.27) |
| 1819 | 10/18/2022 | Buy | $0.23 | ($418.55) |
| 273 | 10/18/2022 | Buy | $0.23 | ($62.82) |
| 32 | 10/21/2022 | Buy | $0.37 | ($11.84) |
| 20 | 11/18/2022 | Buy | $0.27 | ($5.43) |
| 5633 | 11/18/2022 | Buy | $0.27 | ($1,521.47) |
| 5700 | 11/18/2022 | Buy | $0.27 | ($1,539.57) |
| 24 | 11/21/2022 | Buy | $0.28 | ($6.65) |
| 7000 | 11/21/2022 | Buy | $0.28 | ($1,960.70) |
| 5800 | 11/21/2022 | Buy | $0.28 | ($1,624.58) |
| 100 | 11/22/2022 | Buy | $0.28 | ($27.80) |
| 100 | 11/22/2022 | Buy | $0.28 | ($27.80) |
| 1231 | 11/22/2022 | Buy | $0.28 | ($342.22) |
| 100 | 11/22/2022 | Buy | $0.28 | ($27.80) |
| 100 | 11/22/2022 | Buy | $0.28 | ($27.80) |
| 10585 | 11/22/2022 | Buy | $0.28 | ($2,942.63) |
| 300 | 11/22/2022 | Buy | $0.28 | ($83.40) |
| 100 | 11/22/2022 | Buy | $0.28 | ($27.80) |

Page **6** of **10**

Docusign Envelope ID: 8F39A7F2-8220-4D71-A8F5-6367D49D09F5

| | | | | |
|---|---|---|---|---|
| 300 | 11/22/2022 | Buy | $0.28 | ($83.40) |
| 600 | 11/22/2022 | Buy | $0.28 | ($166.80) |
| 1 | 11/22/2022 | Buy | $0.28 | ($0.28) |
| 8182 | 12/7/2022 | Buy | $0.20 | ($1,637.22) |
| 700 | 12/7/2022 | Buy | $0.20 | ($140.07) |
| 500 | 12/7/2022 | Buy | $0.20 | ($100.05) |
| 100 | 12/7/2022 | Buy | $0.20 | ($20.01) |
| 700 | 12/7/2022 | Buy | $0.20 | ($140.07) |
| 100 | 12/7/2022 | Buy | $0.20 | ($20.01) |
| 100 | 12/7/2022 | Buy | $0.20 | ($20.01) |
| 34 | 12/21/2022 | Buy | $0.28 | ($9.49) |
| 152 | 12/29/2022 | Buy | $0.23 | ($34.99) |
| 1371 | 12/29/2022 | Buy | $0.23 | ($315.60) |
| 615 | 1/4/2023 | Buy | $0.28 | ($172.26) |
| 1740 | 1/4/2023 | Buy | $0.28 | ($487.37) |
| 305 | 1/4/2023 | Buy | $0.28 | ($85.43) |
| 2100 | 1/4/2023 | Buy | $0.28 | ($588.21) |
| 1900 | 1/4/2023 | Buy | $0.28 | ($532.19) |
| 480 | 1/4/2023 | Buy | $0.28 | ($134.45) |
| 2 | 1/9/2023 | Buy | $0.41 | ($0.83) |
| 30281 | 1/24/2023 | Buy | $0.27 | ($8,178.90) |
| 26738 | 2/2/2023 | Buy | $0.34 | ($9,093.59) |
| 1900 | 2/2/2023 | Buy | $0.34 | ($646.19) |
| 2300 | 2/2/2023 | Buy | $0.34 | ($782.23) |
| 2300 | 2/2/2023 | Buy | $0.34 | ($782.23) |
| 100 | 2/2/2023 | Buy | $0.34 | ($34.01) |
| 10000 | 2/23/2023 | Buy | $0.27 | ($2,701.00) |
| 23287 | 2/23/2023 | Buy | $0.27 | ($6,289.82) |
| 8000 | 2/23/2023 | Buy | $0.27 | ($2,160.80) |
| 22200 | 3/2/2023 | Buy | $0.23 | ($5,154.84) |
| 19540 | 3/2/2023 | Buy | $0.23 | ($4,537.19) |
| 4713 | 3/23/2023 | Buy | $0.14 | ($648.98) |
| 9865 | 3/23/2023 | Buy | $0.14 | ($1,358.41) |
| 7209 | 3/23/2023 | Buy | $0.14 | ($992.68) |
| 1000 | 3/24/2023 | Buy | $0.13 | ($132.10) |
| 900 | 3/24/2023 | Buy | $0.13 | ($118.89) |
| 30633 | 3/24/2023 | Buy | $0.13 | ($4,046.62) |
| 100 | 3/24/2023 | Buy | $0.13 | ($13.21) |
| 100 | 3/24/2023 | Buy | $0.13 | ($13.21) |
| 200 | 3/24/2023 | Buy | $0.13 | ($26.42) |
| 200 | 3/24/2023 | Buy | $0.13 | ($26.42) |
| 900 | 3/24/2023 | Buy | $0.13 | ($118.89) |
| 2400 | 3/24/2023 | Buy | $0.13 | ($317.04) |
| 100 | 3/24/2023 | Buy | $0.13 | ($13.21) |
| 1600 | 3/24/2023 | Buy | $0.13 | ($211.36) |
| 100 | 3/24/2023 | Buy | $0.13 | ($13.21) |
| 11099 | 4/24/2023 | Buy | $0.09 | ($1,000.02) |
| 18512 | 4/24/2023 | Buy | $0.09 | ($1,610.54) |
| 9800 | 4/24/2023 | Buy | $0.09 | ($852.60) |
| 1111 | 4/24/2023 | Buy | $0.09 | ($96.66) |
| 1195 | 4/24/2023 | Buy | $0.09 | ($103.97) |
| 5643 | 4/24/2023 | Buy | $0.09 | ($496.58) |
| 19026 | 4/26/2023 | Buy | $0.11 | ($2,009.15) |
| 19800 | 4/26/2023 | Buy | $0.11 | ($2,090.88) |

