# EXHIBIT E

**From:**
**To:**
**Subject:**        Re: Bio CV and Personal Information
**Date:**          Friday, April 18, 2025 6:16:40 AM
**Attachments:**

As a devoted father of two and a husband, I have always lived my life with a deep sense of responsibility toward others. My professional journey reflects this commitment, whether I'm serving my community through education or helping others through counseling. I am passionate about supporting individuals, particularly students, by fostering both their academic and emotional well-being. With a future Ph.D. in Counseling Psychology (expected 2026) and a M.S.B.S. in Behavioral Sciences for Mental Health Counseling, my educational background enables me to approach challenges from both a psychological and a strategic leadership perspective. Whether I am serving as a School Counselor, School Administrator, or working as a Mental Health Counselor, my goal is always to provide effective care and support to my students and clients. I'm driven by the belief that every person deserves to be heard, supported, and empowered to achieve their full potential.

In addition to my professional work, I pride myself on being a lifelong learner, constantly seeking to improve my skills and knowledge to better serve those around me. My diverse educational background, which includes a Master of Educational Administration, Theological Studies, Psychology, and a Bachelor's in Organizational Leadership, reflects my commitment to continuous growth and my ability to approach leadership with a well-rounded perspective. As an educator, I aim to create an environment where individuals feel both supported and challenged to grow academically and personally. My experiences, both in leadership roles and in providing direct mental health care, have solidified my belief in the transformative power of education, therapy, and community support. Above all, I strive to create positive change and lasting impact in every aspect of both my life and the lives of those around me.

# <u>Curriculum Vita</u>

# Cayden J. Crume, M.T.S., M.Ed., M.S.B.S.

## Education/Certifications

| | |
|---|---|
| **Ph.D. PSY. (In Progress)** | Counseling Psychology, National University, San Diego, CA, <u>Expected Completion December 2026</u> |
| **M.S.B.S.** | Behavioral Sciences for Mental Health Counseling, Cameron University, Lawton, OK, <u>2024</u> |
| **M.Ed.** | Educational Administration, Southwestern Oklahoma State University, Weatherford, OK, 2023 |
| **M.T.S.** | Theological Studies, Southwestern Baptist Theological Seminary, Fort Worth, TX, 2021 |
| **B.S.** | Organizational Leadership, Cameron University, Lawton, OK, 2019 |
| **A.S.** | Liberal Arts and Sciences, Western Oklahoma State University, Altus, OK, 2017 |
| **Educational Certifications** | SUPERINTENDENT (Pre-K to Grade 12)<br>SECONDARY PRINCIPAL (Grades 5 to 12)<br>ELEMENTARY PRINCIPAL (Pre-K to Grade 8)<br>SCHOOL COUNSELOR (Pre-K to Grade 12)<br>MID-LEVEL SCIENCE (Grades 5 to 8) |
| **Additional Certifications** | LPC CANDIDATE UNDER SUPERVISION<br>AMERICAN HEART ASSOCIATION HEARTSAVER<br>OKTLE TULSA MODEL CERTIFICATION AS AN EVALUATOR<br>CERTIFICATE OF LICENSE TO THE GOSPEL MINISTRY |

## Mental Health Counseling Experience

**School Counselor Administrator & LPC Candidate ($158,155)**
**Epic Charter Schools, Hybrid in Southwest OK, 2024 to Present**
**Shortgrass Community Health Center, Altus, OK, 2024 to Present**

- Serve as the lead school counselor for Southwest Oklahoma.

- Provide direct Tier 2 and Tier 3 services to ensure students maintain healthy social and emotional well-being.

- Comet Academy Secondary Counselor for all microsites in the state of Oklahoma.

- Refer students to more intensive mental health services when necessary.

- The hybrid model involves working remotely with scheduled meetings at various sites throughout the region two days a week.

- Provide clinical mental health counseling to individuals, couples, and groups.

- Child and adolescent counseling.

- Adult individual, couple, and group counseling.

- Drug court counseling.

## Administrative and Leadership Experience

**District Principal ($63,000)**
**Granite High School, Granite, OK, 2023-2024**

- Serve as the district leader for all PreK through 12th grade students and teachers.

- Work alongside superintendent in completing all required state and federal reports for annual audits.

- Oversee all curriculum enhancement and ensure alignment of Oklahoma Academic Standards with lessons taught throughout the district.

- Write grants to enhance facilities and meet the educational needs of our Title 1 district.

- Manage school activities and staff.

- Create class and duty schedules.

- Observe and evaluate teachers.

- Provide monthly reports during school board meetings.

- Counsel and discipline students.

- Meet with parents and teachers to discuss student progress and behaviors.

- Assess annual reports to improve educational gaps in curriculum and determine needed areas of resource allocation.

- Manage budgets and lead fundraising activities.

- Establish and coordinate security procedures for all stakeholders in the district.

**Administrative Internship**
**Granite High School, Granite, OK, Spring 2023**

- Assisted in student discipline issues, supervision of school activities, faculty meetings, supervision of students before/after school and during lunch.

