# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JENNIFER MALONEY | CASE NUMBER: |
| Plaintiff(s), | 2:25–cv–01187–MCS–JDE |
| v. |  |
| MULLEN AUTOMOTIVE, INC., et al. | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). |  |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

|  |  |  |
|---|---|---|
| __4/21/2025__ | __45__ | __OPPOSITION to NOTICE OF MOTION AND MOTION to Consolidate Cases by Objector Cayden Crume__ |
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: April 22, 2025          __/s/ *Mark C. Scarsi*__
United States District Judge