**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jennifer Maloney, | **CASE NUMBER** |
| | |
| v.        **PLAINTIFF(S)** | 2:25-cv-01187-MCS (JDEx) |
| Mullen Automotive, Inc., et al., | **ORDER RE TRANSFER** |
| | **(RELATED CASES)** |
| **DEFENDANT(S).** | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

| April 24, 2025 | _Dolly M. Gee_ |
|---|---|
| Date | United States District Judge |

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

| _____ | _____ |
|---|---|
| Date | United States District Judge |

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case 2:22-cv-03026-DMG (AGRx) and the present case:

☐ A.    Arise from the same or closely related transactions, happenings or events; or

☐ B.    Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.    For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.    Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____John D. Early_____ to Magistrate Judge _____Alicia G. Rosenberg_____.

On all documents subsequently filed in this case, please substitute the initials _DMG (AGRx)_ after the case number in place of the initials of the prior judge, so that the case number will read _2:25-cv-01187-DMG (AGRx)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☑ _Previous Judge_   ☐ _Statistics Clerk_

CV-34 (06/23)          **ORDER RE TRANSFER (Related Cases)**