**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION II | **Case No: CV 25-1187-DMG (AGRx)**<br><br>**ORDER APPROVING JOINT STIPULATION REGARDING SCHEDULING DEADLINES [56]** |

Before the Court is the Parties' Joint Stipulation Regarding Scheduling Deadlines ("Stipulation"). [Doc. # 56.] Having reviewed the Stipulation, and finding good cause therefor, the Court **APPROVES** the Stipulation and **ORDERS** as follows:

1. Lead Plaintiffs shall file an Amended Complaint on or by **July 30, 2025**;

2. Defendants shall file an Answer or any Motion to Dismiss or Strike the Amended Complaint on or by **September 30, 2025**;

3. Lead Plaintiffs shall file any opposition thereto on or by **November 14, 2025**; and

4. Defendants shall file any reply thereto on or by **December 12, 2025**.

**IT IS SO ORDERED.**

DATED: June 3, 2025

_____
DOLLY M. GEE
Chief United States District Judge