# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION II | **CASE NUMBER** |
| Plaintiff(s) | 2:25-cv-01187-DMG-AGR |
| Defendant(s). | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [65]** |

☒ The Court hereby orders that the request of:

_MULLEN AUTOMOTIVE, INC._  ☐Plaintiff ☒Defendant ☐Other _____
Name of Party

☒ to substitute _Jenny Pelaez_____ who is

☒ Retained Counsel ☐Counsel appointed by the Court (Criminal cases only) ☐Pro Se

_633 West Fifth Street, Suite 1600_____

Street Address

_Los Angeles, CA 90071_          _jpelaez@kslaw.com_
City, State, Zip                                    E-Mail Address

_213-443-4355_          _213-443-4310_          _326765_
Telephone Number          Fax Number          State Bar Number

As attorney of record instead of   _William L. Miltner_____
List **all** attorneys from same firm or agency who are withdrawing.

Is hereby ☒ GRANTED ☐ DENIED

☒ The Court hereby orders that the request of:   _William L. Miltner_____
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for   _MULLEN AUTOMOTIVE, INC._____

Is hereby ☒ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated:   09/10/2025          _____
U.S. District Judge