| | |
|---|---|
| 1 | Jenny Pelaez (Bar No. 326765) |
| | *jpelaez@kslaw.com* |
| 2 | KING & SPALDING LLP |
| | 633 West Fifth Street, Suite 1600 |
| 3 | Los Angeles, CA 90071 |
| | Telephone: (213) 443-4355 |
| 4 | Facsimile: (213) 443-4310 |

Brian P. Miller (*pro hac vice*)
 *bmiller@kslaw.com*
Samantha J. Kavanaugh (*pro hac vice*)
 *skavanaugh@kslaw.com*
Ross E. Linzer (*pro hac vice*)
 *rlinzer@kslaw.com*
KING & SPALDING LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4700
Miami, Florida 33131
Telephone: (305) 462-6000
Facsimile: (305) 462-6100

Attorneys for Defendants Mullen Automotive, Inc.
n/k/a Bollinger Innovations, Inc.,
David Michery, and Jonathan New

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION II | Case No. 2:25-cv-01187-DMG-AGR |
| | **DEFENDANTS' LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES** |
| | Honorable Dolly M. Gee |
| | First Amended Complaint Filed: July 30, 2025 |

DEFENDANTS' LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES

Defendants Mullen Automotive, Inc. n/k/a Bollinger Innovations, Inc., David Michery, and Jonathan New (collectively, "Defendants") hereby submit their Notice of Interested Parties pursuant to Local Rule 7.1-1.

Bollinger Innovations, Inc. is a publicly traded company with no parent corporation, or any publicly held corporation owning 10% or more of its stock.

The undersigned counsel of record for Defendants certify that any interested parties listed below may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

U.S. Specialty Insurance Company, HDI Global Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., Allied World Specialty Insurance Company, Associated Industries Insurance Company, Continental Casualty Company, Ambridge Partners LLC, Endurance American Specialty Insurance Company, and Certain Underwriters at Lloyd's, London may be liable in whole or in part (directly or indirectly) for a judgment in the action or for the cost of defense.

Dated: September 30, 2025          **KING & SPALDING LLP**

By: /s/ Jenny Pelaez
JENNY PELAEZ
BRIAN P. MILLER
SAMANTHA J. KAVANAUGH
ROSS E. LINZER

Attorneys for Defendants
MULLEN AUTOMOTIVE, INC. n/k/a BOLLINGER INNOVATIONS, INC., DAVID MICHERY, AND JONATHAN NEW