# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION II | Case No. 2:25-cv-01187-DMG-AGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Honorable Dolly M. Gee<br><br>Date: March 6, 2026<br>Time: 9:30 a.m.<br>Courtroom No.: 8C<br><br>First Amended Complaint Filed: July 30, 2025 |

Having considered Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss First Amended Complaint (the "Request") and all pleadings, papers, arguments of counsel, and other matters presented to this Court, and good cause appearing, it is **HEREBY ORDERED** that Defendants' Request is **GRANTED**.

The Court takes judicial notice of Exhibits 1 through 28 to the Declaration of Jenny Pelaez. Exhibits 1 through 22, and 24 through 28 are true and correct copies of public documents filed with the U.S. Securities and Exchange Commission ("SEC"), of which the Court can properly take judicial notice. *See Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008); *Kramer v. Time Warner*, 937 F.2d 767, 774 (2d Cir. 1991); *Azar v. Yelp, Inc.*, 2018 WL 6182756, at *4 (N.D. Cal. Nov. 27, 2018).

Exhibit 23 is Defendant Mullen Automotive, Inc. n/k/a Bollinger Innovations, Inc.'s, publicly available press release, which Plaintiffs rely on in their First Amended Complaint. This publicly available press release is a proper subject of judicial notice. *See United States v. Shamir USA, Inc.*, 2020 WL 6152466, at *3 (C.D. Cal. Aug. 7, 2020); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018).

**IT IS SO ORDERED.**

DATED: _____     _____
                                  The Honorable Dolly M. Gee
                                  UNITED STATES DISTRICT JUDGE