Jenny Pelaez (Bar No. 326765)
 jpelaez@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:  (213) 443-4310

Brian P. Miller (admitted *pro hac vice*)
 bmiller@kslaw.com
Samantha J. Kavanaugh (admitted *pro hac vice*)
 skavanaugh@kslaw.com
Ross E. Linzer (admitted *pro hac vice*)
 rlinzer@kslaw.com
KING & SPALDING LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4700
Miami, Florida, 33131
Telephone:  (305) 462-6000
Facsimile:  (305) 462-6100

Attorneys for Defendants Mullen Automotive, Inc.
n/k/a Bollinger Innovations, Inc., David Michery, and Jonathan New

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION II | Case No. 2:25-cv-01187-DMG-AGR<br><br>**DECLARATION OF JENNY PELAEZ IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>[Filed concurrently with Request for Judicial Notice and [Proposed] Order; Notice of Motion and Motion to Dismiss, Memorandum of Points and Authorities, and [Proposed] Order]<br><br>Honorable Dolly M. Gee<br><br>Date: March 6, 2026<br>Time: 9:30 a.m.<br>Courtroom No.: 8C<br><br>First Amended Complaint Filed: July 30, 2025 |

I, Jenny Pelaez, declare as follows:

1. I am a member of the California State Bar and the bar of this court, partner in the law firm of King & Spalding LLP, and counsel of record to Defendants Mullen Automotive, Inc. n/k/a Bollinger Innovations, Inc. ("Mullen"), David Michery, and Jonathan New. This Declaration is made in support of Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. The matters set forth in this declaration are based upon my personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Michery's Form 4, filed on December 2, 2022 with the U.S. Securities and Exchange Commission ("SEC"), which is publicly available through the SEC's website (https://www.sec.gov).

3. Attached hereto as **Exhibit 2** is a true and correct copy of Mullen's Form 10-K, filed on January 13, 2023 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

4. Attached hereto as **Exhibit 3** is a true and correct copy of Michery's Form 4, filed on January 19, 2023 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

5. Attached hereto as **Exhibit 4** is a true and correct copy of Mullen's Form 10-K/A, filed on January 30, 2023 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

6. Attached hereto as **Exhibit 5** is a true and correct copy of Mullen's Form 8-K, filed on January 31, 2023 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

7. Attached hereto as **Exhibit 6** is a true and correct copy of Mullen's Form 10-Q, filed on February 14, 2023 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

8. Attached hereto as **Exhibit 7** is a true and correct copy of Mullen's Form 8-K, attaching February 14, 2023 press release, filed on February 14, 2023 with the

SEC, which is publicly available through the SEC's website (https://www.sec.gov).

9. Attached hereto as **Exhibit 8** is a true and correct copy of Michery's Form 4, filed on February 17, 2023 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

10. Attached hereto as **Exhibit 9** is a true and correct copy of New's Form 4, filed on March 7, 2023 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

11. Attached hereto as **Exhibit 10** is a true and correct copy of Mullen's Form 8-K, attaching April 18, 2023 and April 20, 2023 press releases, filed on April 20, 2023 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

12. Attached hereto as **Exhibit 11** is a true and correct copy of Mullen's Form 10-Q, filed on May 15, 2023 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

13. Attached hereto as **Exhibit 12** is a true and correct copy of Mullen's Form 8-K, attaching May 15, 2023 press release, filed on May 15, 2023 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

14. Attached hereto as **Exhibit 13** is a true and correct copy of Michery's Form 4, filed on June 16, 2023 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

15. Attached hereto as **Exhibit 14** is a true and correct copy of Michery's Form 4/A, filed on July 7, 2023 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

16. Attached hereto as **Exhibit 15** is a true and correct copy of Mullen's Form 10-Q, filed on August 14, 2023 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

17. Attached hereto as **Exhibit 16** is a true and correct copy of Michery's Form 4, filed on August 17, 2023 with the SEC, which is publicly available through the SEC's

website (https://www.sec.gov).

18.     Attached hereto as **Exhibit 17** is a true and correct copy of Mullen's Definitive Proxy Statement, Schedule 14A, filed on November 8, 2023 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

19.     Attached hereto as **Exhibit 18** is a true and correct copy of Mullen's Form 10-K, filed on January 17, 2024 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

20.     Attached hereto as **Exhibit 19** is a true and correct copy of Mullen's Form 10-Q, filed on February 13, 2024 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

21.     Attached hereto as **Exhibit 20** is a true and correct copy of Mullen's Form 10-Q, filed on May 14, 2024 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

22.     Attached hereto as **Exhibit 21** is a true and correct copy of Mullen's Form 10-Q, filed on August 12, 2024 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

23.     Attached hereto as **Exhibit 22** is a true and correct copy of Mullen's Form 8-K, attaching August 26, 2024 press release, filed on August 26, 2024 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

24.     Attached hereto as **Exhibit 23** is a true and correct copy of Mullen's September 20, 2024 Press Release titled, "Mullen Provides Update on Volt Mobility $210 Million UAE Order" which is publicly available online at https://news.bollingerev.com/mullen-provides-update-on-volt-mobility-210-million-uae-order.

25.     Attached hereto as **Exhibit 24** is a true and correct copy of Mullen's Amendment No. 1 to Form S-1, filed on November 7, 2024 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

26.     Attached hereto as **Exhibit 25** is a true and correct copy of Mullen's Form

10-K, filed on January 24, 2025 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

27. Attached hereto as **Exhibit 26** is a true and correct copy of Mullen's Form 10-Q, filed on February 19, 2025 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

28. Attached hereto as **Exhibit 27** is a true and correct copy of Michery's Form 4, filed on March 6, 2025 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

29. Attached hereto as **Exhibit 28** is a true and correct copy of Mullen's Form 10-Q, filed on May 20, 2025 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov).

30. Pursuant to Local Rule 7-3, counsel for the parties conferred by telephone on September 24, 2025 regarding the grounds for Defendants' motion to dismiss. The parties did not reach an agreement on the issues raised in Defendants' motion to dismiss.

I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct on this 30th day of September 2025, at Los Angeles, California.

Respectfully submitted,

*/s/Jenny Pelaez*
JENNY PELAEZ