# EXHIBIT 8

SEC Form 4

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL |
|---|---|---|

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

**OMB APPROVAL**

| OMB Number: | 3235-0287 |
|---|---|
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Michery David | MULLEN AUTOMOTIVE INC. [ MULN ] | X Director    10% Owner |
| (Last)  (First)  (Middle) | | X Officer (give title below)    Other (specify below) |
| 1405 PIONEER STREET | 3. Date of Earliest Transaction (Month/Day/Year) 02/16/2023 | CEO, President |
| (Street) | | |
| BREA  CA  92821 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)  (State)  (Zip) | | X Form filed by One Reporting Person    Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/16/2023 | | G | | 5,000,000 | D | $0.00 | 106,917,806 | D | |
| Common Stock | 02/16/2023 | | J[1] | | 1,000,000 | D | $0.29[2] | 105,917,806 | D | |
| Common Stock | 02/16/2023 | | A | | 6,000,000[3] | A | $0.00 | 111,917,806 | D | |
| Common Stock | 02/16/2023 | | A | | 16,685,364[4] | A | $0.00 | 128,603,170 | D | |
| Common Stock | 02/16/2023 | | S | | 14,937,660[5] | D | $0.3164[6] | 113,665,510 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Transfer of shares.

2. The price represents the closing price of Issuer's common stock on the date of transfer. No cash consideration was received by the Reporting Person.

3. Award of common stock pursuant to Issuer's 2022 Equity Incentive Plan.

4. Shares issued pursuant to a Performance Stock Award Agreement dated May 5, 2022.

5. Aggregate number of shares sold on the same date at different prices.

6. Represents the weighted average sales price. The shares were sold in multiple transactions at prices ranging from $0.2967 to $0.3389, inclusive, per share. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, Issuer or any security holder, upon request.

**Remarks:**

/s/ David Michery                    02/17/2023

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**