# EXHIBIT 10

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported):

April 17, 2023

# MULLEN AUTOMOTIVE INC.

_____
(Exact name of registrant as specified in its charter)

| Delaware | 001-34887 | 86-3289406 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

1405 Pioneer Street, Brea, California 92821
(Address, including zip code, of principal executive offices)

Registrant's telephone number, including area code

(714) 613-1900

(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 | MULN | The Nasdaq Stock Market, LLC (Nasdaq Capital Market) |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 1.01        Entry into a Material Definitive Agreement.**

On April 17, 2023, Mullen Automotive Inc. (the "Company") entered into a binding Letter of Agreement (the "LOA") with Lawrence Hardge, Global EV Technology, Inc., and EV Technology, LLC (collectively, "EVT"), pursuant to which the parties will partner and joint venture on all aspects of a device (the "Technology") previously known as a Battery Life Enhancing Technology along with Ever-Charge Technology and/or Energy Management Module that is designed to extend the effective battery life and can be added to many applications that require and use battery resources to be powered (the "Transaction").

Pursuant to the LOA, the Company and EVT will jointly form and organize a new corporation or limited liability company known as Mullen Advanced Energy Operations ("MAEO") for the purpose of developing, manufacturing, marketing, selling, leasing, distributing and servicing all products resulting from the Technology. The Company will hold a 51% equity interest in MAEO, and EVT will hold a 49% equity interest in MAEO.

Pursuant to the LOA, EVT agreed to license to MAEO the Technology and all intellectual property rights relating to the Technology (the "IP") and assign to MAEO all rights of EVT to all governmental and other contracts, purchase orders or otherwise relating to the Technology. EVT may grant a limited exclusive license to the Technology to a third party specifically for the United Arab Emirates.

Pursuant to the LOA, the Company agreed to (1) pay Mr. Hardge $50,000, (2) pay Mr. Hardge $5.0 million upon execution of the Definitive Agreements (as defined below) by all parties and completion of assignment of all IP to MAEO, and (3) fund an initial amount of up to $5.0 million for all business operations of MAEO, including for the purposes of product manufacturing, product delivery, marketing and promotions and make further funding to MAEO based on a budget reasonably approved by the parties.

The parties will negotiate additional terms of the Transaction and enter into definitive agreements (the "Definitive Agreements") incorporating the terms and conditions of the LOA at the earliest date practicable.

The foregoing summary of the LOA does not purport to be complete and is subject to, and qualified in its entirety by the full text of the LOA, which is filed as Exhibit 10.1 to this Current Report on Form 8-K and is incorporated herein by reference.

**Item 7.01.        Regulation FD Disclosure.**

On April 18 and 20, 2023, the Company issued press releases announcing the LOA and the Transaction. A copy of the press releases is attached hereto as Exhibits 99.1 and 99.2 and are incorporated herein by reference.

*The information in this Item 7.01 and Exhibits attached hereto shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, nor shall it be deemed incorporated by reference in any filing under the Securities Act, except as shall be expressly set forth by specific reference in such filing.*

**Item 9.01.        Financial Statements and Exhibits**

(d) Exhibits.

| Exhibit No. | Description |
|---|---|
| 10.1 | Letter of Agreement, dated April 17, 2023, by and between Mullen Automotive, Inc., Lawrence Hardge, Global EV Technology, Inc., and EV Technology, LLC. |
| 99.1 | Press Release dated April 18, 2023. |
| 99.2 | Press Release dated April 20, 2023. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document). |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this Report to be signed on its behalf by the undersigned hereunto duly authorized.

MULLEN AUTOMOTIVE INC.

Date: April 20, 2023

By: /s/ David Michery

David Michery
Chief Executive Officer

**Exhibit 10.1**

**EV TECHNOLOGY ENTITIES**
**AND**
**MULLEN AUTOMOTIVE, INC.**

**Letter of Agreement**
**April 14, 2023**

This Letter of Agreement ("LOA") summarizes the principal terms of a transaction by which Mullen Automotive, Inc. ("Mullen"), publicly traded on the Nasdaq exchange under the symbol "MULN" -- of the one part; and Lawrence Hardge ("Hardge"), Global EV Technology, Inc, and EV Technology, LLC (collectively "EVT") of the other part, will partner and joint venture on all aspects of the Technology, defined hereafter, (the "Transaction"). EVT shall include all entities or otherwise that have an ownership interest in the Technology. The term "Parties" shall mean Mullen and EVT.

