# EXHIBIT 23



Up to $15,000 Savings —
On Commercial Class 1 and 3 Electric Vehicles



CONTACT US

# Mullen Provides Update on Volt Mobility $210 Million UAE Order

**Mullen technical and sales team present in Dubai this week for delivery of first EV vehicles**

**Mullen Automotive, working in conjunction with independent company, VoltiE Group, a Miami, Florida-based EV charging company, are collectively providing EV vehicles and charging equipment to Volt Mobility, a GCC-based vehicle transport and leasing company that offers both commercial electric and gas vehicles and EV charging throughout the Middle East**

BREA, Calif., September 20, 2024— via InvestorWire — Mullen Automotive, Inc. (NASDAQ: MULN) ("Mullen" or the "Company"), an electric vehicle ("EV") manufacturer, announces today an update on Volt Mobility's ("Volt") United Arab Emirates ("UAE") recently placed $210 million commercial Class 1 and Class 3 EV order. Mullen's technical and sales team members arrived on site in Dubai this week to meet with Volt's leadership and to support initial market launch activities, including delivery of the first Mullen ONE EV cargo vans and Mullen THREE cab chassis trucks on Sept. 18, 2024.

Mullen recently announced the Volt order to supply 300 all-electric Mullen commercial vehicles in 2024. The Company plans an additional 3,000 vehicles scheduled for delivery in 2025. Additionally, Mullen will establish a parts and service network to support Volt Mobility's fleet operations.

**Mullen's commercial vehicles arrived in Dubai this week**



Mullen staff also on site in Dubai this week to meet with Volt leadership.

"UAE is a very important market and opportunity for us, and we made sure to have technical and sales team members in Dubai this week to meet Volt leadership to ensure and kick off a successful launch," said David Michery, CEO and chairman of Mullen Automotive.

Volt Mobility, based in the UAE, operates in the Gulf Cooperation Council ("GCC") region of the Middle East, offering vehicle transport and leasing services. The GCC region includes Bahrain, Kuwait, Oman, Qatar, Saudi Arabia and the UAE.

Mullen Automotive, a global EV and technology company, working in conjunction with independent company, VoltiE Group, a U.S.-based EV charging infrastructure company with headquarters in Miami, Florida, are collectively providing EV vehicles and EV charging equipment to Volt Mobility. GCC-based Volt is a vehicle transport and leasing company that offers both commercial electric and gas vehicles and charging throughout the Middle East.

**First initial shipment included Class 1 and Class 3 vans and trucks**



Up to $15,000 Savings —
On Commercial Class 1 and 3 Electric Vehicles

Volt's $210M order includes 300 vehicles this year and 3,000 vehicles in 2025.

## About Mullen

Mullen Automotive (NASDAQ: MULN) is a Southern California-based automotive company building the next generation of commercial electric vehicles ("EVs") with two United States-based vehicle plants located in Tunica, Mississippi, (120,000 square feet) and Mishawaka, Indiana (650,000 square feet). In August 2023, Mullen began commercial vehicle production in Tunica. In September 2023, Mullen received IRS approval for federal EV tax credits on its commercial vehicles with a Qualified Manufacturer designation that offers eligible customers up to $7,500 per vehicle. As of January 2024, both the Mullen ONE, a Class 1 EV cargo van, and Mullen THREE, a Class 3 EV cab chassis truck, are California Air Resource Board ("CARB") and EPA certified and available for sale in the U.S. The CARB-issued HVIP approval on the Mullen THREE, Class 3 EV truck, provides up to a $45,000 cash voucher at time of vehicle purchase. The Company has also recently expanded its commercial dealer network with the addition of Pritchard EV, National Auto Fleet Group, Ziegler Truck Group, Range Truck Group and Eco Auto, providing sales and service coverage in key Midwest, West Coast and Pacific Northwest and New England markets. The Company also recently announced Foreign Trade Zone ("FTZ") status approval for its Tunica, Mississippi, commercial vehicle manufacturing center. FTZ approval provides a number of benefits, including deferment of duties owed and elimination of duties on exported vehicles.

To learn more about the Company, visit www.MullenUSA.com.

### Forward-Looking Statements

Certain statements in this press release that are not historical facts are forward-looking statements within the meaning of Section 27A of the Securities Exchange Act of 1934, as amended. Any statements contained in this press release that are not statements of historical fact may be deemed forward-looking statements. Words such as "continue," "will," "may," "could," "should," "expect," "expected," "plans," "intend," "anticipate," "believe," "estimate," "predict," "potential" and similar expressions are intended to identify such forward-looking statements. These forward-looking statements include, but are not limited to, statements about our plans, expectations and objectives with ...t to the purchase agreement with Volt, the anticipated purchase and delivery of vehicles and expected revenue.

Up to $15,000 Savings —
On Commercial Class 1 and 3 Electric Vehicles

All forward-looking statements i... could cause actual results to differ materially from those expressed ...many of which are generally outside the control... difficul... are provided for illustrative purposes only and are not intended to serve as, and must not be relied on by any investor as, a guarantee, an assurance, a prediction or a definitive statement of fact or probability. These forward-looking statements are subject to a number of risks and uncertainties, including but are not limited to, uncertainty that Volt will abide by its contractual obligations, including payment of the deposit and order of vehicles as expected, the timing and dates for receipt of payments pursuant to the agreement, successful certification of the vehicles in the GCC region, delays in production and delivery of vehicles, unanticipated returns of vehicles, delayed commercial product launches and the achievement of operational milestones, and changes in domestic and foreign business, market, financial, political and legal conditions that may affect incentives and the general market for EVs. Additional factors that could cause actual results to differ materially from those expressed or implied in the forward-looking statements can be found in the most recent annual report on Form 10-K, quarterly reports on Form 10-Q and current reports on Form 8-K filed by Mullen with the Securities and Exchange Commission. Mullen anticipates that subsequent events and developments may cause its plans, intentions and expectations to change. Mullen assumes no obligation, and it specifically disclaims any intention or obligation, to update any forward-looking statements, whether as a result of new information, future events or otherwise, except as expressly required by law. Forward-looking statements speak only as of the date they are made and should not be relied upon as representing Mullen's plans and expectations as of any subsequent date.

**Contact**:
Mullen Automotive, Inc.
+1 (714) 613-1900
www.MullenUSA.com

**Corporate Communications:**
InvestorBrandNetwork (IBN)
Los Angeles, California
www.InvestorBrandNetwork.com
310.299.1717 Office
Editor@InvestorBrandNetwork.com

Stay Connected: Be the First to Hear About All Things Bollinger Innovations

By clicking submit below, you declare that you accept the Privacy Policy and consent to Bollinger contacting you.

Name*      Last Name      Email*      SUBMIT

protected by reCAPTCHA
Privacy - Terms


Mullen Provides Update on Volt Mobility $210 Million UAE Order

Terms of Use | Privacy Policy

**BOLLINGER INNOVATIONS**

Up to $15,000 Savings —
On Commercial Class 1 and 3 Electric Vehicles

Copyright © 2025 Bollinger Innovations Inc. All Rights Reserved.

CONTACT US

Copyright © 2025 Bollinger Innovations Inc. All Rights Reserved.

Terms of Use | Privacy Policy

Up to $15,000 Savings —
On Commercial Class 1 and 3 Electric Vehicles

CONTACT US