# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION II | Case No. 2:25-cv-01187-DMG-AGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Honorable Dolly M. Gee<br><br>Date: March 6, 2026<br>Time: 9:30 a.m.<br>Courtroom No.: 8C<br><br>First Amended Complaint Filed: July 30, 2025 |

Having considered Defendants' Motion to Dismiss First Amended Complaint (the "Motion") and all pleadings, papers, arguments of counsel, and other matters presented to the Court, and good cause appearing, it is **HEREBY ORDERED** that Defendants' Motion is **GRANTED**, and the First Amended Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____   _____
The Honorable Dolly M. Gee
UNITED STATES DISTRICT JUDGE