Docusign Envelope ID: 8F39A7F2-8220-4D71-A8F5-6367D49D09F5

| 1000 | 8/25/2023 | Buy | $0.41 | ($413.90) |
| 923 | 11/9/2023 | Buy | $0.28 | ($257.98) |
| 6000 | 3/24/2022 | Sell | $3.10 | $18,599.19 |
| 400 | 3/25/2022 | Sell | $3.23 | $1,291.94 |
| 700 | 3/25/2022 | Sell | $3.23 | $2,260.90 |
| 600 | 3/25/2022 | Sell | $3.23 | $1,937.92 |
| 200 | 3/25/2022 | Sell | $3.23 | $645.97 |
| 100 | 3/25/2022 | Sell | $3.23 | $322.99 |
| 3 | 4/20/2022 | Sell | $2.18 | $6.54 |
| 1000 | 4/25/2022 | Sell | $1.66 | $1,659.86 |
| 150 | 5/5/2022 | Sell | $1.32 | $197.98 |
| 200 | 5/5/2022 | Sell | $1.32 | $263.97 |
| 181 | 5/9/2022 | Sell | $1.32 | $238.90 |
| 2000 | 5/9/2022 | Sell | $1.32 | $2,639.72 |
| 7 | 5/9/2022 | Sell | $1.32 | $9.24 |
| 400 | 5/9/2022 | Sell | $1.32 | $527.94 |
| 600 | 5/9/2022 | Sell | $1.32 | $791.91 |
| 212 | 5/9/2022 | Sell | $1.32 | $279.81 |
| 1600 | 5/9/2022 | Sell | $1.32 | $2,111.77 |
| 4654 | 5/9/2022 | Sell | $1.28 | $5,956.47 |
| 396 | 5/10/2022 | Sell | $1.20 | $475.15 |
| 350 | 5/13/2022 | Sell | $0.81 | $283.10 |
| 60 | 5/13/2022 | Sell | $0.86 | $51.59 |
| 600 | 5/16/2022 | Sell | $0.81 | $487.12 |
| 800 | 5/16/2022 | Sell | $0.81 | $649.49 |
| 900 | 5/16/2022 | Sell | $0.81 | $730.67 |
| 1180 | 5/16/2022 | Sell | $0.81 | $958.00 |
| 101 | 5/18/2022 | Sell | $1.14 | $115.28 |
| 60 | 5/19/2022 | Sell | $1.14 | $68.39 |
| 798 | 5/23/2022 | Sell | $1.03 | $821.82 |
| 400 | 5/23/2022 | Sell | $1.03 | $411.95 |
| 400 | 5/23/2022 | Sell | $1.03 | $411.95 |
| 3402 | 5/23/2022 | Sell | $1.03 | $3,503.53 |
| 100 | 5/23/2022 | Sell | $1.08 | $107.99 |
| 1300 | 5/23/2022 | Sell | $1.08 | $1,403.79 |
| 400 | 5/23/2022 | Sell | $1.08 | $431.95 |
| 1800 | 5/23/2022 | Sell | $1.08 | $1,943.72 |
| 1400 | 5/23/2022 | Sell | $1.08 | $1,511.78 |
| 100 | 5/23/2022 | Sell | $1.08 | $107.99 |
| 5000 | 5/23/2022 | Sell | $1.04 | $5,199.23 |
| 5000 | 5/23/2022 | Sell | $1.04 | $5,199.23 |
| 350 | 5/27/2022 | Sell | $1.02 | $357.20 |
| 1034 | 5/31/2022 | Sell | $1.04 | $1,075.20 |
| 600 | 5/31/2022 | Sell | $1.04 | $623.90 |
| 600 | 5/31/2022 | Sell | $1.04 | $623.90 |
| 1000 | 5/31/2022 | Sell | $1.04 | $1,039.84 |
| 300 | 5/31/2022 | Sell | $1.04 | $311.96 |
| 500 | 6/1/2022 | Sell | $0.98 | $489.43 |
| 100 | 6/2/2022 | Sell | $1.34 | $134.06 |
| 50 | 6/3/2022 | Sell | $1.48 | $74.25 |
| 100 | 6/6/2022 | Sell | $1.28 | $127.99 |
| 58 | 6/6/2022 | Sell | $1.28 | $74.23 |
| 400 | 6/7/2022 | Sell | $1.26 | $503.93 |
| 632 | 6/7/2022 | Sell | $1.26 | $799.38 |