- Shadowed high school administrators in two schools.

- Served as administrative designee for special education meetings, parent conferences, department meetings.

- Observed teacher evaluations and provided teacher feedback.

- Served as administrator on site for sporting events.

- Aided in audit preparation for superintendent.

- Served as administrator in the principal's absence.

**Director of Alternative Education**
**Granite High School, Granite, OK, 2021-2023**

- Responsible for Single-Sign-On reports and audits surrounding the 16 Criteria for the Oklahoma State Department of Education.

- Assist high school students from six rural school districts in the completion of all the required coursework needed to achieve their high school diplomas.

- Develop detailed plans and milestones related to student and program achievement.

- Present data driven information that both establishes program objectives and determines when objectives have been met.

**School Counselor**
**Granite High School, Granite, OK, 2021 to 2024**

- Served as the SWACE-SWTC program emotional and career guidance counselor.

- Led students through weekly progress reports and communicate their status through progress of work to their sending school's administrative staff.

- Sent monthly reports to local administrators that detail the time spent on work, grades received, and possible interventions we can implement (if needed) to ensure students meet their educational goals.

- Through 504 Plans and IEPs, I detected potential educational deficiencies and developed action plans for improvement.

- Actively advocated for the acceptance and equality of my students and appeal to the ethical mission and vision statements of each sending school.

## Teaching Experience

**High School Chemistry, Business Finance, and PFL Teacher**
**Mangum High School, Mangum, OK, 2019-2021**

- Taught junior and senior level chemistry as a weighted course for college preparatory.

- Taught business finance and PFL as a combined course to juniors and seniors.

- Maintained positive relationships with students and parents to ensure student success and wellbeing through consistent, positive communication.

## Curriculum Experience

- Led a professional learning community (PLC) with teachers in grades 2-6 to enhance curriculum by ensuring vertical/horizontal alignment and that the learning material met Oklahoma Academic Standards (OAS), 2023 to 2024.
- Modify coursework and add necessary accommodations to online software to meet various IEP and 504 academic needs for virtual and Alt. Ed. students, 2021 to 2024.

- Designed a Chemistry I and Chemistry II course at Mangum High School with the assistance of the Chemistry Professor at Western Oklahoma State College set to prepare students for college level chemistry, 2019.

## Coaching Experience

**Assistant Junior High and High School Coach**
**Mangum High School, Mangum, OK, 2019-2020**

- Coached grades 6-12 offensive and defensive lineman in football and made a high school state playoff appearance.

- Coached junior high boys and girls golf.

- Desired to coach athletes how to become winners in life, both on and off the field. Used the characteristics learned in sports such as teamwork, diversity, trust, integrity, and hard work as teachable lessons that can spark positive cognitive changes in the lives of the student athletes.

## Grant Experience

**Grants Received**

- $690,000
  - February 2024 EPA Clean Bus Grant
- $25,000
  - December 2023 Oklahoma Dept. of Agriculture Local Food for Schools Grant
- $5,000
  - October 2023 Carolyn Watson Rural Oklahoma Classroom Enhancement Grant
- $15,000
  - August 2023 Oklahoma Dept. of Agriculture Local Food for Schools Grant

## Additional Training/Professional Development

- Suicide Screening and Prevention: Best Practices for Promoting Integrated Behavioral Healthcare, ECRI, 2024
- Youth with Problematic Sexual Behaviors, NCA, 2024
- Dialectical Behavior Therapy (DBT) Skills Training, Rachel Graham LPC, Lawton, OK 2023 (3 hours)
- De-Escalation: Crisis Prevention Through Positive Communication Strategies, OSDE, Altus, OK, 2023 (7 hours)
- Suicide Prevention, April Dill LPC, Altus, OK, 2023 (2 hours)
- EngageOK On the Road, Oklahoma Education Conference, Lawton, OK, 2022 (7 hours)

## Honors/Awards

- Ministerial License, 2020
- Mr. Western Oklahoma State College, 2017
- President of Student Body WOSC, 2016-2017
- President of WOSC BCM, 2016-2017
- Vice-President of WOSC BCM, 2015-2016
- Phi Theta Kappa Honor Society, 2016-2017
- Class C Football Defensive Player of the Year 2015

## Professional Affiliations

- American Counseling Association, 2023 to Present
- Oklahoma State School Boards Association, 2023 to Present

## Volunteer Experience and Civic/Community Service

- Miss Altus Mock Interviews, Altus, OK, 2024
- Pulpit Supply for Prairie Hill Baptist Church, Duke, OK, 2022 to present
- Miss Altus Mock Interviews, Altus, OK, 2023
- Falls Creek Youth Group Director, Davis, OK, 2015-2021
- Summer Camp Director for Great Plains Baptist Association, Quarts Mountain, OK, 2021
- Toys for Tots through Emmanuel Baptist Church, Altus, OK, 2019-2021
- Next Chapter Student Director for Western Oklahoma State College, Altus, OK, 2015-2017
- Salvation Army, Altus, OK, 2017

## References

References will be included on the following page, if requested.