1.      Binding Nature: The terms contained in this LOA shall be binding on the Parties.

2.      Transaction: Promptly following the execution of this LOA, Mullen and EVT shall jointly form and organize a new corporation or limited liability company known as Mullen Advanced Energy Operations ("MAEO"), MAEO shall be organized for the purpose of developing, manufacturing, marketing, selling, leasing, distributing and servicing all products resulting from the Technology.

3.      Equity Participation. In consideration of each Party's Contributed Assets, EVT shall have an equity interest in MAEO equal to forty-nine (49%) percent and Mullen shall have an equity interest equal to fifty-one (5l %) percent.

4.      Contributed Assets. The Parties shall make the following contributions:

    By EVT:

        1.      EVT shall within 7 days of signature to this LOA, execute documents evidencing: (i) an irrevocable, royalty free, worldwide exclusive license to the Technology and the IP, in perpetuity, to MAEO (the "License"). The IP shall include all patents, trademarks and other inventions pertaining to the Technology as of the date of signature hereof as well as all inventions or discoveries relating to the Technology that occur subsequent hereto; and (ii) assigning to MAEO, all rights of EVT to all governmental and other contracts, purchase orders or otherwise relating to the Technology.

        2.      The Parties acknowledge that EVT has or will grant a limited exclusive license to the Technology to a third party (the "UAE Licensee"), specifically for the United Arab Emirates (the "Carve Out Territory") and that all revenues derived from UAE Licensee as a result of the said limited license shall belong to Hardge.

1

3.  Hardge shall continue to refine and further develop the Technology and be involved as needed by MAEO to implement his inventions to all products using the Technology.

By Mullen:

1.  Upon signature of this LOA by all Parties and contemporaneously with the organization of MAEO Mullen shall pay Hardge the sum of $50,000 (fifty Thousand Dollars);

2.  Upon (i) signature by all Parties to the Definitive Agreements and (ii) completed assignment of all IP to MAEO, Mullen shall pay Hardge the sum of $5,000,000·(Five Million Dollars);

3.  Mullen will fund an initial amount of up to $5 Million for all business operations of MAEO including for the purposes of executing on product manufacturing, product delivery, marketing and promotions. Thereafter, further funding by Mullen to MAEO will be based on an approved budget reasonably approved by the Parties.

3.  Definitive Agreements. Additional terms of the Transaction not set forth herein shall be negotiated by the Parties and, if and when mutually agreed upon and executed, shall constitute further binding obligations of the Parties (the "Definitive Agreements"). Mullen will prepare the first draft of the Definitive Agreements for delivery to and review by EVT and its counsel. The Definitive Agreements will contain other customary representations, warranties and covenants of the respective Parties. The governing law of the Definitive Agreements shall be the laws of the State of Delaware, without reference to the conflicts of law's provisions thereof. Each party will bear its own expenses in connection with the negotiation and drafting of such Definitive Agreements.

5.  Transaction Timeline.

(a).  The Transaction shall become effective upon signature by the Parties to this Agreement.

(b).  The Parties currently intend entering into the Definitive Agreements incorporating the terms and conditions referenced in this Binding LOA at the earliest date practicable.

6.  Technology. The "Technology" includes but is not limited a device that can be added to many applications that require and use battery resources. to be powered. The device known previously as a Battery Life Enhancing Technology along with Ever-Charge Technology and or Energy Management Module, is designed to extend the effective battery life. As it applies to motor vehicles, it extends the effective electric vehicle range on the existing installed batteries. Intellectual Property ("IP") shall include but not be limited to the Patent and all other intellectual property and other rights relating to the Technology.

7.  Distribution of Profits. Net profits, after repaying Mullen all costs, expenses and other amounts funded to MAEO, will be distributed 51% to Mullen and 49% to EVT.

2

8.    <u>Representations and Warranties</u>.

    a.    The Parties represent and warrant they are duly authorized to enter into this LOA and have all necessary approvals.

    b.    Hardge, in his personal capacity and in his capacity as Officer and duly authorized representative of Global and EVT represents and warrants that:

        (i). Hardge is the sole shareholder and owner of Global EV Technology, Inc. ("Global"), which is the owner of the Patent and all other intellectual property and other rights relating to the Technology.