| | | | | |
|---|---|---|---|---|
| 159 | 6/7/2022 | Sell | $1.25 | $198.84 |
| 0.362549 | 6/7/2022 | Sell | $1.26 | $0.45 |
| 0.551691 | 6/7/2022 | Sell | $1.25 | $0.69 |
| 100 | 6/8/2022 | Sell | $1.47 | $146.99 |
| 50 | 6/9/2022 | Sell | $1.30 | $65.00 |
| 100 | 6/10/2022 | Sell | $1.35 | $134.99 |
| 150 | 6/10/2022 | Sell | $1.35 | $202.48 |
| 200 | 6/10/2022 | Sell | $1.35 | $269.97 |
| 100 | 6/10/2022 | Sell | $1.35 | $134.99 |
| 29 | 6/10/2022 | Sell | $1.35 | $39.15 |
| 100 | 6/10/2022 | Sell | $1.35 | $134.99 |
| 271 | 6/10/2022 | Sell | $1.35 | $365.81 |
| 500 | 6/10/2022 | Sell | $1.35 | $674.91 |
| 217 | 7/19/2022 | Sell | $1.08 | $234.33 |
| 100 | 7/19/2022 | Sell | $1.09 | $108.99 |
| 200 | 7/19/2022 | Sell | $1.09 | $217.97 |
| 400 | 7/19/2022 | Sell | $1.09 | $435.95 |
| 300 | 7/19/2022 | Sell | $1.09 | $326.96 |
| 1000 | 7/27/2022 | Sell | $1.02 | $1,019.84 |
| 12000 | 11/21/2022 | Sell | $0.30 | $3,586.35 |
| 3883 | 11/22/2022 | Sell | $0.28 | $1,106.13 |
| 2556 | 11/22/2022 | Sell | $0.28 | $728.11 |
| 500 | 11/22/2022 | Sell | $0.28 | $142.43 |
| 5000 | 11/22/2022 | Sell | $0.28 | $1,424.31 |
| 1252 | 11/22/2022 | Sell | $0.28 | $356.66 |
| 698 | 1/23/2023 | Sell | $0.27 | $190.17 |
| 100 | 1/23/2023 | Sell | $0.27 | $27.25 |
| 100 | 1/23/2023 | Sell | $0.27 | $27.26 |
| 100 | 1/23/2023 | Sell | $0.27 | $27.26 |
| 800 | 1/23/2023 | Sell | $0.27 | $217.96 |
| 1000 | 1/23/2023 | Sell | $0.27 | $272.55 |
| 1600 | 1/23/2023 | Sell | $0.27 | $436.09 |
| 100 | 1/23/2023 | Sell | $0.27 | $27.26 |
| 100 | 1/23/2023 | Sell | $0.27 | $27.26 |
| 100 | 1/23/2023 | Sell | $0.27 | $27.26 |
| 1000 | 1/23/2023 | Sell | $0.27 | $272.55 |
| 400 | 1/23/2023 | Sell | $0.27 | $108.98 |
| 2000 | 1/23/2023 | Sell | $0.27 | $545.09 |
| 100 | 1/23/2023 | Sell | $0.27 | $27.27 |
| 1700 | 1/23/2023 | Sell | $0.27 | $463.51 |
| 100 | 1/23/2023 | Sell | $0.27 | $27.27 |
| 1474 | 1/23/2023 | Sell | $0.27 | $401.90 |
| 100 | 1/23/2023 | Sell | $0.27 | $27.26 |
| 100 | 1/23/2023 | Sell | $0.27 | $27.27 |
| 100 | 1/23/2023 | Sell | $0.27 | $27.27 |
| 3800 | 1/23/2023 | Sell | $0.27 | $1,036.06 |
| 300 | 1/23/2023 | Sell | $0.27 | $81.80 |
| 300 | 1/23/2023 | Sell | $0.27 | $81.80 |
| 100 | 1/23/2023 | Sell | $0.27 | $27.27 |
| 2000 | 1/23/2023 | Sell | $0.27 | $545.29 |
| 2200 | 1/23/2023 | Sell | $0.27 | $599.82 |
| 4500 | 1/23/2023 | Sell | $0.27 | $1,226.92 |
| 3100 | 1/23/2023 | Sell | $0.27 | $845.21 |
| 600 | 1/23/2023 | Sell | $0.27 | $163.59 |