        (ii) UAE Licensee has no rights and will not be granted any rights to produce, market, sell or otherwise deal with Technology beyond the Carve Out Territory and that EVT has no cost, expense, obligations or other commitments to UAB Licensee.

        (iii) EVT has no commitments or obligations, financial or otherwise to UAE Licensee;

        (iv) EVT has no debt or liabilities (related party or otherwise);

        (v) After execution of the License, MAEO will exclusively own all other rights and benefits, associated with the Technology, including but not limited to government and other contracts.

        (vi) EVT will make such information reasonably requested by Mullen available to Mullen and its agents and representatives.

        (vii) EVT will not sell any of its ownership interests in MAEO to any third party without first offering Mullen a Right of First Refusal to purchase the said ownership interests.

        (viii) All test results relating to the Technology and products resulting therefrom - have been independently verified and validated and will be provided to Mullen upon signature of this LOA.

        (viii) EVT is not aware of any matters that question the validity of the Technology or that claim to invalidate or refute the test results that EVT has received or will subsequently provide to Mullen.

        (ix) There are no claims or threatened legal actions by any third parties relating to the Technology or the IP.

    c.    EVT acknowledges and agrees that Mullen's performance obligations under this LOA and its obligation to fund MAEO are subject to the foregoing Representations and Warranties by EVT being true and accurate in all respects.

3

9.      Confidentiality. EVT acknowledges that Mullen shall be required to publicly announce this Binding LOA and Definitive Agreements, but the parties shall reasonably agree as to the form and substance of the press releases, including, but not limited to, the description of EVT. For the avoidance of doubt, the Definitive Agreements and this Binding LOA will be disclosed by Mullen 111 its Forms 8-K taking into consideration and complying with Form 8-K rules.

10.     Governing Law. The governing law of this LOA shall be the laws of the State of Delaware, without reference to the conflicts of law's provisions thereof.

11.     Jointly Drafted. Each Party has cooperated in the drafting and preparing of this LOA; therefore, the agreements contained herein should not be construed against any Party in any suit, action, or other legal proceeding with respect to this LOA.

12.     Amendment; Waiver. This LOA may only be amended by the Parties by their executing a written amendment with respect hereto. No term or condition set forth in this LOA shall be waived by a Party unless such party has executed a written waiver expressly stating the term and/or condition being waived.

13.     Entire Agreement. This LOA constitutes the entire agreement among the Parties and supersedes all other prior and contemporaneous agreements, understandings, representations and warranties, both written and oral, among the Parties hereto, with respect to the subject matter hereof.

14.     Signatures/No Assignment. This Binding LOA may be executed in one or more counterparts (including by facsimile), none of which need to contain the signature of more than one party, and all of which taken together will constitute one and the same agreement. No party may assign this Binding LOA without the other party's consent, and any assignment without consent will be void.

The proposal set forth in this Binding LOA will remain open until 6 PM Pacific on April 14, 2023. If, by then, all Parties to this Binding LOA shall not executed by their respective authorized representatives and deliver this Binding LOA, this proposal will be deemed withdrawn automatically without any further action by any party and this Binding LOA shall be null and void.

[SIGNATURE PAGE FOLLOWS]

4

**EV TECHNOLOGY, LLC**

By: /s/ Lawrence Hardge
Name: Lawrence Hardge
Title:
Date: 4-14-2023

**MULLEN AUTOMOTIVE, INC.**

By: /s/ David Michery
Name: David Michery
Title: Chief Executive Officer
Date: 4-17-2023

**LAWENCE HARDGE**

/s/ Lawrence Hardge

**GLOBAL EV TECHNOLOGY, INC.**

By: /s/ Lawrence Hardge
Name: Lawrence Hardge
Title: Chairman / CEO
Date:

5

**Exhibit 99.1**



### *Mullen Automotive, INC., Forms Mullen Advanced Energy Operations, LLC., (MAEO)*

*Mullen Automotive, Inc. and Global EV Technology, Inc., Along with EV Technologies, LLC., form Mullen Advanced Energy Operations to advance energy management technologies, starting with electric vehicles and scaling to other energy applications*

BREA, Calif., April 18, 2023 -- via InvestorWire -- Mullen Automotive, Inc. (NASDAQ: MULN) ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, announces today a partnership with Global EV Technology, Inc. and EV Technologies, LLC. (collectively "EVT"), with initial development for improving energy management technology in electric vehicles for greater range and vehicle performance.