Docusign Envelope ID: 8F29A7F2-8230-4D71-A8F5-6367D19D09F5

| 328 | 1/23/2023 | Sell | $0.27 | $89.43 |
|---|---|---|---|---|
| 600 | 1/23/2023 | Sell | $0.27 | $163.59 |
| 200 | 1/23/2023 | Sell | $0.27 | $54.53 |
| 100 | 1/23/2023 | Sell | $0.27 | $27.27 |
| 100 | 1/23/2023 | Sell | $0.27 | $27.27 |
| 7300 | 2/2/2023 | Sell | $0.34 | $2,517.38 |
| 9500 | 2/2/2023 | Sell | $0.34 | $3,276.04 |
| 100 | 2/2/2023 | Sell | $0.34 | $34.49 |
| 1100 | 2/2/2023 | Sell | $0.34 | $379.34 |
| 900 | 2/2/2023 | Sell | $0.34 | $310.37 |
| 1000 | 2/2/2023 | Sell | $0.34 | $344.85 |
| 2200 | 2/2/2023 | Sell | $0.34 | $758.66 |
| 79 | 2/2/2023 | Sell | $0.34 | $27.25 |
| 8500 | 2/2/2023 | Sell | $0.34 | $2,931.20 |
| 2200 | 2/2/2023 | Sell | $0.34 | $758.66 |
| 33333 | 2/21/2023 | Sell | $0.30 | $10,124.83 |
| 21792 | 3/2/2023 | Sell | $0.24 | $5,117.91 |
| 19500 | 3/2/2023 | Sell | $0.24 | $4,579.63 |
| 7403.751756 | 4/24/2023 | Sell | $0.09 | $663.78 |
| 800 | 10/31/2023 | Sell | $0.31 | $244.76 |
| 0.075737 | 12/19/2023 | Sell | $0.14 | $0.01 |
| 42 | 12/19/2023 | Sell | $0.14 | $5.92 |