Under the newly formed entity, Mullen owns 51% and will consolidate the results of its operations in Mullen Automotive, Inc. Under the agreement between the parties, Global EV Technology will be contributing its technology and existing contracts to MAEO, and Mullen will provide capital, execution and commercialization to grow the business.

Both companies will be contributing and working together on known verified technology for improving existing vehicle performance and extending battery range. As this technology has immediate and key implications for electric vehicles, MAEO initial development is focused on improving Mullen's lineup of commercial and consumer EV's.

The Founder of Global EV Technology Inc., and chief scientific officer, Lawrence Hardge, is a successful life-long inventor with a storied career of over 30 yrs. Lawrence's accomplishments include the following:

- Holds over 120 intellectual prototypes as well as numerous patents and trademarks.

- Inventor of Knock Out 360 Fire Extinguisher. One of the only extinguishers in the U.S. market that is UL approved for use in electric vehicle fires.

- Featured in various magazines, including Barron's.

- Received Spirit Award from the Detroit City Council for providing Knock Out 360 Extinguishers to local residents.

- Life-long resident of his hometown, Vicksburg, MS., with dedicated focus on helping his community.

- Provided scholarships to high school students who achieved honor roll status, who otherwise could not afford to attend college. As well as provided, clothing, computers, housing and utilities.

- Honored by Vicksburg, MS for black history month.



In the late 90's, Lawrence was convicted of a state crime and then ultimately it was expunged. Despite these challenges, Lawrence focused his energy and attention on his natural gift for inventions related to electrical equipment, batteries and has dedicated his career on bringing them to market.

"My partnership with Mullen is very important to help scale this energy technology and bring it to our existing and future customers, said Lawrence Hardge."

"Lawrence is a talented inventor and we are excited to begin working with him on improving electric vehicle performance", said David Michery, CEO and Chairman. "We are always looking for forward thinking and ground-breaking technology opportunities and are pleased to partner with Global and EV Technology."

**About Mullen**

Mullen Automotive (NASDAQ: MULN) is a Southern California-based automotive company building the next generation of electric vehicles (EVs) that will be manufactured in two company owned United States-based assembly plants. Mullen's EV development portfolio includes the Mullen FIVE EV Crossover, Mullen Commercial Class 1-3 EVs and Bollinger Motors, which features both the B1 and B2 electric SUV trucks and Class 4-6 commercial offerings. The Mullen FIVE, the Company's first electric crossover, is slated for delivery in 2024 and features an award-winning design and its patented PERSONA technology that utilizes facial recognition to personalize the driving experience for every individual. On Sept. 7, 2022, Bollinger Motors became a majority-owned EV truck company of Mullen Automotive, and on Dec. 1, 2022, Mullen closed on the acquisition of all of Electric Last Mile Solutions' ("ELMS") assets, including all IP and a 650,000-square-foot plant in Mishawaka, Indiana.

To learn more about the Company, visit www.MullenUSA.com.



**Forward-Looking Statements**

Certain statements in this press release that are not historical facts are forward-looking statements within the meaning of Section 27A of the Securities Exchange Act of 1934, as amended. Any statements contained in this press release that are not statements of historical fact may be deemed forward-looking statements. Words such as "continue," "will," "may," "could," "should," "expect," "expected," "plans," "intend," "anticipate," "believe," "estimate," "predict," "potential" and similar expressions are intended to identify such forward-looking statements. All forward-looking statements involve significant risks and uncertainties that could cause actual results to differ materially from those expressed or implied in the forward-looking statements, many of which are generally outside the control of Mullen and are difficult to predict. Examples of such risks and uncertainties include but are not limited to: (i) whether Global EV Technology, Inc., along with EV Technologies, LLC will perform its obligations under the agreement with the company; whether the joint venture between Mullen and Global EV Technology, Inc., along with EV Technologies, LLC will be a success; whether MAOE will be successful in its objectives of advancing Energy Management Systems in motor vehicles or otherwise; whether the technology contributed to MAOE by Global EV Technologies will be considered "groundbreaking" or prove effective, reliable or improve Electric Vehicle range and vehicle performance; whether MAOE will be successful in implementing or scaling the technology or get it to market, and if so when that may be; and whether MAOE will successfully fulfill purchase orders or contracts relating thereto; (ii) whether the commercial product launches contemplated for 2023 will materialize within the slated timelines; (iii) Mullen's ability (or inability) to obtain additional financing in sufficient amounts or on acceptable terms when needed; (iv) Mullen's ability to maintain existing, and secure additional, contracts with manufacturers, parts and other service providers relating to its business; (v) Mullen's ability to successfully expand in existing markets and enter new markets; (vi) Mullen's ability to successfully manage and integrate any acquisitions of businesses, solutions or technologies; (vii) unanticipated operating costs, transaction costs and actual or contingent liabilities; (viii) the ability to attract and retain qualified employees and key personnel; (ix) adverse effects of increased competition on Mullen's business; (x) changes in government licensing and regulation that may adversely affect Mullen's business; (xi) the risk that changes in consumer behavior could adversely affect Mullen's business; (xii) Mullen's ability to protect its intellectual property; and (xiii) local, industry and general business and economic conditions. Additional factors that could cause actual results to differ materially from those expressed or implied in the forward-looking statements can be found in the most recent annual report on Form 10-K, quarterly reports on Form 10-Q and current reports on Form 8-K filed by Mullen with the Securities and Exchange Commission. Mullen anticipates that subsequent events and developments may cause its plans, intentions and expectations to change. Mullen assumes no obligation, and it specifically disclaims any intention or obligation, to update any forward-looking statements, whether as a result of new information, future events or otherwise, except as expressly required by law. Forward-looking statements speak only as of the date they are made and should not be relied upon as representing Mullen's plans and expectations as of any subsequent date.

**Contact**:
Mullen Automotive, Inc.
+1 (714) 613-1900
www.MullenUSA.com

**Corporate Communications:**
InvestorBrandNetwork (IBN)
Los Angeles, California
www.InvestorBrandNetwork.com
310.299.1717 Office
Editor@InvestorBrandNetwork.com

**Exhibit 99.2**



**Mullen Advanced Energy Operations (MAEO) Announces Major Energy Advancement**

*Applying Energy Management Module (EMM) Technology to an Electrical Vehicle Significantly Increases Vehicle Range*

*U.S. Provisional Patent Application filed for EMM Technology*



*Previous vehicle testing results including tests performed by Element Materials Technology, a global leader of testing, inspection and certification, with over 200 testing labs worldwide*

*resulted in range increases of 60-70%*

BREA, Calif., April 20, 2023 -- via InvestorWire -- Mullen Automotive, Inc. (NASDAQ: MULN) ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, today announces exciting and groundbreaking test results of its recently acquired joint venture technology, greatly improving current EV performance by increasing EV vehicle range.

- **Element Materials Technology test results indicate that the Energy Management Module (EMM) technology substantially increases the driving range and efficiency of any current EV battery.**

- **Specific vehicle testing of a high-volume OEM electric vehicle by Element, resulted in a calculated increase in range from 269 to 431 miles, which is a 60% increase in efficiency.**



- **EMM technology was tested by Mullen Automotive Engineers on their Class 1 EV Cargo Van at their Troy, MI Facility. Results showed more than a 75% increase in range for the 42-kWh lithium-ion battery pack which would be a calculated EPA estimated range of 186 miles at a very low added cost and mass.**

- **EMM technology is being integrated into final stages of product development and is planned to be introduced in all Mullen commercial and Mullen consumer vehicle programs.**

- **U.S. Provisional Patent Application has been filed covering the technology.**

- **Mullen Automotive owns 51% of MAEO, LLC and will consolidate the results of its operations in Mullen Automotive, Inc., (Nasdaq: MULN)**

"We have tested EMM technology in various applications and have repeatedly seen significant improvements in range. I am extremely pleased to partner with Mullen for the commercialization of the technology and global availability of the EMM technology, said Lawrence Hardge, CEO of Global EVT.

"Seeing the previous EMM test results conducted by Element and correlating that with our own engineers testing, we believe this technology is a perfect fit for Mullen's EV product lineup as well as the advancement in EV technology for the overall automotive industry", said David Michery, CEO and Chairman of Mullen Automotive. "Mullen plans on making this technology available to everyone."

**About Mullen**

Mullen Automotive (NASDAQ: MULN) is a Southern California-based automotive company building the next generation of electric vehicles (EVs) that will be manufactured in two company owned United States-based assembly plants. Mullen's EV development portfolio includes the Mullen FIVE EV Crossover, Mullen Commercial Class 1-3 EVs and Bollinger Motors, which features both the B1 and B2 electric SUV trucks and Class 4-6 commercial offerings. The Mullen FIVE, the Company's first electric crossover, is slated for delivery in 2024 and features an award-winning design and its patented PERSONA technology that utilizes facial recognition to personalize the driving experience for every individual. On Sept. 7, 2022, Bollinger Motors became a majority-owned EV truck company of Mullen Automotive, and on Dec. 1, 2022, Mullen closed on the acquisition of all of Electric Last Mile Solutions' ("ELMS") assets, including all IP and a 650,000-square-foot plant in Mishawaka, Indiana.

To learn more about the Company, visit www.MullenUSA.com.



**Forward-Looking Statements**

Certain statements in this press release that are not historical facts are forward-looking statements within the meaning of Section 27A of the Securities Exchange Act of 1934, as amended. Any statements contained in this press release that are not statements of historical fact may be deemed forward-looking statements. Words such as "continue," "will," "may," "could," "should," "expect," "expected," "plans," "intend," "anticipate," "believe," "estimate," "predict," "potential" and similar expressions are intended to identify such forward-looking statements. All forward-looking statements involve significant risks and uncertainties that could cause actual results to differ materially from those expressed or implied in the forward-looking statements, many of which are generally outside the control of Mullen and are difficult to predict. Examples of such risks and uncertainties include but are not limited to: (i) whether the test results which indicate that applying Energy Management Module (EMM) Technology to an electrical vehicle significantly Increases Vehicle Range, are accurate; whether the results achieved from the initial testing by Element and Mullen are sustainable, scalable, or will produce the expected results when deployed in the Company's or other vehicles; whether any expected vehicle range increases can be achieved at a low cost; whether the Company's recently acquired joint venture technology will greatly improve current EV performance by increasing EV vehicle range or otherwise; whether the projected increase in range and mileage are accurate or achievable; whether the EMM product will be successfully completed or integrated into the Mullen suite of vehicles; whether the EEM product and associated technology will prove successful; and whether Mullen will make the technology available to third parties; (ii) whether the commercial product launches contemplated for 2023 will materialize within the slated timelines; (iii) Mullen's ability (or inability) to obtain additional financing in sufficient amounts or on acceptable terms when needed; (iv) Mullen's ability to maintain existing, and secure additional, contracts with manufacturers, parts and other service providers relating to its business; (v) Mullen's ability to successfully expand in existing markets and enter new markets; (vi) Mullen's ability to successfully manage and integrate any acquisitions of businesses, solutions or technologies; (vii) unanticipated operating costs, transaction costs and actual or contingent liabilities; (viii) the ability to attract and retain qualified employees and key personnel; (ix) adverse effects of increased competition on Mullen's business; (x) changes in government licensing and regulation that may adversely affect Mullen's business; (xi) the risk that changes in consumer behavior could adversely affect Mullen's business; (xii) Mullen's ability to protect its intellectual property; and (xiii) local, industry and general business and economic conditions. Additional factors that could cause actual results to differ materially from those expressed or implied in the forward-looking statements can be found in the most recent annual report on Form 10-K, quarterly reports on Form 10-Q and current reports on Form 8-K filed by Mullen with the Securities and Exchange Commission. Mullen anticipates that subsequent events and developments may cause its plans, intentions and expectations to change. Mullen assumes no obligation, and it specifically disclaims any intention or obligation, to update any forward-looking statements, whether as a result of new information, future events or otherwise, except as expressly required by law. Forward-looking statements speak only as of the date they are made and should not be relied upon as representing Mullen's plans and expectations as of any subsequent date.



**Contact**:

Mullen Automotive, Inc.
+1 (714) 613-1900
www.MullenUSA.com

**Corporate Communications:**

InvestorBrandNetwork (IBN)
Los Angeles, California
www.InvestorBrandNetwork.com
310.299.1717 Office
Editor@InvestorBrandNetwork.com